**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY WRICE, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 14 C 5934 |
| | ) | |
| v. | ) | |
| | ) | The Hon. Elaine E. Bucklo |
| | ) | |
| JON BURGE, et al., | ) | |
|     Defendants. | ) | |

## MOTION BY NON-PARTIES DAVID PROTESS AND CHICAGO INNOCENCE CENTER FOR LEAVE TO FILE MOTION IN EXCESS OF FIFTEEN PAGES

David Protess and Chicago Innocence Center, non-parties to this litigation, seek leave of this Court to file their Motion for Entry of Protective Order, consisting of 18 pages, a copy of which is attached hereto as Exhibit 1. In support of their motion, Protess and Chicago Innocence Center state:

1. David Protess ("Protess") and the Chicago Innocence Center ("CIC"), non-parties to this litigation, have been subpoenaed by Defendants to produce documents and for Protess to testify at a video deposition in this action.

2. Protess and CIC intend to comply with the subpoenas, but seek the entry of a protective order, and as such seek leave to file a Motion for Entry of Protective Order, attached hereto as Exhibit 1.

3. Because the motion is on behalf of two parties and address two subpoenas, Protess and CIC seek leave to file a combined motion that is 18 pages in length.

WHEREFORE, Protess and CIC respectfully request that this Court grant leave to file their Motion for Entry of Protective Order, consisting of 18 pages, a copy of which is attached hereto as Exhibit 1.

                                                                              Respectfully submitted,

Dated: March 18, 2016                        /s/  Matthew J. Piers
                                                                              One of the Attorneys for David Protess
                                                                               and the Chicago Innocence Center

Matthew J. Piers
Chirag Badlani
Kate E. Schwartz
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison Street, Suite 4000
Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I certify that on March 18, 2016, I electronically filed this MOTION FOR LEAVE TO FILE MOTION IN EXCESS OF FIFTEEN PAGES through the ECM/CF system, which will send notification of such filings to all counsel of record who have electronically registered.

/s/ Matthew J. Piers
Matthew J. Piers