## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY WRICE, | ) | |
|    Plaintiff, | ) | |
| | ) | No. 14 C 5934 |
| | ) | |
| v. | ) | |
| | ) | The Hon. Elaine E. Bucklo |
| | ) | |
| JON BURGE, et al., | ) | Magistrate Judge Sheila Finnegan |
|    Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **Tuesday, September 20, 2016** at **9:15am**, or as soon thereafter as counsel may be heard, we shall appear before **Magistrate Judge Sheila Finnegan** in **Room 2214** of the United States District Court for the Northern District of Illinois, Eastern Division, 291 South Dearborn Street, Chicago, Illinois, and shall there and then present **Motion to Quash Subpoenas or In the Alternative for a Protective Order on Behalf of Third Parties Kayla Bensing, Kira Lerner, Quinn Thacker, and Jaimie Vaillancourt**, a copy of which was filed simultaneously herewith.

                                          Respectfully submitted,

                                          /s/ Matthew V. Chimienti
                                          One of the Attorneys for Third Parties,
                                          Kayla Bensing, Kira Lerner, Quinn Thacker,
                                          and Jaimie Vaillancourt

Ronald S. Safer
Kelly M. Warner
Matthew V. Chimienti
**Riley Safer Holmes & Cancila LLP**
Three First National Plaza
70 W. Madison St., Suite 2900
Chicago, IL 60602
(312) 471-8700

## **CERTIFICATE OF SERVICE**

I hereby certify that on **September 14, 2016**, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the ECF system, which sent electronic notification of filing on the same day to the individual attorneys of record.

/s/ Matthew V. Chimienti

4821-6399-7496, v. 1