## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Stanley Wrice

                      Plaintiff,

v.                                                  Case No.: 1:14–cv–05934
                                                           Honorable Elaine E. Bucklo

Jon Burge, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, September 20, 2016:

      MINUTE entry before the Honorable Sheila M. Finnegan: Motion hearing held on 9/20/2016 as to Motion to quash subpoenas or in the alternative for a protective order on behalf of third parties Kayla Bensing, Kira Lirner, Quinn Thacker, and Jaime Vaillancourt [106]. Third parties are to file a supplement to motion by 10/4/2016, addressing with more specificity the burden of responding to the discovery. Defendants' response to the motion due by 10/14/2016. Third parties' reply due by 10/21/2016. Mailed notice(sxw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.