# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY WRICE,

      Plaintiff,    No. 14 C 5934

      vs.         The Honorable Elaine Bucklo

JON BURGE, et al.   Magistrate Judge Sheila Finnegan

      Defendants.


VIDEOTAPED DEPOSITION OF RODNEY BENSON
TAKEN ON BEHALF OF THE DEFENDANTS
ON JUNE 9, 2017 BEGINNING AT 10:13 A.M.
IN EL DORADO, ARKANSAS




REPORTED BY SUSAN J. PYBAS, CCR
VIDEOTAPED BY JOHN SIMS

```
 1                    APPEARANCES

 2        On behalf of the PLAINTIFF
          Jennifer A.Bonjean, Esquire
 3        BONJEAN LAW GROUP, PLLC
          1000 Dean Street, Suite 422
 4        Brooklyn, New York  11238
          718-875-1850
 5        jennifer@bonjeanlaw.com

 6        Heidi L. Lambros, Esquire
          1169 South Plymouth Court-#123
 7        Chicago, Illinois  60604
          heidilinnlambros@gmail.com
 8

 9        On behalf of the DEFENDANTS, BURGE, BYRNE, and
          DIGNAN
10
          Julie K. Bisbee, Esquire
11        Jennifer Bitoy, Esquire
          HALE LAW, LLC
12        53 West Jackson Boulevard, Suite 330
          Chicago, Illinois  60604
13        312-341-9646
          jbisbee@ahalelaw.com
14        jbitoy@ahalelaw.com

15        On behalf of the CITY OF CHICAGO

16        Daniel M. Noland, Esquire
          DYKEMA GOSSETT PLLC
17        10 Wacker Drive, Suite 2300
          Chicago, Illinois  60606
18        dnoland@dykema.com

19

20

21

22

23

24

25
```

INDEX

Examination by Ms. Bisbee                         6

Examination by Ms. Bonjean                      105

Examination by Mr. Nolan                        201

Further Examination by Ms. Bisbee               231

EXHIBITS

Exhibit A      Photograph                        70

Exhibit B      Statements                        76

Exhibit C      Affidavit                         97

Exhibit D      Motion to Suppress Testimony     202

Exhibit E      Deposition Testimony             214

STIPULATIONS

It is stipulated that the deposition of RODNEY BENSON may be taken pursuant to the Federal Rules of Civil Procedure on JUNE 9, 2017, before Susan J. Pybas, CCR.

| | | |
|---|---|---|
| 1 | 00:00:00 | PROCEEDINGS |
| 2 | 10:11:48 | VIDEOGRAPHER:  We are on the audio |
| 3 | 10:12:38 | and video record.  Today's date is June |
| 4 | 10:12:41 | the 9th, 2017.  The time is approximately |
| 5 | 10:12:45 | 10:13 a.m. |
| 6 | 10:12:45 | This is the videotaped deposition of |
| 7 | 10:12:49 | Rodney Benson.  This is the case of Wrice |
| 8 | 10:12:52 | v. Burge, et al.  The case number is 14 C |
| 9 | 10:12:57 | 05934 in the United States District Court, |
| 10 | 10:13:01 | Northern District of Illinois. |
| 11 | 10:13:03 | My name is John Sims.  I'm a |
| 12 | 10:13:04 | videographer out of Little Rock, Arkansas. |
| 13 | 10:13:07 | Will Counsel please make a record of |
| 14 | 10:13:09 | your appearance. |
| 15 | 10:13:09 | MS. BISBEE:  Julie Bisbee for the |
| 16 | 10:13:13 | individual defendants. |
| 17 | 10:13:16 | MS. BITOY:  Jennifer -- Jennifer |
| 18 | 10:13:16 | Bitoy on behalf of the individual |
| 19 | 10:13:19 | defendants. |
| 20 | 10:13:19 | MR. NOLAND:  Daniel Noland for the |
| 21 | 10:13:19 | City of Chicago. |
| 22 | 10:13:19 | MS. BONJEAN:  Jennifer Bonjean on |
| 23 | 10:13:19 | behalf of the plaintiff, Stanley Wrice. |
| 24 | 10:13:19 | MS. LAMBROS:  Heidi Lambros on behalf |
| 25 | 10:13:19 | of the plaintiff, Stanley Wrice. |

| | | |
|---|---|---|
| 1 | 10:13:19 | VIDEOGRAPHER:  Madam Court Reporter, |
| 2 | 10:13:19 | will you please swear in the witness? |
| 3 | 10:13:28 | THEREUPON, |
| 4 | 10:13:28 | RODNEY BENSON, |
| 5 | 10:13:28 | THE WITNESS HEREINBEFORE NAMED, |
| 6 | 10:13:28 | having been first duly cautioned and sworn |
| 7 | 10:13:28 | by me to testify to the truth, the whole |
| 8 | 10:13:28 | truth, and nothing but the truth, |
| 9 | 10:13:28 | testified on his Oath as follows, to wit: |
| 10 | 10:13:28 | EXAMINATION |
| 11 | 10:13:44 | BY MS. BISBEE: |
| 12 | 10:13:46 | Q    Good morning, Mr. Benson.  How are you? |
| 13 | 10:13:49 | A    Good morning.  Tired. |
| 14 | 10:13:49 | Q    Thank you for coming this morning. |
| 15 | 10:13:50 | As you know, we're here to discuss the Stanley |
| 16 | 10:13:54 | Wrice case. |
| 17 | 10:13:54 | My understanding is you've given a deposition |
| 18 | 10:13:58 | before; is that correct? |
| 19 | 10:14:01 | A    A couple of them, if I'm -- I'm not mistaken. |
| 20 | 10:14:03 | Q    Okay.  So just to lay out the ground rules, in |
| 21 | 10:14:06 | case you've forgotten, we do ask that your answers |
| 22 | 10:14:09 | are verbal.  Yes, it's being videotaped, but the |
| 23 | 10:14:11 | court reporter's also transcribing, so we want to |
| 24 | 10:14:14 | have verbal answers. |
| 25 | 10:14:15 | If you don't understand a question, please let |

1  10:14:18  me know and I will repeat it or rephrase it for you.

2  10:14:21  If you do answer, I'll assume you've understood the

3  10:14:25  question; fair enough?

4  10:14:26  A    Fair enough.

5  10:14:27  Q    If you need a break at any time, we can do

6  10:14:29  that.  All I would ask is we don't take a break when

7  10:14:31  a question is pending.

8  10:14:34  A    Wonder why?  Yes, ma'am.

9  10:14:37  Q    Okay.  Well, let's get started then.

10  10:14:37         Where were you born, and when?

11  10:14:46  A    As near as I know, I was born in New Roads,

12  10:14:50  Louisiana --

13  10:14:54  Q    Okay.

14  10:14:54  A    -- in 1958.

15  10:14:56  Q    Okay.  At some point, did you move to Chicago,

16  10:14:57  then?

17  10:14:58  A    Yes, ma'am.

18  10:14:59  Q    When was that?

19  10:15:01  A    Couldn't have been no more than about five

20  10:15:03  years old, so that would have been about '62, '63.

21  10:15:08  Q    Okay.  Did you stay in Chicago then for --

22  10:15:11  A    For the rest of my formative years.

23  10:15:15  Q    Okay.  Where did you go to high school?

24  10:15:18  A    Hirsch High School.

25  10:15:20  Q    Hirsch High School.  When did you graduate?

| | | | |
|---|---|---|---|
| 1 | 10:15:22 | A | I didn't.  I quit, got a GED, and went into the |
| 2 | 10:15:25 | | Marine Corps. |
| 3 | 10:15:27 | Q | Okay.  When did you start in the Marines? |
| 4 | 10:15:29 | A | That would have been 1974. |
| 5 | 10:15:31 | Q | All right.  Did you serve overseas? |
| 6 | 10:15:34 | A | Yes, ma'am. |
| 7 | 10:15:35 | Q | Okay.  When and where? |
| 8 | 10:15:36 | A | Some of everywhere. |
| 9 | 10:15:43 | Q | I'm sorry? |
| 10 | 10:15:43 | A | Some of everywhere. |
| 11 | 10:15:43 | Q | Okay. |
| 12 | 10:15:43 | A | We shipped down Saigon in 1975.  I've been to |
| 13 | 10:15:50 | | Afghanistan; I've been to Iraq, Iran, Syria, |
| 14 | 10:15:53 | | Somalia, Nigeria. |
| 15 | 10:15:54 | | Is this necessary?  I'm -- I'm a combat |
| 16 | 10:16:04 | | soldier. |
| 17 | 10:16:01 | Q | Okay.  And when were you discharged from the |
| 18 | 10:16:04 | | Marines? |
| 19 | 10:16:05 | A | I actually didn't get my final discharge until |
| 20 | 10:16:08 | | after '82. |
| 21 | 10:16:10 | Q | Okay.  Were you back in Chicago before that, |
| 22 | 10:16:14 | | though? |
| 23 | 10:16:16 | A | Yeah, I was in Chicago when . . . |
| 24 | 10:16:19 | Q | Okay.  Did you attend any college after -- |
| 25 | 10:16:20 | | after the military? |

| | | | |
|---|---|---|---|
| 1 | 10:16:23 | A | Not after the military; during the military. |
| 2 | 10:16:28 | Q | Okay.  And where was that? |
| 3 | 10:16:28 | A | Oklahoma State Tech. |
| 4 | 10:16:31 | Q | Okay.  And what did you study? |
| 5 | 10:16:31 | A | Culinary arts. |
| 6 | 10:16:31 | Q | Okay.  Did you graduate? |
| 7 | 10:16:33 | A | Yes, ma'am. |
| 8 | 10:16:34 | Q | When? |
| 9 | 10:16:35 | A | That would've been 1980. |
| 10 | 10:16:49 | Q | '80.  Where did you head after college? |
| 11 | 10:16:42 | A | Ma'am? |
| 12 | 10:16:43 | Q | Where did you -- did you stay in Oklahoma? |
| 13 | 10:16:46 | A | No, ma'am.  I went back -- I was still in the |
| 14 | 10:16:48 | | Marines. |
| 15 | 10:16:48 | Q | Okay.  When did you return to Chicago |
| 16 | 10:16:52 | | full-time? |
| 17 | 10:16:53 | A | Not full-time.  I came home for a visit in '81, |
| 18 | 10:16:58 | | '82. |
| 19 | 10:17:02 | Q | Okay.  Were you living with someone then? |
| 20 | 10:17:06 | A | My mother. |
| 21 | 10:17:07 | Q | Okay.  Where was that? |
| 22 | 10:17:09 | A | 7723 South Cregier.  I also had an apartment on |
| 23 | 10:17:18 | | 7034 Cregier. |
| 24 | 10:17:18 | | I was mostly over at my mother's house because |
| 25 | 10:17:26 | | she cooked better than I do. |

| | | |
|---|---|---|
| 1 | 10:17:30 | Q    Did you live with anyone in your apartment? |
| 2 | 10:17:34 | A    No.  I had frequent visitors.  No, no, I didn't |
| 3 | 10:17:36 | live with anyone.  It was just a studio. |
| 4 | 10:17:40 | Q    Okay.  At some point, when you were in Chicago, |
| 5 | 10:17:48 | did you come to know Stanley Wrice? |
| 6 | 10:17:52 | A    I had known Stanley Wrice before I -- for a |
| 7 | 10:17:54 | while, yes, ma'am. |
| 8 | 10:17:58 | Q    Okay.  When do you -- |
| 9 | 10:17:58 | MS. BONJEAN:  Objection to form. |
| 10 | 10:17:59 | Foundation. |
| 11 | 10:18:09 | THE WITNESS:  Ma'am? |
| 12 | 10:18:09 | MS. BONJEAN:  You want to give him an |
| 13 | 10:18:09 | instruction? |
| 14 | 10:18:03 | MS. BISBEE:  The lawyers are going to |
| 15 | 10:18:04 | be objecting. |
| 16 | 10:18:06 | THE WITNESS:  Okay. |
| 17 | 10:18:06 | MS. BISBEE:  And, for the most part, |
| 18 | 10:18:07 | you're going to be required to answer the |
| 19 | 10:18:09 | question, unless I was asking you |
| 20 | 10:18:12 | something of a privileged nature, which |
| 21 | 10:18:14 | shouldn't -- |
| 22 | 10:18:14 | THE WITNESS:  Okay. |
| 23 | 10:18:14 | MS. BISBEE:  -- shouldn't be coming |
| 24 | 10:18:15 | up today. |
| 25 | 10:18:17 | THE WITNESS:  Give me the question. |

| | | |
|---|---|---|
| 1 | 10:18:20 | MS. BONJEAN:  I wouldn't -- I |
| 2 | 10:18:20 | wouldn't necessarily -- necessarily agree |
| 3 | 10:18:21 | with that. |
| 4 | 10:18:22 | I think Mr. Benson is in the best |
| 5 | 10:18:23 | position to determine whether or not he |
| 6 | 10:18:25 | should exercise any privileges he may |
| 7 | 10:18:29 | have, but it's normal for lawyers to put |
| 8 | 10:18:32 | an objection on the record and . . . |
| 9 | 10:18:33 | THE WITNESS:  Do your thing. |
| 10 | 10:18:33 | MS. BONJEAN:  Yeah. |
| 11 | 10:18:35 | BY MS. BISBEE: |
| 12 | 10:18:38 | Q   So when -- when did you meet Stanley Wrice? |
| 13 | 10:18:43 | A   I had met Stanley Wrice around '74 or '3. |
| 14 | 10:18:54 | Q   And do you recall where you met him? |
| 15 | 10:19:02 | A   Is this going to incriminate me? |
| 16 | 10:19:05 | Q   No. |
| 17 | 10:19:05 | A   I'm -- |
| 18 | 10:19:07 | Q   Oh, sorry. |
| 19 | 10:19:07 | MS. BONJEAN:  I -- I'm going to |
| 20 | 10:19:07 | object. |
| 21 | 10:19:07 | You really are not -- you -- you're |
| 22 | 10:19:07 | really not in a position to advise the man |
| 23 | 10:19:10 | whether anything he says is going to |
| 24 | 10:19:11 | incriminate him.  I mean, I don't think |
| 25 | 10:19:14 | that's right. |

| | | |
|---|---|---|
| 1 | 10:19:14 | I mean, he doesn't have counsel here |
| 2 | 10:19:15 | and, you know, everyone has a Fifth |
| 3 | 10:19:17 | Amendment privilege against self |
| 4 | 10:19:17 | incrimination, so . . . |
| 5 | 10:19:18 | A    Look here, I'm being straightforward with |
| 6 | 10:19:18 | y'all.  We met at a Blackstone Ranger rally. |
| 7 | 10:19:18 | BY MS. BISBEE: |
| 8 | 10:19:18 | Q    Okay.  That's -- |
| 9 | 10:19:18 | A    Black P. Stone at that time. |
| 10 | 10:19:18 | MS. BONJEAN:  Again, sir, I'm not |
| 11 | 10:19:29 | advising you one way or the other. |
| 12 | 10:19:31 | THE WITNESS:  I don't care.  I |
| 13 | 10:19:32 | understand.  I just need to -- yeah, I |
| 14 | 10:19:33 | need to hear. |
| 15 | 10:19:34 | MS. BONJEAN:  You just make -- you're |
| 16 | 10:19:34 | going to have to make your own decision |
| 17 | 10:19:36 | about whether you're comfortable |
| 18 | 10:19:37 | answering, so . . . |
| 19 | 10:19:37 | THE WITNESS:  Yeah.  Okay.  I'm not |
| 20 | 10:19:37 | mad.  I just need to know. |
| 21 | 10:19:41 | MS. BONJEAN:  I -- I really -- |
| 22 | 10:19:41 | THE WITNESS:  Well -- |
| 23 | 10:19:41 | MS. BONJEAN:  I just wanted to place |
| 24 | 10:19:41 | it on the record. |
| 25 | 10:19:43 | THE WITNESS:  -- it's already |

| | | |
|---|---|---|
| 1 | 10:19:43 | established that we was all in the same |
| 2 | 10:19:43 | gang. Okay? |
| 3 | 10:19:43 | MS. BONJEAN: Sir, I -- |
| 4 | 10:19:43 | THE WITNESS: You know -- |
| 5 | 10:19:43 | MS. BONJEAN: -- I'm not going to |
| 6 | 10:19:43 | quarrel with you on that at all. |
| 7 | 10:19:43 | THE WITNESS: I don't -- |
| 8 | 10:19:43 | MS. BONJEAN: Yeah, I'm not -- I'm |
| 9 | 10:19:43 | not quarreling. |
| 10 | 10:19:43 | I'm just speaking -- as a matter of |
| 11 | 10:19:53 | ethics, it's important that we place on |
| 12 | 10:19:53 | the record that you, of course, have |
| 13 | 10:19:57 | certain rights and -- |
| 14 | 10:19:58 | THE WITNESS: Yes, ma'am. |
| 15 | 10:19:59 | MS. BONJEAN: You don't have -- we |
| 16 | 10:19:59 | are not your attorneys, so you -- and |
| 17 | 10:20:02 | Ms. -- Ms. -- Ms. Bisbee is not your |
| 18 | 10:20:06 | attorney. She represents John Burge and |
| 19 | 10:20:07 | Mr. Byrne -- |
| 20 | 10:20:09 | THE WITNESS: Hell, no, she ain't |
| 21 | 10:20:09 | no -- I don't like them. |
| 22 | 10:20:09 | MS. BONJEAN: So -- just so we're all |
| 23 | 10:20:11 | clear about that. |
| 24 | 10:20:12 | THE WITNESS: Yes, ma'am. I put up |
| 25 | 10:20:13 | with them because they been nice, but they |

| | | |
|---|---|---|
| 1 | 10:20:16 | know I don't like them, either. |
| 2 | 10:20:17 | MS. BONJEAN:  Go ahead.  I -- I think |
| 3 | 10:20:17 | we've made the record clear on that. |
| 4 | 10:20:17 | MS. BISBEE:  Okay. |
| 5 | 10:20:17 | THE WITNESS:  Yeah, it's very clear. |
| 6 | 10:20:17 | MS. BISBEE:  I will try to be more |
| 7 | 10:20:25 | careful. |
| 8 | 10:20:26 | MS. BONJEAN:  Well, I just didn't |
| 9 | 10:20:26 | want you to get into some weird . . . |
| 10 | 10:20:28 | BY MS. BISBEE: |
| 11 | 10:20:29 | Q    So I think you answered my question. |
| 12 | 10:20:33 | You met him in '73 or '74. |
| 13 | 10:20:37 | A    Yes, ma'am. |
| 14 | 10:20:37 | Q    At a -- what was that? |
| 15 | 10:20:38 | A    A gang rally. |
| 16 | 10:20:52 | Q    Okay.  And what gang again? |
| 17 | 10:20:52 | A    At the time, we were Black P. Stones. |
| 18 | 10:20:53 | Q    Okay.  Were you and Stanley both Black P. |
| 19 | 10:20:54 | Stones? |
| 20 | 10:20:57 | A    We was both Stones.  If we weren't, we would |
| 21 | 10:21:03 | probably have been fighting. |
| 22 | 10:21:07 | Q    How long did you stay affiliated with the Black |
| 23 | 10:21:11 | P. Stones? |
| 24 | 10:21:14 | A    Just about from seventh grade until even -- |
| 25 | 10:21:22 | actually -- well, even when I was in the Marine |

| | | |
|---|---|---|
| 1 | 10:21:23 | Corps. |
| 2 | 10:21:25 | Back then -- as of now -- I don't know how it's |
| 3 | 10:21:29 | going in Chicago now, but once you was a member back |
| 4 | 10:21:30 | -- being in the Marine Corps, you're always a |
| 5 | 10:21:35 | Marine; you always a Stone. |
| 6 | 10:21:39 | Q    Okay.  To your knowledge, was Stanley Wrice a |
| 7 | 10:21:44 | Black P. Stones the whole time you knew him? |
| 8 | 10:21:46 | A    Yeah, but -- |
| 9 | 10:21:48 | MS. BONJEAN:  Objection to form. |
| 10 | 10:21:48 | Foundation. |
| 11 | 10:21:49 | You can answer. |
| 12 | 10:21:51 | A    Yes, but they had -- he had moved over to El |
| 13 | 10:21:54 | Rukn.  Same thing -- same thing, but it was a |
| 14 | 10:21:54 | religious thing. |
| 15 | 10:21:54 | BY MS. BISBEE: |
| 16 | 10:22:13 | Q    What do you mean by that? |
| 17 | 10:22:13 | COURT REPORTER:  What was the name of |
| 18 | 10:22:13 | that?  I'm sorry. |
| 19 | 10:22:13 | THE WITNESS:  El Rukn. |
| 20 | 10:22:13 | COURT REPORTER:  Spell it. |
| 21 | 10:22:13 | MS. LAMBROS:  R-u-k-n.  E -- E-l, |
| 22 | 10:22:13 | R-u-k-n. |
| 23 | 10:22:13 | THE WITNESS:  Yeah.  You from |
| 24 | 10:22:13 | Chicago. |
| 25 | 10:22:13 | COURT REPORTER:  Thank you. |

| | | | |
|---|---|---|---|
| 1 | 10:22:19 | A | Some of us did not move to El Rukn because we |
| 2 | 10:22:22 | | did not believe in the Islamic way of life. |
| 3 | 10:22:25 | | I want some ribs. |
| 4 | 10:22:25 | BY MS. BISBEE: | |
| 5 | 10:22:32 | Q | So were the El Rukns a -- a new gang?  Is -- |
| 6 | 10:22:36 | A | No, it's not a new gang. |
| 7 | 10:22:36 | Q | Uh-huh. |
| 8 | 10:22:36 | A | It's the same gang, but a different section. |
| 9 | 10:22:41 | Q | And do you know when -- when the El Rukns came |
| 10 | 10:22:45 | | about? |
| 11 | 10:22:46 | A | No, ma'am.  I can't say for sure. |
| 12 | 10:23:15 | Q | Were you friends with Stanley Wrice? |
| 13 | 10:23:18 | A | Yes, ma'am.  You could say that. |
| 14 | 10:23:20 | Q | Okay.  Did you socialize? |
| 15 | 10:23:23 | A | Yes, ma'am.  We did. |
| 16 | 10:23:24 | Q | All right.  Do you recall when -- was there a |
| 17 | 10:23:30 | | certain time when you started being social with him? |
| 18 | 10:23:35 | A | That would have been around '81, '82. |
| 19 | 10:23:40 | Q | How often do you think you saw him? |
| 20 | 10:23:44 | A | Probably at least once a week. |
| 21 | 10:23:50 | Q | Were there certain things you would do |
| 22 | 10:23:52 | | together? |
| 23 | 10:23:53 | A | They used to work at an incense stand and, |
| 24 | 10:23:55 | | sometimes, I would go too.  But, mostly, when I was |
| 25 | 10:24:02 | | hanging out with them, I was drinking and smoking. |

| | | |
|---|---|---|
| 1 | 10:24:15 | Q    Was there a place you would go to drink and |
| 2 | 10:24:18 | smoke? |
| 3 | 10:24:20 | A    Well, we had several places, but when I started |
| 4 | 10:24:22 | hanging with that particular crowd, we used to hang |
| 5 | 10:24:23 | out on Chappell. |
| 6 | 10:24:28 | Q    Okay.  On the street, or was there a specific |
| 7 | 10:24:29 | house? |
| 8 | 10:24:32 | A    Stanley's house. |
| 9 | 10:24:33 | Q    Stanley's house. |
| 10 | 10:24:33 | A    I don't remember that exact address.  It was by |
| 11 | 10:24:37 | the track, though. |
| 12 | 10:24:47 | Q    Were there other people that would generally |
| 13 | 10:24:49 | hang out with you at Stan's house? |
| 14 | 10:24:52 | A    Okay. |
| 15 | 10:24:54 | MS. BONJEAN:  Objection.  Form. |
| 16 | 10:24:55 | Go ahead. |
| 17 | 10:24:56 | THE WITNESS:  Objection for . . . |
| 18 | 10:24:57 | A    Okay.  The house was a place where we would |
| 19 | 10:25:00 | meet.  I don't know how to put this. |
| 20 | 10:25:00 | We wouldn't actually sell drugs there, but we |
| 21 | 10:25:10 | would distribute drugs there to our people and then |
| 22 | 10:25:18 | we would party. |
| 23 | 10:25:18 | BY MS. BISBEE: |
| 24 | 10:25:20 | Q    Okay.  Were the -- were the people that were |
| 25 | 10:25:25 | hanging out at Stan's house, were they part of your |

1    10:25:25    gang as well?

2    10:25:27                MS. BONJEAN: Objection. Form.

3    10:25:32                You can answer.

4    10:25:35    A    The majority, yes, but not all.

5    10:25:40    BY MS. BISBEE:

6    10:25:41    Q    Do you know who lived at -- at the house?

7    10:25:44    A    Stan, Charles -- his brother, Charles, and, I

8    10:25:48    think, two of his sisters. And I don't know about

9    10:25:54    their different mates at different times, but I

10    10:25:57    know, at least, four of the siblings stayed there.

11    10:26:14    Q    How often would you say you were at the Wrice

12    10:26:17    house during this time period, '81, '82?

13    10:26:22    A    I believe I said I was there at least once a

14    10:26:24    week.

15    10:26:45    Q    I want to direct your attention to

16    10:26:46    September 8th and September 9th, 1982.

17    10:26:49    A    Uh-huh.

18    10:26:49    Q    Do you recall the incidents that occurred on

19    10:26:57    September 8th?

20    10:27:02                MS. BONJEAN: Objection to the form.

21    10:27:02           Foundation.

22    10:27:04                If you understand the question, go

23    10:27:05           ahead and answer it.

24    10:27:07    A    As near as I can remember, we had been getting

25    10:27:10    high most of the day. Later on in that evening,

| | | |
|---|---|---|
| 1 | 10:27:20 | instead of driving my own car, I drove my mother's |
| 2 | 10:27:19 | car for some stupid reason. |
| 3 | 10:27:22 | We went to a liquor store, at which time, I saw |
| 4 | 10:27:28 | a friend of ours named "Karen," and she was falling |
| 5 | 10:27:33 | over high, drunk, whatever. |
| 6 | 10:27:36 | And I asked her did she want me to take her |
| 7 | 10:27:39 | somewhere like, maybe, Jackson Park.  She said no, |
| 8 | 10:27:42 | she wanted to get a drink, maybe, a -- a joint or |
| 9 | 10:27:47 | two. |
| 10 | 10:27:47 | BY MS. BISBEE: |
| 11 | 10:27:48 | Q    Okay.  So I want to back that up and break it |
| 12 | 10:27:51 | down a little bit. |
| 13 | 10:27:52 | A    Yes, ma'am. |
| 14 | 10:27:53 | Q    Had you -- had you worked during the day on |
| 15 | 10:28:02 | September 8th? |
| 16 | 10:28:06 | A    I don't recall. |
| 17 | 10:28:07 | Q    Okay.  Did you, at some point, go to the Wrice |
| 18 | 10:28:12 | house on September 8th? |
| 19 | 10:28:14 | A    Yes, I did. |
| 20 | 10:28:16 | Q    Okay.  Do you recall what time that was? |
| 21 | 10:28:18 | A    No, I don't. |
| 22 | 10:28:21 | Q    Did you go to the Wrice house before you went |
| 23 | 10:28:24 | to the liquor store? |
| 24 | 10:28:31 | A    I'm not sure. |
| 25 | 10:28:33 | Q    Okay.  So this liquor store, do you recall |

| | | |
|---|---|---|
| 1 | 10:28:38 | where it was? |
| 2 | 10:28:39 | A    75th and Jeffrey. |
| 3 | 10:28:41 | Q    Okay.  Do you recall its name? |
| 4 | 10:28:48 | A    No, I don't. |
| 5 | 10:28:50 | Q    Do you know what time you got there? |
| 6 | 10:28:53 | A    I know it was dark.  That's all I can tell you. |
| 7 | 10:28:56 | I had already been drinking. |
| 8 | 10:28:57 | It was also a deli.  I remember that.  You |
| 9 | 10:29:03 | could buy sandwiches there. |
| 10 | 10:29:12 | Q    Okay.  Did you drive to the liquor store? |
| 11 | 10:29:13 | A    Yes, I did. |
| 12 | 10:29:13 | Q    Okay.  Were you with anyone when you drove to |
| 13 | 10:29:13 | the liquor store? |
| 14 | 10:29:17 | A    I believe I was. |
| 15 | 10:29:27 | Q    I don't want you to guess, but -- I'll back |
| 16 | 10:29:28 | that up. |
| 17 | 10:29:28 | When you got to the liquor store, did you -- |
| 18 | 10:29:38 | you saw Karen; didn't -- |
| 19 | 10:29:40 | A    Yes, I did. |
| 20 | 10:29:41 | Q    Did -- did you see anyone else there? |
| 21 | 10:29:44 | A    Did I see anyone, ma'am? |
| 22 | 10:29:45 | Q    Yes. |
| 23 | 10:29:47 | A    I'm not sure of the question. |
| 24 | 10:29:49 | Q    Okay. |
| 25 | 10:29:52 | A    I was outside parked on the street. |

| | | | |
|---|---|---|---|
| 1 | 10:29:54 | Q | You were parked on the street. |
| 2 | 10:29:57 | | Was Stanley Wrice with you? |
| 3 | 10:30:00 | A | He didn't ride with me, no. |
| 4 | 10:30:01 | Q | Okay.  Was he at the liquor store? |
| 5 | 10:30:03 | A | Yeah, he walked out. |
| 6 | 10:30:05 | Q | Okay.  He walked up -- had you already been |
| 7 | 10:30:06 | parked? | |
| 8 | 10:30:08 | A | I was parked. |
| 9 | 10:30:09 | Q | Okay.  Was he with anyone? |
| 10 | 10:30:13 | A | Yes, he was. |
| 11 | 10:30:15 | Q | Okay.  Do you know who he was with? |
| 12 | 10:30:18 | A | I'm not sure.  It's been a while. |
| 13 | 10:30:23 | Q | Okay. |
| 14 | 10:30:23 | A | But I'm thinking it was -- I can't even recall |
| 15 | 10:30:30 | his name.  I'm thinking it was Mike, and I can't | |
| 16 | 10:30:37 | remember his name. | |
| 17 | 10:30:45 | Q | Okay.  Do you remember who he was in as -- or |
| 18 | 10:30:48 | was he one of the guys you normally hung out with? | |
| 19 | 10:30:56 | | MS. BONJEAN:  Objection to the form. |
| 20 | 10:30:58 | | If you understand the question. |
| 21 | 10:31:01 | A | I can't exactly -- I think I'm -- I'm pretty |
| 22 | 10:31:06 | sure Mike was with him. | |
| 23 | 10:31:07 | BY MS. BISBEE: | |
| 24 | 10:31:10 | Q | Okay. |
| 25 | 10:31:14 | A | And there was somebody else, but I'm not sure. |

| | | | |
|---|---|---|---|
| 1 | 10:31:17 | Q | Did you have any conversations with Stanley or |
| 2 | 10:31:21 | | Mike at the liquor store? |
| 3 | 10:31:25 | A | Yeah. |
| 4 | 10:31:27 | Q | Okay. |
| 5 | 10:31:27 | A | "I'm coming over." |
| 6 | 10:31:30 | Q | You told them you were coming over? |
| 7 | 10:31:32 | A | "I'm coming over." |
| 8 | 10:31:37 | Q | Do you recall anything else you said to them or |
| 9 | 10:31:40 | | they said to you? |
| 10 | 10:31:42 | A | I says -- I -- I asked if it was all right if I |
| 11 | 10:31:45 | | bring Karen with me -- |
| 12 | 10:31:49 | Q | Okay. |
| 13 | 10:31:49 | A | -- at about which time, a police officer pulled |
| 14 | 10:31:52 | | up to -- and asked me what was going on and I told |
| 15 | 10:31:59 | | her -- told the police officer, "Hey, she's messed |
| 16 | 10:32:04 | | up pretty bad. I would like to take her to the |
| 17 | 10:32:07 | | hospital and I was going to but she said she didn't |
| 18 | 10:32:11 | | want to go. She wanted her drunk." |
| 19 | 10:32:15 | Q | Okay. So when you got to the liquor store, you |
| 20 | 10:32:25 | | pulled up and you weren't with Karen, correct? |
| 21 | 10:32:27 | A | No, she was -- I met her at the store. |
| 22 | 10:32:30 | Q | Okay. Was she just there, or had you planned |
| 23 | 10:32:33 | | to meet? |
| 24 | 10:32:34 | A | No, I hadn't planned to meet her. |
| 25 | 10:32:45 | Q | Okay. How did you come to be having a |

| 1 | 10:32:47 | conversation with her about leaving the liquor |
| 2 | 10:32:51 | store? |
| 3 | 10:32:51 | A    Actually -- |
| 4 | 10:32:53 | MS. BONJEAN:  Objection to form. |
| 5 | 10:32:53 | Go ahead. |
| 6 | 10:32:55 | A    Actually, she walked up and got in the car. |
| 7 | 10:32:56 | BY MS. BISBEE: |
| 8 | 10:32:58 | Q    Okay.  So was she sitting in your car? |
| 9 | 10:33:01 | A    Yes, she was. |
| 10 | 10:33:04 | Q    Was she sitting there when the police officer |
| 11 | 10:33:04 | came up? |
| 12 | 10:33:05 | A    Yes, she was. |
| 13 | 10:33:09 | Q    Was she sitting in the car when you talked to |
| 14 | 10:33:11 | Stanley Wrice? |
| 15 | 10:33:13 | A    Yes, she was. |
| 16 | 10:33:21 | Q    How long do you think you were at the liquor |
| 17 | 10:33:23 | store? |
| 18 | 10:33:24 | A    I have no idea. |
| 19 | 10:33:39 | Q    At some point, did you leave the liquor store? |
| 20 | 10:33:42 | A    Yes, of course. |
| 21 | 10:33:44 | Q    And where did you go? |
| 22 | 10:33:47 | A    I went to Stanley Wrice's house. |
| 23 | 10:33:49 | Q    Okay.  Did you go directly there? |
| 24 | 10:33:51 | A    Yes, I did. |
| 25 | 10:33:52 | Q    Okay.  Do you recall how you got there? |

| | | |
|---|---|---|
| 1 | 10:33:55 | A    I was facing -- my car was facing West on 75th |
| 2 | 10:33:59 | Street.  I made a left turn going south on Jeffrey. |
| 3 | 10:34:03 | I went up to 77th Street, made a left turn going |
| 4 | 10:34:08 | East, and another left turn going North on Chappell. |
| 5 | 10:34:11 | And when I got to the area of the tracks by |
| 6 | 10:34:15 | Stan's house, it was -- there are no tracks there, |
| 7 | 10:34:18 | it's just -- used to be tracks -- I turned and went |
| 8 | 10:34:19 | back there (indicating). |
| 9 | 10:34:24 | Q    Did you turn down a street? |
| 10 | 10:34:27 | A    I turned along that track section -- |
| 11 | 10:34:30 | Q    Okay. |
| 12 | 10:34:30 | A    -- remember, those tracks were there - and |
| 13 | 10:34:30 | parked behind the house. |
| 14 | 10:34:32 | Q    Okay.  What did you do then? |
| 15 | 10:34:41 | A    Got out the car; went in the house. |
| 16 | 10:34:43 | Q    Okay.  Was Karen still with you? |
| 17 | 10:34:46 | A    She beat me in the door. |
| 18 | 10:34:48 | Q    Do you remember if the door was open or closed? |
| 19 | 10:34:51 | A    I don't remember. |
| 20 | 10:34:52 | Q    Okay.  Did someone meet you?  Was someone in |
| 21 | 10:34:56 | the house that let you in? |
| 22 | 10:34:56 | A    Oh, yeah, there was a lot of people in the |
| 23 | 10:34:58 | house but I don't remember -- I'm -- I'm a -- I was |
| 24 | 10:35:02 | a regular, so I really didn't have to announce |
| 25 | 10:35:08 | myself. |

| | | |
|---|---|---|
| 1 | 10:35:10 | Q    Okay.  So both you and Karen entered the back |
| 2 | 10:35:13 | door; is that correct? |
| 3 | 10:35:16 | A    Kitchen door. |
| 4 | 10:35:18 | Q    Kitchen? |
| 5 | 10:35:18 | A    Porch door, whatever you want to call it. |
| 6 | 10:35:21 | Q    Okay.  Do you recall -- you -- you said there |
| 7 | 10:35:21 | were a lot of people. |
| 8 | 10:35:23 | Do you recall who was -- who was in the house? |
| 9 | 10:35:27 | A    At that time, no.  I was trying to get busy and |
| 10 | 10:35:33 | went on past the kitchen up the stairs to take care |
| 11 | 10:35:36 | of my business. |
| 12 | 10:35:39 | Q    Okay.  I just think -- okay.  Back up a second. |
| 13 | 10:35:49 | When you were at the liquor store, did you -- |
| 14 | 10:35:50 | did you buy any liquor? |
| 15 | 10:35:53 | A    I never got out of the car. |
| 16 | 10:36:08 | Q    Okay. |
| 17 | 10:36:08 | A    I did have liquor, but I never got out of the |
| 18 | 10:36:05 | car. |
| 19 | 10:36:05 | Q    Okay.  Did you bring liquor into the Wrice |
| 20 | 10:36:07 | house? |
| 21 | 10:36:09 | A    Well, yes, a fifth of Wild Irish Rose, and I |
| 22 | 10:36:10 | don't remember what kind of -- I had a beer. |
| 23 | 10:36:16 | Q    Okay.  Did you have any marijuana with you? |
| 24 | 10:36:19 | A    No, I never carried drugs. |
| 25 | 10:36:23 | Q    So do you recall talking to anyone in the house |

| | | |
|---|---|---|
| 1 | 10:36:31 | when you first entered? |
| 2 | 10:36:36 | A    Little Bit, with her. |
| 3 | 10:36:43 | MS. BONJEAN:  I'm sorry.  I didn't |
| 4 | 10:36:44 | hear that. |
| 5 | 10:36:46 | A    A Little Bit, one of Stan's sisters, was in the |
| 6 | 10:36:49 | kitchen, and I'm pretty sure it was Charles.  I'm |
| 7 | 10:36:55 | not sure, though. |
| 8 | 10:36:56 | BY MS. BISBEE: |
| 9 | 10:36:57 | Q    Okay.  And who -- who is Little Bit, to the |
| 10 | 10:37:00 | best of your knowledge? |
| 11 | 10:37:00 | A    A fine little freak back then. |
| 12 | 10:37:02 | Q    Was -- was she -- |
| 13 | 10:37:09 | MS. BONJEAN:  I'm sorry.  I -- I |
| 14 | 10:37:09 | didn't -- I didn't -- I didn't hear it.  A |
| 15 | 10:37:11 | wife? |
| 16 | 10:37:14 | A    "A fine little freak." |
| 17 | 10:37:16 | BY MS. BISBEE: |
| 18 | 10:37:16 | Q    Okay. |
| 19 | 10:37:16 | MS. BONJEAN:  Okay.  Little Bit, is |
| 20 | 10:37:16 | that -- |
| 21 | 10:37:20 | THE WITNESS:  Yeah. |
| 22 | 10:37:20 | MS. BONJEAN:  Okay. |
| 23 | 10:37:20 | THE WITNESS:  She was about -- I |
| 24 | 10:37:21 | don't think she was 5-foot tall, but |
| 25 | 10:37:22 | ooooh, she was built. |

| 1 | 10:37:29 | BY MS. BISBEE: |
| 2 | 10:37:30 | Q    Had you -- had you known her before? |
| 3 | 10:37:32 | A    Yes, I knew her. |
| 4 | 10:37:32 | Q    Okay.  Was she somebody's girlfriend or was -- |
| 5 | 10:37:38 | A    Well, later, I had found out her and Mike were |
| 6 | 10:37:41 | sort of talking -- |
| 7 | 10:37:45 | Q    Okay. |
| 8 | 10:37:45 | A    -- but that didn't seem to stop her much. |
| 9 | 10:37:50 | Q    So are -- are you saying you -- you were |
| 10 | 10:37:54 | involved in some relationship with Little Bit? |
| 11 | 10:37:59 | A    Wasn't no "relationship."  I used to hit it. |
| 12 | 10:38:13 | Q    Okay.  So -- so you come in the kitchen and you |
| 13 | 10:38:17 | think Little Bit, Patricia, and, potentially, |
| 14 | 10:38:19 | Charles are in the kitchen; is that correct? |
| 15 | 10:38:22 | A    Yeah.  Now, there was another woman in the |
| 16 | 10:38:25 | kitchen.  I'm thinking it the other sister, but I'm |
| 17 | 10:38:29 | not sure. |
| 18 | 10:38:34 | Q    Did you have any conversation with any other |
| 19 | 10:38:37 | people in the kitchen and -- |
| 20 | 10:38:40 | A    "See you later." |
| 21 | 10:38:43 | Q    Okay.  And then what did you do?  What you did |
| 22 | 10:38:44 | you do? |
| 23 | 10:38:46 | A    I went upstairs. |
| 24 | 10:38:47 | Q    Okay.  By yourself? |
| 25 | 10:38:49 | A    No, with Karen Byron. |

```
 1   10:39:03   Q    Okay.
 2   10:39:07                    COURT REPORTER:  Sir, can you take
 3   10:39:07             your hand down?
 4   10:39:07                    THE WITNESS:  Huh?
 5   10:39:07                    COURT REPORTER:  I can't hear you, so
 6   10:39:07             take your hand down; move your hand.
 7   10:39:07                    THE WITNESS:  I'm sorry.
 8   10:39:07   BY MS. BISBEE:
 9   10:39:07   Q    So when you went upstairs, where was the
10   10:39:12   staircase in relation to the back door?
11   10:39:17   A    I'm really not sure, but it was right off the
12   10:39:19   kitchen.
13   10:39:20   Q    Okay.  So you didn't have to go into any other
14   10:39:22   rooms?
15   10:39:23   A    No.
16   10:39:24   Q    Do you recall if you went upstairs first or
17   10:39:26   Karen went upstairs first?
18   10:39:30   A    No, I don't remember who went first.
19   10:39:35   Q    Okay.  Did you go, roughly, at the same time?
20   10:39:40   A    Pretty much.
21   10:39:42   Q    Okay.  Now, had -- had you known Karen previous
22   10:39:48   to this night?
23   10:39:49   A    Yes, I had.
24   10:39:50   Q    Okay.  How did you know her?
25   10:39:52   A    She was a -- she was a local from the hood.
```

| | | |
|---|---|---|
| 1 | 10:40:13 | Q    Had you ever spent time socially with her |
| 2 | 10:40:15 | before? |
| 3 | 10:40:17 |                    MS. BONJEAN:  Objection to the form. |
| 4 | 10:40:19 | A    Yeah.  I don't what -- if you call it |
| 5 | 10:40:20 | "socially." |
| 6 | 10:40:21 | BY MS. BISBEE: |
| 7 | 10:40:22 | Q    Okay.  What was the nature of your relationship |
| 8 | 10:40:24 | with Karen? |
| 9 | 10:40:26 | A    Okay.  Karen was a neighborhood party girl. |
| 10 | 10:40:27 | Get her a couple of drinks, maybe a beer or two, a |
| 11 | 10:40:32 | little weed or whatever, she was willing. |
| 12 | 10:40:36 | Q    Okay.  Willing to engage in sex? |
| 13 | 10:40:40 | A    Yes, ma'am. |
| 14 | 10:40:41 | Q    Okay.  So had you had sex with her before? |
| 15 | 10:40:44 | A    Yes, ma'am. |
| 16 | 10:40:45 | Q    Could -- do you know how many times you had had |
| 17 | 10:40:47 | sex with her before? |
| 18 | 10:40:48 | A    No, ma'am. |
| 19 | 10:40:49 | Q    More than once? |
| 20 | 10:40:50 | A    Probably. |
| 21 | 10:41:04 | Q    So when you and Karen both go up the stairs |
| 22 | 10:41:07 | from the kitchen, was -- was there anyone upstairs? |
| 23 | 10:41:13 | A    To be perfectly honest with you, I wasn't |
| 24 | 10:41:15 | paying no attention. |
| 25 | 10:41:18 | Q    Okay.  Can you describe the upstairs? |

| | | | |
|---|---|---|---|
| 1 | 10:41:21 | A | Just an attic. |
| 2 | 10:41:22 | Q | Was there -- |
| 3 | 10:41:22 | A | Just a room with low ceilings; long, open |
| 4 | 10:41:27 | | space. |
| 5 | 10:41:28 | Q | Okay.  Had you been in the upstairs before |
| 6 | 10:41:34 | | that? |
| 7 | 10:41:35 | A | Well, actually, I hadn't. |
| 8 | 10:41:38 | Q | Was there any furniture in the room? |
| 9 | 10:41:42 | A | Table.  I know it to be a chair or two and I -- |
| 10 | 10:41:47 | | might have been a couch.  Table was all I was |
| 11 | 10:41:52 | | interested in. |
| 12 | 10:41:54 | Q | The table.  Why is that? |
| 13 | 10:41:59 | A | For real?  Because that was someplace you could |
| 14 | 10:42:03 | | lay down. |
| 15 | 10:42:06 | Q | Okay.  So what happened when you and Karen went |
| 16 | 10:42:14 | | up into the attic? |
| 17 | 10:42:16 | A | We had sex. |
| 18 | 10:42:17 | Q | You had sex. |
| 19 | 10:42:23 | | Do you remember if anyone was present while you |
| 20 | 10:42:26 | | and Karen had sex? |
| 21 | 10:42:29 | A | At the time, I wasn't concerned. |
| 22 | 10:42:44 | Q | Did you and she finish having sex at some |
| 23 | 10:42:47 | | point? |
| 24 | 10:42:48 | A | Yes, we did. |
| 25 | 10:42:49 | Q | Okay.  Do you have any idea how long you were |

| | | |
|---|---|---|
| 1 | 10:42:57 | having sex? |
| 2 | 10:42:59 | A    Couldn't have been no more than ten minutes. |
| 3 | 10:43:04 | Q    Okay.  Did you have any drinks upstairs with |
| 4 | 10:43:10 | you? |
| 5 | 10:43:12 | A    I brought my bottle with me. |
| 6 | 10:43:14 | Q    Okay.  Were you and Karen drinking while you |
| 7 | 10:43:17 | were upstairs? |
| 8 | 10:43:19 | A    We had a couple drinks coming up the stairs and |
| 9 | 10:43:20 | we hit the bottle a couple of times while we was |
| 10 | 10:43:25 | pulling down our pants and that's it that I |
| 11 | 10:43:28 | remember. |
| 12 | 10:43:30 | Q    Okay.  What did you do, if anything, after you |
| 13 | 10:43:35 | finished having sex? |
| 14 | 10:43:42 | A    If I recall correctly, I poured some out -- |
| 15 | 10:43:47 | some of the wine on, like, a rag or a handkerchief |
| 16 | 10:43:49 | or something, wiped myself off, and went on -- I |
| 17 | 10:43:55 | went on back downstairs. |
| 18 | 10:43:56 | Q    Okay.  Was anyone upstairs at the time -- |
| 19 | 10:44:00 | A    Quite a few people. |
| 20 | 10:44:00 | Q    -- you went downstairs? |
| 21 | 10:44:03 | A    Yeah. |
| 22 | 10:44:03 | Q    Okay.  So when did somebody -- all right. |
| 23 | 10:44:10 | So you're finished having sex. |
| 24 | 10:44:12 | A    Yes, ma'am. |
| 25 | 10:44:13 | Q    At that time, are there other people in the |

1  10:44:14  room?

2  10:44:16  A    Yes, now I notice them.

3  10:44:17  Q    Okay.  Do you know who these people were?

4  10:44:24  A    Mike was there.  Bicycle Boy was there.

5  10:44:29              MS. BONJEAN:  I'm sorry.  I couldn't

6  10:44:29         understand that last one.

7  10:44:32              THE WITNESS:  Bicycle Boy.  I --

8  10:44:35              MS. BONJEAN:  Bicycle Boy.

9  10:44:36              THE WITNESS:  -- I don't know his

10  10:44:36         name.

11  10:44:36              MS. BONJEAN:  Okay.

12  10:44:38              THE WITNESS:  I didn't know who he

13  10:44:38         was.

14  10:44:39              MS. BONJEAN:  Okay.

15  10:44:39  A    Stan was up there.  I didn't see Charles.  Mike

16  10:44:48  was up there.  I can't recall this other dude name

17  10:44:53  -- it was a couple people up there.

18  10:44:55  BY MS. BISBEE:

19  10:44:56  Q    Okay.

20  10:44:56  A    I wasn't trying to -- I wasn't really trying to

21  10:45:02  catalog nobody.  I just -- I'm done.

22  10:45:03      "Who's next?"

23  10:45:06  Q    Okay.  What do you mean by that, "Who's next"?

24  10:45:11  A    I said -- I left.

25  10:45:12      I was, like, "She still laying there.  Who's

```
 1   10:45:15   next?"

 2   10:45:16   Q    Okay.  Did you see anyone have sex with Karen

 3   10:45:27   when you had finished?

 4   10:45:30   A    I -- pretty sure somebody -- I'm pretty sure,

 5   10:45:36   but I don't know who it was first, and I wasn't

 6   10:45:41   trying to stay to find out.  Voyeurism is not my

 7   10:45:47   style.

 8   10:45:52   Q    That night a -- aside from you, did you see

 9   10:46:03   anyone have sex with Karen?

10   10:46:06   A    I saw a couple people have sex with Karen.  I

11   10:46:14   can't recall that boy's name, but Stan, Bicycle

12   10:46:23   Dude, of course, and this other kind of tall guy

13   10:46:29   whose name I didn't know.  I think Mike might have

14   10:46:36   got up and jumped in there, too, but I ain't sure.

15   10:46:39   I can't -- that's been a while.  He was definitely

16   10:46:45   up there, though.

17   10:46:48   Q    How long, from the time you -- you got to the

18   10:46:50   Wrice house to the time you finished having sex, how

19   10:46:54   much time had elapsed?

20   10:46:57              MS. BONJEAN:  Objection to form.

21   10:46:57              Foundation.

22   10:47:00   BY MS. BISBEE:

23   10:47:01   Q    If you know.

24   10:47:02              MS. BONJEAN:  I'm -- I'm -- can you

25   10:47:02              repeat -- I'm sorry.  Can you repeat back
```

```
 1   10:47:03              the question?

 2   10:47:03                      (WHEREUPON, the previous question was

 3   10:47:03              read back from the reporter.)

 4   10:47:03                      MS. BISBEE:  Okay.  I didn't hear the

 5   10:47:03              "got to" part.

 6   10:47:03    A    From the time I got there?

 7   10:47:03    BY MS. BONJEAN:

 8   10:47:03    Q    Uh-huh.

 9   10:47:21    A    I went straight up there.

10   10:47:21    Q    Okay.

11   10:47:21    A    Yeah.

12   10:47:21    Q    And then you immediately started having sex; is

13   10:47:24    that -- or you had some drinks?

14   10:47:25    A    We passing the bottle -- no.  We passing the

15   10:47:27    bottle on the way back and forth.

16   10:47:30    Q    Okay.  Okay.  And how long -- when you saw

17   10:47:41    these other people having sex with Karen, was it

18   10:47:44    right after you had had sex with her, or was it at a

19   10:47:48    different time?

20   10:47:50    A    Somebody -- I can't remember which turn it --

21   10:47:54    or how they went, but someone went right behind me.

22   10:48:00    Q    Okay.  And then what did you do?

23   10:48:03    A    I went downstairs.

24   10:48:17    Q    What did you do when you got downstairs?

25   10:48:22    A    Started trying to talk Little Bit out of her
```

| | | |
|---|---|---|
| 1 | 10:48:24 | pants. |
| 2 | 10:48:33 | Q   So were you -- was Little Bit still in the |
| 3 | 10:48:37 | kitchen? |
| 4 | 10:48:39 | A   Uh-huh. |
| 5 | 10:48:42 | Q   Okay.  Was she seated at a table, or . . . |
| 6 | 10:48:50 | A   I -- I don't know if she was seated at a table |
| 7 | 10:48:54 | or just standing there. |
| 8 | 10:48:55 | Q   Okay.  Was anyone else there? |
| 9 | 10:48:57 | A   Well, Patricia was there.  Another girl was |
| 10 | 10:49:00 | there.  I don't know -- I can't recall her name, |
| 11 | 10:49:06 | either. |
| 12 | 10:49:20 | Q   Did you have any conversation with Patricia |
| 13 | 10:49:25 | when you went downstairs? |
| 14 | 10:49:26 | A   Yes. |
| 15 | 10:49:28 | Q   Okay.  Do you recall what you said to her or |
| 16 | 10:49:31 | what she said to you? |
| 17 | 10:49:33 | A   She asked me why I was hollering at Little Bit; |
| 18 | 10:49:38 | didn't I get enough upstairs? |
| 19 | 10:49:47 | Just basic bantering, I guess, you would call |
| 20 | 10:49:51 | it. |
| 21 | 10:49:52 | Q   Okay.  Okay.  Aside from Patricia and Little |
| 22 | 10:49:54 | Bit, did you have any other conversations with any |
| 23 | 10:49:58 | other people that were in the kitchen, at that time? |
| 24 | 10:50:01 | A   We was all kind of -- I don't know how you say |
| 25 | 10:50:05 | it, but we was all kind of throwing it around. |

| | | |
|---|---|---|
| 1 | 10:50:09 | Q    Okay.  Had you -- had you brought your Wild |
| 2 | 10:50:25 | Irish Rose back downstairs with you? |
| 3 | 10:50:29 | A    No. |
| 4 | 10:50:30 | Q    Were you drinking anything while you were in |
| 5 | 10:50:32 | the kitchen? |
| 6 | 10:50:33 | A    I had a half pint of Jose Cuervo Gold in my |
| 7 | 10:50:37 | back pocket that I was drinking. |
| 8 | 10:50:41 | Q    Straight? |
| 9 | 10:50:43 | A    But of course.  You don't mix the Gold. |
| 10 | 10:50:51 | Q    Was anyone else drinking it with you? |
| 11 | 10:50:55 | A    No, I didn't share my -- I didn't share my |
| 12 | 10:50:56 | tequila. |
| 13 | 10:50:58 | Q    Were other people drinking in the kitchen? |
| 14 | 10:51:02 | A    I'm pretty sure there was a pint of bumpy face |
| 15 | 10:51:02 | on the table. |
| 16 | 10:51:05 | Q    A pint of what? |
| 17 | 10:51:07 | A    Seagram's Gin. |
| 18 | 10:51:12 | Q    On the table, you said? |
| 19 | 10:51:15 | A    Yeah. |
| 20 | 10:51:16 | Q    Okay. |
| 21 | 10:51:16 | A    And glasses was around, so I'm pretty sure they |
| 22 | 10:51:20 | were drinking gin and juice.  I'm not sure, though, |
| 23 | 10:51:21 | but I'm pretty sure.  Or maybe just straight juice. |
| 24 | 10:51:27 | Q    Do you know if anyone else was in -- in the |
| 25 | 10:51:29 | house but not in the kitchen? |

```
 1  10:51:32  A    Well, I know Charles was in the house somewhere
 2  10:51:36  and actually I didn't go no further, so I don't know
 3  10:51:40  for sure.
 4  10:51:58  Q    Did you eat any food while you were in the
 5  10:52:00  kitchen?
 6  10:52:01  A    (Shakes head side to side.)  Huh-uh.  No.
 7  10:52:17  Q    Did you ever have an occasion to go back
 8  10:52:20  upstairs?
 9  10:52:22  A    You mean before I left?
10  10:52:30  Q    Yes.
11  10:52:32  A    I'm not sure.  I might have.
12  10:52:33                THE WITNESS:  I'm going to need a
13  10:52:33            break here in a minute.
14  10:52:33                MS. BISBEE:  Okay.  You want to take
15  10:52:33            one now?
16  10:52:33                THE WITNESS:  Where's the nearest
17  10:52:33            bathroom?
18  10:52:33                MS. BONJEAN:  It's, I think, out the
19  10:52:33            door to the left down the hall.
20  10:53:02                VIDEOGRAPHER:  We're going off the
21  10:53:03            record.  The time is approximately 10:53
22  10:53:03            a.m.
23  10:53:03                (WHEREUPON, after a break was taken,
24  10:53:03            the proceedings resumed as follows, to
25  10:53:03            wit:)
```

```
 1   10:53:03              VIDEOGRAPHER:  We are back on the
 2   10:59:54              record.  The time is approximately 11:01
 3   10:59:55              a.m.
 4   10:59:55   BY MS. BISBEE:
 5   10:59:55   Q    Okay.  So when you say these other people in
 6   10:59:55   the room were "waiting their turn," what do you mean
 7   10:59:55   by that?
 8   10:59:55   A    I don't know no other way to put it.  Waiting
 9   10:59:55   their turn to have sex.
10   10:59:55   Q    Okay.
11   10:59:55   A    Choo choo.
12   10:59:55   Q    Do you recall anyone specifically in the room
13   10:59:55   at that time between -- besides you, Bicycle Guy,
14   10:59:55   and Stanley?
15   10:59:55   A    To be perfectly honest with you, I could say,
16   10:59:55   but I'm not positive.  It's a -- it was dark up
17   10:59:55   there.  The only real light was over there by the
18   10:59:55   table, and I really wasn't interested.
19   10:59:55   Q    Okay.  Was -- was Karen making any noises at
20   10:59:55   this time or --
21   10:59:55              MS. BONJEAN:  Objection to the form
22   10:59:55              and foundation.
23   10:59:55   A    At that time, yeah, she was still making grunts
24   10:59:55   and groans.
25   10:59:55   BY MS. BISBEE:
```

| | | |
|---|---|---|
| 1 | 10:59:55 | Q    Okay.  At that time, did it sound to you like |
| 2 | 10:59:55 | she was in any sort of pain? |
| 3 | 10:59:55 | MS. BONJEAN:  I'm going to object to |
| 4 | 10:59:55 | the form as "at that time" and the |
| 5 | 10:59:55 | foundation because I'm not sure "at what |
| 6 | 10:59:55 | time" we're talking about, so I'm going to |
| 7 | 10:59:55 | place that on the record. |
| 8 | 10:59:55 | If you understand the question, Mr. |
| 9 | 10:59:55 | Benson, you can answer. |
| 10 | 10:59:55 | A    I couldn't -- I -- I couldn't -- I -- at -- I |
| 11 | 10:59:55 | was kinda young then.  I don't know if it was pain |
| 12 | 10:59:55 | or passion.  I don't know. |
| 13 | 10:59:55 | BY MS. BISBEE: |
| 14 | 10:59:55 | Q    Okay.  How long did you stay in the attic? |
| 15 | 10:59:55 | A    After that? |
| 16 | 10:59:55 | Q    Yes. |
| 17 | 10:59:55 | A    Not much longer. |
| 18 | 11:13:38 | Q    At some point, did you go back downstairs? |
| 19 | 11:13:42 | A    I left, downstairs.  I told somebody I was |
| 20 | 11:13:46 | getting ready to go.  Little Bit and Mike asked for |
| 21 | 11:13:51 | a ride. |
| 22 | 11:13:52 | Q    Okay.  Had anyone else come downstairs with |
| 23 | 11:13:55 | you? |
| 24 | 11:13:56 | A    Not that I remember. |
| 25 | 11:13:59 | Q    Okay.  So did you go downstairs and go back |

| | | |
|---|---|---|
| 1 | 11:14:07 | into the kitchen? |
| 2 | 11:14:08 | A    Yeah, the -- the stairway is right off the |
| 3 | 11:14:11 | kitchen. |
| 4 | 11:14:13 | Q    Do you recall if there was anyone else -- |
| 5 | 11:14:15 | anyone in the kitchen when you got back downstairs? |
| 6 | 11:14:19 | A    Just about everyone.  Same people that was -- |
| 7 | 11:14:23 | been sitting in the kitchen. |
| 8 | 11:14:25 | Q    So was Patricia there? |
| 9 | 11:14:27 | A    Patricia was in there. |
| 10 | 11:14:29 | Q    And -- and Kim was there? |
| 11 | 11:14:32 | A    Little Bit, yes. |
| 12 | 11:14:34 | Q    Okay.  I think you just mentioned Mike.  Was |
| 13 | 11:14:35 | Mike downstairs? |
| 14 | 11:14:37 | A    Me and Mike was talking.  We lit a joint. |
| 15 | 11:14:37 |                    MS. BONJEAN:  With who?  I'm sorry. |
| 16 | 11:14:44 |                    THE WITNESS:  Mike. |
| 17 | 11:14:44 |                    MS. BONJEAN:  Oh, with -- |
| 18 | 11:14:44 |                    THE WITNESS:  Little Mike. |
| 19 | 11:14:48 |                    MS. BONJEAN:  Okay.  Thank you. |
| 20 | 11:14:50 |                    THE WITNESS:  He asked me for a ride. |
| 21 | 11:14:51 | BY MS. BISBEE: |
| 22 | 11:14:55 | Q    Okay.  Did you give him a ride? |
| 23 | 11:14:58 | A    Yes, I did. |
| 24 | 11:14:59 | Q    Okay.  So how long after you came downstairs |
| 25 | 11:15:11 | did you stay in the kitchen? |

```
 1   11:15:31   A    I ain't got an exact time.  It was long enough

 2   11:15:25   to drink a beer and smoke a joint.

 3   11:15:28   Q    Okay.  Did you hear anything from -- coming

 4   11:15:30   from the upstairs?

 5   11:15:32   A    I heard a couple of things.

 6   11:15:34   Q    Okay.  What did you hear?

 7   11:15:36   A    You know, something like a scream, some

 8   11:15:39   yahooing.  Somebody even did a rebel yell.

 9   11:15:48                  MS. BONJEAN:  A what?  A rebel yell?

10   11:15:48                  MS. BISBEE:  Yeah.

11   11:15:48                  THE WITNESS:  Yeah.  Which is strange

12   11:15:48              in my neighborhood.

13   11:15:48   BY MS. BISBEE:

14   11:15:55   Q    Well, did anyone come downstairs while you were

15   11:15:58   still in the kitchen?

16   11:16:00   A    Somebody run down there and said Stan was

17   11:16:03   acting a fool --

18   11:16:03   Q    Oh.

19   11:16:03   A    -- at which time, I didn't pay no attention.

20   11:16:09   We left.

21   11:16:15   Q    Okay.  This person that said Stan was acting a

22   11:16:22   fool, is -- is that exactly what you heard, he was

23   11:16:26   acting a fool, or did he -- is that a

24   11:16:29   generalization?

25   11:16:31   A    That's a generalization.  I can't remember the
```

1    11:16:33    exact words.

2    11:16:35    Q    Did that person stay downstairs or go back

3    11:16:44    upstairs?

4    11:16:45    A    I have no idea.

5    11:16:55    Q    So at this point, you've been in the kitchen,

6    11:16:57    would you say, long enough to have had a beer and a

7    11:16:59    joint. The person comes -- then the person comes

8    11:17:04    downstairs and says, "Stan's acting a fool."

9    11:17:06      Is that -- is that the right order?

10    11:17:10        MS. BONJEAN: Objection to form.

11    11:17:10        Go ahead. You can answer, finish.

12    11:17:12    A    Before we finished, somebody came down and said

13    11:17:16    that.

14    11:17:16    BY MS. BISBEE:

15    11:17:16    Q    Okay. And then did you leave the Wrice house?

16    11:17:20    A    I -- after I finished my drink and my -- and my

17    11:17:24    joint.

18    11:17:27    Q    Okay. Okay. Did you leave with anyone?

19    11:17:31    A    I left with Little Mike and Little Bit.

20    11:17:36    Q    Where did you go?

21    11:17:44    A    I can't exactly remember. I went to drop

22    11:17:43    Little Mike off somewhere. I think it was around

23    11:17:46    the Hyde Park area, but I don't remember exactly.

24    11:17:53    Q    Okay. What about Kim?

25    11:17:56    A    Kim told Mike she was going to come back up

| | | |
|---|---|---|
| 1 | 11:17:59 | there and stay with a cousin or auntie or something |
| 2 | 11:18:03 | like that, back up towards the -- but after we |
| 3 | 11:18:07 | dropped Mike off, she said she's -- she's coming |
| 4 | 11:18:10 | home with me. |
| 5 | 11:18:12 | Q    Uh-huh.  Okay. |
| 6 | 11:18:15 | A    And so . . . |
| 7 | 11:18:18 | Q    So I'm sorry.  You just said she came home with |
| 8 | 11:18:20 | you; did I get that right? |
| 9 | 11:18:22 | A    She said she would like to come home with me. |
| 10 | 11:18:24 | Q    Okay.  And did she go home with you? |
| 11 | 11:18:24 | A    Well, I couldn't take her to my house.  We went |
| 12 | 11:18:27 | to my mother's house. |
| 13 | 11:18:39 | Q    Did you stay at your mom's house for the rest |
| 14 | 11:18:42 | of the night? |
| 15 | 11:18:44 | A    No, I did not. |
| 16 | 11:18:45 | Q    Okay. |
| 17 | 11:18:45 | A    And after Kim and I finished -- I forgot how |
| 18 | 11:18:58 | the conversation came -- but the conversation came |
| 19 | 11:18:59 | up needing -- probably needing to go back and check |
| 20 | 11:19:03 | on her. |
| 21 | 11:19:03 | I took Little Bit to -- I don't know who that |
| 22 | 11:19:10 | were, her sister or auntie or what -- her house over |
| 23 | 11:19:13 | on -- right across Stony Island -- I can't remember |
| 24 | 11:19:19 | the exact street name -- and I went back by the |
| 25 | 11:19:22 | house. |

```
 1   11:19:22   Q    Back by the Wrice house?

 2   11:19:25   A    By the Wrice house.

 3   11:19:26   Q    Okay.  You were in your car; is that how you

 4   11:19:29   got there?

 5   11:19:31   A    No, I was in my mom's car.

 6   11:19:31   Q    You were in your mom's car, but you were

 7   11:19:31   driving; you weren't walking?

 8   11:19:35   A    Yeah, I was driving.

 9   11:19:36   Q    Okay.  Do you remember if you parked in the

10   11:19:38   front or the back?

11   11:19:39   A    That time, I parked in the front.

12   11:19:41   Q    Okay.  Did you see anyone in the front of the

13   11:19:44   house?

14   11:19:49   A    Not -- you mean outside?

15   11:19:51   Q    Yeah.

16   11:19:51   A    Oh, yeah, there was always somebody sitting on

17   11:19:53   the porch.

18   11:19:53   Q    Okay.

19   11:19:53   A    Know who it was?  I -- I can't remember.  I'm

20   11:20:05   thinking it was this kind of big guy used to sell

21   11:20:10   dope, but I don't remember his name exactly.

22   11:20:16   Q    Do you know where he lived?

23   11:20:18   A    Yeah, down the street.  We was on 76th and

24   11:20:27   Chappell.  He lived on 75th and Chappell.

25   11:20:27   Q    Could that have been Kenny Lewis?
```

| | | | |
|---|---|---|---|
| 1 | 11:20:27 | A | It could have been. |
| 2 | 11:20:40 | Q | Do you know who Kenny Lewis is? |
| 3 | 11:20:44 | A | A dope dealer. |
| 4 | 11:20:47 | Q | A dope dealer? |
| 5 | 11:20:48 | A | Yeah. |
| 6 | 11:20:50 | Q | Okay.  And did he live on Chappell, to your |
| 7 | 11:20:52 | | knowledge? |
| 8 | 11:20:54 | A | He -- okay.  Stan and them lived on 76th and |
| 9 | 11:20:58 | | Chappell.  Dude stayed on 75th and Chappell. |
| 10 | 11:20:58 | Q | "Dude," Kenny Lewis? |
| 11 | 11:20:58 | A | If at's who it was, yeah. |
| 12 | 11:20:58 | Q | Is that -- |
| 13 | 11:21:09 | | MS. BONJEAN:  Objection to the form. |
| 14 | 11:21:10 | | Mischaracterizes his testimony. |
| 15 | 11:21:10 | | I think he said it could have been |
| 16 | 11:21:10 | | Kenny Lewis. |
| 17 | 11:21:15 | | MS. BISBEE:  So it could have been |
| 18 | 11:21:15 | | him on the porch. |
| 19 | 11:21:16 | | I'm asking if he knew who Kenny Lewis |
| 20 | 11:21:18 | | was. |
| 21 | 11:21:22 | A | I -- I know who he was, but I'm pretty sure it |
| 22 | 11:21:26 | | was another name they called him. |
| 23 | 11:21:26 | | BY MS. BISBEE: |
| 24 | 11:21:28 | Q | All right.  Does "Boomer" ring a bell? |
| 25 | 11:21:30 | A | Boomer.  That guy.  A lot of brothers and |

```
 1  11:21:46   sisters.

 2  11:21:46   Q    Okay.  So you came back to the Wrice house and

 3  11:21:56   you get to the front and you think there's someone

 4  11:21:59   on the porch; is that correct?

 5  11:22:01   A    That's correct.

 6  11:22:01   Q    Okay.  Did you talk to the -- this person on

 7  11:22:03   the porch?

 8  11:22:04   A    No, I went to -- immediately to the side door.

 9  11:22:09   Q    What do you mean, "side door"?

10  11:22:14   A    Kitchen door.

11  11:22:16   Q    Kitchen.  Is that the same door you came in --

12  11:22:18   A    Yeah.

13  11:22:19   Q    -- earlier in the night?

14  11:22:22        Was anyone in the kitchen?

15  11:22:24   A    Yes.

16  11:22:25   Q    Okay.  Was the door open or shut?

17  11:22:27   A    It was shut, but it wasn't locked.

18  11:22:38   Q    Okay.  So who was -- who was in the kitchen?

19  11:22:49   A    Patricia wasn't in there, but Charles was, some

20  11:22:53   girl, and this other guy we know.  I can't think of

21  11:22:56   his name, at the moment.

22  11:23:01   Q    Did you have any conversation with anyone in

23  11:23:03   the kitchen?

24  11:23:06   A    Yes, I did.

25  11:23:06   Q    Who did you converse with?
```

```
 1   11:23:14   A    I can't remember exactly.  I just came in,

 2   11:23:15   "What's" -- excuse me -- "what's happening, y'all?"

 3   11:23:20   Q    Okay.  Did anyone respond?

 4   11:23:23   A    Yeah, "You need to get upstairs."

 5   11:23:29   Q    Did one person say, "You need to get upstairs,"

 6   11:23:32   or multiple people say you needed to get upstairs?

 7   11:23:37   A    Well, it -- pretty much -- I -- I believe it

 8   11:23:42   was one, but all of them were looking at me like,

 9   11:23:44   "You need to get upstairs."

10   11:23:47   Q    Okay.  Did -- did anyone indicate to you why

11   11:23:51   you needed to get upstairs?

12   11:23:54                     MS. BONJEAN:  Objection to the form.

13   11:23:58   A    There was a problem going on.

14   11:24:00   BY MS. BISBEE:

15   11:24:04   Q    Anything specific, that you can recall?

16   11:24:08   A    There was -- there was a problem with Karen.

17   11:24:13   Q    So what did you do?

18   11:24:15   A    I went up the stairs.

19   11:24:17   Q    And what, if anything, did you observe when you

20   11:24:20   went upstairs?

21   11:24:23   A    When I got up the stairs -- I can't -- I'm --

22   11:24:24   I'm assuming, it was Bicycle Dude was taking her

23   11:24:36   anally.  Another guy was taking her orally, and it

24   11:24:41   was -- it was about four or five people standing

25   11:24:46   around the table.
```

```
 1   11:24:47   Q    Okay.

 2   11:24:47   A    I don't know.  At that time -- as you asked me

 3   11:24:56   before was she responsive.  She didn't seem

 4   11:24:58   responsive.

 5   11:25:00   Q    Okay.  So are saying she seemed unconscious?

 6   11:25:05   A    Maybe unconscious or I -- I can't even say.

 7   11:25:09   Catatonic almost.

 8   11:25:13   Q    Okay.  Besides Bicycle Guy, do you remember

 9   11:25:14   anyone specific who was upstairs?

10   11:25:18   A    Stan was up there.  I almost called his name --

11   11:25:28   Bicycle Guy, Stan.  I can't remember their names.

12   11:25:39   Q    Do you know who Lee Fowler is -- or no, I'm

13   11:25:42   sorry -- Lee Holmes?

14   11:25:42   A    Yeah.

15   11:25:46   Q    Okay.  Do you recall Lee Holmes being present,

16   11:25:46   at all?

17   11:25:52   A    He had been there that night, but at the -- at

18   11:25:54   that time, I -- I can't say that I actually remember

19   11:25:58   him being there because, like I said, the woman

20   11:26:06   looked like she was "unresponsive," if that's the

21   11:26:08   word I'm looking for.  Looked like she was out of

22   11:26:11   it, and they were still going at her.

23   11:26:20   Q    What did you do?

24   11:26:21   A    I -- I tried to make them back off.

25   11:26:24        "Hey, y'all need to, you know, back off."
```

| | | |
|---|---|---|
| 1 | 11:26:27 | My buddy -- that -- this is my -- he cussed me |
| 2 | 11:26:41 | out, "This is my house.  You don't like what's going |
| 3 | 11:26:40 | on, you get the hell out." |
| 4 | 11:26:42 | Q    And who's your buddy? |
| 5 | 11:26:43 | A    Stan.  My partner, my friend. |
| 6 | 11:26:50 | Q    Did he -- did he say anything else? |
| 7 | 11:26:52 | A    Huh? |
| 8 | 11:26:55 | Q    Did he say anything else? |
| 9 | 11:26:56 | A    Said quite a few things, but -- I can't exactly |
| 10 | 11:26:59 | remember word for word what. |
| 11 | 11:27:02 | Q    Okay. |
| 12 | 11:27:05 | A    Basically, it wasn't my damn business.  Either |
| 13 | 11:27:09 | get with the program or get away. |
| 14 | 11:27:15 | Q    Did he threaten you physically? |
| 15 | 11:27:18 | A    Definitely. |
| 16 | 11:27:27 | Q    How far -- when you came up the stairs, do you |
| 17 | 11:27:34 | recall where Stan was when you saw him? |
| 18 | 11:27:39 | A    Standing around the table. |
| 19 | 11:27:40 | Q    Okay. |
| 20 | 11:27:40 | A    Side of the table.  If I came up the stairs |
| 21 | 11:27:44 | this way, he was on this side of the table |
| 22 | 11:27:47 | (indicating). |
| 23 | 11:27:47 | Q    Okay.  When you're saying "table," was that -- |
| 24 | 11:27:48 | was it a mattress? |
| 25 | 11:27:54 | MS. BONJEAN:  Objection to the form. |

```
 1   11:27:55          You're testifying.

 2   11:27:55                He -- he said "a table."  I think

 3   11:27:56          that he knows -- I think this man knows

 4   11:27:56          the difference between a table and a

 5   11:27:56          mattress.  I could be wrong, but I bet he

 6   11:28:01          does.

 7   11:28:05   A   She's right; it was a table.

 8   11:28:06   BY MS. BISBEE:

 9   11:28:07   Q   Okay.  Fair enough.  So, I'm sorry.  He was --

10   11:28:13   A   Okay.  Say it again.

11   11:28:17          Say, this -- the stairway, this --

12   11:28:19   Q   Okay.

13   11:28:21   A   -- table sitting back there (indicating).  He

14   11:28:26   was standing up towards the head of the table

15   11:28:27   (indicating).

16   11:28:29   Q   Okay.  So how far away from him were you?

17   11:28:35   A   Let me see.  I want to say no more -- no more

18   11:28:44   than 12, 15 feet, probably, a lot less.  It was

19   11:28:50   dark, and I was drunk.

20   11:28:53   Q   Okay.  Did you have any conversations with

21   11:28:57   anyone else upstairs?

22   11:29:01   A   I'm pretty much sure -- almost sure -- I told

23   11:29:10   all of them they need to get on out, need to let her

24   11:29:15   alone and get out.  I'm pretty sure.

25   11:29:18   Q   Okay.
```

```
 1   11:29:18   A    But not -- maybe not quite that way.  I might

 2   11:29:20   have been a little more abusive than that.

 3   11:29:24   Q    Okay.  And what did you do next?

 4   11:29:32   A    I was told to get off of my ass.

 5   11:29:33   Q    I'm sorry.  What was that?

 6   11:29:33   A    I was told to mind my own business because I

 7   11:29:34   couldn't move them off.

 8   11:29:37   Q    Okay.  So did you leave?

 9   11:29:41   A    Well, I thought about fighting, because I kind

10   11:29:43   of liked to did that back in the day.  I wanted to

11   11:29:43   fight but I knew I didn't have a win, so I left.

12   11:29:50   Q    Okay.  Did anyone else leave with you?

13   11:29:53   A    At that time?

14   11:29:54   Q    Yes.

15   11:29:56   A    No.

16   11:29:59   Q    Okay.  Did you go back into the kitchen at that

17   11:30:03   time?

18   11:30:03   A    I went on out the door.

19   11:30:10   Q    Do you remember if you went out the front door

20   11:30:12   or the back door?

21   11:30:13   A    I went out the same door over where my car was

22   11:30:16   parked.

23   11:30:17   Q    Do you remember if you saw anyone else in --

24   11:30:19   anyone in the kitchen as you were leaving?

25   11:30:22   A    I wasn't paying that much attention.  I was
```

| | | |
|--|--|--|
| 1 | 11:30:24 | trying to get away from there. |
| 2 | 11:30:30 | Q   Okay.  What did you do after you left the Wrice |
| 3 | 11:30:33 | house? |
| 4 | 11:30:35 | A   I went to my mother's house on Cregier.  I meant |
| 5 | 11:30:47 | to leave her car and take my truck and go to my |
| 6 | 11:30:47 | house, but I went on down in the basement, laid |
| 7 | 11:30:53 | down, and went to sleep. |
| 8 | 11:30:54 | Q   Okay.  And what's the next thing you remember? |
| 9 | 11:30:56 | A   The police. |
| 10 | 11:30:57 | Q   The police.  Did the police come to your house? |
| 11 | 11:31:02 | A   My mother's house. |
| 12 | 11:31:03 | Q   Or your mother's house?  I'm sorry. |
| 13 | 11:31:06 | A   (Nods head up and down.) |
| 14 | 11:31:07 | Q   Okay.  And what happened when the police came |
| 15 | 11:31:07 | to your mother's house? |
| 16 | 11:31:10 | A   Kind of funny, actually.  When she finally woke |
| 17 | 11:31:15 | up and went and answered the door, asked was there a |
| 18 | 11:31:17 | Rodney Benson here, she said, "That's my son, but he |
| 19 | 11:31:21 | doesn't live here." |
| 20 | 11:31:23 | "He was driving this '77 Pinto and this -- was |
| 21 | 11:31:31 | a rape over here on such-and-such." |
| 22 | 11:31:33 | So she said, "No, that ain't my son." |
| 23 | 11:31:36 | He said, "Attempted murder, too." |
| 24 | 11:31:38 | She said, "Oh, that might be him," and she done |
| 25 | 11:31:46 | have me -- she told them to wait a minute.  She came |

1    11:31:49    down to see if I was in the basement, and they

2    11:31:51    followed her down.

3    11:31:52    Q    Okay.  And did your mom tell you all of that,

4    11:31:54    at some point?

5    11:31:56    A    Uh-huh.

6    11:31:56    Q    Wait, you --

7    11:31:56    A    I'm listening to them.

8    11:31:58    Q    Oh, you could hear it?

9    11:32:00    A    Yeah.

10   11:32:07    Q    So the police came -- I'm sorry-- you said

11   11:32:10    downstairs to where you were sleeping; is that

12   11:32:12    correct?

13   11:32:13    A    Yeah.

14   11:32:14    Q    Okay.  What, if anything, did you say to them

15   11:32:22    or -- or they say to you?

16   11:32:23    A    They told me -- they -- in front of my mother,

17   11:32:26    they told me they wanted to take me in for

18   11:32:28    questioning.

19   11:32:33    Q    Okay.

20   11:32:35    A    When they got me out to the car, it turned into

21   11:32:39    a different story.

22   11:32:40    Q    Okay.  What happened?

23   11:32:41    A    "We got your ass for rape."

24   11:32:56    Q    Did you have any idea what they were talking

25   11:32:59    about?

```
 1   11:33:00   A    Not at that time.  The one that wasn't driving

 2   11:33:03   reached around the seat and busted -- he didn't hurt

 3   11:33:03   me.  He just slapped me upside the head.

 4   11:33:08   Q    Okay.  Do you recall what these officers looked

 5   11:33:11   like, or do you know what their names were?

 6   11:33:14   A    I knew what they looked like, but I didn't know

 7   11:33:15   their names until much later.

 8   11:33:19   Q    Okay.  What do you now know their names to be?

 9   11:33:25   A    Burge and Byrne.

10   11:33:33   Q    So did they take you away in a squad car or

11   11:33:38   some sort of police car?

12   11:33:40   A    Unmarked car but, I mean, everybody knows it's

13   11:33:42   a police car.

14   11:33:44   Q    Okay.  Where did they take you?

15   11:33:46   A    Took me back to the Wrice house.

16   11:33:48   Q    Okay.  And what happened there?

17   11:33:51   A    They left me sitting in the car for a while.

18   11:33:53   Q    By yourself?

19   11:33:53   A    By myself.

20   11:33:56   Q    At any time -- okay.  How long do you think you

21   11:34:08   were in the police car at the Wrice house?

22   11:34:12   A    Twenty-five, 30, 35 minutes later.

23   11:34:15   Q    Okay.  At any time, was there ever anyone else

24   11:34:17   in the car with you there?

25   11:34:20   A    They brought somebody to the car.
```

```
 1  11:34:21   Q    Okay.  Do you know who that person was?

 2  11:34:24   A    They brought Charles Wrice, Stanley Wrice, and

 3  11:34:31   Holmes.  I think it was Holmes.  It wasn't Fowler

 4  11:34:41   because they had already took him, but they put four

 5  11:34:44   of us in the back seat of that car.

 6  11:34:47   Q    Did the four of you have any conversation?

 7  11:34:52   A    After they left us for a hot minute, Stan told

 8  11:34:58   me -- I don't know if he told the others -- he told

 9  11:35:00   me I need to take the case.  He's been locked up

10  11:35:07   three times already.  He can't stand the case.

11  11:35:15   Q    Did you respond to him?

12  11:35:19   A    Yeah.

13  11:35:22   Q    Do you recall what you said?

14  11:35:24   A    "Fuck you."

15  11:35:28   Q    Did you have any further conversation with

16  11:35:30   Stanley after that?

17  11:35:32   A    Not really.  We start -- we -- they -- they

18  11:35:35   made us sit there a while.  We all sitting there

19  11:35:41   trying to -- just thinking.  He told somebody else

20  11:35:46   in the car the same thing.  He never mentioned it to

21  11:35:49   the brother, though.

22  11:35:49   Q    His brother, Charles?

23  11:35:54   A    Yeah.  The two cops come back to the car and

24  11:36:10   drove us south.  I thought it was Markham.  It might

25  11:36:13   not have been that, but 103rd.
```

1   11:36:13        They said the girl's father and brother work at

2   11:36:20    this -- out of that precinct.

3   11:36:23    Q    Okay.

4   11:36:24    A    We could go up there and get -- learn our

5   11:36:26    lessons.

6   11:36:31    Q    Okay.  So this was right after you left the

7   11:36:33    Wrice house?

8   11:36:33    A    Yes, ma'am.

9   11:36:35                MS. BONJEAN:  Objection to the form.

10  11:36:39    BY MS. BISBEE:

11  11:36:41    Q    At any point, do you recall going to Jackson

12  11:36:46    Park Hospital?

13  11:36:51    A    Oh, I forgot about that.

14  11:36:52        We -- they took us to Jackson Park Hospital.

15  11:36:57    Q    Okay.  "They," being who?

16  11:36:58    A    I was in the squad car, so it would have been

17  11:37:01    the -- the officers.

18  11:37:04    Q    Okay.  The same two officers that arrested you

19  11:37:05    from your house?

20  11:37:06    A    The same two.

21  11:37:07    Q    Or took you from your house?

22  11:37:08    A    The same two.

23  11:37:08    Q    Do you remember if you were -- you were in the

24  11:37:17    back of the car by yourself or . . .

25  11:37:20    A    No.  The four of us they had, they took all

1  11:37:25  four of us there.

2  11:37:27  Q    Okay.  What happened at the hospital?

3  11:37:30  A    We were all taken out of the car and, I guess,

4  11:37:35  separated.  They had -- until we got back in the car

5  11:37:42  -- we was taken out south.

6  11:37:44      I didn't know until we got to the police

7  11:37:49  station, the only one that they took into the room

8  11:37:53  was Stan.  They didn't take me in.  They didn't take

9  11:38:01  the other two guys in.  They had us all out there,

10  11:38:03  but they never took us in.

11  11:38:04              MS. BONJEAN:  Can I just ask for

12  11:38:04              clarification; is this the hospital?

13  11:38:08              MS. BISBEE:  Yes.

14  11:38:10  A    Jackson Park Hospital, Center -- Centerstone

15  11:38:10  out --

16  11:38:12              MS. BONJEAN:  I'm going to still

17  11:38:14              object to the form.

18  11:38:14              But go -- go ahead, if you understand

19  11:38:16              the questions.

20  11:38:18  BY MS. BISBEE:

21  11:38:20  Q    So did you go -- I'm trying to figure out when

22  11:38:29  you went to the hospital.  Was -- do you recall if

23  11:38:32  it was before or right after you left the Wrice

24  11:38:35  house or at some other time?

25  11:38:39  A    After the police picked up me at my mother's

1    11:38:41    house --

2    11:38:41    Q    Yes.

3    11:38:42    A    -- and took me to the Wrice house, they put

4    11:38:42    three more people in the car with us.  They let us

5    11:38:48    sit there a while.  We went to the hospital.

6    11:38:49    After we left the hospital, we come back to the

7    11:38:54    front of the Wrice house again.  Out there,

8    11:38:55    everybody talk to each other -- well, not us, but

9    11:38:59    them.

10   11:38:59    We left going south.  I would assume -- because

11   11:39:04    they told us we were going to Markham where the

12   11:39:05    father was supposed to have been a captain and her

13   11:39:05    brother was a sergeant.  We was going to learn our

14   11:39:15    lessons out at Markham.

15   11:39:25    Q    Okay.  All right.  So let's go back to the

16   11:39:25    hospital.

17   11:39:25    A    Okay.

18   11:39:25    Q    Do you recall being inside of the hospital at

19   11:39:28    any time?

20   11:39:29    A    I -- all -- they took all four of us inside the

21   11:39:31    hospital.

22   11:39:32    Q    Okay.  And do you recall where in the hospital

23   11:39:37    you went?

24   11:39:39    A    Okay.  The best I can explain to you is we went

25   11:39:44    in through the emergency room.

| | | | |
|---|---|---|---|
| 1 | 11:39:45 | Q | Uh-huh. |
| 2 | 11:39:45 | A | They separated us from being chained to each |
| 3 | 11:39:51 | | other. They just put individual cuffs on. |
| 4 | 11:39:53 | Q | Okay. |
| 5 | 11:39:55 | A | They put me in this room, a curtained-off room. |
| 6 | 11:39:55 | | They put him there, him there, and him there |
| 7 | 11:39:59 | | (indicating). |
| 8 | 11:40:03 | Q | Okay. And I think you said -- so did you ever |
| 9 | 11:40:12 | | see Karen in the hospital? |
| 10 | 11:40:16 | A | They never took me in. |
| 11 | 11:40:20 | Q | Okay. And did they take anyone in to see |
| 12 | 11:40:26 | | Karen, to your knowledge? |
| 13 | 11:40:27 | A | To my knowledge, the only person they took in |
| 14 | 11:40:28 | | to see her was Stanley Wrice. |
| 15 | 11:40:34 | Q | How did you come to know that? |
| 16 | 11:40:38 | A | Because all four of us got back in the same |
| 17 | 11:40:40 | | squad car. |
| 18 | 11:40:43 | Q | Okay. Did you have any conversation with |
| 19 | 11:40:51 | | anyone while you were at the hospital? Could -- |
| 20 | 11:40:52 | | could you guys talk to each other? |
| 21 | 11:40:56 | A | No. |
| 22 | 11:40:58 | Q | Did you have any conversation once you got back |
| 23 | 11:41:01 | | into the squad car? |
| 24 | 11:41:06 | A | Yes. |
| 25 | 11:41:08 | Q | Okay. Do you recall what that conversation |

| | | |
|---|---|---|
| 1 | 11:41:10 | was? |
| 2 | 11:41:10 | A    Basically, it was, "What did you do?  What did |
| 3 | 11:41:14 | they make you do?" |
| 4 | 11:41:15 |      "What did you?  What did they make you do?" |
| 5 | 11:41:17 |      All of us said, "Nothing." |
| 6 | 11:41:19 |      Stan said they took him in there to see Karen. |
| 7 | 11:41:24 | Q    Okay.  Did he tell you anything else about |
| 8 | 11:41:26 | that? |
| 9 | 11:41:27 | A    Not that I recall.  He might have. |
| 10 | 11:41:55 | Q    Going back to your last time in the attic when |
| 11 | 11:42:00 | you thought that Karen was out of it or unconscious. |
| 12 | 11:42:05 | A    Uh-huh. |
| 13 | 11:42:05 | Q    I don't remember the word you used. |
| 14 | 11:42:09 |      Did you observe anything about her body? |
| 15 | 11:42:14 |           MS. BONJEAN:  Objection to the form. |
| 16 | 11:42:17 | A    Not really, because somebody was on her. |
| 17 | 11:42:22 | BY MS. BISBEE: |
| 18 | 11:42:22 | Q    Okay.  Did you observe any injuries on Karen? |
| 19 | 11:42:27 | A    I can't say I did because somebody was on her. |
| 20 | 11:42:32 | Q    Okay.  So what happened after everyone gets |
| 21 | 11:42:52 | back in the squad car after the hospital?  What |
| 22 | 11:42:55 | happened next? |
| 23 | 11:42:57 | A    That's when we went out to -- I still say it |
| 24 | 11:43:00 | had to be Markham, but that's when we went to |
| 25 | 11:43:00 | Markham. |

| | | |
|---|---|---|
| 1 | 11:43:04 | Q    Okay.  What happened? |
| 2 | 11:43:07 | A    Actually, nothing.  We was sitting there |
| 3 | 11:43:11 | worried about we gonna get whooped and everything. |
| 4 | 11:43:13 | Didn't happen. |
| 5 | 11:43:14 | Q    Okay.  Were you still in the car, or did you |
| 6 | 11:43:16 | get out of the car? |
| 7 | 11:43:19 | A    They put us out of the car, put us in there, |
| 8 | 11:43:19 | booked us in.  We didn't stay long. |
| 9 | 11:43:31 | Q    Did you have any conversation with anyone while |
| 10 | 11:43:34 | you were at the place where you think is Markham? |
| 11 | 11:43:38 | A    "Hey, man, what you going to say?  What you |
| 12 | 11:43:39 | going to do?  Blah, blah, blah, blah, blah, blah." |
| 13 | 11:43:43 | Once again, it was put to us that one of us |
| 14 | 11:43:48 | needed to take the case because he can't stand |
| 15 | 11:43:51 | another case, Mr. Wrice. |
| 16 | 11:43:55 | Q    Mr. Wrice said that to -- to the group of you? |
| 17 | 11:43:58 | A    That's right. |
| 18 | 11:43:58 | Q    Is that correct? |
| 19 | 11:44:01 | A    That's correct. |
| 20 | 11:44:05 | Q    Do you recall if you responded to him? |
| 21 | 11:44:11 | A    It was more like -- it wasn't a verbal |
| 22 | 11:44:15 | response.  It was just a "Yeah, right." |
| 23 | 11:44:19 | Q    Okay.  So did you get back in the car, then, |
| 24 | 11:44:33 | from this place? |
| 25 | 11:44:36 | A    About two, two and a half hours later, they put |

1  11:44:40  me in one car.  Somebody -- they didn't ride us

2  11:44:47  together that I know of.

3  11:44:49  Q    Okay.

4  11:44:49  A    But we ended up at 91st and Cottage Grove.

5  11:44:59  Q    Do you know who -- who drove you?

6  11:45:04  A    It wasn't one of the same two.  This guy -- it

7  11:45:05  was another guy.  He wore a fatigue jacket, carried

8  11:45:14  two pistols:  One of them on his arm; one of them on

9  11:45:18  his belt; the ugliest tie you ever seen; similar to,

10  11:45:22  like, almost orthopedic shoes, but I didn't know his

11  11:45:34  name.

12  11:45:35       We all ended up down at 91st.

13  11:45:46  Q    Okay.

14  11:45:46  A    Or, maybe, 92nd -- well, we was on Cottage

15  11:45:46  Grove.

16  11:45:54  Q    Okay.  Did you go inside the police station on

17  11:45:59  Cottage Grove?

18  11:46:00  A    Oh, yes.

19  11:46:01  Q    Okay.  So take me through what happened.

20  11:46:03       Which door did you go in, if you can recall?

21  11:46:09  A    Hell, I don't know.

22  11:46:11  Q    Okay.

23  11:46:12  A    It wasn't the front door.  It wasn't on Cottage

24  11:46:15  Grove.

25  11:46:15       We went in through a side door, taken down some

1   11:46:15   stairs.  I was put in an interview room.

2   11:46:36   Q    So when you first got there, you were put in an

3   11:46:39   interview room; is that correct?

4   11:46:41   A    Interview room.  I never went into a cell while

5   11:46:44   I was there.

6   11:46:46   Q    Were you by yourself in the interview room?

7   11:47:00   A    Yes, I was.

8   11:47:03   Q    Do you know where anyone else was?

9   11:47:06   A    I can't say.

10  11:47:11            MS. BONJEAN:  Julie, when you are

11  11:47:12         able, can we take just a two-minute break,

12  11:47:14         at some point?

13  11:47:18            MS. BISBEE:  Sure.

14  11:47:18            MS. BONJEAN:  You don't have to do it

15  11:47:18         now.  I'm just keeping an eye.  I don't

16  11:47:18         know how much more you have.  I -- I

17  11:47:18         assume you have a little bit to go, but .

18  11:47:22         . .

19  11:47:22            MS. BISBEE:  We can just do it now.

20  11:47:22            MS. BONJEAN:  It's up to you.

21  11:47:26            VIDEOGRAPHER:  We're going off the

22  11:47:28         record.  The time is approximately 11:47

23  11:47:30         a.m.

24  11:47:30            (WHEREUPON, after a break was taken,

25  11:47:30         the proceedings resumed as follows, to

| | | |
|---|---|---|
| 1 | 11:47:30 | wit:) |
| 2 | 11:47:30 | VIDEOGRAPHER: This begins Disc No. |
| 3 | 11:47:30 | 2. We are back on the record. The time is |
| 4 | 12:05:28 | approximately 12:05 p.m. |
| 5 | 12:05:29 | (WHEREUPON, after an off-the-record |
| 6 | 12:05:29 | discussion, the proceedings resumed as |
| 7 | 12:05:29 | follows, to wit:) |
| 8 | 12:05:31 | BY MS. BISBEE: |
| 9 | 12:05:32 | Q   So Mr. Benson, go -- well, sorry. |
| 10 | 12:05:32 | Mr. Benson, I think you had just testified you |
| 11 | 12:05:54 | were in an interview area on Cottage Grove, at the |
| 12 | 12:06:00 | police station at Cottage Grove; is that correct? |
| 13 | 12:06:03 | A   Okay.  Close enough. |
| 14 | 12:06:04 | Q   Okay.  Do you recall what this interview area |
| 15 | 12:06:08 | or room looked like? |
| 16 | 12:06:11 | A   A holding room. |
| 17 | 12:06:13 | Q   Okay.  What do you mean by that? |
| 18 | 12:06:14 | A   Rings on the wall where they cuff you. |
| 19 | 12:06:20 | Q   Okay. |
| 20 | 12:06:22 | A   A desk.  I don't remember if there was a phone |
| 21 | 12:06:26 | or not, but there was a phone book. |
| 22 | 12:06:29 | Q   Okay.  Was there a -- a window in the room? |
| 23 | 12:06:35 | A   I don't recall a window at all. |
| 24 | 12:06:36 | Q   Okay.  Was -- |
| 25 | 12:06:36 | A   We were downstairs. |

```
 1   12:06:39   Q    You were downstairs?

 2   12:06:41   A    Yes, ma'am.

 3   12:06:53   Q    All right.  Well, what happened when -- what

 4   12:06:58   did you do when you got to the interview room or --

 5   12:07:01   A    Got my ass beat.

 6   12:07:01   Q    Okay.

 7   12:07:01                   MS. BONJEAN:  What was that?

 8   12:07:01   A    Got my ass beat.

 9   12:07:01   BY MS. BISBEE:

10   12:07:10   Q    All right.  Can you be a little bit more

11   12:07:12   specific?  Had you had any conversations with

12   12:07:15   anybody when you got to the interview room?

13   12:07:18   A    The first cop said -- well, he explained what

14   12:07:24   happened to Karen and said we're going to pay for

15   12:07:28   it.

16   12:07:28        And I said, "I don't know what you're talking

17   12:07:31   about."

18   12:07:33   Q    Okay.

19   12:07:33   A    I got blindsided.

20   12:07:37   Q    Okay.  By -- by --

21   12:07:37   A    I -- I don't remember.

22   12:07:42   Q    Okay.  Were -- were you seated at this time?

23   12:07:44   A    I'm chained to the wall.

24   12:07:52   Q    Okay.  So the officers told you what happened

25   12:07:59   to Karen, and then you get blindsided.
```

1  12:08:02      What happened next?

2  12:08:07   A   "You going to say you did it."  Uh-huh.  I

3  12:08:13   said, "I'm not going to say it.  I didn't do it."

4  12:08:14   By -- by them, by they -- hit here, hit there.  I'm

5  12:08:17   pretty sure it was a hose, probably with sand in it;

6  12:08:23   a flashlight, very heavy.

7  12:08:31   Q   Okay.

8  12:08:32   A   Back and forth, back and forth, back and forth.

9  12:08:34      Then they left, and they come back about maybe

10 12:08:42   ten, 20 minutes later and said, "Stan admitted to

11 12:08:51   doing it, but he said you helped."

12 12:08:55   Q   Okay.  And who was "they"?

13 12:08:57   A   The two cops.

14 12:08:58   Q   The two cops.  Are these the same two cops --

15 12:09:01   A   Yeah, but it was three, at that time.

16 12:09:03   Q   Okay.  Do you know who the other one, the third

17 12:09:04   one was?

18 12:09:05   A   No, I don't.  I didn't know their names.  I

19 12:09:08   didn't know Burge and Byrne's name until much later.

20 12:09:19   Q   So what happened after they told you Stanley

21 12:09:28   said you helped, or . . .

22 12:09:30   A   I still said I didn't do it.  I got beat some

23 12:09:30   more.

24 12:09:44   Q   Okay.  Did you ever leave that -- this

25 12:09:49   interview room?

| | | | |
|---|---|---|---|
| 1 | 12:09:51 | A | At that time? |
| 2 | 12:09:52 | Q | Yeah. |
| 3 | 12:09:53 | A | No.  They kept going in and out. |
| 4 | 12:09:58 | | And I saw a little guy standing outside the |
| 5 | 12:10:00 | | door and after one of the sessions -- I'm going to |
| 6 | 12:10:10 | | call it "sessions" -- after one of the whoopings, he |
| 7 | 12:10:14 | | came in and asked me to sign a confession. |
| 8 | 12:10:22 | Q | Okay. |
| 9 | 12:10:22 | A | Asked me had anyone coerced me or anything. |
| 10 | 12:10:22 | | "You standing right outside the door.  You know |
| 11 | 12:10:26 | | what was going on in here." |
| 12 | 12:10:27 | Q | Okay.  Had you -- did you ever give the police |
| 13 | 12:10:31 | | a statement? |
| 14 | 12:10:34 | A | A statement, no. |
| 15 | 12:10:36 | Q | Did you ever tell -- relate to the police |
| 16 | 12:10:38 | | officers anything about what had happened to Karen? |
| 17 | 12:10:43 | A | I couldn't tell them what happened.  All I |
| 18 | 12:10:44 | | could tell them was what I know and what I seen -- |
| 19 | 12:10:48 | Q | Okay. |
| 20 | 12:10:48 | A | -- which I didn't see nothing, but I was having |
| 21 | 12:10:52 | | sex. |
| 22 | 12:10:54 | Q | Okay.  Did you ultimately tell an assistant |
| 23 | 12:11:04 | | state's attorney the same -- same thing? |
| 24 | 12:11:09 | | MS. BONJEAN:  Objection to the form |
| 25 | 12:11:10 | | and foundation. |

```
 1  12:11:13   A    I never admitted to anything or said anything
 2  12:11:17   until much later.
 3  12:11:17   BY MS. BISBEE:
 4  12:11:20   Q    Okay.  When did you admit to knowing or seeing
 5  12:11:28   anything?
 6  12:11:30                  MS. BONJEAN:  Objection to the form.
 7  12:11:32   A    That would've been after we had made the rounds
 8  12:11:36   -- and "rounds" mean they take us to different
 9  12:11:40   police stations --
10  12:11:41   BY MS. BISBEE:
11  12:11:41   Q    Okay.
12  12:11:41   A    -- before they finally took us to the 11th and
13  12:11:44   State.  And then from 11th and State, they took us
14  12:11:49   to Cook County.
15  12:11:51   Q    Okay.
16  12:11:51   A    Once in Cook County, my auntie hired a lawyer.
17  12:11:57   Q    Okay.
18  12:11:57   A    That lawyer got me a bond, then got me out.
19  12:12:08   Now, about approximately two to three weeks later, I
20  12:12:13   met with my lawyer and he had a statement he wanted
21  12:12:18   me to -- to say.
22  12:12:19   Q    Okay.
23  12:12:21   A    Talking about this ain't right, at which time I
24  12:12:27   met -- she was cute, but she was fat and mean as
25  12:12:32   hell -- and I later found out she was the
```

```
 1   12:12:36   prosecutor.

 2   12:12:37   Q    Okay.

 3   12:12:39   A    If I was to agree to do this, they would agree

 4   12:12:43   that I wouldn't do no jail time.

 5   12:12:46   Q    Okay.

 6   12:12:47   A    That was when I changed my story.

 7   12:12:51   Q    What do you mean, "changed" your story?

 8   12:12:55   A    At first, I didn't know nothing.  I didn't see

 9   12:12:57   nothing.

10   12:12:59   Q    Okay.

11   12:13:00   A    Now, after that, if I agreed to this, I was

12   12:13:06   supposed to get a year probation.

13   12:13:11   Q    Okay.

14   12:13:13   A    And I heard her tell somebody in the hallway

15   12:13:17   that she really wasn't going to give me no time at

16   12:13:20   all but she heard me make a racist statement, which

17   12:13:25   it wasn't me in the setting, but I did it and she

18   12:13:28   assumed it was me, "All this trouble over this white

19   12:13:33   girl" -- well, actually, "white bitch."

20   12:13:37   Q    Okay.  So I'm a little lost.

21   12:13:42   Somebody said, "All this trouble over this

22   12:13:48   white bitch"?

23   12:13:49   A    Yeah.

24   12:13:49   Q    Is that correct?

25   12:13:49   Do you know when this statement was made?
```

```
 1  12:13:56   A    I was in the hallway with my brother, my
 2  12:14:00   stepfather, and some more people that was interested
 3  12:14:10   in the case -- which I didn't know the other people.
 4  12:14:17   I don't know if they were -- was with Stan or Mike
 5  12:14:15   or with me or who else, but one of them made the
 6  12:14:19   statement and I got blamed for it.
 7  12:14:24   Q    Okay.  I want to shift gears a little bit here.
 8  12:14:33   Mr. Benson, I'm going to mark City Defense SW 001657
 9  12:14:37   as Exhibit A.
10  12:14:37        Can you identify the person in this picture,
11  12:14:48   please?
12  12:14:48                   (WHEREUPON, a document was marked for
13  12:14:48                    identification as Exhibit A and is
14  12:14:48                    attached hereto.)
15  12:14:49   A    (Reviews photograph)  That's Stan.
16  12:14:54   Q    Okay.  Is that Stanley Wrice as he appeared in
17  12:14:57   September 1982?
18  12:15:00   A    I would imagine, but yes.
19  12:15:05   Q    Thank you.
20  12:15:05                   MS. BISBEE:  Sorry.  Can you pass
21  12:15:05                that to Ms. Bonjean?  I'm sorry.
22  12:15:05                   MS. BONJEAN:  Thank you.
23  12:15:05                   THE WITNESS:  You're welcome.
24  12:15:05                   MS. BONJEAN:  We're going to show it
25  12:15:05                to the camera.
```

| | | |
|---|---|---|
| 1 | 12:15:05 | Can you reach over and get it on the |
| 2 | 12:15:05 | camera? |
| 3 | 12:15:05 | BY MS. BISBEE: |
| 4 | 12:15:05 | Q    Mr. Benson, I'll show you this in a minute, but |
| 5 | 12:16:40 | I'm going to read to you from the Chicago Police |
| 6 | 12:16:47 | Department's supplementary report about Karen Byron. |
| 7 | 12:16:51 | I'm going to read what -- the section that -- |
| 8 | 12:16:58 | A    Please go ahead. |
| 9 | 12:17:00 | Q    Thank you.  So under the section "Rodney -- or |
| 10 | 12:17:01 | Benson, Rodney, a.k.a. Spam" -- |
| 11 | 12:17:10 | A    Should be Span. |
| 12 | 12:17:13 | Q    It says "Spam," but were you known by "Span" at |
| 13 | 12:17:13 | the time? |
| 14 | 12:17:17 | A    Spangoli. |
| 15 | 12:17:17 | Q    Okay.  The report reads as follows: |
| 16 | 12:17:21 | -- "was advised of his rights per Miranda. |
| 17 | 12:17:26 | Acknowledged he understood his rights.  Reporting |
| 18 | 12:17:28 | informed him of the allegations against him and he |
| 19 | 12:17:31 | denied taking any participation in the rape, |
| 20 | 12:17:34 | beating, and burning of the victim saying that he |
| 21 | 12:17:38 | was downstairs the entire time and that Stanley |
| 22 | 12:17:40 | Wrice, Little Michael (Fowler) and Lee Holmes had |
| 23 | 12:17:45 | raped this woman.  He acknowledged the fact that he |
| 24 | 12:17:50 | drove her to the residence, however. |
| 25 | 12:17:51 | "Benson was then told of what Bobby Williams |

| | | |
|---|---|---|
| 1 | 12:17:55 | and Stanley Wrice had reported to us during their |
| 2 | 12:17:59 | questioning.  Benson then related that he would tell |
| 3 | 12:18:01 | what had occurred.  He related he had seen the |
| 4 | 12:18:06 | victim in the area the night -- in the area since |
| 5 | 12:18:11 | about November and knew she lived above the liquor |
| 6 | 12:18:14 | store. |
| 7 | 12:18:33 | "On the night in question, he related |
| 8 | 12:18:16 | substantially the same as Williams and Wrice in that |
| 9 | 12:18:19 | he picked up the woman near the liquor store, asking |
| 10 | 12:18:22 | her if she wanted help.  The woman related she |
| 11 | 12:18:25 | wanted a drink and he told her that he would get her |
| 12 | 12:18:28 | some. |
| 13 | 12:18:28 | "He also stated that he did talk to the police |
| 14 | 12:18:32 | sergeant and that the woman also told the officer |
| 15 | 12:18:35 | she was all right. |
| 16 | 12:18:35 | "Benson then said he took her to the Wrice |
| 17 | 12:18:38 | residence and brought her in the back door and then |
| 18 | 12:18:42 | upstairs. Then he, Williams, and Stanley Wrice went |
| 19 | 12:18:44 | upstairs, followed by Lee Holmes. |
| 20 | 12:18:46 | "He then went downstairs to get a drink and |
| 21 | 12:18:48 | when he returned, she was taking off her pants |
| 22 | 12:18:48 | saying, 'Nobody's going to do anything until I get a |
| 23 | 12:18:54 | drink.'. |
| 24 | 12:18:54 | 'We all took off our pants and then everyone |
| 25 | 12:18:57 | started taking turns fucking her.  Stanley was |

1    12:18:59    first, I was second, and Little Mike was after me.

2    12:19:02    'I then went downstairs and talked with Kim,

3    12:19:05    and then I heard loud noises like someone hitting

4    12:19:08    something with a belt.  I then could hear someone

5    12:19:12    hitting her saying, 'You're going to suck this.'

6    12:19:14    The woman then said, 'I don't give head.'.

7    12:19:16    'Stanley Wrice then came downstairs and heated

8    12:19:16    an iron on the stove and went back upstairs saying

9    12:19:21    he was going to make a girl give some head.  A few

10   12:19:24    minutes later he came back downstairs and heated the

11   12:19:26    iron again.'

12   12:19:27    Benson -- 'He left right after this.'.

13   12:19:31    Benson related substantially the same

14   12:19:33    account -- account of the occurrence to A/S/A

15   12:19:35    McCurry.'"

16   12:19:35    Did you get that?

17   12:19:40    A    No.

18   12:19:40    Q    Okay.

19   12:19:40                MS. BONJEAN:  I'm going to just place

20   12:19:40                on the record you're reading -- can you

21   12:19:40                identify what you're reading, please?

22   12:19:40                MS. BISBEE:  Oh, I'm sorry.  Yeah,

23   12:19:40                this is the supplementary report dated

24   12:19:51                September 10th, 1982, CCSAO Subpoena 15.

25   12:19:52                MS. BONJEAN:  Is it -- and who is the

```
 1   12:19:57          report authored by?

 2   12:20:04                  MS. BISBEE:  Reporting Officer David

 3   12:20:05          Dioguardi.

 4   12:20:05                  MS. BONJEAN:  Thank you.

 5   12:20:11   A   (Reviews document.)  I never read that there.

 6   12:20:11   But no, I never said that.

 7   12:20:12   BY MS. BISBEE:

 8   12:20:13   Q   Okay.  You never said any --

 9   12:20:17   A   No.

10   12:20:17   Q   -- any of that to the police officers?

11   12:20:17   A   No, I didn't.

12   12:20:18   Q   Okay.

13   12:20:18   A   First and foremost, as I told you and told

14   12:20:21   everybody else, I was first.

15   12:20:24   Q   Okay.

16   12:20:26   A   After I got mine, I went back downstairs.

17   12:20:27   Q   Okay.

18   12:20:27   A   Where this other mess come from, I never even

19   12:20:30   see that or heard it.

20   12:20:30   Q   Okay.

21   12:20:30   A   Good writing, though.

22   12:20:37   Q   Okay.  So at some point in the police station,

23   12:21:19   did you -- do you recall having a conversation with

24   12:21:23   an assistant state's attorney?

25   12:21:25   A   I told you just a little while ago.
```

| 1 | 12:21:28 | Q | Okay. |

1  12:21:28  Q    Okay.

2  12:21:29  A    I'm watching them outside the door while I'm

3  12:21:31  getting beat.

4  12:21:32  Q    Okay.

5  12:21:32  A    And one of the officers left.  Then he come in

6  12:21:34  and tried to get me to sign a statement --

7  12:21:38  Q    Okay.

8  12:21:39  A    -- which I would not sign.

9  12:21:41  Q    Okay.  Did you have any -- besides him trying

10  12:21:45  to get you to sign a statement, did you have any

11  12:21:45  other conversation with him?

12  12:21:52  A    Yeah, we had another conversation.

13  12:21:52       It was to the point to, like, "If you just go

14  12:21:56  ahead and say this happened I -- I -- I -- if --

15  12:22:01  what's that -- you help me, I help you," that kind

16  12:22:10  of thing.

17  12:22:11  Q    Okay.  I'll go ahead and mark -- mark this

18  12:22:18  report Bates CCSAO Subpoena 9 through 15

19  12:22:26  Supplementary Report dated Dioguardi --

20  12:22:28            MS. BISBEE:  I'm sorry, Jennifer.  It

21  12:22:28        was 09/13/82.

22  12:22:36            MS. BONJEAN:  Okay.

23  12:22:36            MS. BISBEE:  Specifically, Page 15 as

24  12:22:40        Exhibit B.

25  12:22:41            (WHEREUPON, a document was marked for

| | | |
|---|---|---|
| 1 | 12:22:41 | identification as Exhibit B and is |
| 2 | 12:22:41 | attached hereto.) |
| 3 | 12:22:41 | BY MS. BISBEE: |
| 4 | 12:22:41 | Q   Now, Rodney, this -- this first section here, |
| 5 | 12:22:49 | where it says your name, that's what I just read. |
| 6 | 12:22:52 | Did you tell the state's attorney anything -- |
| 7 | 12:22:59 | A   At the police station -- |
| 8 | 12:22:59 | Q   -- that's in that report? |
| 9 | 12:22:59 | A   -- I did not tell that -- I did not tell him |
| 10 | 12:23:01 | anything but, "I didn't do nothing; I didn't see |
| 11 | 12:23:06 | nothing." |
| 12 | 12:23:07 | Q   Okay. |
| 13 | 12:23:07 | MS. BONJEAN:  Do you have a -- you |
| 14 | 12:23:14 | don't have an extra copy, do you? |
| 15 | 12:23:15 | A   And -- |
| 16 | 12:23:15 | MS. BISBEE:  No. |
| 17 | 12:23:15 | MS. BONJEAN:  I'm sorry. |
| 18 | 12:23:17 | A   -- also, I didn't know she lived above the |
| 19 | 12:23:19 | liquor store.  Picked the woman up across from the |
| 20 | 12:23:26 | liquor store. |
| 21 | 12:23:26 | MS. BONJEAN:  Can I have the -- what |
| 22 | 12:23:26 | he's looking at right now? |
| 23 | 12:23:26 | MS. BISBEE:  Police report?  I -- I |
| 24 | 12:23:32 | have the other copy. |
| 25 | 12:23:36 | MS. BONJEAN:  You have the -- okay. |

1  12:23:36          Thank you.

2  12:23:36  A    A police officer wrote it up on me.  I was -- I

3  12:23:58  was definitely first.

4  12:23:59          I don't remember no loud noises like somebody

5  12:24:05  hitting somebody with a belt.  I don't -- I don't

6  12:24:07  remember none of that.

7  12:24:07  BY MS. BISBEE:

8  12:24:13  Q    Okay.

9  12:24:14  A    And I know I didn't say it.

10  12:24:18  Q    So after you -- so you're having a conversation

11  12:24:25  with the state's attorney and you said you're --

12  12:24:27  you're not going to sign anything.

13  12:24:29          I believe you at -- at -- some point, did the

14  12:24:33  state's attorney leave you in the --

15  12:24:36  A    Up there on Cottage Grove?

16  12:24:37  Q    Yes.

17  12:24:38  A    Yeah, he left.

18  12:24:41  Q    Okay.  What happened next?

19  12:24:45  A    Next, we -- I guess, we stayed -- I -- I can't

20  12:24:49  be sure of the time, but I'm -- assume we stayed the

21  12:24:50  rest of the night there, then we went on the

22  12:24:50  circuit.

23  12:24:56  Q    Okay.  Did you see Stanley Wrice or -- or

24  12:24:58  anyone else from the house at the station on Cottage

25  12:25:03  Grove?

```
 1   12:25:04   A    Yeah -- no, not at the -- exactly at the
 2   12:25:06   station?
 3   12:25:06   Q    Uh-huh.
 4   12:25:06   A    We was all on the bus.
 5   12:25:09   Q    Okay.  But while you were in the interview
 6   12:25:12   room, did you see anyone else --
 7   12:25:14   A    No.
 8   12:25:14   Q    -- besides the police officers and the state's
 9   12:25:17   attorney?
10   12:25:18   A    No.
11   12:25:18   Q    When was the next time you saw Stanley Wrice?
12   12:25:26   A    When they put us on the bus.
13   12:25:27   Q    Okay.
14   12:25:27   A    Well, they put you in this large paddywagon and
15   12:25:29   you go around town picking up different -- you go to
16   12:25:36   different precincts filling the wagon up and then
17   12:25:42   you head down to 11th Street.
18   12:25:46   Q    Okay.  And then, at some point, are you booked,
19   12:25:47   fingerprinted; is that how that worked?
20   12:25:49   A    We was fingerprinted at 11th Street.
21   12:25:52   Q    Okay.  So after you left Cottage Grove?
22   12:25:52   A    Yeah.
23   12:25:52   Q    Did you have any conversation with Stanley
24   12:26:01   Wrice while you were --
25   12:26:04   A    He kept trying to tell us -- me, and I'm pretty
```

| | | |
|---|---|---|
| 1 | 12:26:10 | sure Mike -- one of us got to take the case, one of |
| 2 | 12:26:14 | us got to take this case because he'd been down |
| 3 | 12:26:20 | three times already and if he got back, they ain't |
| 4 | 12:26:20 | going to let him go. |
| 5 | 12:26:32 | Q   Do -- do you have any idea -- was this the day |
| 6 | 12:26:35 | you were arrested that you were on this bus or the |
| 7 | 12:26:38 | following day? |
| 8 | 12:26:40 | A   I'm pretty -- I'm not sure, but I'm pretty sure |
| 9 | 12:26:42 | it was the following day.  At that time, time was |
| 10 | 12:26:45 | not -- it sort of ran together. |
| 11 | 12:26:49 | Q   Okay.  So you're on the circuit.  You -- and |
| 12 | 12:26:53 | then you end up at Cook County Jail; is that |
| 13 | 12:26:56 | correct? |
| 14 | 12:26:57 | A   First, you go to 11th Street. |
| 15 | 12:27:00 | Q   Okay. |
| 16 | 12:27:00 | A   And after they do at 11th Street, either you |
| 17 | 12:27:06 | can make bond from the City or they send you on to |
| 18 | 12:27:08 | County. |
| 19 | 12:27:08 | Q   Okay. |
| 20 | 12:27:08 | A   I went on to County. |
| 21 | 12:27:12 | Q   Did -- was Stanley -- did Stanley Wrice also go |
| 22 | 12:27:16 | to County with you? |
| 23 | 12:27:21 | A   All of us went to County. |
| 24 | 12:27:24 | Q   Okay.  Did you have any occasion to have a |
| 25 | 12:27:28 | conversation with Stanley Wrice once you were at the |

1  12:27:32  county jail?

2  12:27:34  A    We was put in separate booking pens but, no, I

3  12:27:40  didn't talk.  I heard him talking to somebody, but I

4  12:27:45  myself didn't talk.

5  12:27:47  Q    Okay.  Do you know who he was talking to?

6  12:27:49  A    Not exactly.

7  12:27:52  Q    Do you recall what you heard him say?

8  12:27:54  A    Yeah, he -- he trying to switch all the blame

9  12:27:55  on me.

10  12:27:58  Q    Do you remember specifically what he said?

11  12:28:02  A    Not specifically.

12  12:28:15  Q    So you're in the bullpens at the jail.

13  12:28:16       Do you -- do you recall if this is before or

14  12:28:19  after you would have headed to bond court?

15  12:28:24  A    It was before.

16  12:28:50  Q    Could you see Stanley Wrice when you were in

17  12:28:52  the bullpens?

18  12:28:54  A    No, I couldn't.

19  12:28:55  Q    Did you see him again that day?

20  12:29:01  A    Maybe in passing.  Not sure.

21  12:29:04  Q    Did you have any conversations with him on the

22  12:29:08  day you entered the jail?

23  12:29:11  A    Cook County?

24  12:29:11  Q    Yes.

25  12:29:14  A    The only conversation I had was, "You need to

| | | |
|---|---|---|
| 1 | 12:29:17 | shut your mouth. I didn't do it." |
| 2 | 12:29:20 | Q You said, "Shut your mouth, I didn't do it" to |
| 3 | 12:29:22 | Stanley; is that correct? |
| 4 | 12:29:24 | A Well, I don't know if he heard it or -- we in |
| 5 | 12:29:25 | different bullpens. I don't know how far away he |
| 6 | 12:29:29 | was from me, but he gotta start trying to get some |
| 7 | 12:29:33 | people to believe that I instigated it and I getting |
| 8 | 12:29:35 | people to believe I didn't. |
| 9 | 12:30:23 | Q Did you -- you ultimately went through bond |
| 10 | 12:30:26 | court, correct? |
| 11 | 12:30:28 | A Yeah. |
| 12 | 12:30:29 | Q And, at some point, you got bonded out? |
| 13 | 12:30:33 | A Yeah, a couple months later. |
| 14 | 12:30:34 | Q Okay. So how -- how long were you in the -- in |
| 15 | 12:30:36 | the county jail? |
| 16 | 12:30:38 | A I don't remember. |
| 17 | 12:30:38 | Q Okay. But -- |
| 18 | 12:30:39 | A Two, three, maybe, four months. |
| 19 | 12:30:41 | Q Okay. Do you remember where you were housed? |
| 20 | 12:30:50 | A I believe it was housing unit 6, maybe, R. |
| 21 | 12:30:56 | Q Okay. Do you recall if -- if any of your |
| 22 | 12:30:58 | codefendants -- |
| 23 | 12:31:00 | A No. |
| 24 | 12:31:01 | Q -- if any of your codefendants were housed with |
| 25 | 12:31:03 | you? |

```
 1   12:31:04   A      No.

 2   12:31:05   Q      "No," you don't recall, or "No," they were not?

 3   12:31:07   A      They were not.

 4   12:31:09   Q      Do you recall having any conversations with

 5   12:31:11   anyone about your case while you were at the Cook

 6   12:31:13   County Jail, any other inmates?

 7   12:31:23   A      The pod I was in at the time was strongly

 8   12:31:24   Gangsters and Disciples, which we did not get along

 9   12:31:35   with, but I knew a couple of them; we was okay.

10   12:31:38          After about, I want to say, about a month, word

11   12:31:49   came down to me to -- "Don't worry about it."

12   12:31:57   Q      What do you mean, "word came down" to you?

13   12:31:58   Word -- word came down to you from whom?

14   12:32:02                  MS. BONJEAN:  Objection to form.

15   12:32:05   A      From higher up in the organization.

16   12:32:07   BY MS. BISBEE:

17   12:32:08   Q      In -- higher up in the gang, you mean?

18   12:32:13   A      Yes, organization.

19   12:32:13   Q      Can --

20   12:32:13                  COURT REPORTER:  I'm sorry.  I didn't

21   12:32:13          hear that.

22   12:32:13                  THE WITNESS:  Organization.

23   12:32:19   BY MS. BISBEE:

24   12:32:19   Q      I'm -- I think your words were "Words -- word

25   12:32:20   came down to me" --
```

```
 1   12:32:24   A    From higher up.

 2   12:32:24   Q    "From higher up," and what did you say?

 3   12:32:26   A    Huh?

 4   12:32:27   Q    How did you phrase it, to not --

 5   12:32:29   A    You said "gang"; I said "organization."

 6   12:32:33   Q    Fair enough.

 7   12:32:33        Word came up from the organization -- or came

 8   12:32:36   down from the organization to -- what -- what did

 9   12:32:39   you hear?

10   12:32:41   A    That we -- the rest of us was in there, they

11   12:32:42   know -- they knew what -- exactly what happened.  We

12   12:32:45   was in the clear and if we have to, just go against

13   12:32:51   him.

14   12:32:51                MS. BONJEAN:  If you have to -- I'm

15   12:32:51            sorry.  Could you -- what was that last --

16   12:32:57                THE WITNESS:  If you have to, go

17   12:32:57            against him.

18   12:32:57                MS. BONJEAN:  Who --

19   12:33:01                THE WITNESS:  Stan.

20   12:33:01                MS. BONJEAN:  Okay.

21   12:33:01                THE WITNESS:  For the one thing we

22   12:33:01            was bred to not do, no matter what, to say

23   12:33:01            something against somebody.

24   12:33:01   BY MS. BISBEE:

25   12:33:12   Q    Okay.  So do you remember specifically who gave
```

| | | |
|---|---|---|
| 1 | 12:33:27 | this word to you? |
| 2 | 12:33:30 | A    I could tell you who it was, but it wouldn't |
| 3 | 12:33:32 | make no sense to you. |
| 4 | 12:33:36 | Q    Go for .it. |
| 5 | 12:33:38 | A    Little John. |
| 6 | 12:33:39 | Q    Okay.  And -- and when you say "they knew |
| 7 | 12:33:43 | exactly what happened," who is "they"? |
| 8 | 12:33:43 | A    The organization. |
| 9 | 12:33:48 | Q    The organization? |
| 10 | 12:33:48 | A    Uh-huh. |
| 11 | 12:33:48 | Q    So the organization knew what happened. |
| 12 | 12:33:50 | What does that mean?  What did you take that to |
| 13 | 12:33:54 | mean, the "knew what happened"? |
| 14 | 12:33:55 | A    It means they knew we didn't have nothing to do |
| 15 | 12:33:58 | with it. |
| 16 | 12:33:59 | Q    And who is "we"? |
| 17 | 12:33:59 | A    Me, for one. |
| 18 | 12:34:04 | Q    Okay. |
| 19 | 12:34:04 | A    The rest of them, I don't give a damn. |
| 20 | 12:34:08 | Q    Okay.  And then I think you said, "If you have |
| 21 | 12:34:15 | to go against him"? |
| 22 | 12:34:18 | A    Yeah. |
| 23 | 12:34:20 | Q    Is that correct? |
| 24 | 12:34:20 | So what did you take that to mean? |
| 25 | 12:34:24 | A    It meant tell what I know instead of just |

```
 1   12:34:28   sitting there.

 2   12:34:32   Q    So did you decide at -- at some point, then,

 3   12:34:47   that you could tell what you knew?

 4   12:34:50   A    I never exactly decided that, no.

 5   12:34:53   Q    Okay.  Is that, then, when you got involved

 6   12:34:57   with your lawyer and you made your plan?

 7   12:35:01   A    About two months later.

 8   12:35:02   Q    Okay.  Was there a -- do you have an

 9   12:35:07   understanding of -- of a reason that the gang would

10   12:35:12   have gotten a message to you to -- that it was okay

11   12:35:15   to --

12   12:35:16   A    Snitch?

13   12:35:18   Q    Okay.  What do you mean by that?

14   12:35:22   A    Okay.  Let me see, how can we put this?

15   12:35:25        Tell on somebody else.

16   12:35:33   Q    Okay.  I get the concept of "snitch."

17   12:35:36   A    Yeah.

18   12:35:38   Q    Was it -- had Stan -- had Stanley snitched?

19   12:35:42   Was -- was that the issue?

20   12:35:45   A    Stanley tried to put it off on everybody but

21   12:35:48   him.

22   12:35:49   Q    Okay.  And that was a problem for the

23   12:35:51   organization; is that correct?

24   12:35:53   A    I don't know if it was a problem for the

25   12:35:54   organization, but that cleared everybody else from
```

1    12:35:58   being able -- held accountable.

2    12:36:03   Q    Accountable to the organization?

3    12:36:07   A    You don't snitch.

4    12:36:10   Q    So once he snitched --

5    12:36:12              MS. BONJEAN:  I'm going to object to

6    12:36:13          the form.

7    12:36:16              MS. BISBEE:  I'm just using his

8    12:36:17          language.

9    12:36:17              MS. BONJEAN:  I -- you're attributing

10   12:36:17          it to other -- to the wrong parties,

11   12:36:20          though.

12   12:36:20              Maybe you can ask for clarification.

13   12:36:25   A    You don't tell on nothing.

14   12:36:26   BY MS. BISBEE:

15   12:36:28   Q    Okay.

16   12:36:29   A    I don't know him from a can of paint.  I see

17   12:36:33   him shoot somebody . . .

18   12:36:37   Q    You don't say anything?

19   12:36:38   A    Ain't none of my business.

20   12:36:39   Q    Okay.  So --

21   12:36:45   A    That good enough?

22   12:36:45              MS. BONJEAN:  I understood from the

23   12:36:46          start.

24   12:36:46              THE WITNESS:  Okay.

25   12:36:48   BY MS. BISBEE:

| 1 | 12:36:49 | Q    So when -- when Stanley had tried to put it on |
|---|----------|----|
| 2 | 12:36:52 | you, as you said, was he, then, seen as a snitch? |
| 3 | 12:36:59 | A    He broke the code, put it that way. |
| 4 | 12:37:03 | Q    So once he broke the code, you were in the |
| 5 | 12:37:06 | clear from the organization to go ahead and defend |
| 6 | 12:37:10 | yourself? |
| 7 | 12:37:12 | MS. BONJEAN:  Object to the form. |
| 8 | 12:37:16 | A    Once he broke the code, I was free to do what I |
| 9 | 12:37:22 | needed to do. |
| 10 | 12:37:23 | BY MS. BISBEE: |
| 11 | 12:37:24 | Q    Okay. |
| 12 | 12:37:25 | A    As I seen to do.  It had nothing to do with the |
| 13 | 12:37:30 | organization itself. |
| 14 | 12:37:31 | Q    Okay. |
| 15 | 12:37:32 | A    Yeah.  It's just that I wouldn't have been |
| 16 | 12:37:35 | retaliated against. |
| 17 | 12:37:44 | Q    Okay.  Thank you. |
| 18 | 12:38:08 | After the day you were arrested and the day you |
| 19 | 12:38:11 | were booked into the jail, do you recall a time you |
| 20 | 12:38:14 | saw Stanley Wrice again? |
| 21 | 12:38:17 | A    You mean after we was booking in County? |
| 22 | 12:38:20 | Q    Yeah, sorry, County. |
| 23 | 12:38:22 | A    I actually -- actually, once I got to County, I |
| 24 | 12:38:25 | never saw him again. |
| 25 | 12:38:27 | Q    Okay.  Do you recall testifying at a motion to |

1    12:38:31   suppress hearing?

2    12:38:35   A    There was a couple hearings but --

3    12:38:37   Q    Okay.

4    12:38:37   A    -- I can't remember which was which, motion to

5    12:38:41   suppress.

6    12:38:42   Q    Okay.  At any point, do you remember seeing him

7    12:38:43   in court ever?

8    12:38:46   A    I don't -- well, we might have came in the

9    12:38:49   courtroom once together but I thought that was a

10   12:38:52   bond hearing.

11   12:38:54   Q    Okay.  At some point, did you bond out of jail?

12   12:38:58   A    Yeah, I bonded out.

13   12:38:59   Q    Okay.  And -- and once you bonded out of jail,

14   12:39:01   have you ever see Stanley Wrice again?

15   12:39:05   A    Never again.

16   12:39:06   Q    Mr. Benson, you and I have had a couple of

17   12:39:08   conversations before; isn't that correct?

18   12:39:10   A    Once or twice.

19   12:39:12   Q    And for the most part, what we've discussed is

20   12:39:16   what you've testified here today; is that fair to

21   12:39:17   say?

22   12:39:17   A    Pretty much.

23   12:39:19            MS. BONJEAN:  I'm going to object to

24   12:39:21        the form.

25   12:39:22            Go ahead.  You can answer if you

| 1  | 12:39:23 | understand. |
|----|----------|-------------|

1  12:39:23            understand.

2  12:39:23  BY MS. BISBEE:

3  12:39:24  Q    Have you had occasion to -- has anyone else

4  12:39:26  contacted you about Mr. Wrice's case in any way?

5  12:39:32  A    I was -- while I was locked up, I was contacted

6  12:39:35  twice.

7  12:39:37  Q    Okay.

8  12:39:38  A    Not too long --

9  12:39:44            MS. BONJEAN:  No, I . . .

10  12:39:44  A    -- not too long ago, somebody contacted me.

11  12:39:46  BY MS. BISBEE:

12  12:39:47  Q    Okay.  Who contacted you?

13  12:39:49  A    I have no idea.

14  12:39:50  Q    Okay.  Do you know when this was?

15  12:39:54  A    About a week ago maybe, a little bit over, a

16  12:39:58  little bit less.

17  12:39:59  Q    Okay.  And how were you contacted?

18  12:40:00  A    I was contacted through a guy named Eddie

19  12:40:07  Jones' phone.

20  12:40:07  Q    Eddie Jones' phone?  Who's Eddie Jones?

21  12:40:09  A    Eddie Jones is a guy that I occasionally had

22  12:40:10  worked with.

23  12:40:12  Q    Okay.

24  12:40:14  A    Or worked for.

25  12:40:18  Q    Worked for.  What do you -- what kind of work

```
 1   12:40:21   do you and Eddie do?
 2   12:40:22   A    Eddie is -- he's the home repair/remodeling,
 3   12:40:22   but his main job is roofing.
 4   12:40:29   Q    Okay.  And is that here in El Dorado?
 5   12:40:32   A    The Union County area.
 6   12:40:35   Q    Okay.  Where were you when you received --
 7   12:40:42   A    On the roof.
 8   12:40:43   Q    On a roof.  In El Dorado?
 9   12:40:48   A    It's not El Dorado.  It's more -- it's not
10   12:40:52   Strong.  It's a little town called Ebenezer.
11   12:40:59   Q    Ebenezer?
12   12:40:59   A    Yeah.
13   12:40:59   Q    Like Scrooge?
14   12:41:01   A    Pretty much.
15   12:41:03   Q    Okay.  Do you have any understanding why you
16   12:41:07   would've gotten a phone call on Eddie Jones' phone?
17   12:41:11   A    I have no idea.
18   12:41:12   Q    Okay.
19   12:41:12   A    No idea how they -- he knew I knew a Eddie
20   12:41:12   Jones.
21   12:41:17   Q    Okay.  Do you know Eddie Jones' phone number?
22   12:41:22   A    Not right offhand.  I can give it to you.
23   12:41:24   Q    That would be great.  I would appreciate that.
24   12:41:27        So did -- did you answer -- when you answered
25   12:41:33   the phone from Mr. Jones' phone --
```

| | | |
|---|---|---|
| 1 | 12:41:37 | MS. BONJEAN: I'm sorry. Can I |
| 2 | 12:41:38 | object? |
| 3 | 12:41:38 | Is the phone Eddie Jones', or was it |
| 4 | 12:41:41 | a phone call from Eddie Jones? I'm -- I'm |
| 5 | 12:41:42 | not sure I understand what he's testified |
| 6 | 12:41:46 | to. |
| 7 | 12:41:46 | MS. BISBEE: Okay. |
| 8 | 12:41:48 | A   I was contacted by someone through the guy I |
| 9 | 12:41:51 | was working for. The guy I was working for name was |
| 10 | 12:41:56 | Eddie Jones. |
| 11 | 12:41:56 | MS. BONJEAN: Okay. |
| 12 | 12:41:56 | BY MS. BISBEE: |
| 13 | 12:41:58 | Q   And did -- were you contacted on the phone -- |
| 14 | 12:41:58 | somebody called Eddie Jones' phone? |
| 15 | 12:42:02 | A   Somebody got ahold of Eddie Jones' phone number |
| 16 | 12:42:05 | and called and asked was I working with him that |
| 17 | 12:42:08 | day. |
| 18 | 12:42:09 | MS. BONJEAN: Got it. |
| 19 | 12:42:16 | BY MS. BISBEE: |
| 20 | 12:42:11 | Q   Okay. And did Mr. Jones give you the phone and |
| 21 | 12:42:14 | you spoke to somebody? |
| 22 | 12:42:16 | A   Yes, I did. |
| 23 | 12:42:17 | Q   Okay. Who did you speak to? |
| 24 | 12:42:19 | A   I have no idea. |
| 25 | 12:42:21 | Q   Okay. Do you know, was it a man or a woman? |

```
 1   12:42:23   A    It was a woman.

 2   12:42:25   Q    Did this woman identify herself in any way?

 3   12:42:34   A    If she did, I don't recall because I didn't

 4   12:42:36   start paying attention until what she told me what

 5   12:42:42   the call was pertaining to.  Then I was all ears.

 6   12:42:45   Q    Okay.  What did she -- what did she say the

 7   12:42:46   call was pertaining to?

 8   12:42:50   A    The call was pertaining to a case Stanley Wrice

 9   12:42:51   was having.

10   12:42:55   Q    Okay.  And do you recall what this woman said?

11   12:42:58   A    Oh, yeah.

12   12:43:01   Q    Can you tell us what she said?

13   12:43:03   A    "Stanley Wrice stands to make $50 million."

14   12:43:08   Q    Okay.

15   12:43:09   A    And if I were to keep quiet or agree to say

16   12:43:17   what she says she wanted me to say, she could almost

17   12:43:21   guarantee that I would get 5 percent (indicating).

18   12:43:30                   MS. BISBEE:  And what do you -- you

19   12:43:30               just did something with your ear.  What

20   12:43:32               does that mean?

21   12:43:34                   THE WITNESS:  That means I was

22   12:43:35               listening then.

23   12:43:35                   MS. BONJEAN:  Ah.

24   12:43:37   A    I might not be a genius, but I know 5 percent

25   12:43:38   of 50 million is, like, 2 1/2, and I do like money.
```

```
 1   12:43:47   BY MS. BISBEE:

 2   12:43:48   Q    What did -- what did this person -- did this

 3   12:43:49   person indicate what she wanted you to say?

 4   12:43:54   A    She said for me to think about it, and she

 5   12:43:59   would get back in touch with me.  Asked me was there

 6   12:44:03   a more convenient number for her to get in touch

 7   12:44:06   with me.

 8   12:44:09   Q    Maybe I wasn't clear.

 9   12:44:15        Did -- did she say what she wanted you to

10   12:44:21   testify to?

11   12:44:24   A    Basically, she just wanted me not to open my

12   12:44:27   mouth but, like I said, she said for me to think

13   12:44:34   about it and she would get -- would get back to me

14   12:44:37   if there was a more convenient number for her to

15   12:44:41   reach me at.

16   12:44:42   Q    Okay.  At the time, did you have a phone?

17   12:44:44   A    I still don't.  I can't keep a phone to save my

18   12:44:44   life.

19   12:44:49   Q    Is that --

20   12:44:51   A    That's something you can text on (indicating).

21   12:44:53   Q    Oh, it's not a --

22   12:44:54   A    You can text; you can't call or receive a call.

23   12:45:00   Q    Did you say anything in response to this woman?

24   12:45:04   A    "Hell, yeah."

25   12:45:06   Q    And what did you say?
```

```
 1   12:45:07   A    "Hell, yeah."

 2   12:45:10   Q    "Hell, yeah" to the 5 percent?

 3   12:45:14   A    Like I said, that's money.  That's a lot of

 4   12:45:17   money.

 5   12:45:18   Q    Okay.

 6   12:45:21   A    Yeah, I might have shot you for that kind of

 7   12:45:22   money.

 8   12:45:25   Q    Okay.

 9   12:45:27   A    But she never got back in contact with me.

10   12:45:39        And I thought -- thought about it a minute, a

11   12:45:40   long thought.  I decided to call somebody later on.

12   12:45:49   Q    Okay.  And called me; that's correct?

13   12:45:53   A    Man, you wasn't my first choice, but I didn't

14   12:45:57   have her number (indicating).

15   12:46:22   Q    I have one last question.

16   12:46:24        Do you recall signing an affidavit several

17   12:46:31   years ago related to Stanley Wrice?

18   12:46:37   A    (Indicating.)

19   12:46:41   Q    Okay.  Do you recall being contacted by members

20   12:46:45   of the Chicago Innocence Project or students --

21   12:46:49   A    Oh, yeah, after I got out of prison?

22   12:46:52   Q    -- asking questions?  Yes.

23   12:46:53   A    Yeah.

24   12:46:56   Q    Do you recall anything about the -- the

25   12:46:58   circumstances of why they wanted to talk to you?
```

1  12:47:04    A    To be honest with you?

2  12:47:05    Q    Uh-huh.

3  12:47:07    A    No.  Mostly, they brought me a bunch of -- I

4  12:47:13    don't know if it's the right word to say

5  12:47:14    "propaganda."

6  12:47:17    Q    Okay.

7  12:47:17    A    A lot of paperwork about what they was doing,

8  12:47:19    how they were doing, and who they were, and -- and I

9  12:47:25    thought it was a good thing.  They was getting

10 12:47:27    people out of jail that went to jail falsely.  I

11 12:47:30    really thought that was good.

12 12:47:32        I was under the assumption that they were some

13 12:47:37    pretty sharp law students --

14 12:47:39    Q    Okay.

15 12:47:40    A    -- working under a pretty sharp law professor.

16 12:47:42        I was, like, "Damn, where the hell was you at

17 12:47:46    when I went to prison?"

18 12:47:48    Q    Okay.  So you thought they -- these were law

19 12:47:50    students?

20 12:47:52    A    Yeah, after what -- that's the impression they

21 12:47:54    gave me.

22 12:47:56    Q    Okay.  Do you recall how many conversations you

23 12:48:01    had with anyone affiliated with this organization?

24 12:48:05    A    I can't recall exactly how many conversations I

25 12:48:08    had.  I do know -- I'm pretty sure it was only two.

| | | |
|---|---|---|
| 1 | 12:48:15 | Two came to talk to me here and -- |
| 2 | 12:48:19 | Q    Okay.  Do you recall if you had any phone |
| 3 | 12:48:20 | conversations with them before that? |
| 4 | 12:48:22 | A    I had several phone conversations. |
| 5 | 12:48:24 | Q    Several.  Do you remember what you said -- when |
| 6 | 12:48:27 | these conversations were? |
| 7 | 12:48:29 | A    When? |
| 8 | 12:48:30 | Q    Yeah. |
| 9 | 12:48:31 | A    No. |
| 10 | 12:48:33 | Q    Okay.  Do you remember any of the contents of |
| 11 | 12:48:36 | your phone conversations? |
| 12 | 12:48:38 | A    It was mostly they believe Stan went to jail |
| 13 | 12:48:42 | falsely and they was telling us how -- telling me |
| 14 | 12:48:47 | how they had been getting innocent people out of |
| 15 | 12:48:50 | prison and they think they can get Stan out. |
| 16 | 12:48:53 | Q    Okay.  Did -- did you think -- did they think |
| 17 | 12:49:00 | they could get Stan out because he was innocent; is |
| 18 | 12:49:03 | that what they said? |
| 19 | 12:49:04 |                     MS. BONJEAN:  Okay.  I'm going to |
| 20 | 12:49:04 |                     object to the form of the question. |
| 21 | 12:49:08 | BY MS. BISBEE: |
| 22 | 12:49:09 | Q    Do you understand what I'm asking you? |
| 23 | 12:49:11 | A    Exactly. |
| 24 | 12:49:12 | Q    Okay.  Were they asking for your help in -- in |
| 25 | 12:49:16 | getting Stanley out of prison? |

| 1 | 12:49:19 | MS. BONJEAN: Objection to the form. |
| 2 | 12:49:19 | You can answer. |
| 3 | 12:49:27 | A    That's what I assumed. |
| 4 | 12:49:27 | BY MS. BISBEE: |
| 5 | 12:49:28 | Q    Okay.  Do you remember if you told them |
| 6 | 12:49:40 | anything a -- about the night of September 8th, 9th, |
| 7 | 12:49:46 | 1982? |
| 8 | 12:49:50 | A    Only thing I recall clearly was they got me to |
| 9 | 12:49:54 | sympathize with -- with Stan and everybody else that |
| 10 | 12:49:58 | got whooped. |
| 11 | 12:50:00 | Q    Okay.  Do you recall signing an affidavit when |
| 12 | 12:50:07 | those two came down to visit you? |
| 13 | 12:50:10 | A    I remember signing something. |
| 14 | 12:50:13 | Q    Okay. |
| 15 | 12:50:13 | MS. BISBEE:  I'm going to mark |
| 16 | 12:50:15 | Exhibit 3 -- oh, C, I'm sorry.  This is |
| 17 | 12:50:24 | Bates DEF 5 through 8. |
| 18 | 12:50:27 | (WHEREUPON, a document was marked for |
| 19 | 12:50:27 | identification as Exhibit C and is |
| 20 | 12:50:27 | attached hereto.) |
| 21 | 12:50:27 | BY MS. BISBEE: |
| 22 | 12:50:40 | Q    Mr. Benson, can you identify this document, |
| 23 | 12:50:43 | please? |
| 24 | 12:50:45 | A    (Reviews document.)  Showing the camera.  I |
| 25 | 12:50:46 | remember that statement.  Okay.  Uh-huh.  Yes, I |

1    12:51:14   remember this.  I remember.

2    12:51:14   BY MS. BISBEE:

3    12:52:25   Q    Okay.  Is that -- is that the affidavit you

4    12:52:29   signed?

5    12:52:30   A    Yes, it is.  That's my name.

6    12:52:32   Q    Can you -- what is the date on that affidavit,

7    12:52:33   please?

8    12:52:35   A    06/11/11.

9    12:52:38   Q    Okay.  And do you remember the circumstances

10   12:52:40   under which you signed this particular affidavit?

11   12:52:44                   MS. BONJEAN:  Objection.  Asked and

12   12:52:45            answered.

13   12:52:45                   Go ahead.

14   12:52:47   A    I have no idea.

15   12:52:47   BY MS. BISBEE:

16   12:52:48   Q    Okay.  Did somebody come to you -- bring this

17   12:52:49   affidavit to you to sign?

18   12:52:52   A    They would have had to.

19   12:52:53   Q    Okay.  Do you recall who that was?

20   12:53:01   A    It had to have been them students.

21   12:53:04   Q    Okay.

22   12:53:04   A    06/11/11 -- June 11, 2011, it would have had to

23   12:53:09   have been the students.

24   12:53:11   Q    Okay.  Do you recall any conversation you had

25   12:53:13   with them at the time you signed the affidavit?

```
 1   12:53:16   A    Not really.  They was trying to be nice about
 2   12:53:21   this.  They were just amusing to me.
 3   12:53:25   Q    Okay.  Why is that?
 4   12:53:27   A    They were trying so hard.
 5   12:53:30   Q    Okay.  Trying so hard to get you to sign it?
 6   12:53:34   What do you mean?
 7   12:53:34   A    Trying so hard to make me believe something.
 8   12:53:38   Q    Okay.  Well, what did -- what did they want you
 9   12:53:40   to believe?
10   12:53:42   A    America's criminal justice system is corrupt,
11   12:53:45   untrustworthy.
12   12:53:45                   MS. BONJEAN:  I'm going to just
13   12:53:45                object to the segue.  I -- I was late on
14   12:53:45                that, late on the objection.
15   12:53:53                   Objection to the form.  Speculation.
16   12:53:55                   But go ahead.
17   12:53:57   A    Yeah, that's pretty much it.  They -- they
18   12:54:00   tickled me.  They -- they sounded like first-year
19   12:54:02   law students.
20   12:54:02   BY MS. BISBEE:
21   12:54:04   Q    Okay.  Is there anything in that affidavit that
22   12:54:12   you don't agree with today?
23   12:54:17   A    (Reviews document.)
24   12:54:27                   MS. BONJEAN:  And I'm going to object
25   12:54:28                to the form of that.
```

| 1 | 12:54:29 | Go ahead. |
|---|----------|-----------|
| 2 | 12:54:32 | A    Not really.  Looks good to me. |
| 3 | 12:54:34 | BY MS. BISBEE: |
| 4 | 12:54:36 | Q    Okay.  So could you look at -- |
| 5 | 12:54:38 | MS. BONJEAN:  Objection.  Asked and |
| 6 | 12:54:42 | answered. |
| 7 | 12:54:42 | But go ahead. |
| 8 | 12:54:43 | BY MS. BISBEE: |
| 9 | 12:54:43 | Q    -- the last paragraph of the affidavit, |
| 10 | 12:54:46 | Mr. Benson? |
| 11 | 12:54:49 | A    The last paragraph. |
| 12 | 12:54:51 | Q    I'm sorry.  On that page.  This is No. 10. |
| 13 | 12:54:55 | A    (Reviews document.)  "I decided to come forward |
| 14 | 12:55:04 | with this information after learning that Commander |
| 15 | 12:55:04 | John Burge was convicted and sentenced for federal |
| 16 | 12:55:04 | crimes connected to the police torture in the |
| 17 | 12:55:04 | community where I lived." |
| 18 | 12:55:12 | Q    Is that a true statement? |
| 19 | 12:55:14 | A    That is not. |
| 20 | 12:55:21 | Q    Okay. |
| 21 | 12:55:21 | A    I had no idea -- |
| 22 | 12:55:21 | Q    Okay. |
| 23 | 12:55:23 | A    -- he was arrested. |
| 24 | 12:55:23 | Q    One more thing.  When you received -- |
| 25 | 12:55:23 | A    2005, I was -- was in prison from -- in |

| 1 | 12:55:25 | Missouri, state of Missouri, from September 1996 to |
| 2 | 12:55:33 | September 2010.  I didn't much care about Chicago |
| 3 | 12:55:39 | politics then. |
| 4 | 12:55:41 | BY MS. BISBEE: |
| 5 | 12:55:41 | Q    Fair enough.  One thing I forgot to ask you. |
| 6 | 12:55:45 | The phone call you received a couple of weeks ago |
| 7 | 12:55:48 | regarding the 5 percent of Stanley's -- |
| 8 | 12:55:50 | A    Uh-huh. |
| 9 | 12:55:53 | Q    -- award, did you have any understanding that |
| 10 | 12:56:00 | it was some -- a member of his family that was |
| 11 | 12:56:02 | calling you? |
| 12 | 12:56:04 | A    I had no idea who it was but if it was a member |
| 13 | 12:56:05 | of his -- member of his family -- excuse me for |
| 14 | 12:56:08 | saying it like this -- then somebody in his family |
| 15 | 12:56:11 | married a Caucasian. |
| 16 | 12:56:15 | Q    Okay.  Is -- is there a reason you say that? |
| 17 | 12:56:17 | How did you know the person calling you was |
| 18 | 12:56:21 | Caucasian? |
| 19 | 12:56:23 | A    She was a well-modulated, educated, I'm going |
| 20 | 12:56:24 | to say, southern Michigan, northern Indiana, maybe |
| 21 | 12:56:35 | eastern Ohio accent. |
| 22 | 12:56:38 | Q    Okay.  Fair enough. |
| 23 | 12:56:39 | And, Mr. Benson, we've been discussing what |
| 24 | 12:56:46 | happened to Karen Byron in September of 1982 today. |
| 25 | 12:56:50 | A    Uh-huh. |

```
 1   12:56:51   Q    Do you believe that Stanley Wrice is innocent
 2   12:56:54   of the crimes that are -- have been alleged against
 3   12:56:58   him?
 4   12:56:59   A    Now, you're asking for an opinion?
 5   12:57:02   Q    I'm just asking your opinion.
 6   12:57:04              MS. BONJEAN:  Wait, I'm sorry.  Can
 7   12:57:04         you repeat the question for me?
 8   12:57:05   BY MS. BISBEE:
 9   12:57:05   Q    Do you believe Stanley --
10   12:57:08              MS. BONJEAN:  No, can I have the
11   12:57:08         court reporter re -- re -- repeat the
12   12:57:08         question?
13   12:57:08              MS. BISBEE:  Sure.
14   12:57:08              (WHEREUPON, the previous question was
15   12:57:08         read back by the reporter.)
16   12:57:08              MS. BONJEAN:  Okay.  I'm going to
17   12:57:08         object on a whole bunch of grounds there:
18   12:57:22         I don't know what crimes you're
19   12:57:25         specifying.  I don't know which count of
20   12:57:28         the indictment you're specifying.
21   12:57:29         Whether Mr. Benson believes or
22   12:57:32         doesn't believe is so irrelevant to
23   12:57:33         anything and it's an improper question but
24   12:57:38         I'm not going to tell him, obviously, not
25   12:57:41         to answer it if he wants to answer it.
```

1  12:57:49  A    To be perfectly honest, whatever he did or

2  12:57:54  didn't do, I have no idea.

3  12:57:56       Now, was he wrong?  Yes, I believe we were all

4  12:58:04  wrong for that to happen.  As far as him being

5  12:58:10  guilty, I can't say guilty or not because I didn't

6  12:58:14  see shit.

7  12:58:14  Q    Fair enough.

8  12:58:14            MS. BISBEE:  I don't have anything

9  12:58:14            else.

10 12:58:14            MS. BONJEAN:  Oh, I have some

11 12:58:14            questions, but I'll -- do you have some

12 12:58:14            questions?

13 12:58:23            MR. NOLAND:  I do.  You -- whatever

14 12:58:24            you want to do.

15 12:58:24            MS. BONJEAN:  How -- how -- how much

16 12:58:26            questioning do you think you have with

17 12:58:27            him?

18 12:58:28            MR. NOLAND:  Oh, probably -- I don't

19 12:58:30            know.  I don't know.

20 12:58:30            THE WITNESS:  9,000, maybe.

21 12:58:36            MS. BONJEAN:  It's 1:00 o'clock so, I

22 12:58:36            mean, I can go for a little bit.  I can go

23 12:58:36            -- I can try to get done what I need to

24 12:58:36            get done if you want.  If you --

25 12:58:36            MR. NOLAND:  That's fine.

```
 1   12:58:36              MS. BISBEE:  Well, he needs -- Mr.
 2   12:58:36    Benson needs to go by 3:00.
 3   12:58:36              MS. BONJEAN:  Okay.  That's -- I
 4   12:58:36    mean, I -- I -- I want to be very
 5   12:58:36    respectful of Mr. Benson's time but,
 6   12:58:36    obviously, you know.
 7   12:58:36              THE WITNESS:  Oh, hell, y'all made me
 8   12:58:52    miss my ride.  One of y'all going to buy
 9   12:58:53    me a bus ticket or nobody's leaving me on
10   12:58:53    the rail.
11   12:58:53              MS. BONJEAN:  I'm -- I'm -- we won't
12   12:58:53    leave you stranded, I know that.  I'll do
13   12:59:02    my very best.
14   12:59:03              THE WITNESS:  But you leave me
15   12:59:03    already, don't you?
16   12:59:10              MS. BONJEAN:  Is that okay with you,
17   12:59:10    Dan?
18   12:59:10              MR. NOLAND:  That -- that's okay just
19   12:59:10    so long as I have an opportunity to
20   12:59:13    question him.
21   12:59:13              MS. BONJEAN:  I mean, I -- yeah, of
22   12:59:14    course.  I mean, everybody should.  That's
23   12:59:15    the whole point.  Everybody should have an
24   12:59:17    opportunity to question Mr. Benson.
25   12:59:17              MR. NOLAND:  Okay.
```

| 1 | 12:59:17 | THE WITNESS: I'm pretty sure I don't |
| 2 | 12:59:17 | want to start that backhoe at 2:00 in the |
| 3 | 12:59:17 | mornings, but I'm supposed to get there |
| 4 | 12:59:17 | tonight. |
| 5 | 12:59:28 | EXAMINATION |
| 6 | 12:59:29 | BY MS. BONJEAN: |
| 7 | 12:59:30 | Q   Mr. Benson, how long were you told you would |
| 8 | 12:59:31 | have to be here today? |
| 9 | 12:59:35 | A   I was thinking, like, 20 minutes or so. |
| 10 | 12:59:39 | Q   Where did you get that impression from? |
| 11 | 12:59:41 | A   I was just thinking it wasn't going to take |
| 12 | 12:59:44 | that long. |
| 13 | 12:59:46 | Q   I see.  Okay. |
| 14 | 12:59:46 | So first of all, I just wanted to touch on this |
| 15 | 12:59:54 | phone call that you got. |
| 16 | 12:59:56 | A   Okay. |
| 17 | 12:59:57 | Q   You said somebody called your boss? |
| 18 | 13:00:00 | A   He's not really my boss, but it's a guy I do |
| 19 | 13:00:00 | work for occasionally. |
| 20 | 13:00:00 | Q   Okay.  Can you tell me who that person is?  Is |
| 21 | 13:00:00 | this Eddie Jones? |
| 22 | 13:00:06 | A   Eddie Jones. |
| 23 | 13:00:08 | Q   Okay.  Do you know how to reach Eddie Jones? |
| 24 | 13:00:09 | A   I can get his number.  I don't have it with me. |
| 25 | 13:00:11 | Q   Okay.  Eddie Jones.  Where does Eddie Jones |

| 1  | 13:00:15 | live? |
| 2  | 13:00:17 | A | Huttig, Arkansas. |
| 3  | 13:00:20 | Q | What is it? |
| 4  | 13:00:20 | A | Huttig, |
| 5  | 13:00:20 | Q | Can you spell it for me? |
| 6  | 13:00:21 | A | H-u-t-t-i-g. |
| 7  | 13:00:25 | Q | Arkansas? |
| 8  | 13:00:25 | A | Uh-huh. |
| 9  | 13:00:27 | Q | And does he have a company? |
| 10 | 13:00:31 | A | Not really.  He's more, like, a subcontractor. |
| 11 | 13:00:34 | Q | Okay.  How old is Eddie Jones? |
| 12 | 13:00:39 | A | About 54 or 5. |
| 13 | 13:00:43 | Q | Okay.  You have an address for him? |
| 14 | 13:00:48 | A | I know how to get to his house. |
| 15 | 13:00:49 | Q | What street does he live on? |
| 16 | 13:00:52 | A | I don't know. |
| 17 | 13:00:52 | Q | Oh, okay. |
| 18 | 13:00:52 | A | I know how to get to his house. |
| 19 | 13:00:55 | Q | Do you have a phone number for him? |
| 20 | 13:00:56 | A | I can find you one. |
| 21 | 13:00:59 | Q | Okay.  Do you have it on you right now? |
| 22 | 13:01:02 | A | No, I don't. |
| 23 | 13:01:03 | Q | Okay.  And it's your testimony that someone |
| 24 | 13:01:07 | called his cell phone, was it? |
| 25 | 13:01:10 | A | I was on the roof. |

| 1  | 13:01:12 | Q | Okay. |
| 2  | 13:01:12 | A | Alexandria, Louisiana. |
| 3  | 13:01:15 | Q | Al -- |
| 4  | 13:01:15 | A | I was working down in Alexandria, Louisiana. |
| 5  | 13:01:19 | Q | Okay.  And someone called his cell phone, |
| 6  | 13:01:23 |   | right?  Or -- |
| 7  | 13:01:25 | A | Called his -- called his line and asked for a |
| 8  | 13:01:28 |   | Mr. Rodney Benson. |
| 9  | 13:01:30 | Q | Okay.  And you said it sounded like a white |
| 10 | 13:01:32 |   | woman when you got on the phone? |
| 11 | 13:01:33 | A | Oh, I'm pretty sure she was white. |
| 12 | 13:01:35 | Q | Okay.  Do you -- do you think it was me? |
| 13 | 13:01:38 | A | No, wrong accent. |
| 14 | 13:01:40 | Q | What's that? |
| 15 | 13:01:41 | A | Wrong accent. |
| 16 | 13:01:43 | Q | Okay.  Because you -- you and I have never met, |
| 17 | 13:01:43 |   | right? |
| 18 | 13:01:48 | A | I think I would have remembered you. |
| 19 | 13:01:50 | Q | Is that a good thing or a bad thing? |
| 20 | 13:01:50 |   | Have we -- have -- do you have any recollection |
| 21 | 13:01:57 |   | of us ever speaking on the phone? |
| 22 | 13:02:02 | A | I have no recollection. |
| 23 | 13:02:03 | Q | Okay.  So do you know what area code the phone |
| 24 | 13:02:09 |   | number was that called?  Did you see the phone |
| 25 | 13:02:10 |   | number? |

```
1   13:02:14   A    I really didn't pay that much attention, and
2   13:02:16   then, by the time I thought about it, you know --
3   13:02:18   you know, I -- I don't use them that much, but them
4   13:02:18   cell phones go blank.
5   13:02:18   Q    Uh-huh.
6   13:02:25   A    So you pull it back to look at it, you gotta
7   13:02:33   hit something to call it back.  I really didn't care
8   13:02:33   about any -- the only thing that caught my attention
9   13:02:36   was 5 percent.
10  13:02:39   Q    Understood.
11  13:02:39   A    In one ear, one out . . .
12  13:02:39   Q    Okay.  I imagine that would be the case.
13  13:02:42   A    Yes, it was.
14  13:02:43   Q    Now, but you said you don't know -- you don't
15  13:02:46   know what area code it was that was calling you?
16  13:02:48   A    No, but if it's still on his phone, I'll find
17  13:02:50   out.
18  13:02:52   Q    Okay.  Very good.
19  13:02:52        And -- and you will do that for us?  I think
20  13:02:52   you said you would, right?
21  13:02:56   A    Well, she asked me to.
22  13:02:57   Q    Okay.  And I'm going to ask you to also.
23  13:03:00   A    Okay.  So that's two of y'all.
24  13:03:01   Q    Everyone in the room would like to know that
25  13:03:01   phone number.  I am chief among them since I
```

```
 1   13:03:08   represent Stanley Wrice and I don't know who --
 2   13:03:11   A    Actually, I do remember the area code.  It's
 3   13:03:13   773.
 4   13:03:16   Q    Okay.  773 number?
 5   13:03:19   A    773.
 6   13:03:22   Q    So a Chicago number?
 7   13:03:23   A    I thought that was 312.
 8   13:03:28   Q    I think they added an area code, at one point.
 9   13:03:30   A    Okay.
10   13:03:31   Q    You haven't been around there in a while, I
11   13:03:32   guess?
12   13:03:34   A    No, I really haven't.
13   13:03:34   Q    Okay.
14   13:03:34   A    My brother's is 312.
15   13:03:38   Q    Yeah, some people still have the 312.
16   13:03:39   A    My daughter's is 312.
17   13:03:41   Q    Okay.  So someone from a 773 --
18   13:03:44   A    It was a 773 number.
19   13:03:45   Q    Okay.  And how long did the conversation last?
20   13:03:55   A    It wasn't no longer than -- it might have been
21   13:03:58   a little over five -- it wasn't ten minutes, but,
22   13:04:00   probably, about five minutes or so.
23   13:04:05   Q    Uh-huh.
24   13:04:10   A    And they never got back in touch with me like
25   13:04:12   they said, and I got all excited about that 5
```

```
 1  13:04:15  percent.
 2  13:04:16  Q    Now, this person that called you, they -- she
 3  13:04:24  -- it was a "she" I take it, right?
 4  13:04:27  A    Yes, ma'am.
 5  13:04:29  Q    Did she say her name or just say she was
 6  13:04:34  associated with Stanley in some way?
 7  13:04:36  A    And that's pretty much the way she said it, she
 8  13:04:39  was associated with Stanley Wrice.
 9  13:04:42  Q    Okay.  Did she say was a lawyer or a friend?
10  13:04:44  A    She didn't say.
11  13:04:46  Q    And did you ever try to call the number back?
12  13:04:53  A    I was kind of busy at the time.
13  13:04:55  Q    Too busy for 5 percent of 50 million?
14  13:05:00  A    I -- you try working on a tin roof in 91
15  13:05:02  degrees.
16  13:05:05  Q    No, thank you.
17  13:05:06       So you didn't have a -- a chance to call her
18  13:05:08  back and she said she would get back in touch with
19  13:05:10  you?
20  13:05:11  A    Well, she said she would call, get back in
21  13:05:14  touch with me.
22  13:05:14       So, usually, when they say that it's -- and
23  13:05:17  they -- you call them back, it's like, "Now you're
24  13:05:20  bugging me."
25  13:05:21  Q    I see.
```

```
 1   13:05:24   A    If I tell you I'm going to call you back and
 2   13:05:26   you don't wait until I call you back and call me
 3   13:05:28   first, I probably hang up on you if I answer the
 4   13:05:30   line.
 5   13:05:33   Q    Now, at some point, you reached out to
 6   13:05:36   Ms. Bisbee; is that correct?
 7   13:05:38   A    Yeah.
 8   13:05:39   Q    Okay.  It sounds like to me you've had a couple
 9   13:05:43   conversations with Ms. Bisbee and Ms. Bitoy; is that
10   13:05:45   correct?
11   13:05:51   A    Bitoy?
12   13:05:51   Q    Is that -- that -- yeah.  Yeah, sorry.
13   13:05:51   A    Bitoy.
14   13:05:51                   THE WITNESS:  Are you from Louisiana?
15   13:05:51                   MS. BITOY:  I'm sorry.  What?
16   13:05:51                   THE WITNESS:  You from Louisiana?
17   13:05:51                   MS. BITOY:  No.  Okay.
18   13:05:51   A    Yes, they came to see me.
19   13:05:51   BY MS. BONJEAN:
20   13:06:04   Q    Have they come to see you multiple times?
21   13:06:12   A    No.
22   13:06:12   Q    Okay.
23   13:06:12   A    Twice.
24   13:06:13   Q    Twice?  Okay.
25   13:06:13        What -- when was the first time Ms. Bisbee came
```

1   13:06:18   to see you, if you can recall?

2   13:06:21   A    I can't recall, but I'm going to say about,

3   13:06:24   maybe, a month or so, a little longer.

4   13:06:27   Q    A month -- a month or so ago?

5   13:06:28   A    Uh-huh.

6   13:06:30   Q    Uh-huh.  Did she come by herself, or did she

7   13:06:33   come with somebody else?

8   13:06:35   A    She came with the young lady there

9   13:06:36   (indicating).

10  13:06:39   Q    Were you -- were you surprised to see them?

11  13:06:44   A    Actually, I thought it was some kind of trick.

12  13:06:46   Q    Why is that?

13  13:06:47   A    Why would you send two attractive young ladies

14  13:06:49   to my house?

15  13:06:51   Q    I was wondering the same thing.

16  13:06:54   A    Y'all look the same.

17  13:06:54        What you up to?  You think I'm going to bite?

18  13:06:54   Naw, ain't going for it.

19  13:07:00   Q    And so did you have an opportunity to sit down

20  13:07:06   and talk to Ms. Bitoy and Ms. Bisbee?

21  13:07:10   A    They came to my house.

22  13:07:12   Q    Okay.  And is this the house over on Van

23  13:07:14   Street?

24  13:07:14   A    Uh-huh.

25  13:07:15   Q    Did you say -- did you invite them in your

| 1 | 13:07:18 | home? |
| 2 | 13:07:20 | A    No, they just barged in. |
| 3 | 13:07:22 | Q    Did they? |
| 4 | 13:07:23 | A    Yeah. |
| 5 | 13:07:24 | Q    How did they do that? |
| 6 | 13:07:26 | A    While I was at the door to see who they was, |
| 7 | 13:07:26 | that one laid on me and that one stuck her foot in |
| 8 | 13:07:30 | the door to where I couldn't see shit. |
| 9 | 13:07:30 |      Okay.  I let them in. |
| 10 | 13:07:30 |            THE WITNESS:  Anything else? |
| 11 | 13:07:30 | BY MS. BONJEAN: |
| 12 | 13:07:35 | Q    And so did -- after Ms. Bitoy stuck her foot in |
| 13 | 13:07:40 | the door, did you say, "Come on in," or what did you |
| 14 | 13:07:42 | say to them? |
| 15 | 13:07:45 | A    I went and sat on my couch, and they made |
| 16 | 13:07:46 | theirselves comfortable. |
| 17 | 13:07:46 |      "Yeah, make yourselves at home." |
| 18 | 13:07:53 | Q    And did -- so the -- the three of you were |
| 19 | 13:07:57 | sitting in the living room area or a family room |
| 20 | 13:08:00 | area? |
| 21 | 13:08:02 | A    Just a house, to me. |
| 22 | 13:08:04 | Q    Okay.  Was anyone else present besides you and |
| 23 | 13:08:06 | Ms. Bisbee and Ms. Bitoy? |
| 24 | 13:08:06 | A    I think my girlfriend was in the bathroom, but |
| 25 | 13:08:14 | I don't remember. |

| | | |
|---|---|---|
| 1 | 13:08:15 | Q   Okay.  Is that the woman that you're engaged to |
| 2 | 13:08:16 | now? |
| 3 | 13:08:17 | A   Uh-huh. |
| 4 | 13:08:20 | Q   Okay.  Anybody else, that you recall, present? |
| 5 | 13:08:22 | A   I don't believe so, not at the first time. |
| 6 | 13:08:26 | Q   All right.  And what, if anything, was said by |
| 7 | 13:08:29 | either Ms. Bisbee or Ms. Bitoy during that first |
| 8 | 13:08:32 | conversation in which they sort of barged into your |
| 9 | 13:08:36 | house? |
| 10 | 13:08:38 | A   Pretty much the same thing we been saying |
| 11 | 13:08:39 | today. |
| 12 | 13:08:39 | Q   What -- |
| 13 | 13:08:39 | A   They asked me pretty much the same questions. |
| 14 | 13:08:42 | Q   Okay.  And how long did that conversation last? |
| 15 | 13:08:46 | A   I have no idea.  I smoked at least two, maybe, |
| 16 | 13:08:47 | three cigarettes, so, at least, an hour and a half, |
| 17 | 13:08:47 | two. |
| 18 | 13:08:58 | Q   Did anyone join you during that conversation, |
| 19 | 13:09:00 | at any point, other than the three of you who were |
| 20 | 13:09:04 | already there? |
| 21 | 13:09:05 | A   Well, a couple people came by the house but I |
| 22 | 13:09:08 | told them I was busy. |
| 23 | 13:09:08 | I missed money that day, too. |
| 24 | 13:09:13 | Q   Now, did Ms. Bisbee give you her phone number? |
| 25 | 13:09:19 | A   I had her phone number from a earlier cor -- |

1  13:09:23  correspondence.

2  13:09:25  Q  Okay.  Tell me about the very first time you

3  13:09:30  communicated, in any way, with a member of the

4  13:09:34  defense team.

5  13:09:40  A  Well, see, I can't say for sure.  Now, I do

6  13:09:44  know twice while I was in prison.  I think once was

7  13:09:56  2008 in Moberly, Missouri, and -- well, that might

8  13:10:03  have been the second time at St. Joe -- twice, at

9  13:10:06  least, in Missouri around -- between -- sometime

10  13:10:10  between '06 and '08.

11  13:10:15  Q  And I just want to clarify when I say "defense

12  13:10:16  team," I'm not talking about a criminal defense

13  13:10:21  team.  I'm talking about the people who represent

14  13:10:23  the police officers and the City, just so we're on

15  13:10:26  the same page about that.

16  13:10:30  A  Well, the way I -- then, again, you know,

17  13:10:32  lawyers have a way of making you think one thing

18  13:10:38  when they really mean something else.

19  13:10:40      But I was under the assumption that it was a --

20  13:10:44  part of the -- part of them was representing Chicago

21  13:10:53  Police Department, another part of them was

22  13:10:55  representing the U.S. government, and another part

23  13:10:59  of them was representing the City of Chicago and I

24  13:11:01  think that one of them represented the U.S.

25  13:11:06  Government where -- maybe kind of like prosecutors.

1  13:11:10  Q    I see.

2  13:11:11  A    I don't know for sure, though.  Like I said,

3  13:11:12  lawyers are better than psychiatrists when it came

4  13:11:17  to mis -- misleading people.  No offense.

5  13:11:25  Q    Do you remember testifying under oath while you

6  13:11:29  were in prison in connection with a case, you know,

7  13:11:32  like, in a deposition setting kind of?

8  13:11:36  A    I'd say anything to get out the hole for a few

9  13:11:38  days so, no, I don't remember.

10  13:11:41  Q    All right.  Do you recall -- and I'm not

11  13:11:48  talking about the substance of your testimony -- but

12  13:11:49  do you recall having an opportunity to be asked

13  13:11:53  questions and give answers in the Darrell Cannon

14  13:11:57  case when you were --

15  13:11:59  A    Darrell Cannon.

16  13:12:05  Q    -- when you were --

17  13:12:19  A    That sounds familiar.

18  13:12:19  Q    Okay.

19  13:12:19  A    Darrell Cannon.  Darrell Cannon.  D.C.?  Cover

20  13:12:19  Stone?

21  13:12:19  Q    Uh-huh.  I believe so.  I don't represent him,

22  13:12:21  but . . .

23  13:12:21  A    He was a Stone but he -- he was a Cover Stone.

24  13:12:27  Q    Okay.  Do you -- I'm sorry.  Go ahead.

25  13:12:29  A    I'm -- I'm -- I think I remember something

1   13:12:31   about that.

2   13:12:32   Q    Okay.  So you remember, at some point, being

3   13:12:35   imprisoned and some lawyers coming and maybe some

4   13:12:39   City attorneys and a court reporter asking you

5   13:12:42   questions?

6   13:12:43   A    I told you, remember?

7   13:12:44   Q    Okay.

8   13:12:44   A    I -- that's the impression I got.

9   13:12:47   Q    Sure.

10  13:12:48   A    (Indicating) It was -- these were -- these were

11  13:12:48   representing them.  These were representing them,

12  13:12:51   and these represented them.  The ones in the middle,

13  13:12:54   I believe, was kind of like prosecutors.

14  13:12:57   Q    Okay.  And I think you also just testified --

15  13:13:00   correct me if I'm wrong -- you would've said

16  13:13:01   anything to get out of the hole?

17  13:13:04   A    Well, yeah.

18  13:13:07   Q    Were you in segregation or in the hole at the

19  13:13:09   time they came to visit you; do you remember?

20  13:13:13   A    Actually, no.

21  13:13:15   Q    Okay.  So do you remember anything about that

22  13:13:21   situation, the in -- when you were being asked

23  13:13:23   questions and giving answers, anything about that

24  13:13:26   that sticks out in your head, other than what you've

25  13:13:29   already told us?

| | | | |
|---|---|---|---|
| 1 | 13:13:31 | A | "Why are these people here messing with me?" |
| 2 | 13:13:34 | Q | Okay. Now, you said there was another occasion |
| 3 | 13:13:36 | | in prison where -- where you thought maybe a -- City |
| 4 | 13:13:39 | | attorneys or police attorneys were coming to visit |
| 5 | 13:13:42 | | you? |
| 6 | 13:13:43 | A | Okay. When I got to be down to be a short |
| 7 | 13:13:45 | | timer, they started sending me to the lower level |
| 8 | 13:13:48 | | camps, so I was at a place in -- I believe it was |
| 9 | 13:13:54 | | St. Joseph, Missouri, St. Joe, Missouri. Another |
| 10 | 13:13:59 | | team came up and speak to me, but at this time, I |
| 11 | 13:14:02 | | was in the hole and they wasn't allowed. |
| 12 | 13:14:05 | Q | I see. And do you know who was trying to get |
| 13 | 13:14:09 | | in contact with you to speak to you? |
| 14 | 13:14:11 | A | No. |
| 15 | 13:14:12 | Q | Did you have any head's up or advanced |
| 16 | 13:14:13 | | knowledge that someone wanted to come speak to you? |
| 17 | 13:14:19 | A | I was trying to get kicked out of that camp. |
| 18 | 13:14:19 | | No, I didn't -- no. |
| 19 | 13:14:23 | Q | Okay. And did you end up speaking to anybody |
| 20 | 13:14:26 | | from the City or from the defense team or the police |
| 21 | 13:14:29 | | officers while you at that camp? |
| 22 | 13:14:33 | A | In St. Joseph, I can't remember talking to |
| 23 | 13:14:40 | | anybody and the administration was really trying to |
| 24 | 13:14:44 | | get me away from there and I was trying to go, so I |
| 25 | 13:14:47 | | think they tried to follow up later, but I was gone. |

| | | |
|---|---|---|
| 1 | 13:14:53 | Q    Okay.  Now, did there come a time again when |
| 2 | 13:15:00 | someone contacted you, either Ms. Bisbee or someone |
| 3 | 13:15:03 | from the Hale Law Group? |
| 4 | 13:15:08 | A    Such as? |
| 5 | 13:15:08 | Q    Yeah.  Well, let's just start with Ms. Bisbee. |
| 6 | 13:15:10 | When is the first time you communicated, in any |
| 7 | 13:15:13 | way -- whether it's on the phone, by text, email, in |
| 8 | 13:15:16 | person, in any form or fashion -- when is the first |
| 9 | 13:15:19 | time you communicated with Ms. Bisbee? |
| 10 | 13:15:27 | A    I have no idea, maybe, three, four months. |
| 11 | 13:15:36 | Q    And what was the first way in which you |
| 12 | 13:15:41 | communicated with her -- the manner in which you |
| 13 | 13:15:41 | communicated with her? |
| 14 | 13:15:44 | A    I believe she sent me a letter -- |
| 15 | 13:15:46 | Q    Okay. |
| 16 | 13:15:46 | A    -- to the wrong house. |
| 17 | 13:15:48 | Q    All right.  And what did -- what did the letter |
| 18 | 13:15:51 | say? |
| 19 | 13:15:53 | A    I don't know. |
| 20 | 13:15:55 | Q    You still have the letter? |
| 21 | 13:16:01 | A    I'm not exactly what you call a "housekeeper," |
| 22 | 13:16:06 | but I don't know.  I'll look. |
| 23 | 13:16:08 | Q    Okay.  Did the letter indicate, in some way, |
| 24 | 13:16:09 | that she wanted to talk to you? |
| 25 | 13:16:12 | A    I believe specifically she wanted to talk to |

1   13:16:15   me.

2   13:16:16   Q    Okay.  And did she say why she wanted to talk

3   13:16:17   to you?

4   13:16:20   A    It had something to do with the -- with the

5   13:16:23   trials in Chicago.

6   13:16:26   Q    What -- what trials?  The Stanley Wrice?

7   13:16:27   A    The torture cases.

8   13:16:29   Q    The torture cases?

9   13:16:30   A    Uh-huh.  Or that -- that wasn't the word she

10  13:16:34   wrote.  It was like -- shit.  Somebody investigation

11  13:16:46   in the -- against -- in the or against the Chicago

12  13:16:52   Police Department.

13  13:16:53   Q    Okay.

14  13:16:54   A    Some -- something to that nature.

15  13:16:55   Q    So Ms. Bisbee wrote you a letter saying that

16  13:16:55   she wanted to talk to you about some investigation

17  13:16:59   into the Chicago Police Department or members of the

18  13:17:02   Chicago Police Department in -- in general?

19  13:17:04   A    Something like that, yes.

20  13:17:06   Q    Did she mention Stanley Wrice in that letter?

21  13:17:10   A    I don't believe so.

22  13:17:16   Q    Did she mention that she had known that you had

23  13:17:22   made allegations against the Chicago Police

24  13:17:24   Department?

25  13:17:24        When I say "allegations," I mean --

```
 1  13:17:30   A    I -- I -- I know what you --

 2  13:17:34   Q    Yeah.

 3  13:17:34   A    I -- I know -- I can read a little bit, though.

 4  13:17:35   Q    I'm not meaning to --

 5  13:17:37   A    My comprehension ain't too bad.

 6  13:17:39        I don't recall anything about that.

 7  13:17:42   Q    Okay.  Did you -- once you got the letter, what

 8  13:17:45   did -- what did you do with it?

 9  13:17:48   A    Probably threw it out.

10  13:17:50   Q    Did you eventually contact her, though?

11  13:17:57   A    I don't believe I did right away.  I think they

12  13:18:00   had to send me another letter.

13  13:18:01   Q    Okay.

14  13:18:01   A    Well, I ain't took it serious.  Matter of fact,

15  13:18:01   I think I threw the first letter out.

16  13:18:06        I -- I ain't going to apologize.  I used it to

17  13:18:08   light my fireplace.

18  13:18:10   Q    Okay.  So this first letter that you got, you

19  13:18:16   ended up throwing away or disposing of, correct?

20  13:18:19   A    Correct.

21  13:18:20   Q    And -- and this is a letter in which Ms. --

22  13:18:23   Ms. Bisbee authored it, to the best of your

23  13:18:26   recollection; is that right?

24  13:18:29   A    Well, if I'm not mistaken, it was more than her

25  13:18:33   name on there.
```

| 1 | 13:18:34 | Q | Okay. |

```
 1   13:18:34   Q    Okay.

 2   13:18:36   A    But I believe her name was -- it -- I think it

 3   13:18:39   was a firm or office that sent the letter --

 4   13:18:43   Q    Sure.

 5   13:18:43   A    -- the way it was signed, but the next letter I

 6   13:18:46   got, it was Ms. Bisbee.

 7   13:18:51   Q    Okay.  This first letter you got, did

 8   13:18:54   Ms. Bisbee indicate that she represented John Burge?

 9   13:19:00   A    I can't say that she did; I don't remember if

10   13:19:04   she didn't.

11   13:19:05   Q    Okay.  Did she say she represented John Byrne

12   13:19:08   or Peter Dignan?

13   13:19:12   A    None of those names ring the bell.  I don't

14   13:19:15   know.

15   13:19:16   Q    Okay.  You know John Byrne and Peter Dignan

16   13:19:18   were the officers who were involved in your

17   13:19:22   interrogation at Area 2, right?

18   13:19:24   A    Dignan had to be the one with the fatigue

19   13:19:28   jacket on.  I could never think of his name, but,

20   13:19:34   yeah.

21   13:19:35   Q    Okay.  Now, you said after you received the

22   13:19:38   first letter and disposed of it, you believe that

23   13:19:41   you got a second letter; is that correct?

24   13:19:42   A    I believe I got a second letter.

25   13:19:44   Q    And what did you -- do you have that second
```

| 1  | 13:19:45 | letter still? |
| 2  | 13:19:47 | A    I don't know. |
| 3  | 13:19:48 | Q    Okay.  Do you know when you received the second |
| 4  | 13:19:50 | letter in relationship to the first letter? |
| 5  | 13:19:53 | A    Not exactly. |
| 6  | 13:19:55 | Q    Okay.  Do you know who authored the second |
| 7  | 13:19:57 | letter? |
| 8  | 13:19:59 | A    Ms. Bisbee. |
| 9  | 13:20:00 | Q    Okay.  And what did the letter say? |
| 10 | 13:20:02 | A    That she needed to talk to me. |
| 11 | 13:20:05 | Q    Okay. |
| 12 | 13:20:06 | A    Or, no, "wanted" to talk to me, not "needed" |
| 13 | 13:20:08 | to. |
| 14 | 13:20:08 | Q    Okay.  Anything else? |
| 15 | 13:20:10 | A    Not much. |
| 16 | 13:20:12 | Q    Did she say who she represented? |
| 17 | 13:20:16 | A    She said she was an attorney. |
| 18 | 13:20:20 | Q    Did she say what she wanted to talk to you |
| 19 | 13:20:23 | about? |
| 20 | 13:20:24 | A    The John Burge case, I believe. |
| 21 | 13:20:27 | Q    Okay.  And, again, did she mention in that |
| 22 | 13:20:31 | letter that she wanted to talk to you about this -- |
| 23 | 13:20:33 | Stanley Wrice's case? |
| 24 | 13:20:36 | A    I don't recall that.  She may have, but I don't |
| 25 | 13:20:40 | remember. |

1   13:20:41   Q   Okay.  But do you remember her mentioning that
2   13:20:43   she wanted to talk to you about John Burge or the
3   13:20:46   police officer cases?
4   13:20:48   A   She made it plain she was with the City --
5   13:20:54   Q   Okay.
6   13:20:55   A   -- because that's why I almost decided not to
7   13:20:59   call her.
8   13:21:01   Q   When she said -- when you say she made it plain
9   13:21:03   she was with the City, did you understand that she
10  13:21:06   was representing the officers or that she was
11  13:21:10   investigating the officers?
12  13:21:14   A   I'm -- I'm not -- I'm -- I'm not sure, but I'm
13  13:21:18   almost sure, almost, that she didn't indicate she
14  13:21:24   was investigating the officers.
15  13:21:25   Q   She did, or did not?
16  13:21:27   A   Did not.
17  13:21:28   Q   Okay.  So what was your impression of who this
18  13:21:29   person was that was writing you, in terms of what
19  13:21:32   their role was in any case?
20  13:21:39   A   Actually, I gonna use this light.
21  13:21:39       I really didn't pay that much attention at
22  13:21:45   first.
23  13:21:46   Q   Okay.
24  13:21:47   A   When I finally did start paying attention,
25  13:21:49   started looking, as they say, trying to look between

1  13:21:52  the lines, it smelled fishy but then I thought about

2  13:22:01  it and I took that wrong myself.

3  13:22:04      I'm thinking she represented the City.  I

4  13:22:07  thought she represented the City.

5  13:22:12  Q   Well, she does represent the City officers.

6  13:22:16  A   No, she represents CPD.

7  13:22:20  Q   Right.  She represents the employees of the

8  13:22:22  city, former employees of the city.

9  13:22:25  A   I don't like CPD.

10 13:22:27  Q   Okay.  And --

11 13:22:28  A   I don't like EPD.  I don't like authority,

12 13:22:31  period, come to think of it.

13 13:22:36  Q   Now, so after this second letter, did you reach

14 13:22:41  out to Ms. Bisbee by telephone?

15 13:22:45  A   I think I still had a phone at that time.

16 13:22:48  Q   So how did you -- how did you make first

17 13:22:50  contact with her when you heard her voice and she

18 13:22:53  heard your voice?

19 13:22:54  A   Well, it wasn't love at first sight, that's for

20 13:22:57  damn sure.

21 13:22:58      To be honest with you, I don't remember.

22 13:23:02  Q   Okay.

23 13:23:04  A   Okay.  Now, and more likely, by Monday or

24 13:23:07  Tuesday, I have another phone and by -- that next

25 13:23:09  Friday, I either lost it, broke it, or something

1    13:23:12    else.

2    13:23:13         I think I remember calling her on my phone to

3    13:23:18    see what it was, but I can't remember exactly.

4    13:23:23    Q    And you do remember having a phone conversation

5    13:23:26    with her, at some point, though, it sounds like?

6    13:23:28    A    Oh, yeah.

7    13:23:29    Q    Okay.  And in that phone conversation -- well,

8    13:23:33    strike that.  Let me ask it this way.

9    13:23:36         Do you remember whether she called you, or you

10   13:23:38    called her?

11   13:23:40    A    She couldn't have called me because hell, I

12   13:23:44    don't know my number from week to week.  I called

13   13:23:46    her.

14   13:23:48    Q    Okay.  And when you called her, do you know if

15   13:23:54    you called an office or a cell phone or . . .

16   13:23:57    A    I have no idea.

17   13:23:59    Q    Did you have a chance to talk to her by

18   13:24:01    telephone?

19   13:24:03    A    I talked to her by telephone.

20   13:24:04    Q    And can you tell me, during that first

21   13:24:06    telephone conversation, what she said to you and

22   13:24:07    what you said to her?

23   13:24:16    A    I honestly don't know.  I can't remember that.

24   13:24:28    Q    Did she tell you she wanted to talk to you in

25   13:24:30    person?

```
 1  13:24:32    A    She said she might want to talk to me in

 2  13:24:34    person, I remember that --

 3  13:24:36    Q    Okay.

 4  13:24:36    A    -- but I don't think that was on that first

 5  13:24:37    phone call.

 6  13:24:38    Q    Okay.  Well, in that first phone call, did she

 7  13:24:41    tell you that she represented the Chicago Police

 8  13:24:44    Department officers in the Stanley Wrice litigation?

 9  13:24:50    A    No -- she could have.

10  13:24:52    Q    Okay.

11  13:24:52    A    Whether she did or not, I don't know because,

12  13:24:55    more than likely, I had just got off work and I was

13  13:24:58    about a 30-pack in.

14  13:25:00    Q    All right.  Do you remember what you said to

15  13:25:02    her during that first conversation?

16  13:25:06    A    "You married?"

17  13:25:06    Q    That's what you asked her?

18  13:25:08    A    Pretty much.

19  13:25:11    Q    So you were interested because it was a female

20  13:25:11    that called you?

21  13:25:13    A    No.  I'm just -- I really didn't care, was

22  13:25:14    trying to run her off the phone but she didn't --

23  13:25:20    she didn't bite.  She stayed, and finally she got

24  13:25:23    around to what she wanted to talk about and she said

25  13:25:31    we needed to -- was it possible for us to get
```

```
1   13:25:34   together and talk face-to-face.

2   13:25:37   Q    Did she mention Stanley Wrice in that first

3   13:25:40   conversation?

4   13:25:42   A    I do not remember her saying anything about

5   13:25:45   Stanley Wrice the first couple of conversations.

6   13:25:48   Q    Okay.  What did you think she wanted to talk to

7   13:25:49   you about after these -- in these first -- in this

8   13:25:51   first conversation?

9   13:25:57   A    To be perfectly honest with -- to be perfectly

10  13:25:59   honest with you, the first time she called, I found

11  13:26:03   out she was from Chicago, I was scared it was child

12  13:26:06   support.  Then I was thinking it might be some taxes

13  13:26:09   I owed from years ago.

14  13:26:09        Finally, I just said, "Whatever it's going to

15  13:26:14   be, it's going to be," so I didn't know.

16  13:26:17   Q    But I guess my question is what did you --

17  13:26:20   based on what she said to you, what did you think

18  13:26:23   she wanted to talk to you about after she told you

19  13:26:27   that she wanted to talk to you?

20  13:26:32   A    I kind of -- that was before -- no, that was

21  13:26:37   right after we had got our settlement checks so I

22  13:26:41   was kind of thinking she might have been with the

23  13:26:43   IRS --

24  13:26:43   Q    Okay.

25  13:26:43   A    -- had something to do with either giving me
```

```
 1   13:26:48   some more money or taking some money back.

 2   13:26:51   Q    Got it.

 3   13:26:51        And you're referring to the settlement checks

 4   13:26:53   from the -- related to the Torture Commission?

 5   13:26:57   A    Uh-huh.

 6   13:26:58   Q    Okay.  You received some money from the

 7   13:27:02   reparations or Torture Reparations --

 8   13:27:04   A    Uh-huh.

 9   13:27:04   Q    -- fund, right?

10   13:27:06   A    Yeah.

11   13:27:06   Q    Okay.  Because you were, in fact, tortured by

12   13:27:09   Peter Dignan, Dioguardi, and John Byrne, right?

13   13:27:09   A    I mean, that's what --

14   13:27:09   Q    What's that?

15   13:27:09   A    That's what --

16   13:27:17   Q    And do -- and about $100,000; is that right?

17   13:27:22   A    About right.

18   13:27:24   Q    Okay.  So when Ms. Bisbee contacted you,

19   13:27:28   initially, was it your understanding that it was in

20   13:27:31   connection to the torture reparations issue?

21   13:27:32   A    I -- that's the only time anybody from Chicago

22   13:27:39   called me, so I -- I knew it was that, but I just

23   13:27:42   didn't know what part of it -- what part of it it

24   13:27:43   was.

25   13:27:45   Q    Okay.
```

| | | | |
|---|---|---|---|
| 1 | 13:27:46 | A | What part she was playing. |
| 2 | 13:27:52 | Q | And did you have a subsequent conversation with |
| 3 | 13:27:55 | | her or do -- after that first one, you had another |
| 4 | 13:28:00 | | one, it sounds like, a conversation by telephone? |
| 5 | 13:28:04 | A | She asked -- she called again and asked me |
| 6 | 13:28:06 | | would it be possible for us to meet. |
| 7 | 13:28:11 | Q | And what did you say in response to that? |
| 8 | 13:28:15 | A | "Let me know." |
| 9 | 13:28:16 | Q | Okay. And did she say why she wanted to meet |
| 10 | 13:28:18 | | you? |
| 11 | 13:28:21 | A | She wanted to talk about some cases. |
| 12 | 13:28:22 | Q | Okay. Did she see what cases? |
| 13 | 13:28:25 | A | If she did, I was drunk at the time. |
| 14 | 13:28:27 | Q | Okay. Did you still think it had to do with |
| 15 | 13:28:28 | | this torture reparations issue and torture |
| 16 | 13:28:28 | | reparations funds, or did you have an understanding |
| 17 | 13:28:31 | | it was something different, at this point? |
| 18 | 13:28:34 | A | No. Everything I heard from Chicago, I thought |
| 19 | 13:28:36 | | had to do with money. |
| 20 | 13:28:38 | Q | Okay. Had to do with money? |
| 21 | 13:28:39 | A | That's what I was thinking. |
| 22 | 13:28:40 | Q | Okay. Again, she didn't tell you that this had |
| 23 | 13:28:43 | | to do with the Stanley Wrice litigation, though, |
| 24 | 13:28:43 | | correct? |
| 25 | 13:28:45 | A | If she did not -- and I'm not saying she didn't |

```
 1  13:28:49   -- but if she did, I don't recall it.
 2  13:28:52   Q   Okay.  And it sounds like you said, "Let me
 3  13:28:55   know" as in "Yeah, sure, I'll meet with you, let me
 4  13:28:58   know," right?
 5  13:28:59   A   Yeah.
 6  13:28:59       "You want to come down here?  I'll -- I'll be
 7  13:29:02   here."
 8  13:29:05   Q   Now, did you have any other telephone
 9  13:29:10   conversations with Ms. Bisbee, other than these two
10  13:29:13   that you've discussed?
11  13:29:27   A   I think the day she -- they got here, they
12  13:29:23   called me to make sure they was in the right spot.
13  13:29:26   Q   Okay.  Did you give her your phone number, at
14  13:29:27   that point, in those phone conversations?
15  13:29:29   A   I can't keep a phone.
16  13:29:30   Q   Okay.  So on the two phone calls you had with
17  13:29:34   her, was it you calling her on both occasions?
18  13:29:38   A   Yeah.
19  13:29:39   Q   Okay.  One of -- one time, she called you; is
20  13:29:40   that right?
21  13:29:40   A   She initiated those two calls.  I didn't start
22  13:29:42   calling her until I got a feel for her.
23  13:29:50   Q   And, at some point, it sounds like, she did
24  13:29:54   make a trip down here to see you; is that correct?
25  13:29:57   A   She came to see me.
```

| | | | |
|---|---|---|---|
| 1 | 13:29:59 | Q | And she was with Ms. Bitoy when she came? |
| 2 | 13:30:02 | A | Yes, she was. |
| 3 | 13:30:06 | Q | And I think you referenced this first meeting |
| 4 | 13:30:07 | | at your house earlier; is that right -- |
| 5 | 13:30:08 | A | Yes. |
| 6 | 13:30:09 | Q | -- where they came to your house; is that |
| 7 | 13:30:10 | | right? |
| 8 | 13:30:11 | A | That's right. |
| 9 | 13:30:12 | Q | And did you have advance knowledge that they |
| 10 | 13:30:14 | | were coming? |
| 11 | 13:30:14 | A | Well, I said -- we had talked -- |
| 12 | 13:30:17 | Q | Okay. |
| 13 | 13:30:17 | A | -- and she asked when would be a -- a good time |
| 14 | 13:30:21 | | to come so, yeah, I knew they was coming. |
| 15 | 13:30:23 | Q | But, I mean, did you have the actual date and |
| 16 | 13:30:25 | | time or -- |
| 17 | 13:30:27 | A | I can't tell you the date and time, no. |
| 18 | 13:30:30 | Q | Okay. Now, I think you testified that you met |
| 19 | 13:30:35 | | in your home and that she asked you some of the same |
| 20 | 13:30:41 | | questions that she asked you here today; is that |
| 21 | 13:30:41 | | right? |
| 22 | 13:30:43 | A | Pretty much the same. |
| 23 | 13:30:43 | Q | Okay. All right. Anything else that stands |
| 24 | 13:30:47 | | out about that conversation? |
| 25 | 13:30:49 | A | Not really. |

1  13:30:51   Q   During that conversation, did she tell you that

2  13:30:54   she represents Jon Burge, Peter Dignan, and John

3  13:30:58   Byrne in the Stanley Wrice civil litigation?

4  13:31:01   A   Once she came to the house, sat down, and

5  13:31:07   started talking, she mentioned -- I remember the --

6  13:31:12   the Chicago Police Department, probably, Burge and

7  13:31:15   Byrne.  I don't remember her mentioning Dig -- Dig

8  13:31:19   -- whatever his name.

9  13:31:19       And, yeah, she told me she was rep -- I don't

10 13:31:30   know -- yeah, she had to be representing them and

11 13:31:33   I'm thinking she might have said representing the

12 13:31:36   City but that -- that couldn't be right -- against

13 13:31:37   Stanley Wrice.

14 13:31:39   Q   Okay.  So that was the first time that you knew

15 13:31:41   that she was coming here on account of a lawsuit

16 13:31:45   that was involving Stanley Wrice against Chicago

17 13:31:49   Police Department officers in this case?

18 13:31:49                   MS. BISBEE:  Objection.

19 13:31:52               Mischaracterizes his testimony.

20 13:31:52                   He's previously said he doesn't

21 13:31:54               recall whether we'd had a conversation.

22 13:31:55                   MS. BONJEAN:  Well, he can correct me

23 13:31:57               if I'm wrong.

24 13:32:00   A   I'm lost.

25

```
 1   13:32:00   BY MS. BONJEAN:

 2   13:32:01   Q    Sure.  Was -- was that the first -- during that

 3   13:32:03   first face-to-face meeting, was that the first time

 4   13:32:05   you understood that this was about the Stanley Wrice

 5   13:32:05   case?

 6   13:32:07   A    That's what -- yeah, when I understood, yeah.

 7   13:32:10   Q    Okay.  How long -- you said the meeting lasted

 8   13:32:14   about an hour -- between an hour and two hours; is

 9   13:32:15   that right?  Or --

10   13:32:18   A    It didn't last that long.

11   13:32:20   Q    Okay.  My -- my apologies if I had misheard.

12   13:32:22        How long did it last?

13   13:32:29   A    I don't know.

14   13:32:30   Q    All right.

15   13:32:30   A    It wasn't that long.  Maybe a good half-hour,

16   13:32:34   35 minutes.

17   13:32:37   Q    And --

18   13:32:39   A    Maybe a little longer.

19   13:32:40   Q    -- after that 35 minutes, how -- did you part

20   13:32:44   ways?

21   13:32:47   A    Yeah.  They went out the door, got in the

22   13:32:49   rental car.  I went back in the house and laid on

23   13:32:52   the couch.

24   13:32:53   Q    Okay.  And did Ms. Bisbee say anything to you

25   13:32:55   about whether or not she would be in contact with
```

1    13:32:57   you again?

2    13:32:59   A    As a matter of fact, she told me if I have any

3    13:33:02   questions, she left something there for me to call

4    13:33:06   her.

5    13:33:07   Q    Okay.  Did she tell you she was going to want

6    13:33:09   to depose you in a setting like this?

7    13:33:12   A    That was later.

8    13:33:13   Q    Okay.  Now, after she left your card -- her --

9    13:33:15   she left her card with you?

10   13:33:18   A    No.  Actually, what happened was there was a

11   13:33:22   letter she had sent that I had forgotten.  I finally

12   13:33:25   opened it and saw it.  That's why I say she left her

13   13:33:29   number.

14   13:33:30   Q    Okay.  Was this another letter, a third letter?

15   13:33:32   A    No, it's just a letter I never opened.

16   13:33:34   Q    But this is different than the other two

17   13:33:36   letters that you talked -- talked about earlier,

18   13:33:37   right?

19   13:33:37   A    It was -- it was probably the first letter she

20   13:33:38   ever sent.  I just never seen it.

21   13:33:41   Q    Okay.  Now, did you have another face-to-face

22   13:33:44   conversation with Ms. Bisbee before coming here

23   13:33:47   today, other than the one we've just discussed?

24   13:33:50   A    But of course.

25   13:33:52   Q    They didn't -- they don't tell me anything, so

1    13:33:54    I have to ask you.

2    13:33:54        Where was the second conversation you had face

3    13:33:58    to face?

4    13:33:59    A    In my house.

5    13:34:00    Q    Okay.  And how long after the first

6    13:34:03    face-to-face conversation did the second

7    13:34:04    conversation -- second face-to-face conversation

8    13:34:07    take place?

9    13:34:09    A    Well, the first face-to-face conversation came,

10   13:34:14    maybe, about a week -- a week --

11   13:34:15                THE WITNESS:  Anyway, y'all supposed

12   13:34:15            to have been down here but y'all canceled.

13   13:34:21    BY MS. BONJEAN:

14   13:34:25    Q    We -- she -- they were -- we were all supposed

15   13:34:31    to be down here?

16   13:34:33                THE WITNESS:  I think everybody was

17   13:34:34            supposed to have been here, wasn't it?

18   13:34:34                MS. BISBEE:  I can't answer.  Sorry.

19   13:34:38    BY MS. BONJEAN:

20   13:34:39    Q    So you were supposed -- you were supposed to be

21   13:34:40    deposed and -- is -- is that right?  Like --

22   13:34:44    A    I guess.

23   13:34:45    Q    Did -- do you remember getting a subpoena to be

24   13:34:47    deposed?

25   13:34:49    A    Somebody here sent $29 travel pay.

```
 1   13:34:52    Q    Okay.  And how did you find out it was going to

 2   13:34:55    be canceled?

 3   13:34:58    A    Well, I came up here.

 4   13:34:59    Q    So you actually came here?

 5   13:35:01    A    Yeah.

 6   13:35:02    Q    And was anyone here?

 7   13:35:03    A    No.

 8   13:35:05    Q    So what did you do when you came here and

 9   13:35:07    nobody was here?

10   13:35:09    A    Went back to work.

11   13:35:11    Q    Did you call Ms. Bisbee?

12   13:35:14    A    No.

13   13:35:14    Q    Now --

14   13:35:14    A    When I got home later, I found the letter that

15   13:35:20    said it was canceled.

16   13:35:23    Q    I see.  And did you eventually have an

17   13:35:27    opportunity to meet with Ms. Bisbee face to face a

18   13:35:29    second time?

19   13:35:30    A    Yeah.

20   13:35:30    Q    Okay.  And how did that come to be?

21   13:35:35    A    She flew in a day earlier than you did.

22   13:35:37    Q    Okay.  So yesterday?

23   13:35:38    A    Yeah.

24   13:35:40    Q    And that was the second time that you met with

25   13:35:42    Ms. Bisbee?
```

| | | | |
|---|---|---|---|
| 1 | 13:35:42 | A | That's the second time I laid eyes on her. |
| 2 | 13:35:44 | Q | Okay. And that was also with Ms. Bitoy? |
| 3 | 13:35:44 | A | Well, you don't see one without the other. |
| 4 | 13:35:53 | Q | You do sometimes, actually, but maybe not with |
| 5 | 13:35:53 | | you. |
| 6 | 13:35:53 | A | Not with me. |
| 7 | 13:35:55 | | MS. BISBEE: Just not in Arkansas. |
| 8 | 13:35:57 | | MS. BONJEAN: Uh-huh. I'm sure |
| 9 | 13:36:00 | | that's what it is. |
| 10 | 13:36:05 | BY MS. BONJEAN: | |
| 11 | 13:36:05 | Q | And did you -- did they come to your home? |
| 12 | 13:36:07 | A | Yes, they did. |
| 13 | 13:36:08 | Q | Okay. And did they -- did you invite them in? |
| 14 | 13:36:12 | A | No, they just barged in again. |
| 15 | 13:36:16 | Q | And how did they do that? |
| 16 | 13:36:18 | A | No, I -- I opened the door. |
| 17 | 13:36:20 | Q | Okay. And did you sit down with them again in |
| 18 | 13:36:22 | | your -- I call it a "living area," but wherever your |
| 19 | 13:36:27 | | couch is? |
| 20 | 13:36:29 | A | Well, yeah. I run -- I -- I got a aging coach |
| 21 | 13:36:31 | | at the -- I got a aging cousin at the house, was |
| 22 | 13:36:35 | | actually waiting for them to get back to the VA |
| 23 | 13:36:38 | | Hospital. I had them get up and leave the room. |
| 24 | 13:36:42 | Q | All right. How long did you meet with |
| 25 | 13:36:46 | | Ms. Bisbee and Ms. Bitoy yesterday? |

| | | | |
|---|---|---|---|
| 1 | 13:36:50 | A | I don't think it was a whole hour. |
| 2 | 13:36:53 | Q | Okay.  And what did you talk about? |
| 3 | 13:36:57 | A | Me not coming here. |
| 4 | 13:37:00 | Q | Oh.  And what -- what does that mean?  Explain. |
| 5 | 13:37:07 | A | I don't have a plumber's license in Arkansas, |
| 6 | 13:37:09 | | southern Louisiana.  They don't know I still got a |
| 7 | 13:37:11 | | plumber's license. |
| 8 | 13:37:16 | | A guy offered me a guaranteed job -- a |
| 9 | 13:37:18 | | guaranteed full days, guaranteed ten hours a day at |
| 10 | 13:37:23 | | $15 an hour.  If we go past four days, my pay raises |
| 11 | 13:37:27 | | up to 27 an hour and I didn't want to lose that. |
| 12 | 13:37:35 | Q | And so? |
| 13 | 13:37:37 | A | She talked me out of it. |
| 14 | 13:37:38 | Q | Okay.  So you -- you told her you didn't want |
| 15 | 13:37:39 | | to come because you were going to lose some pay, |
| 16 | 13:37:39 | | right? |
| 17 | 13:37:39 | A | I like to eat. |
| 18 | 13:37:45 | Q | Yeah.  No, I'm not criticizing.  I'm just |
| 19 | 13:37:47 | | trying to summarize what you're saying. |
| 20 | 13:37:48 | | And after you told her that you really didn't |
| 21 | 13:37:52 | | want to, you know, lose this money, how did she |
| 22 | 13:37:53 | | convince you that you should still come to the |
| 23 | 13:37:57 | | deposition? |
| 24 | 13:38:00 | A | Because she said all y'all was already probably |
| 25 | 13:38:02 | | on the way down here. |

```
 1   13:38:04   Q    Okay.  And when you say "y'all," did --

 2   13:38:07   A    Everybody.

 3   13:38:08   Q    -- did she say "Stanley Wrice's attorneys"?

 4   13:38:11   A    Everybody, court reporters, both sets of

 5   13:38:14   attorneys, everybody else.  She -- well, she didn't

 6   13:38:18   convince me, but she in a way kind of convinced me.

 7   13:38:23        I called the guy that wants me to work for him.

 8   13:38:27   We worked out a little something.  I had to do a

 9   13:38:30   couple of side jobs, but we worked out something.

10   13:38:36   Q    And you testified that you had contacted

11   13:38:40   Ms. Bisbee after this woman with the 773 area code

12   13:38:44   --

13   13:38:44   A    Uh-huh.

14   13:38:44   Q    -- call -- called you on your em -- colleague's

15   13:38:49   phone?

16   13:38:50   A    Well, I called her later.  I almost forgot, but

17   13:38:52   I called her later.  I didn't call her right when it

18   13:38:58   happened.

19   13:39:00   Q    Okay.  And after you didn't get your phone call

20   13:39:04   back, did you call her?

21   13:39:06   A    No, because I never got a phone call.

22   13:39:14   Q    What's that?

23   13:39:14   A    I never got a -- a call back.

24   13:39:14   Q    Right.  That's --

25   13:39:14   A    Wasn't -- wasn't a need to call.
```

```
 1   13:39:14   Q    Well, how -- how much time elapsed from when
 2   13:39:20   this woman called you to the time that you reached
 3   13:39:23   out to Ms. Bisbee and told her --
 4   13:39:24   A    That happened -- she called me that day.
 5   13:39:29   Q    Who called you that day?
 6   13:39:30   A    The woman called me that day.
 7   13:39:32   Q    Okay.
 8   13:39:33   A    I called her.
 9   13:39:34   Q    Who's "her," Ms. Bisbee?
10   13:39:36   A    Ms. Bisbee.
11   13:39:37   Q    Okay.
12   13:39:37   A    That night.
13   13:39:38   Q    Okay.
14   13:39:39   A    When I got back to El Dorado and got cleaned up
15   13:39:41   and had a beer or two, I called her up.
16   13:39:42   Q    And what did you tell her when you called her?
17   13:39:43   A    That I was approached with a -- a damn good
18   13:39:50   offer, and if I believe, I'm not mistaken, I told
19   13:39:55   her if -- if the woman contacted me and called me
20   13:39:57   back and -- to give me that, I would take it.  I
21   13:40:00   think I said that.
22   13:40:05   Q    Okay.  And what did Ms. Bisbee say in response
23   13:40:08   to that?
24   13:40:10   A    I couldn't see what she was saying, but that
25   13:40:11   expression she just did then pre -- pretty much is
```

| | | |
|---|---|---|
| 1 | 13:40:14 | probably what she did. |
| 2 | 13:40:18 | Q    Were you hoping maybe they'd counteroffer? |
| 3 | 13:40:21 | A    Not really.  You know, the police, they -- only |
| 4 | 13:40:24 | time they want to put something in their pocket is |
| 5 | 13:40:28 | they don't . . . |
| 6 | 13:40:35 | Q    Okay. |
| 7 | 13:40:35 | A    Yeah, I'm a true Chicagoan. |
| 8 | 13:40:38 | Q    I hear you. |
| 9 | 13:40:39 | Anything else that you remember about that |
| 10 | 13:40:39 | particular conversation after you told Ms. Bisbee |
| 11 | 13:40:39 | that -- that -- that this woman had called you with |
| 12 | 13:40:50 | this -- this offer of 5 percent of $50 million? |
| 13 | 13:40:57 | A    Huh-uh, nothing much.  Was wondering why the |
| 14 | 13:40:57 | hell she called back. |
| 15 | 13:41:02 | Q    And you told her that you would take it if -- |
| 16 | 13:41:06 | if this woman called back? |
| 17 | 13:41:07 | A    Well, I didn't actually say I would but I think |
| 18 | 13:41:10 | all implications were. |
| 19 | 13:41:10 | Q    Okay. |
| 20 | 13:41:10 | MS. BONJEAN:  I believe the |
| 21 | 13:41:16 | videographer has to change tapes. |
| 22 | 13:41:17 | THE WITNESS:  Okay. |
| 23 | 13:41:17 | VIDEOGRAPHER:  This concludes Disc |
| 24 | 13:41:17 | No. 2.  We're going off the record.  The |
| 25 | 13:41:17 | time is approximately 1:41 p.m. |

| 1 | 13:41:17 | (WHEREUPON, after a break was taken, |
| 2 | 13:41:17 | the proceedings resumed as follows, to |
| 3 | 13:41:17 | wit:) |
| 4 | 13:41:17 | VIDEOGRAPHER:  This begins Disc No. |
| 5 | 14:01:14 | 3.  We're back on the record.  The time is |
| 6 | 14:01:17 | approximately 2:01 p.m. |
| 7 | 14:01:20 | BY MS. BONJEAN: |
| 8 | 14:01:21 | Q    Mr. Benson, I'd like to go back to some areas |
| 9 | 14:01:22 | of questioning that were covered, in some degree, by |
| 10 | 14:01:24 | Ms. Bisbee.  I will try not to belabor any areas or |
| 11 | 14:01:28 | repeat questions. |
| 12 | 14:01:30 | You knew Karen Byron from the neighborhood when |
| 13 | 14:01:36 | you lived over there in that area, right? |
| 14 | 14:01:39 | A    That's correct. |
| 15 | 14:01:40 | Q    Okay.  And do you know how long you knew her |
| 16 | 14:01:46 | before this night happened? |
| 17 | 14:01:52 | A    No, I can't say for sure. |
| 18 | 14:01:58 | Q    Did you have an opportunity to see her in the |
| 19 | 14:02:00 | neighborhood on a regular basis prior to |
| 20 | 14:02:03 | September 9th, 1982? |
| 21 | 14:02:08 | A    I've had sex with her numerous times before |
| 22 | 14:02:12 | that night. |
| 23 | 14:02:12 | Q    Yeah, I know -- and I know you said that. |
| 24 | 14:02:13 | Did you know she had an alcohol problem? |
| 25 | 14:02:22 | A    I really probably suspected it, but I really |

```
 1   14:02:27   didn't know.
 2   14:02:28   Q    Okay.  What were the circumstances under which
 3   14:02:31   you had sex with her prior to September 9th, 1982?
 4   14:02:42   A    Partying.
 5   14:02:43   Q    Party.  And when you say "party" --
 6   14:02:43   A    Partying.
 7   14:02:43   Q    -- what does that mean to you?
 8   14:02:45        I know what it means to me, but we may not be
 9   14:02:47   speaking the same language, maybe.
10   14:02:52   A    Well, I could say "smoking and drinking", but
11   14:02:54   just basically getting high.
12   14:02:56   Q    Okay.  Was she someone who was known to have
13   14:02:59   sex with men in exchange for things?
14   14:03:01   A    A nice way of saying it; she was "the "party
15   14:03:05   girl."
16   14:03:06   Q    Okay.  I know you used that word before, "party
17   14:03:09   girl."  I'm trying to understand kind of what that
18   14:03:13   means.
19   14:03:13        Does that mean that was someone who was willing
20   14:03:14   to have --
21   14:03:15   A    She was a ho.
22   14:03:17   Q    Okay.  Thank you.  Do you know if she had a
23   14:03:24   pimp?
24   14:03:25   A    Not that kind of -- she wasn't a prostitute;
25   14:03:27   she was a ho.
```

| 1 | 14:03:29 | Q | Okay. And what's the difference? |

14:03:29 Q Okay. And what's the difference?

14:03:30 A Well, a prostitute goes out deliberately

14:03:34 seeking money for favors. A ho's just having a good

14:03:38 time.

14:03:38         COURT REPORTER: I'm going to have to

14:03:38         shut the door. I can't hear. I'm sorry.

14:03:38         MS. BONJEAN: That's okay.

14:03:49 A Did I ever have sex with her when she was

14:03:56 sober? No.

14:03:57 BY MS. BONJEAN:

14:03:57 Q Okay.

14:03:58 A Did I ever have her sex with her when I was

14:04:00 sober? No.

14:04:02 Q On every instance that you had sex with her,

14:04:03 did you give her anything in return for the sex,

14:04:06 like, a favor, benefit, even something small?

14:04:13 A We usually just got high together.

14:04:16 Q Did you know she was related to the police

14:04:19 officers when -- prior to September 9th, 1982?

14:04:21 A I didn't even know she had a --

14:04:21         MR. NOLAND: Objection. I'm sorry.

14:04:25         Objection. Form, foundation.

14:04:26         You can answer.

14:04:29 A I didn't even know she had a husband and kids.

```
 1   14:04:31   BY MS. BONJEAN:

 2   14:04:35   Q    Do you remember where you had sex with her on

 3   14:04:38   those occasions prior to September 9th, 1982?

 4   14:04:46   A    My basement, my apartment, the park, somebody

 5   14:04:58   else's house, in the car, probably somewhere else,

 6   14:05:07   but I don't remember.

 7   14:05:08   Q    I think you testified that you lived with your

 8   14:05:10   mother, to some degree, and that you also had an

 9   14:05:12   apartment, right?

10   14:05:15   A    Yeah -- well, I grew up over there in that

11   14:05:17   house.

12   14:05:18   Q    Okay.  Were they in the same building, your

13   14:05:19   apartment --

14   14:05:21   A    No, no, no.  My apartment was down on 70th and

15   14:05:23   Cregier.

16   14:05:23   Q    70th and what?

17   14:05:25   A    Cregier.

18   14:05:25   Q    Okay.  That's G-r-e-i-g-e-r?

19   14:05:32   A    C-r-e-g-i-e-r.

20   14:05:32        My mother's house was on 77th.  She had a house

21   14:05:36   on 77th and Cregier, the next street over from South

22   14:05:40   Shore High School.

23   14:05:43   Q    Okay.  Were there other women that you

24   14:05:49   regularly had sex with from the neighborhood, or was

25   14:05:49   she, like, a -- like you wouldn't call her your
```

```
 1  14:05:54   "girlfriend," right?

 2  14:05:55   A    No.

 3  14:05:57   Q    Did you have a girlfriend during that period of

 4  14:05:59   time?  And I'm talking about, I don't know, 1980 to

 5  14:06:02   1982?

 6  14:06:02   A    One or two.

 7  14:06:07   Q    And just if you could remind me, because my

 8  14:06:08   math is terrible, how old were you in September of

 9  14:06:11   1982?

10  14:06:17   A    Maybe, 20 -- let's see, 22.

11  14:06:23   Q    Twenty-two?

12  14:06:25   A    Maybe, 22.  Let's see.  Fifty-eight -- '88, I

13  14:06:25   was 20; '78, I was 20 -- '80, 20 -- about 24.

14  14:06:36   Q    All right.  Now, you said you didn't realize

15  14:06:46   she lived above the liquor store, right?

16  14:06:49   A    I never knew that.

17  14:06:49   Q    If -- on those occasions you had sex with her,

18  14:06:52   prior to September 9th, 1982, like, where did you

19  14:06:55   find her and meet up with her?  Did you hang in the

20  14:06:58   same circles, or how did that work?

21  14:07:00   A    Usually, she'd be in the park.

22  14:07:01   Q    In the park?

23  14:07:01   A    Right across the street.

24  14:07:02   Q    And what -- what was the name of the park; do

25  14:07:04   you remember?
```

| | | |
|---|---|---|
| 1 | 14:07:08 | A    Not exactly, but it was -- that was South Shore |
| 2 | 14:07:11 | High School -- |
| 3 | 14:07:11 | Q    Uh-huh. |
| 4 | 14:07:11 | A    -- and the park was right there on Jeffrey. |
| 5 | 14:07:16 | Q    And what would she be doing in the park? |
| 6 | 14:07:21 | A    Usually, just on one of the benches having a |
| 7 | 14:07:22 | wine or something. |
| 8 | 14:07:24 | Q    Was she usually alone, or was she usually with |
| 9 | 14:07:26 | people? |
| 10 | 14:07:26 | A    Depends. |
| 11 | 14:07:29 | Q    Was the neighborhood a -- a mixed neighborhood |
| 12 | 14:07:31 | racially, or was it fairly one-sided? |
| 13 | 14:07:36 | A    Well, when we first moved there, it was mostly |
| 14 | 14:07:40 | white.  And over the years, the whites started |
| 15 | 14:07:44 | moving out to -- upstate.  I was -- say, by that |
| 16 | 14:07:52 | time, I had been gone a while, too, but I'm going to |
| 17 | 14:07:56 | say it -- it was about 70/30. |
| 18 | 14:08:04 | Q    So it wasn't like she was the only white girl |
| 19 | 14:08:05 | in the neighborhood? |
| 20 | 14:08:07 | A    Oh, no.  Oh, no, no. |
| 21 | 14:08:13 | You gotta remember that's basically still part |
| 22 | 14:08:18 | of the South Shore area.  You know, we could walk to |
| 23 | 14:08:23 | the beach from -- |
| 24 | 14:08:25 | Q    All right.  Okay. |
| 25 | 14:08:27 | A    -- South Shore Country Club down the street. |

```
 1  14:08:32   Q    Did you know whether she had sex with other men
 2  14:08:37   from the neighborhood?
 3  14:08:39   A    Oh, yeah.
 4  14:08:40   Q    How did you know that?
 5  14:08:42   A    Somebody told me.
 6  14:08:44   Q    And that person that told you, what did they
 7  14:08:50   communicate, just sort of in general or some
 8  14:08:53   substance?
 9  14:08:55   A    Well, you making this -- you making this real
10  14:08:59   bad because she'd dead, but she just -- she was one
11  14:09:04   of them neighborhood hos.
12  14:09:05   Q    Okay.  And I'm not meaning any disrespect to
13  14:09:07   her, by the way, but -- but just --
14  14:09:09   A    I'm -- I'm trying -- I'm trying to be honest
15  14:09:11   but I'm also trying to -- shit, you know, I was a
16  14:09:12   ho.  Shit.  You was a woman, I -- I'd try you, so .
17  14:09:21   . .
18  14:09:23   Q    I am a woman.
19  14:09:23        You're saying, at that time, at that -- any --
20  14:09:24   pretty much --
21  14:09:26   A    At the time, you was eight to 80, I'd try you.
22  14:09:27   Blind, cripple, bowlegged, crazy, it didn't matter.
23  14:09:31   I'd try you.
24  14:09:31        You -- if you said, "No," I'd go the other way.
25  14:09:31        I said, "Yeah," oh, boy.
```

| | | | |
|--|--|--|--|
| 1 | 14:09:42 | Q | Now, in September of 1982, you mentioned that |
| 2 | 14:09:47 | | you were friends with Stanley Wrice, right? |
| 3 | 14:09:51 | A | Correct. |
| 4 | 14:09:51 | Q | And that he worked at the incense place? |
| 5 | 14:09:56 | A | There was a guy that had incense.  You could go |
| 6 | 14:10:01 | | in there and, what do you call it, package it -- |
| 7 | 14:10:07 | Q | Right. |
| 8 | 14:10:08 | A | -- in his basement. |
| 9 | 14:10:10 | Q | Right. |
| 10 | 14:10:10 | A | Make a little extra change. |
| 11 | 14:10:10 | Q | Okay.  Was it called "Earth"-something? |
| 12 | 14:10:13 | A | I don't know. |
| 13 | 14:10:15 | Q | Did you ever go there and package incense to |
| 14 | 14:10:19 | | make a little extra money? |
| 15 | 14:10:20 | A | Well, actually, I used to go there and sit with |
| 16 | 14:10:23 | | them and laugh at them while they do it but, yeah, I |
| 17 | 14:10:26 | | been over there. |
| 18 | 14:10:27 | Q | And Stanley was someone who would go down there |
| 19 | 14:10:29 | | and bag incense, right? |
| 20 | 14:10:32 | A | Yes, Stanley and his brother Charles.  Hell, I |
| 21 | 14:10:36 | | think two of his sisters worked there.  Quite a few |
| 22 | 14:10:40 | | people worked for him. |
| 23 | 14:10:42 | Q | What about Bobby Joe Williams?  Do you know who |
| 24 | 14:10:44 | | that is? |
| 25 | 14:10:48 | A | I'm thinking that was Patricia's boyfriend. |

| 1  | 14:10:52 | Q   Uh-huh.  Did he work at the incense place? |
|----|----------|-----|
| 2  | 14:11:00 | A   I think so, sometimes.  It wasn't a regular |
| 3  | 14:11:04 | job.  You'd go there -- they'd go there, you know, |
| 4  | 14:11:06 | when they didn't have nothing else going on. |
| 5  | 14:11:08 | Q   I see. |
| 6  | 14:11:08 |     And what about Lee Holmes?  Did he pack incense |
| 7  | 14:11:09 | there? |
| 8  | 14:11:12 | A   I can't ever remember seeing him there.  I'm |
| 9  | 14:11:14 | not saying he didn't. |
| 10 | 14:11:16 | Q   Right. |
| 11 | 14:11:16 |     Was Lee Holmes a member of the Black P. Stones, |
| 12 | 14:11:20 | as well? |
| 13 | 14:11:23 | A   Now, can I say for sure?  No. |
| 14 | 14:11:24 |     But since he was always around us, we just |
| 15 | 14:11:30 | naturally -- well, I did -- I assumed he was one of |
| 16 | 14:11:32 | them. |
| 17 | 14:11:33 | Q   Did you have a certain rank in -- in the gang? |
| 18 | 14:11:36 | A   I'm not telling you. |
| 19 | 14:11:37 | Q   Okay.  That's fair. |
| 20 | 14:11:38 |     In September of '82, though, you don't deny |
| 21 | 14:11:38 | that you were a member of the Black P. Stones? |
| 22 | 14:11:45 | A   I can't deny that (indicating). |
| 23 | 14:11:45 | Q   Okay.  And now you're showing me you have a tat |
| 24 | 14:11:46 | -- |
| 25 | 14:11:46 | A   That would be kind of hard to do when -- when |

| 1 | 14:11:46 | I'm tatted up, so . . . |
| 2 | 14:11:51 | Q    I don't think it's -- yeah, I don't think it's |
| 3 | 14:11:51 | in dispute.  I think -- |
| 4 | 14:11:54 | A    No, it's not in dispute. |
| 5 | 14:11:57 | Q    Okay.  And I think you said you -- I think you |
| 6 | 14:12:00 | have a tattoo that indicates you were a member of |
| 7 | 14:12:01 | the gang, as well, right? |
| 8 | 14:12:06 | A    Maybe more than one. |
| 9 | 14:12:08 | Q    Okay.  You also have a tattoo that shows you |
| 10 | 14:12:08 | were a member of the U.S. Marine Corps as well, |
| 11 | 14:12:09 | right? |
| 12 | 14:12:11 | A    Yes, I do.  Special Forces at that. |
| 13 | 14:12:17 | Q    What about Michael Fowler, was he a member of |
| 14 | 14:12:21 | the Black P. Stones? |
| 15 | 14:12:23 | A    Yeah, I know Mike was. |
| 16 | 14:12:25 | Q    Okay.  Is that the same person as "Little |
| 17 | 14:12:25 | Mike"? |
| 18 | 14:12:25 | A    That's "Little Mike." |
| 19 | 14:12:28 | Q    Okay.  Just making sure we're talking about the |
| 20 | 14:12:28 | same person. |
| 21 | 14:12:30 |      Do you know the real name of Bicycle Man? |
| 22 | 14:12:33 | A    Nobody claims to know him. |
| 23 | 14:12:34 | Q    In the street or -- |
| 24 | 14:12:34 | A    He came up with a bicycle, parked it, and he |
| 25 | 14:12:36 | brought his bicycle upstairs. |

| | | | |
|---|---|---|---|
| 1 | 14:12:42 | Q | Mystery of 30-some years, right? |
| 2 | 14:12:45 | A | I didn't know him.  I just assumed somebody |
| 3 | 14:12:45 | | else knew him. |
| 4 | 14:12:45 | | He came in the house.  Somebody had to let him |
| 5 | 14:12:50 | | in. |
| 6 | 14:12:52 | Q | Uh-huh.  Okay.  Michael Fowler and Lee Holmes |
| 7 | 14:12:58 | | were also charged along with yourself and Stanley |
| 8 | 14:13:01 | | Wrice; isn't that correct? |
| 9 | 14:13:03 | A | Uh-huh. |
| 10 | 14:13:07 | Q | Now, I want to draw your attention, |
| 11 | 14:13:16 | | specifically, to, I guess, it would be |
| 12 | 14:13:20 | | September 8th, '82.  And I don't want to belabor |
| 13 | 14:13:25 | | what you've already testified to, but I want to |
| 14 | 14:13:29 | | direct you to the place -- time and place at which |
| 15 | 14:13:30 | | you said you went over to the liquor store. |
| 16 | 14:13:33 | | And I think you said you were driving your |
| 17 | 14:13:33 | | mother's car; is that right? |
| 18 | 14:13:36 | A | Correct. |
| 19 | 14:13:37 | Q | Had you stopped at the Wrice residence before |
| 20 | 14:13:39 | | you went over to the liquor store? |
| 21 | 14:13:41 | A | I don't believe so. |
| 22 | 14:13:43 | Q | Okay.  And when you went over to the liquor |
| 23 | 14:13:45 | | store, did you have a reason for going there or were |
| 24 | 14:13:47 | | you . . . |
| 25 | 14:13:48 | A | Yeah. |

| 1 | 14:13:49 | Q | And what was the reason? |
|---|----------|---|--------------------------|

1  14:13:49    Q    And what was the reason?

2  14:13:49    A    Liquor.

3  14:13:52    Q    Liquor?  Okay.

4  14:13:52         Seems like other things -- people socialized in

5  14:13:55    the parking lot there.  Would -- would that be fair

6  14:13:57    to say, sometimes?

7  14:13:58    A    There was no parking lot.

8  14:13:59    Q    No, no parking lot?

9  14:13:59         Where did you park, on the street?

10 14:14:03    A    Yeah.  I believe it was a -- okay.  If you're

11 14:14:06    -- if you're going west on 75th, on the right-hand

12 14:14:13    side by the bus stop, I think it was a Brown's

13 14:14:16    Chicken over there.  Across the street on the

14 14:14:21    right-hand side would've been a gas station.

15 14:14:22    Left-hand side was the park, and the park was part

16 14:14:27    of the school.

17 14:14:29    Q    Okay.  So when you got to the liquor store, you

18 14:14:31    didn't actually go in, right?  You stayed in the

19 14:14:34    car?

20 14:14:36    A    Before I even got out of the car, Karen walked

21 14:14:39    up.

22 14:14:40    Q    And you recognized her, right?  You knew her?

23 14:14:40    A    Shit, she knew me before I knew her.

24 14:14:45    Q    Okay.  You described her demeanor, a little

25 14:14:50    bit, that she was falling down; is that right?

1    14:14:53    A    She was drunk.

2    14:14:55    Q    Okay.  Do you remember whether she had a black

3    14:14:57    eye?

4    14:14:58    A    I ain't going to say "black," but "puffy."

5    14:15:03    Q    Okay.  Do you remember seeing any bruising on

6    14:15:07    her face when you first saw her?

7    14:15:10    A    Nothing but that eye.

8    14:15:11    Q    Okay.  Well -- well, how -- describe the eye

9    14:15:12    for me.

10   14:15:13    A    Looked like somebody had punched at it.

11   14:15:15    Q    It looked like someone had punched her?

12   14:15:17         Did you see any other bruises on her body when

13   14:15:17    you first saw her?

14   14:15:17    A    Well, I wasn't looking for bruises and -- no, I

15   14:15:17    can't recall actually seeing any --

16   14:15:19    Q    Okay.  What was she --

17   14:15:27    A    -- but I wasn't looking, either.

18   14:15:29    Q    I understand.

19   14:15:29         What was she wearing; do you remember?

20   14:15:32    A    Not really.

21   14:15:34    Q    Was she slurring her words when she was

22   14:15:35    speaking?

23   14:15:37    A    I don't know.  I was drunk, too.

24   14:15:39    Q    Uh-huh.  Okay.

25   14:15:40    A    I think she had on shorts, though -- no, it

| 1 | 14:15:44 | wasn't shorts because it was cold. She had on jeans |
| 2 | 14:15:47 | and a jacket. |
| 3 | 14:15:48 | Q    Jeans and a jacket? |
| 4 | 14:15:49 | A    Yeah, maybe green or blue-green, something like |
| 5 | 14:15:53 | that. |
| 6 | 14:15:55 | Q    And you said she saw you and came over to your |
| 7 | 14:15:58 | car; am I correct about that? |
| 8 | 14:16:00 | A    Well, I was sitting in the car doing -- oh, I |
| 9 | 14:16:06 | took my pistol out and put it on the seat and -- |
| 10 | 14:16:09 | over in the glove compartment and got my wallet. |
| 11 | 14:16:11 | When I reached over to get my wallet, she opened the |
| 12 | 14:16:12 | door. |
| 13 | 14:16:13 | Q    Okay.  Did you have -- you carried a pistol on |
| 14 | 14:16:16 | your body, on your person? |
| 15 | 14:16:19 | A    Yeah. |
| 16 | 14:16:23 | Q    I'm just trying to -- |
| 17 | 14:16:24 | A    That was 75th and Jeffrey. |
| 18 | 14:16:28 | Q    I'm not suggesting you should not have been or |
| 19 | 14:16:30 | anything of that nature, just making sure I |
| 20 | 14:16:30 | understood you. |
| 21 | 14:16:32 | And so you look over and there she is, right? |
| 22 | 14:16:36 | A    She's already opening the door. |
| 23 | 14:16:38 | Q    Okay.  And did you guys have a conversation? |
| 24 | 14:16:40 | Did she say anything to you when she opened the |
| 25 | 14:16:40 | door? |

| 1 | 14:16:43 | A | She got in, said -- asked me what I was doing |
| 2 | 14:16:44 | | and told I her, and "Give me a drink." |
| 3 | 14:16:47 | Q | And she asked you to get her a drink? |
| 4 | 14:16:50 | A | She said, "Well, I want a drink, too." |
| 5 | 14:16:50 | | I said, "Well, what you going to do for it?" |
| 6 | 14:16:50 | | "What you want me to do?" |
| 7 | 14:16:54 | | About that time, I -- okay . . . |
| 8 | 14:16:59 | Q | And then what happened?  Did you go get the |
| 9 | 14:17:02 | | drinks? |
| 10 | 14:17:06 | A | Actually, Stan and them came by the car. |
| 11 | 14:17:11 | Q | Uh-huh. |
| 12 | 14:17:11 | A | I forget all who it was, but I'm pretty sure it |
| 13 | 14:17:11 | | was Stan, Little Mike, maybe Charles, and this other |
| 14 | 14:17:14 | | guy and they said they were throwing a party at |
| 15 | 14:17:21 | | their house. |
| 16 | 14:17:22 | | I -- "What else is new?  You always partying |
| 17 | 14:17:25 | | over there." |
| 18 | 14:17:25 | | I give them a $5 bill.  They brought me a brick |
| 19 | 14:17:25 | | of Wild Irish Rose and -- I can't remember what kind |
| 20 | 14:17:29 | | of beer that was. |
| 21 | 14:17:29 | | I remember they didn't bring me no change.  Got |
| 22 | 14:17:29 | | pissed about that. |
| 23 | 14:17:39 | Q | Okay.  So you remember seeing Stan and, I think |
| 24 | 14:17:45 | | you said, Charles; is that right? |
| 25 | 14:17:48 | A | I think Charles. |

```
 1   14:17:49   Q    Okay.

 2   14:17:49   A    I'm not sure.

 3   14:17:49   Q    Did you see Bobby Joe Williams?

 4   14:17:52   A    I don't remember seeing Bobby Joe.

 5   14:17:54   Q    You -- and who else did you say you saw?  I'm

 6   14:17:55   sorry.  Mike?

 7   14:17:57   A    Little Mike was with them.

 8   14:17:59   Q    Okay.

 9   14:17:59   A    And somebody else.

10   14:18:01   Q    All right.  And did you see them after you had

11   14:18:03   already -- or strike that.

12   14:18:03        Did you see them after Karen had already gotten

13   14:18:08   in your car?

14   14:18:11   A    She was already in the car when -- I hadn't got

15   14:18:12   out and went to the store yet.

16   14:18:14   Q    Okay.

17   14:18:14   A    So since they was -- it was cold.  Since they

18   14:18:17   was there, I -- I gave them a $5 bill, told them to

19   14:18:17   bring me a brick of Rose and a beer.

20   14:18:23   Q    Okay.  So, basically -- and I'm just trying to

21   14:18:26   get the picture and I think I understand that you're

22   14:18:28   getting ready to go in.

23   14:18:30        She gets in the car and they walk up and you

24   14:18:32   give them the money to go get your liquor for you,

25   14:18:33   right?
```

| | | |
|---|---|---|
| 1 | 14:18:35 | A    Right. |
| 2 | 14:18:35 | Q    And do you remember whether that whole group of |
| 3 | 14:18:38 | people went into the liquor store or whether any of |
| 4 | 14:18:41 | them stayed out by your car? |
| 5 | 14:18:43 | A    I really didn't pay that much attention because |
| 6 | 14:18:45 | a police car pulled up on me -- |
| 7 | 14:18:49 | Q    Right. |
| 8 | 14:18:50 | A    -- and asked -- and he could have got me for a |
| 9 | 14:18:54 | DWI, but he didn't.  He asked about her. |
| 10 | 14:18:55 | I told him, "Well, she drunk and I'm going to |
| 11 | 14:18:59 | take her down here to the Jackson -- Jackson Park |
| 12 | 14:19:11 | Hospital right down the street." |
| 13 | 14:19:12 | COURT REPORTER:  I can't hear you. |
| 14 | 14:19:12 | THE WITNESS:  Jackson Park Hospital |
| 15 | 14:19:12 | right down the street. |
| 16 | 14:19:12 | A    I said I was going to take her to Jackson Park, |
| 17 | 14:19:12 | get her checked out. |
| 18 | 14:19:12 | And he asked her; she said, "Yeah, okay." |
| 19 | 14:19:19 | But then, when he left, she said, "I don't want |
| 20 | 14:19:20 | to go there.  I want to go with you." |
| 21 | 14:19:24 | I said, "Well, I'm going up to the park." |
| 22 | 14:19:24 | She said, "Well, I'm going, too." |
| 23 | 14:19:24 | I said, "Okay." |
| 24 | 14:19:31 | BY MS. BONJEAN: |
| 25 | 14:19:33 | Q    Okay.  So do you remember what the race of -- |

```
 1   14:19:35   was of the officer who stopped there?

 2   14:19:39   A    Well, he could have been my brother.

 3   14:19:41   Q    You were drunk?

 4   14:19:41   A    Huh?  No, I'm serious.  He could have been my

 5   14:19:41   brother.  We about the same size, same build, same

 6   14:19:45   --

 7   14:19:46   Q    Oh, I see.

 8   14:19:47   A    -- same color.

 9   14:19:48   Q    Got you.  All right.  You -- he looked like

10   14:19:49   you?

11   14:19:49   A    Kinda scary.

12   14:19:53   Q    And he kind of checked on her wellbeing and you

13   14:19:57   said you were going to take her to the hospital; is

14   14:19:58   that right?

15   14:20:00   A    Yeah.  He -- he said -- well, he asked us both

16   14:20:04   to get out the car first.  She -- and I was trying

17   14:20:05   to hold my -- he didn't say much to me.

18   14:20:05        He asked her was she all right.

19   14:20:13        She said, "Yeah, yeah, got my friend."

20   14:20:15        He said, "You need to get her off the street."

21   14:20:20        I said, "I'm not -- I'm trying to take her up

22   14:20:20   to the hospital now."

23   14:20:22        I -- I might have told some kind of lie like I

24   14:20:22   think she took some pills or something.

25   14:20:31   Q    Was it apparent that she was not in good
```

```
 1  14:20:33   condition when the officer arrived?

 2  14:20:37   A    It was apparent we was both drunk.

 3  14:20:38   Q    Okay.  But even when people are drunk, it

 4  14:20:40   doesn't necessarily mean they're going to go to the

 5  14:20:42   hospital, right?

 6  14:20:44   A    Well, like I said, I embellished.

 7  14:20:47   Q    Uh-huh.

 8  14:20:48   A    I said, "I think she took some pills."

 9  14:20:50   Q    Why do you think he asked her why -- whether

10  14:20:52   she was okay?  Did you have a sense of that?

11  14:20:55   A    Not really.

12  14:20:57   Q    Was it because of the black eye, you think, or

13  14:20:58   the -- the puffiness?

14  14:20:59   A    It could have been.

15  14:21:05   Q    So after you said, I'm going to take her up to

16  14:21:07   the hospital," did he leave?

17  14:21:09   A    Uh-huh.

18  14:21:12   Q    And then she said, "I don't want to go to the

19  14:21:15   hospital"; is that right?

20  14:21:17   A    She said she ain't going to the hospital; she

21  14:21:17   going home with me.

22  14:21:20   Q    Okay.  Did you think she needed to go to the

23  14:21:20   hospital or . . .

24  14:21:22   A    (Shakes head side to side.)

25  14:21:23   Q    Okay.  That's a "no"?
```

1    14:21:24    A    No.

2    14:21:24    Q    Yeah.

3    14:21:27    A    Black guy, 12:00 o'clock at night, black

4    14:21:27    neighborhood, white girl in the car with him,

5    14:21:27    uh-huh, come up with something quick.

6    14:21:36    Q    Got you.

7    14:21:39    A    You from Chicago, and we not on the north side.

8    14:21:42    Q    Would it have been different if it was a white

9    14:21:46    officer?

10    14:21:46    A    If it had been a white officer --

11    14:21:48                    MR. NOLAND:   Objection --

12    14:21:50    A    -- I might've ran.

13    14:21:51                    MR. NOLAND:   -- form.

14    14:21:51    BY MS. BONJEAN:

15    14:21:51    Q    You can answer.

16    14:21:51    A    I might have ran.

17    14:21:53    Q    All right.  So did you drive away from the

18    14:22:00    liquor store with Karen Byron in the car with you?

19    14:22:03    A    Yeah.

20    14:22:03    Q    Okay.  Did anybody else join you in the car?

21    14:22:03    A    Nope.

22    14:22:03    Q    And remind me, did you -- did you go anywhere

23    14:22:08    before you went to the Wrice residence?

24    14:22:12    A    Nope.

25    14:22:13    Q    And did you see where this other group of

1   14:22:16   people went that were at the liquor store:  Stan and

2   14:22:17   Michael Fowler?

3   14:22:21   A    Well, Jeffrey is right here (indicating).  The

4   14:22:24   next street going back east is Chappell.  They went

5   14:22:30   that way, but Chappell is one way coming north.  I

6   14:22:32   make a left on Jeffrey and go up to 77th.  That's

7   14:22:39   one way going east.  Turned down Chappell and

8   14:22:42   there's an old, like, railroad.  It ain't a railroad

9   14:22:45   no more -- railroad tracks no more, but where the

10  14:22:47   tracks used to be.  I cut down the track side, come

11  14:22:51   up behind the house, and park.

12  14:22:54   Q    Okay.  Do you know whether they got into a car

13  14:22:56   and went somewhere, or were they on foot?

14  14:23:00   A    As far as I can remember, they were on foot.

15  14:23:01   They could have been in a car.

16  14:23:04   Q    Okay.

17  14:23:04   A    Charles had a Chevy at that time.

18  14:23:09   Q    Did you see Kenny Lewis with any of them at

19  14:23:10   that time?  And I think you called him "Boomer" or

20  14:23:12   "Weed"?

21  14:23:14   A    Did I see him?  I did not.  If I did see him, I

22  14:23:16   don't remember.

23  14:23:18        Kenny pretty much -- Boomer pretty big dude.

24  14:23:23   Q    Big dude?

25  14:23:23   A    He's a pretty big guy.

| | | |
|---|---|---|
| 1 | 14:23:24 | Q    Okay.  Probably would have noticed him? |
| 2 | 14:23:28 | A    Probably would have noticed him. |
| 3 | 14:23:29 | Q    All right.  So you drive over to the Wrice |
| 4 | 14:23:31 | residence with Karen. |
| 5 | 14:23:32 | Does -- does she know she's going to the Wrice |
| 6 | 14:23:32 | -- did you tell her, "We're going to go to the Wrice |
| 7 | 14:23:34 | residence," or . . . |
| 8 | 14:23:37 | A    I told her I was going to the party. |
| 9 | 14:23:37 | Q    And what did she say? |
| 10 | 14:23:37 | A    "I'm going with you." |
| 11 | 14:23:43 | Q    And it sounds like, based on your testimony, |
| 12 | 14:23:46 | that you both understood that to mean that you were |
| 13 | 14:23:49 | going to go have sex, at least, that was going to be |
| 14 | 14:23:52 | part of the -- |
| 15 | 14:24:01 | A    If you drinking out of my bottle, you going to |
| 16 | 14:23:55 | do something. |
| 17 | 14:23:57 | Q    So she was drinking out of your bottle.  There |
| 18 | 14:23:58 | was an understanding that there is going to be some |
| 19 | 14:24:02 | quid pro quo -- |
| 20 | 14:24:02 | A    Right. |
| 21 | 14:24:02 | Q    -- in exchange for that, right? |
| 22 | 14:24:04 | A    That's correct. |
| 23 | 14:24:06 | Q    Okay.  And you got to the Wrice residence, and |
| 24 | 14:24:11 | I think you testified, if I am correct, that you |
| 25 | 14:24:13 | pretty promptly went up to the attic area with |

1  14:24:17  Karen; is that right?

2  14:24:20  A   Yeah, she had already got my engine going.

3  14:24:24  Q   She had what?

4  14:24:29  A   She had already got my engine going.

5  14:24:29  Q   Okay.  How did she do that?

6  14:24:29  A   She pulled up her top and stuck her hand

7  14:24:29  between my legs.

8  14:24:37  Q   And where -- where did this happen, in the

9  14:24:38  car?

10  14:24:40  A   On the way home -- on the way to the party.

11  14:24:43  Q   So when you got there, did -- you went

12  14:24:49  upstairs, I think you testified.  I don't want to

13  14:24:50  belabor these things.

14  14:24:50      Was anybody else upstairs when you got up

15  14:24:54  there?

16  14:24:56  A   I'm not for sure because I didn't go all over.

17  14:24:59  It's one of those attics, even though it's -- it's

18  14:25:04  finished, but it's the length of the house --

19  14:25:07  Q   Right.

20  14:25:08  A   -- like a basement.

21  14:25:11      All I wanted to do was get to somewhere where I

22  14:25:13  could get busy.

23  14:25:15  Q   Okay.  And you did promptly pretty quickly have

24  14:25:17  sex?

25  14:25:19  A   (Nods head up and down.)  Yeah, I did.

```
 1  14:25:20   Q    Right?  Can I ask -- this is -- this is an
 2  14:25:22   unfortunate question I have to ask, but I do have to
 3  14:25:24   ask it.
 4  14:25:24        Did you ejaculate?
 5  14:25:28   A    I'm pretty sure I did.
 6  14:25:30   Q    I think you testified that you used some --
 7  14:25:31   some wine on a cloth to sort of clean yourself off.
 8  14:25:31   is that right?
 9  14:25:31   A    After I pulled the condom off, I cleaned up.
10  14:25:39   Q    Oh.  Did you wear a condom?
11  14:25:40   A    Of course.
12  14:25:42   Q    Okay.  Do you know whether everyone who had sex
13  14:25:44   with her that night wore a condom?
14  14:25:44   A    I couldn't tell you.
15  14:25:51   Q    Okay.
16  14:25:52   A    I didn't stand there and wait to see and watch.
17  14:25:54   Q    Okay.  Was it routine for you to use a condom
18  14:25:58   when you had sex with her?
19  14:25:59   A    It was routine for me to use a condom, period.
20  14:26:03   Q    And why would -- go ahead.
21  14:26:09   A    My -- my grandfather and a couple of my uncles
22  14:26:12   were all military, and they preached that.  They
23  14:26:17   preached that.
24  14:26:19   Q    Okay.  So after you had sex with Ms. Byron, you
25  14:26:31   went downstairs, right?
```

```
 1   14:26:33    A    Right.

 2   14:26:33    Q    And just make to it clear, this was consensual

 3   14:26:37    sex, right?

 4   14:26:38    A    That's what she told me.

 5   14:26:39    Q    Okay.  She didn't say, "No," or anything during

 6   14:26:42    the course of this?

 7   14:26:43    A    She -- that's one of the reason it got -- she

 8   14:26:45    said we -- we had consensual -- we had sex together

 9   14:26:50    and I didn't do nothing to her.  That's one of the

10   14:26:55    things that kind of got me off.

11   14:26:57    Q    Uh-huh.

12   14:26:57         When you went downstairs, did she stay

13   14:27:02    upstairs?

14   14:27:03    A    Yeah.

15   14:27:04    Q    Now, at some point, I think you said other

16   14:27:14    people began having sex with her, right?

17   14:27:17    A    Well, true.

18   14:27:19    Q    You said -- I think I -- your word was

19   14:27:20    "Somebody went right behind me"?

20   14:27:26    A    Well, seemed like she was having sex before I

21   14:27:28    got down the stairs.

22   14:27:30    Q    Okay.  It seemed like that, in your mind, that

23   14:27:32    before you even got down the stairs, she was already

24   14:27:34    having sex with somebody?

25   14:27:36    A    Yeah.
```

| | | |
|---|---|---|
| 1 | 14:27:36 | Q    Do you know who that person was? |
| 2 | 14:27:38 | A    I couldn't tell you. |
| 3 | 14:27:39 | Q    As soon as you quit having sex with her, do -- |
| 4 | 14:27:41 | do you have a recollection of who was upstairs? |
| 5 | 14:27:47 | A    Not really because, see, the -- it -- say the |
| 6 | 14:27:49 | table was right here; they back here (indicating). |
| 7 | 14:27:58 | Q    Different part of the attic? |
| 8 | 14:28:01 | A    Well, but it's like a straight shot but it's |
| 9 | 14:28:02 | dark over where there where they sitting at |
| 10 | 14:28:02 | (indicating). |
| 11 | 14:28:03 | Q    Right.  There was no electricity up there, |
| 12 | 14:28:06 | right? |
| 13 | 14:28:08 | A    I don't really remember.  Seemed like there was |
| 14 | 14:28:13 | one light up there. |
| 15 | 14:28:14 | Q    It was -- do you have a recollection of it |
| 16 | 14:28:16 | being pretty dark, though? |
| 17 | 14:28:18 | A    Yeah, it was pretty dark. |
| 18 | 14:28:19 | Q    All right.  Hard to make out who else was up |
| 19 | 14:28:20 | there in the attic, in specificity, anyway? |
| 20 | 14:28:25 | A    Yeah. |
| 21 | 14:28:26 | Q    Now, I think you testified you went back |
| 22 | 14:28:30 | downstairs. |
| 23 | 14:28:30 | To the best of your ability, can you tell me |
| 24 | 14:28:38 | when you went back downstairs, who were all the |
| 25 | 14:28:41 | people in the home?  For -- forget what they were |

| 1 | 14:28:44 | doing or where they were in the house. Do you have |
|---|---|---|
| 2 | 14:28:45 | a -- do you have an idea of who else was in the |
| 3 | 14:28:48 | Wrice residence when you went back downstairs after |
| 4 | 14:28:51 | having sex with Karen Byron? |
| 5 | 14:28:54 | A    It was a couple people I didn't know, and these |
| 6 | 14:28:56 | three folks -- |
| 7 | 14:28:56 | Q    Okay. |
| 8 | 14:28:57 | A    -- I knew Charles was there. Patricia was |
| 9 | 14:29:00 | there. Little Bit was there. Mike was there. Lee |
| 10 | 14:29:05 | was there. Charles was there. Charles' girlfriend |
| 11 | 14:29:14 | was there. I guess one of them girls had a friend |
| 12 | 14:29:19 | or two over -- |
| 13 | 14:29:21 | Q    Uh-huh. |
| 14 | 14:29:21 | A    -- because a couple of girls I didn't know was |
| 15 | 14:29:23 | there, and a couple of guys I didn't know was there. |
| 16 | 14:29:28 | Q    Including Bicycle Dude, right? |
| 17 | 14:29:30 | A    Bicycle Dude hadn't really showed up yet. |
| 18 | 14:29:32 | Q    Okay. So -- when you -- after you had sex with |
| 19 | 14:29:34 | Karen and went downstairs, Bicycle Dude was not |
| 20 | 14:29:37 | there yet, right? |
| 21 | 14:29:37 | A    No. |
| 22 | 14:29:39 | Q    Do you remember a woman by the name of "Mildred |
| 23 | 14:29:41 | Dyson," I think? |
| 24 | 14:29:48 | A    I'm not really familiar with the name, but I'm |
| 25 | 14:29:50 | going to hazard a -- and this is just a guess -- a |

| 1 | 14:29:54 | young girl with a bunch of kids. |
| 2 | 14:29:58 | Q   I would answer it, if I knew, but I don't. |
| 3 | 14:30:01 | A   Stan had a girlfriend that was very young, and |
| 4 | 14:30:16 | he had several kids by her. |
| 5 | 14:30:17 | Q   Jennifer? |
| 6 | 14:30:18 | A   I don't know. |
| 7 | 14:30:20 | Q   Okay.  Was she there that night? |
| 8 | 14:30:24 | A   I can't remember.  I don't think.  I would hope |
| 9 | 14:30:27 | not, but -- |
| 10 | 14:30:27 | Q   Okay. |
| 11 | 14:30:27 | A   -- I can't can say for sure. |
| 12 | 14:30:30 | Q   And what about -- there were some kids in the |
| 13 | 14:30:33 | house, right?  Do you remember Patricia having a |
| 14 | 14:30:37 | couple of kids? |
| 15 | 14:30:40 | A   They -- if they were there, they were put up |
| 16 | 14:30:43 | for the night. |
| 17 | 14:30:43 | Q   You mean in the bedroom or something? |
| 18 | 14:30:46 | A   Yeah. |
| 19 | 14:30:48 | Q   Now, at -- you testified that you went back -- |
| 20 | 14:30:50 | back downstairs and you turned the -- phrase that |
| 21 | 14:30:54 | you -- you tried to talk Little Bit out of her |
| 22 | 14:30:56 | pants, too, right? |
| 23 | 14:30:57 | A   Yeah. |
| 24 | 14:30:58 | Q   Were you successful? |
| 25 | 14:30:59 | A   Later on. |

1   14:31:00   Q   Later on, but not right then?

2   14:31:02   A   Not right then.

3   14:31:18   Q   At some point, I think you testified that Stan

4   14:31:20   came downstairs and then he left and went back

5   14:31:27   upstairs or left the kitchen area; is that right?

6   14:31:29   A   Correct.

7   14:31:30   Q   And then, at some point, you went back

8   14:31:35   upstairs, right?

9   14:31:35   A   Correct.

10  14:31:35   Q   And I don't want to mischaracterize your

11  14:31:35   testimony in any way, but when you got up there,

12  14:31:36   were -- Karen Byron was having sex with, at least,

13  14:31:40   one -- it sounds like two people; is that right?

14  14:31:44   A   Well, I'm not going to say "two people." Stan

15  14:31:45   was standing up by the head of the thing. Bicycle

16  14:31:48   Dude was behind her.

17  14:31:50   Q   Okay. Do you know who else was up in the room?

18  14:31:54   A   I really didn't -- I -- I thought I looked --

19  14:31:54   saw him standing there, saw what he was doing to

20  14:32:04   her, and I went on back downstairs.

21  14:32:07   Q   Okay. Did you see Kenny Lewis up there in the

22  14:32:17   bed -- in the bedroom area?

23  14:32:18   A   No.

24  14:32:18   Q   Or strike that.

25  14:32:18   In the attic area?

```
 1  14:32:21  A    I never -- I -- I -- if he was, I don't
 2  14:32:26  remember.
 3  14:32:27  Q    He was a big guy, though, right?
 4  14:32:28  A    Yeah, he was a pretty big dude.
 5  14:32:31  Q    The only time you remember seeing Kenny Lewis
 6  14:32:33  was on the porch, it sounds like, right, later on?
 7  14:32:37  A    He -- he might have been in the front room --
 8  14:32:39  Q    Uh-huh.
 9  14:32:40  A    -- but I'm not sure.
10  14:32:41  Q    Okay.  Do you ever remember seeing him upstairs
11  14:32:43  in the attic?
12  14:32:46  A    I can't say I ever saw him up there.
13  14:32:47  Q    Okay.  Now, you left, at some point, with Kim,
14  14:33:09  correct -- or Little Bit?
15  14:33:13  A    Little Bit and Little Mike.
16  14:33:13  Q    Okay.  Oh, Little Mike went with you as well,
17  14:33:18  right?
18  14:33:18  A    Uh-huh.
19  14:33:19  Q    Did you see Little Mike have sex with Karen
20  14:33:21  Byron?
21  14:33:23  A    No, I can't say I actually did.
22  14:33:26  Q    Okay.  And when you left the Wrice residence
23  14:33:29  with Little Bit -- or I think her real name may have
24  14:33:31  been "Kim" -- did you go in your car with the two of
25  14:33:36  them?
```

| | | | |
|---|---|---|---|
| 1 | 14:33:36 | A | Yeah. |
| 2 | 14:33:37 | Q | Do you know Kim's last name? |
| 3 | 14:33:40 | A | I didn't know her name was "Kim." |
| 4 | 14:33:42 | Q | Okay.  Did you know Little Bit from the |
| 5 | 14:33:44 | | neighborhood? |
| 6 | 14:33:46 | A | She had been -- I met her over at the house. |
| 7 | 14:33:49 | Q | Okay.  Now, tell me where you first went with |
| 8 | 14:33:54 | | your two passengers. |
| 9 | 14:33:58 | A | We went to drop Mike off first. |
| 10 | 14:34:00 | Q | Okay.  You dropped -- |
| 11 | 14:34:01 | A | I don't know exactly where. |
| 12 | 14:34:02 | Q | Okay.  Do you remember the neighborhood? |
| 13 | 14:34:06 | A | I'm thinking it was below Hyde Park. |
| 14 | 14:34:12 | Q | So how far away from the Wrice residence was |
| 15 | 14:34:15 | | Little Mike's home where you dropped him, in terms |
| 16 | 14:34:18 | | of either distance or time? |
| 17 | 14:34:20 | A | Oh, that time at night, there wasn't no time. |
| 18 | 14:34:24 | Q | Uh-huh. |
| 19 | 14:34:24 | A | We jumped on Lakeshore Drive.  I think it was |
| 20 | 14:34:30 | | around 41st, 40 -- 40-something.  I don't think we |
| 21 | 14:34:36 | | went into the 30, some apartments down there, and |
| 22 | 14:34:38 | | got back onto that because she said she was going to |
| 23 | 14:34:42 | | stay at her sister's house or a cousin house over on |
| 24 | 14:34:47 | | -- I think it was East End, 75th, 74th in East End. |
| 25 | 14:34:53 | | So we come back there and she asked me what I |

| | | |
|---|---|---|
| 1 | 14:35:01 | was going to do. |
| 2 | 14:35:02 | I said, "Well, I'm going to go trip by my |
| 3 | 14:35:05 | mama's house for a little while." |
| 4 | 14:35:06 | She said, "Why?" |
| 5 | 14:35:06 | I said, "Well, I'm going to leave her car and |
| 6 | 14:35:06 | take my car." |
| 7 | 14:35:11 | She said, "Well, I'm going to ride with you." |
| 8 | 14:35:13 | Worked for me. |
| 9 | 14:35:16 | Q   So you dropped Little Mike off at his home, |
| 10 | 14:35:16 | right? |
| 11 | 14:35:20 | A   Right. |
| 12 | 14:35:21 | Q   And then you're driving -- you think you're |
| 13 | 14:35:24 | going to drive -- drop her off somewhere, but she |
| 14 | 14:35:27 | said she's going home with you? |
| 15 | 14:35:27 | A   Well, yeah, that's two blocks away, so . . . |
| 16 | 14:35:29 | Q   Okay.  Got it. |
| 17 | 14:35:29 | A   Yeah. |
| 18 | 14:35:29 | Q   So she says she -- she doesn't want to get out |
| 19 | 14:35:31 | and go home, she wants to hang out with you longer, |
| 20 | 14:35:31 | right? |
| 21 | 14:35:35 | A   She hung out with me for a little while. |
| 22 | 14:35:37 | Q   Okay.  And did you go back to your mom's house |
| 23 | 14:35:39 | then? |
| 24 | 14:35:39 | A   That's where we was at -- |
| 25 | 14:35:42 | Q   Okay. |

```
 1  14:35:42   A    -- my mother's basement.

 2  14:35:42   Q    All right.  And I take it you had sex with her,

 3  14:35:45   as well?

 4  14:35:46   A    Yeah.

 5  14:35:48   Q    And after you had sex with Little Bit or Kim --

 6  14:35:52   or let's just call her "Little Bit" since you don't

 7  14:35:56   even know that that -- whether that's her real

 8  14:35:58   name -- where did you go?

 9  14:36:04   A    Nowhere.

10  14:36:06   Q    How long were at your mom's house?

11  14:36:08   A    Well, except for walking that ho to East End, I

12  14:36:12   guess, about two, two and a half, maybe, three

13  14:36:17   hours.

14  14:36:19   Q    So you were hanging out at your mom's house.

15  14:36:19        Was Kim with you the whole time?

16  14:36:22   A    No, no, no.

17  14:36:23   Q    Okay.  After you had sex, did she go some --

18  14:36:24   did she leave?

19  14:36:26   A    I walked her back over to East End.

20  14:36:27   Q    Okay.  To East End.  When you say "East End,"

21  14:36:28   what's that?

22  14:36:28   A    That's the name of the street.

23  14:36:32   Q    Okay.  And --

24  14:36:33   A    Okay.  You leave Stony Island going east.  It's

25  14:36:35   Cornell, East End, Ridgeland, Cregier, Constance --
```

1  14:36:41    oh, I forgot the last one -- and then Jeffrey.

2  14:36:47    Q    Got it.  So you walked her over to East End?

3  14:36:50    A    Uh-huh.

4  14:36:51    Q    Did she say that's where you she wanted to go?

5  14:36:52    A    Yeah.

6  14:36:52    Q    Okay.

7  14:36:52    A    She went over -- I don't know if that was her

8  14:36:55    sister or her cousin, some -- that's where she was

9  14:36:56    going to be staying at.

10  14:36:58    Q    Got it.

11  14:36:58        So you walked her over to either a -- a family

12  14:37:01    member or a friend's home and then you went back to

13  14:37:02    your mom's?

14  14:37:04    A    Uh-huh.

15  14:37:06    Q    And then as -- in total, you were at your mom's

16  14:37:06    for two and a half, three hours, approximately?

17  14:37:10    A    Something like that.  I don't know for sure.

18  14:37:13    Q    And, at some point, you decided to go back to

19  14:37:15    the Wrice residence?

20  14:37:17    A    Yeah.  Yeah, come to think of it, it couldn't

21  14:37:32    have been no more than a -- couldn't have been no

22  14:37:33    more than an hour.

23  14:37:35    Q    Okay.

24  14:37:35                    THE WITNESS:  I want to --

25  14:37:35                    MS. BONJEAN:  Do you want to put the

| | | |
|---|---|---|
| 1 | 14:37:35 | mic back on? |
| 2 | 14:37:35 | THE WITNESS: Yeah. I keep covering |
| 3 | 14:37:35 | up everything anyway. |
| 4 | 14:37:35 | A I don't know. Something didn't feel right. I |
| 5 | 14:37:46 | probably couldn't sleep, whatever it was. I rode |
| 6 | 14:37:50 | back over there. |
| 7 | 14:37:50 | BY MS. BONJEAN: |
| 8 | 14:37:51 | Q All right. Now, I -- yeah. I know we're |
| 9 | 14:38:02 | trying very hard to get you out of here, so I want |
| 10 | 14:38:04 | to -- I want to -- I want to jump over to an area of |
| 11 | 14:38:07 | questioning. Let's see. |
| 12 | 14:38:07 | When the police came to your home, do you |
| 13 | 14:38:17 | remember what time it was? |
| 14 | 14:38:20 | A No. |
| 15 | 14:38:20 | Q Was it early in the morning the following day? |
| 16 | 14:38:23 | A Early. |
| 17 | 14:38:24 | Q And correct me if I'm wrong; they picked you up |
| 18 | 14:38:24 | and they took you back over to the Wrice residence, |
| 19 | 14:38:30 | right? |
| 20 | 14:38:32 | A Correct. |
| 21 | 14:38:32 | Q Is it your testimony you did not leave with |
| 22 | 14:38:37 | Karen Byron that night, meaning -- strike that. Let |
| 23 | 14:38:40 | me be very clear. If I understand you correctly, |
| 24 | 14:38:45 | when you left the Wrice residence for the last time |
| 25 | 14:38:48 | that evening, you did not leave with Karen Byron, |

| 1  | 14:38:51 | right? |
|----|----------|--------|
| 2  | 14:38:52 | A    No. |
| 3  | 14:38:53 | Q    Okay.  And so the police come and get you in |
| 4  | 14:38:55 | the morning.  They bring you back to the Wrice |
| 5  | 14:38:56 | residence, and, at some point, they bring you over |
| 6  | 14:39:01 | to the hospital, correct? |
| 7  | 14:39:03 | A    Correct. |
| 8  | 14:39:04 | Q    And it's your testimony that they never brought |
| 9  | 14:39:06 | you into the hospital room for -- |
| 10 | 14:39:07 | A    No. |
| 11 | 14:39:07 | Q    -- Karen to view you, right? |
| 12 | 14:39:10 | A    To the best of my knowledge, the only one they |
| 13 | 14:39:12 | actually took in the room was Stan. |
| 14 | 14:39:14 | Q    Do you know why they just took Stan in the |
| 15 | 14:39:16 | room? |
| 16 | 14:39:17 | A    Me?  I don't know. |
| 17 | 14:39:19 | Q    Okay. |
| 18 | 14:39:20 | A    I can give you a guess, but I don't know. |
| 19 | 14:39:22 | Q    Okay.  And I think you also testified that they |
| 20 | 14:39:29 | informed you that Karen Byron's brother and father |
| 21 | 14:39:32 | worked out of the Markham precinct, right? |
| 22 | 14:39:35 | A    Uh-huh. |
| 23 | 14:39:36 | Q    And that they were going to bring you over |
| 24 | 14:39:37 | there, I guess, as some type of -- |
| 25 | 14:39:42 | A    Intimidation. |

```
 1   14:39:43   Q    Right.  Is that what you understood it to be?

 2   14:39:45   A    Well, that's what it -- exactly what it sounded

 3   14:39:45   like to me.

 4   14:39:47   Q    Was it the first time that you had heard that

 5   14:39:48   Karen Byron was related to police officers?

 6   14:39:54   A    The only thing I knew about Karen Byron was she

 7   14:39:56   liked to drink, she liked to smoke, and she easy.  I

 8   14:40:03   didn't know -- I didn't even know her last name.

 9   14:40:08   Q    Okay.  And I think you testified, at some

10   14:40:11   point, they did take you over to Markham, but

11   14:40:11   nothing actually happened there, right?

12   14:40:15   A    (Shakes head side to side.)  No.

13   14:40:17   Q    Do you know what they did at Markham, the

14   14:40:18   police officers, that is?

15   14:40:20   A    No.

16   14:40:21   Q    And you were just in the car and nobody brought

17   14:40:23   you into the precinct there?

18   14:40:26   A    We went -- we -- they walked us in the door --

19   14:40:26   Q    Oh, did --

20   14:40:26   A    Where you go in through there where they take

21   14:40:26   the prisoners in, we went in and I guess you call it

22   14:40:26   the duty desk said, "They ain't -- they ain't

23   14:40:26   supposed to be here," and they loaded us back up.

24   14:40:43   Q    So it was you, Stan, Charles, and Lee?

25   14:40:50   A    I believe it was Lee because Mike was gone.
```

| 1 | 14:40:54 | Q | Mike was what? |
| 2 | 14:40:54 | A | Mike was already gone. |
| 3 | 14:40:56 | Q | Gone.  Okay.  So it's your recollection that |
| 4 | 14:40:58 | | they brought you into the precinct and then they |
| 5 | 14:41:02 | | ushered you out? |
| 6 | 14:41:08 | A | Yeah, pretty much. |
| 7 | 14:41:09 | Q | And then they brought you to Area 2? |
| 8 | 14:41:11 | A | Revolving door, right.  Yeah. |
| 9 | 14:41:16 | Q | And Area 2, at that time, was at 91st and |
| 10 | 14:41:16 | | Cottage Grove, right? |
| 11 | 14:41:16 | A | Yup. |
| 12 | 14:41:16 | Q | And they put you in an interview room -- |
| 13 | 14:41:18 | | interview room and you got your ass beat, right? |
| 14 | 14:41:21 | A | That -- that's exactly what happened. |
| 15 | 14:41:24 | Q | And I want to be perfectly clear.  Your |
| 16 | 14:41:28 | | testimony is you never gave a statement at Area 2 |
| 17 | 14:41:31 | | that implicated yourself or anyone else, right? |
| 18 | 14:41:35 | A | That's correct. |
| 19 | 14:41:36 | Q | And who told you that Stan had given a |
| 20 | 14:41:43 | | statement that implicated you? |
| 21 | 14:41:44 | A | One of those -- one of those guards. |
| 22 | 14:41:46 | Q | Okay.  Did you -- |
| 23 | 14:41:47 | A | I mean, cops. |
| 24 | 14:41:47 | Q | -- did you believe him? |
| 25 | 14:41:50 | A | He -- he came at the wrong time.  I was too |

| | | |
|---|---|---|
| 1 | 14:41:52 | sore to care. |
| 2 | 14:41:53 | Q    Okay.  Did they take your picture at any point |
| 3 | 14:42:00 | while you were at Area 2; do you remember that? |
| 4 | 14:42:03 | A    I don't remember. |
| 5 | 14:42:05 | Q    Did they call you the N word? |
| 6 | 14:42:07 | A    Oh, several times. |
| 7 | 14:42:08 | Q    What's that? |
| 8 | 14:42:09 | A    Several times. |
| 9 | 14:42:11 | Q    I know you -- you've given a lot of statements |
| 10 | 14:42:13 | about the torture that you endured while at Area 2, |
| 11 | 14:42:16 | correct? |
| 12 | 14:42:17 | A    Uh-huh. |
| 13 | 14:42:18 | Q    Is that fair? |
| 14 | 14:42:20 | A    Yeah.  One -- |
| 15 | 14:42:21 | Q    You've talked about it a lot? |
| 16 | 14:42:23 | A    -- one of them even had the nerve to ask me one |
| 17 | 14:42:23 | time, "How can you remember this so well?" |
| 18 | 14:42:23 | Maybe whoop your ass like that, see how long |
| 19 | 14:42:29 | you remember. |
| 20 | 14:42:31 | Q    Were you fearful that you might not leave Area |
| 21 | 14:42:32 | 2? |
| 22 | 14:42:34 | A    I wasn't really fearful.  I was more, like, |
| 23 | 14:42:37 | resigned. |
| 24 | 14:42:38 | Q    Meaning, like, "They could kill me" -- |
| 25 | 14:42:38 | A    Wasn't going to do anything. |

```
 1  14:42:42   Q    Did they -- did they beat you with the rubber
 2  14:42:42   hose thingy?
 3  14:42:48   A    And a flashlight.  First they had me up on the
 4  14:42:51   wall.  They took my arm off the wall and cuffed me
 5  14:42:54   to the stool and, oooh, they had fun.
 6  14:42:59   Q    Was this in the interview room?
 7  14:43:00   A    Uh-huh.
 8  14:43:01   Q    And how many officers -- three officers were in
 9  14:43:01   there?
10  14:43:02   A    It was mostly two.
11  14:43:06   Q    Two.  Two white guys, I'm taking it?
12  14:43:08   A    Uh-huh, yeah.
13  14:43:10   Q    Do you know if one was Peter Dignan?
14  14:43:13   A    I didn't know their names until later.
15  14:43:15   Q    Okay.  And what did you later learn about what
16  14:43:16   their identities were?
17  14:43:20   A    Dignan and Burge.
18  14:43:26   Q    Byrne?
19  14:43:26   A    Byrne.
20  14:43:26   Q    Byrne.
21  14:43:26   A    And the other one, he was -- I guess he was
22  14:43:33   they sergeant or something.
23  14:43:35   Q    Was there a Dioguardi there also?
24  14:43:37   A    I don't know.
25  14:43:38   Q    Okay.  Did they ever take you to the basement
```

1   14:43:44   of Area 2?

2   14:43:46   A    That's where we was at.

3   14:43:47   Q    Oh.  Well -- okay.  They took you down --

4   14:43:51   describe it for me.

5   14:43:53   A    Well, we come in the station where they bring

6   14:43:55   the prisoners in, walked down the hall a little bit,

7   14:43:58   and then went down, went through a door, and went

8   14:44:00   downstairs.

9   14:44:02   Q    Okay.

10  14:44:03   A    And told us, "Don't -- this is our special

11  14:44:07   place.  Can't nobody hear you shout."

12  14:44:09   Q    Can you describe what it looked like, other

13  14:44:13   than what you've already described?  Was it -- was

14  14:44:15   there a -- was there a chair and tables in there?

15  14:44:21   A    It had a -- like, a desk.

16  14:44:21   Q    Uh-huh.

17  14:44:21   A    Like I said, rings on the wall, a couple of

18  14:44:28   stools, chair -- oh, the desk had a phone on it,

19  14:44:32   too, had a phone book.  I -- I don't know what they

20  14:44:34   had in the drawers.  I really wasn't trying to find

21  14:44:40   out at the time, but . . .

22  14:44:40   Q    Did they ever take you back upstairs, or did

23  14:44:41   they keep you down there?

24  14:44:41   A    They kept us down there -- well, they kept me

25  14:44:44   down there.  I assume, they had the rest of them

| 1 | 14:44:48 | down there somewhere. |
| 2 | 14:44:49 | Q   Okay.  Was it a large area? |
| 3 | 14:44:50 | A   The basement was pretty large, but where I was |
| 4 | 14:44:55 | at, the room wasn't no bigger than, let's say, |
| 5 | 14:45:02 | 12-by-14. |
| 6 | 14:45:03 | Q   Okay.  Well -- so it was, like, a small |
| 7 | 14:45:05 | interview room? |
| 8 | 14:45:06 | A   Yeah. |
| 9 | 14:45:14 | Q   All right.  All right.  So when you left Area 2 |
| 10 | 14:45:15 | to go to the County on -- I guess, it would be |
| 11 | 14:45:19 | September 10th, 1982 -- you had not made any |
| 12 | 14:45:23 | statements that were incriminating to yourself or |
| 13 | 14:45:26 | incriminating of other people; is that right? |
| 14 | 14:45:30 | A   Yes. |
| 15 | 14:45:32 | Q   Correct? |
| 16 | 14:45:32 | A   That's correct. |
| 17 | 14:45:33 | Q   Did you know whether Michael Fowler was in Area |
| 18 | 14:45:36 | 2 while you were there? |
| 19 | 14:45:38 | A   Don't know. |
| 20 | 14:45:40 | Q   Do you know whether Lee Holmes was there while |
| 21 | 14:45:41 | you were there? |
| 22 | 14:45:41 | A   Don't know. |
| 23 | 14:45:42 | Q   Do you know whether Lee Holmes was also beaten |
| 24 | 14:45:43 | while he was at Area 2? |
| 25 | 14:45:46 | A   That's what I heard. |

| 1 | 14:45:47 | Q | Okay. But you didn't see it, necessarily? |
| 2 | 14:45:49 | A | No. It was only -- when they put us on the -- |
| 3 | 14:45:53 | | on the -- I forgot what you call that. But when |
| 4 | 14:45:55 | | they put us on the ride, it -- it was just me and |
| 5 | 14:46:01 | | Stan. |
| 6 | 14:46:02 | Q | Okay. Now, eventually, you went to 11th and |
| 7 | 14:46:05 | | State? |
| 8 | 14:46:07 | A | Yeah. |
| 9 | 14:46:07 | Q | What -- what happened at 11th and State? |
| 10 | 14:46:12 | A | They separated us again and, yeah, I guess he |
| 11 | 14:46:17 | | did the same thing I did, begging to see a doctor. |
| 12 | 14:46:17 | | They kept telling me, "Wait until we get to |
| 13 | 14:46:17 | | County." |
| 14 | 14:46:17 | Q | You were asking to get medical attention? |
| 15 | 14:46:24 | A | Yeah. |
| 16 | 14:46:24 | Q | And what did they tell you? |
| 17 | 14:46:26 | A | "Wait until we get to County." |
| 18 | 14:46:29 | Q | Did you eventually go to the county, then? |
| 19 | 14:46:31 | A | Yeah, we went to County. |
| 20 | 14:46:33 | Q | Okay. Did you go through the medical health |
| 21 | 14:46:36 | | services there, like Cermak? |
| 22 | 14:46:38 | A | Right, but I had to put in a kite or request to |
| 23 | 14:46:43 | | actually see a doctor. |
| 24 | 14:46:45 | Q | Okay. When you say "kite," usually that, to |
| 25 | 14:46:51 | | me, means that you put a message out through the |

| 1  | 14:46:53 | prison population. |
| 2  | 14:46:56 | A   No, a kite is nothing but a letter. |
| 3  | 14:46:57 | Q   It's just a request and . . . |
| 4  | 14:46:59 | A   Yeah. |
| 5  | 14:47:00 | Q   Okay. |
| 6  | 14:47:05 | A   You can hand me that sheet of paper and call it |
| 7  | 14:47:05 | as a kite. |
| 8  | 14:47:05 | Q   Okay.  That's why we get clarification |
| 9  | 14:47:07 | sometimes on word choice. |
| 10 | 14:47:09 | A   Uh-huh. |
| 11 | 14:47:09 | Q   So you requested to see a doctor, and were you |
| 12 | 14:47:12 | -- were you able to see a doctor when you got to the |
| 13 | 14:47:14 | County? |
| 14 | 14:47:16 | A   It took about four days, but they took me over |
| 15 | 14:47:19 | there. |
| 16 | 14:47:21 | Q   Let me ask you a question. |
| 17 | 14:47:21 | Had you heard about the Andrew Wilson case when |
| 18 | 14:47:25 | you were arrested at Area 2? |
| 19 | 14:47:29 | A   No. |
| 20 | 14:47:29 | Q   Did you know -- |
| 21 | 14:47:29 | A   Hadn't heard about it. |
| 22 | 14:47:30 | Q   -- do you know who Andrew Wilson is? |
| 23 | 14:47:32 | A   No. |
| 24 | 14:47:33 | Q   All right.  Did you ever -- let me see if this |
| 25 | 14:47:36 | refreshes your recollection -- if it doesn't, it |

```
 1  14:47:37  doesn't-- an individual who had shot two police
 2  14:47:40  officers?
 3  14:47:43  A    What year did that happen?
 4  14:47:46  Q    '82, also.
 5  14:47:47  A    Must have been -- I don't remember.
 6  14:47:53  Q    Okay.  Fair -- fair enough.  Just -- okay.
 7  14:47:53       So now let's talk about, you go to the County
 8  14:48:02  and, at some point, you are -- you get arraigned or
 9  14:48:06  told what you're charged with and you get an
10  14:48:08  attorney to represent you, right?
11  14:48:10  A    Correct.
12  14:48:12  Q    How did you get Howard Savage as your attorney?
13  14:48:15  A    My aunt.
14  14:48:15  Q    And had Howard Savage ever represented you
15  14:48:20  before?
16  14:48:21  A    I had never been in trouble before.
17  14:48:23  Q    Okay.  Do you know how your aunt found Howard
18  14:48:28  Savage?
19  14:48:33  A    She knew him from some -- something.
20  14:48:37  Q    And after Howard Savage came -- did he come to
21  14:48:40  the -- well, strike that.
22  14:48:40       Did he come to the Cook County Jail and talk to
23  14:48:40  you?
24  14:48:48  A    Uh-huh.
25  14:48:49  Q    Is that a "yes"?
```

```
 1   14:48:50   A    Yes, ma'am.

 2   14:48:51   Q    Okay.  Just because the record, so she can take

 3   14:48:52   that down.

 4   14:48:53        And you testified that, at some point, that he

 5   14:48:57   wanted you to agree to a statement that implicated

 6   14:49:03   Stanley Wrice, correct?

 7   14:49:06   A    That's correct.

 8   14:49:07   Q    And it was your understanding, at that point,

 9   14:49:10   that Stanley Wrice had tricked on you or had been

10   14:49:18   saying things about you, right?

11   14:49:21   A    Right.

12   14:49:22   Q    Did Howard -- did you tell Howard Savage about

13   14:49:23   being beaten?

14   14:49:23   A    Yeah.

15   14:49:23             MS. BISBEE:  I'm going to just object

16   14:49:23        to the extent that you're going to ask for

17   14:49:30        privileged communications between Mr.

18   14:49:31        Benson and his attorney.

19   14:49:32             MS. BONJEAN:  Well, I'll -- I'll tell

20   14:49:32        you, Mr. Benson, you have, obviously, an

21   14:49:33        attorney/client privilege with Mr. Savage.

22   14:49:36        It's your privilege, and if you, you know,

23   14:49:38        want to exercise your privilege to your

24   14:49:40        conversations with Mr. Savage, that

25   14:49:41        certainly is your right.
```

| | | | |
|---|---|---|---|
| 1 | 14:49:45 | A | I told anybody who would listen. |
| 2 | 14:49:46 | BY MS. BONJEAN: | |
| 3 | 14:49:47 | Q | So you told Mr. Savage, right? |
| 4 | 14:49:49 | A | Uh-huh. |
| 5 | 14:49:50 | Q | Did he believe you? |
| 6 | 14:49:51 | A | He didn't care. |
| 7 | 14:49:52 | Q | Why do you say that? |
| 8 | 14:49:54 | A | Wasn't nothing he could do about it. |
| 9 | 14:50:00 | Q | Okay. So after you meet with Mr. Savage at -- |
| 10 | 14:50:05 | | at -- how many times do you think you met with him |
| 11 | 14:50:08 | | before he came with this statement about implicating |
| 12 | 14:50:11 | | Stanley Wrice? |
| 13 | 14:50:18 | A | I want to say three or four, but some kind of |
| 14 | 14:50:20 | | way, I ended up as his driver. |
| 15 | 14:50:22 | Q | As his driver? |
| 16 | 14:50:27 | A | Uh-huh. Some kind of way, I ended up as his |
| 17 | 14:50:27 | | driver. |
| 18 | 14:50:28 | Q | Right. Because you got out on bond, right? |
| 19 | 14:50:30 | A | Yeah. |
| 20 | 14:50:30 | Q | Do you remember what your bond was? |
| 21 | 14:50:30 | A | Not really. |
| 22 | 14:50:33 | Q | Okay. |
| 23 | 14:50:34 | A | I had a few dollars put up, though. |
| 24 | 14:50:39 | Q | So -- okay. So you made bond and you ended up |
| 25 | 14:50:39 | | being Howard Savage's driver; is that fair? |

```
 1  14:50:44    A    (Nods head up and down.)

 2  14:50:45    Q    He also represented Mike Fowler and Lee Holmes,

 3  14:50:48    though, right?

 4  14:50:48    A    Not to my knowledge.

 5  14:50:50    Q    No, just you?

 6  14:50:50    A    Just me.

 7  14:50:52    Q    Okay.  Maybe I'm wrong about that.  I

 8  14:50:52    apologize, if I am.

 9  14:50:53    A    He could.  He could have.

10  14:50:55    Q    Okay.  And was it before or after he came to

11  14:51:04    you with the proposal of signing a statement or

12  14:51:12    making a statement against Stan that you had spoke

13  14:51:15    with or communicated with the organization to -- to

14  14:51:17    turn --

15  14:51:19    A    After.

16  14:51:20    Q    After.  So you kind of cleared it with the

17  14:51:22    organization first; is that right?

18  14:51:23    A    I didn't talk to nobody.  Word came to me.

19  14:51:26    Q    Okay.  Word came to you through the

20  14:51:28    organization that you had -- you could -- whatever

21  14:51:30    you had to do, you --

22  14:51:32    A    Yeah.

23  14:51:33    Q    -- you would do.

24  14:51:33         And so Mr. Savage brings this proposal to you,

25  14:51:38    right?
```

1  14:51:39  A    Uh-huh.

2  14:51:40  Q    So, at that point, you were under the

3  14:51:42  impression that you were free to cooperate, at

4  14:51:44  least, to -- to the extent that the organization

5  14:51:47  would not be angry at you if you did, right?

6  14:51:50            MS. BISBEE:  Object to the form of

7  14:51:51            the question.

8  14:51:53  A    No retaliation.

9  14:51:53  BY MS. BONJEAN:

10  14:51:54  Q    Okay.

11  14:51:54  A    No retaliation.

12  14:51:54  Q    Right.  Okay.  So did Mr. Savage take you to

13  14:51:57  speak with the Cook County state's attorney that was

14  14:52:03  assigned to prosecute the case?

15  14:52:05  A    Short -- shit, I didn't like that woman no way.

16  14:52:05  Short, fat, ugly woman?

17  14:52:12  Q    Yes.

18  14:52:12  A    Yeah.

19  14:52:12  Q    Yes, indeed.

20  14:52:14  She was an African-American woman, right?

21  14:52:22  A    Yeah.

22  14:52:23  Q    Okay.  And -- just making sure we're talking

23  14:52:28  about the same person.

24  14:52:29  And where did you meet with her at?

25  14:52:32  A    In Cook County.

| 1 | 14:52:35 | Q At the -- the building? The jail? |
| 2 | 14:52:38 | A The -- I guess, it -- the court building, I |
| 3 | 14:52:41 | guess. |
| 4 | 14:52:44 | Q Do you know if you were in, like, a jury room |
| 5 | 14:52:46 | or a courtroom, or were you in the office side? |
| 6 | 14:52:48 | A We wasn't in a courtroom. |
| 7 | 14:52:50 | Q Okay. |
| 8 | 14:52:52 | A And I don't think that was a -- I never been on |
| 9 | 14:52:54 | a jury, but I don't think that was a jury room. |
| 10 | 14:52:57 | Q So it was, like, an office, right? |
| 11 | 14:52:59 | A Something like a little -- a little -- a little |
| 12 | 14:53:00 | -- little dinky office. |
| 13 | 14:53:01 | Q Okay. And it was you and Mr. Savage and the |
| 14 | 14:53:04 | Cook County state's attorney? |
| 15 | 14:53:06 | A Right. |
| 16 | 14:53:07 | Q Anybody else present for this meeting? |
| 17 | 14:53:09 | A No. |
| 18 | 14:53:09 | Q And you said you didn't like her. You -- I |
| 19 | 14:53:10 | think you called her, at some point -- she was a |
| 20 | 14:53:11 | "mean" -- "mean woman," or a "mean" -- |
| 21 | 14:53:13 | A Bitch. |
| 22 | 14:53:14 | Q -- maybe even a "mean bitch." |
| 23 | 14:53:14 | What made you say that? |
| 24 | 14:53:17 | A Well, we was standing in the hallway one day, |
| 25 | 14:53:21 | me, my stepfather, and some people that -- that's |

| 1 | 14:53:21 | for -- I think that was about the time they was |
| 2 | 14:53:21 | trying to get us all separated, separate trials. |
| 3 | 14:53:32 | Q   Uh-huh. |
| 4 | 14:53:33 | A   And somebody brought it up that "Man, all this |
| 5 | 14:53:38 | damn trouble over this stupid-ass white bitch." |
| 6 | 14:53:41 | Q   Uh-huh. |
| 7 | 14:53:41 | A   And -- |
| 8 | 14:53:41 | Q   Somebody in the crowd, or somebody in the group |
| 9 | 14:53:41 | said -- |
| 10 | 14:53:41 | A   Yeah. |
| 11 | 14:53:41 | Q   -- "All this trouble over this stupid-ass white |
| 12 | 14:53:41 | bitch"? |
| 13 | 14:53:44 | A   And she thought I said it. |
| 14 | 14:53:49 | Q   Okay. |
| 15 | 14:53:49 | A   I didn't know why at first, but Howard told me |
| 16 | 14:53:54 | later that she heard me say that. |
| 17 | 14:53:56 | And I'm, like, "But I didn't say" -- |
| 18 | 14:53:56 | He said, "Look, just let it go." |
| 19 | 14:54:03 | Q   So when you sat down and spoke with her, |
| 20 | 14:54:07 | ultimately, about this proposal, did she tell you |
| 21 | 14:54:11 | that if you cooperated and would -- |
| 22 | 14:54:13 | A   She said they didn't have no interest in me, |
| 23 | 14:54:17 | they wanted Stan. |
| 24 | 14:54:20 | Q   Did she say why they wanted Stan? |
| 25 | 14:54:24 | A   She didn't say, and I didn't ask. |

```
 1  14:54:25   Q    Okay.  Do you know whether Howard Savage knew
 2  14:54:27   this particular Cook County state's attorney on a
 3  14:54:29   either personal or professional basis?
 4  14:54:34                    MR. NOLAND:  Objection.  Foundation.
 5  14:54:35   BY MS. BONJEAN:
 6  14:54:38   Q    You can answer, if you know.
 7  14:54:40   A    I -- I mean, all -- all I can do is assume they
 8  14:54:43   were -- knew each other because she's the prosecutor
 9  14:54:47   and he's a lawyer.
10  14:54:48   Q    Right.  Do you know whether or not they had any
11  14:54:50   other -- and I don't mean romantic or anything --
12  14:54:52   but whether they knew each other in any other
13  14:54:55   capacity?
14  14:54:57   A    I have no idea.
15  14:54:58   Q    And what did you -- she told you they don't
16  14:55:03   have any interest in you, they want Stan and that's
17  14:55:08   when you agreed to implicate Stan?
18  14:55:11                    MS. BISBEE:  Objection to the form
19  14:55:12             and foundation.
20  14:55:12   BY MS. BONJEAN:
21  14:55:14   Q    Or just tell me what you said.
22  14:55:16   A    Okay.  Bottom line was I was going to get away
23  14:55:20   with just plain probation until she you heard that
24  14:55:24   statement.  So then she told him -- she told Howard.
25  14:55:29   They had a meeting, called me back in, and the thing
```

| 1 | 14:55:34 | was a year work release, one-year work release if I |
| 2 | 14:55:40 | -- they -- it was written out perfectly. They gave |
| 3 | 14:55:46 | me a copy of what they wanted me to say. |
| 4 | 14:55:51 | Q    And was it written on a piece of paper? |
| 5 | 14:56:01 | A    Yeah.  I don't know what a movie script looks |
| 6 | 14:55:58 | like, but it was typed out all nice and neat and |
| 7 | 14:56:00 | everything. |
| 8 | 14:56:04 | Q    And how did you know you were first going to |
| 9 | 14:56:07 | get straight probation? |
| 10 | 14:56:09 | A    Howard told me. |
| 11 | 14:56:11 | Q    Savage told you that? |
| 12 | 14:56:12 | A    Yeah. |
| 13 | 14:56:13 | Q    And did he tell you that you were expected to |
| 14 | 14:56:15 | do something in return for straight probation? |
| 15 | 14:56:19 | A    He told me to call my aunt.  I called my aunt. |
| 16 | 14:56:21 | She's -- she's kind of a street person herself. |
| 17 | 14:56:27 | Q    Uh-huh. |
| 18 | 14:56:28 | A    She said, "Do -- if you want to stay out of |
| 19 | 14:56:30 | prison, do what he tell you.  Don't ask him no |
| 20 | 14:56:35 | questions and do what he tell you." |
| 21 | 14:56:35 | So I hung up the phone, I looked at him, and he |
| 22 | 14:56:35 | said, "This is what you're going to do, and you'll |
| 23 | 14:56:35 | never see the inside of a cell." |
| 24 | 14:56:47 | Q    And what did he tell you you were going to do? |
| 25 | 14:56:48 | A    He gave -- gave me the paperwork.  I didn't |

| 1 | 14:56:51 | want -- he want -- told me put it in my own words, |
| 2 | 14:56:54 | but, basically, this is what he wanted me to say. |
| 3 | 14:56:57 | Q    Okay. |
| 4 | 14:56:57 | A    "I saw this.  I didn't see this.  I saw that. |
| 5 | 14:57:01 | I saw that.  I saw that." |
| 6 | 14:57:02 | Q    And was the idea that he wanted you to go tell |
| 7 | 14:57:02 | the prosecutor those words? |
| 8 | 14:57:06 | A    Hell, the prosecutor was right there. |
| 9 | 14:57:10 | Q    Okay.  Were you asked you sign it, or were -- |
| 10 | 14:57:11 | was it just a statement that they wanted you to sort |
| 11 | 14:57:13 | of commit to memory? |
| 12 | 14:57:14 | A    They was coaching me for the stand. |
| 13 | 14:57:17 | Q    Okay.  But you didn't end up testifying, right? |
| 14 | 14:57:20 | A    Huh? |
| 15 | 14:57:23 | Q    You didn't end up testifying against Stanley, |
| 16 | 14:57:23 | right? |
| 17 | 14:57:25 | A    I didn't go to his trial.  I did make the |
| 18 | 14:57:30 | statement. |
| 19 | 14:57:32 | Q    And do you know whether the state's attorney -- |
| 20 | 14:57:36 | you said she was there when they gave -- he -- when |
| 21 | 14:57:38 | Savage handed you the paper, right? |
| 22 | 14:57:41 | A    We was in -- we was in the -- we wasn't at his |
| 23 | 14:57:45 | office. |
| 24 | 14:57:46 | Q    Right.  And that the only reason you got sort |
| 25 | 14:57:46 | of this enhanced probation was because she was angry |

1   14:57:46   that you -- she thought you said something --

2   14:57:55   A   Right.

3   14:57:56   Q   -- disrespectful in the hallway, right?

4   14:57:57   A   Right.

5   14:57:58                    MR. NOLAND:  Objection.  Foundation.

6   14:57:59   BY MS. BONJEAN:

7   14:58:06   Q   Now, did you meet with the state's attorney on

8   14:58:10   more than one occasion --

9   14:58:13   A   No.

10  14:58:13   Q   -- or was it just that one time?

11  14:58:15   A   Just that one time.

12  14:58:17   Q   Okay.  And do you know -- did you -- were --

13  14:58:22   were you able to follow Lee Holmes' case or Michael

14  14:58:25   Fowler's case at all?

15  14:58:26   A   I didn't even try.

16  14:58:28   Q   Okay.  Didn't bother yourself with it; you just

17  14:58:29   -- just focused on your own case, right?

18  14:58:32   A   That's correct.

19  14:58:33   Q   Did she say why they would be so focused on

20  14:58:36   Stan and not -- well, let me ask it this way.

21  14:58:40   Strike that.

22  14:58:40        You would agree that you were all originally

23  14:58:42   charged with the same crimes, right?

24  14:58:45   A   Yeah, we were.

25  14:58:47   Q   Okay.  And did she say why her interest was in

| | | |
|---|---|---|
| 1 | 14:58:51 | Stan and she had less of an interest in you?  Did |
| 2 | 14:58:57 | she say anything about that? |
| 3 | 14:59:02 | A    (Shakes head side to side.)   No. |
| 4 | 14:59:03 | Q    No.  You weren't asking questions, I take it? |
| 5 | 14:59:06 | A    No. |
| 6 | 14:59:07 | Q    You would agree that, you know, you knew he got |
| 7 | 14:59:09 | sentenced to 100 years, right? |
| 8 | 14:59:12 | A    Ninety-nine. |
| 9 | 14:59:12 | Q    Yeah.  So, basically, a life sentence, right? |
| 10 | 14:59:16 | A    (Nods head up and down.) |
| 11 | 14:59:18 | Q    And, obviously, you got, I think, pro -- you |
| 12 | 14:59:19 | know, some sort of enhanced probation, right? |
| 13 | 14:59:23 | A    Work release. |
| 14 | 14:59:24 | Q    Work release. |
| 15 | 14:59:24 | Did you know Lee Holmes got probation? |
| 16 | 14:59:27 | A    No. |
| 17 | 14:59:28 | Q    Okay.  Did you know Michael Fowler got four |
| 18 | 14:59:30 | years IDOC? |
| 19 | 14:59:32 | A    I mean, I found all that out later. |
| 20 | 14:59:35 | Q    Right. |
| 21 | 14:59:35 | A    But no, not then. |
| 22 | 14:59:35 | Q    Okay.  So you would agree that there's a pretty |
| 23 | 14:59:53 | broad range of sentences here from probation to 100 |
| 24 | 14:59:46 | years, right? |
| 25 | 14:59:47 | A    That's correct. |

| | | |
|---|---|---|
| 1 | 14:59:48 | Q    Pretty clear she wanted to go after Stan, which |
| 2 | 14:59:51 | is what, ultimately, happened and he did get |
| 3 | 14:59:53 | sentenced to 100 years; we've -- we've established |
| 4 | 14:59:55 | that.  But at no point -- |
| 5 | 15:00:27 | MS. BISBEE:  Can you read that back, |
| 6 | 15:00:27 | please? |
| 7 | 15:00:27 | (WHEREUPON, the previous questions |
| 8 | 15:00:27 | and answers were read back by the |
| 9 | 15:00:27 | reporter.) |
| 10 | 15:00:27 | MS. BISBEE:  Objection to form. |
| 11 | 15:00:29 | Foundation. |
| 12 | 15:00:29 | BY MS. BONJEAN: |
| 13 | 15:00:34 | Q    Did anybody tell you why she was so insistent |
| 14 | 15:00:39 | on going after Stan? |
| 15 | 15:00:42 | A    No. |
| 16 | 15:00:45 | Q    All right.  You testified that you were -- you |
| 17 | 15:00:47 | went to prison at some point later, right, '96 |
| 18 | 15:00:50 | maybe? |
| 19 | 15:00:50 | A    That was the second time. |
| 20 | 15:00:53 | Q    Okay.  When's the first time you went to |
| 21 | 15:00:56 | prison? |
| 22 | 15:00:56 | A    '88. |
| 23 | 15:00:58 | Q    And where did you go to prison, what state? |
| 24 | 15:00:58 | A    Nevada. |
| 25 | 15:00:58 | Q    What for?  What were you convicted of? |

```
 1   15:01:00   A    Robbery.

 2   15:01:03   Q    How long did you do?

 3   15:01:06   A    A little over five years.

 4   15:01:09   Q    All right.  And then the second time you went

 5   15:01:12   to prison was in Missouri?

 6   15:01:14   A    Missouri.

 7   15:01:14   Q    '96?

 8   15:01:15   A    '96.

 9   15:01:16   Q    And for what offense were you convicted and

10   15:01:16   sentenced?

11   15:01:19   A    Aggravated robbery.

12   15:01:23   Q    And I'm sorry.  You -- how much time did you

13   15:01:24   get?

14   15:01:26   A    Fourteen.

15   15:01:27   Q    Fourteen.

16   15:01:27        And since you were released from Missouri

17   15:01:31   penitentiary system, have you been back to prison?

18   15:01:32   A    Prison, no.

19   15:01:35   Q    Okay.  Jail?

20   15:01:36   A    Yes.

21   15:01:37   Q    Okay.  You've been arrested in the state of

22   15:01:39   Arkansas before?

23   15:01:41   A    Several times.

24   15:01:44   Q    Okay.

25   15:01:48   A    Still Illinois won't release my driver's
```

1  15:01:50  license, so I get caught driving without a license.

2  15:01:54  Q   I see.  All right.

3  15:02:13           MS. BONJEAN:  Give me just two

4  15:02:13       minutes, and I might be finished,

5  15:02:22       actually.

6  15:02:22           MS. BISBEE:  Okay.

7  15:02:22           MS. BONJEAN:  Let me just see what

8  15:02:22       else.

9  15:02:25           VIDEOGRAPHER:  Going off the record.

10  15:02:25      The time is approximately 3:02 p.m.

11  15:02:30           (WHEREUPON, after a break was taken,

12  15:02:30       the proceedings resumed as follows, to

13  15:02:30       wit:)

14  15:07:25           VIDEOGRAPHER:  We are back on the

15  15:07:26       record.  The time is approximately

16  15:07:27       3:07 p.m.

17  15:07:31           MS. BONJEAN:  Okay.  Mr. Benson, I

18  15:07:35       have no further questions for you at this

19  15:07:37       time.

20  15:07:39           THE WITNESS:  What a relief.  Next?

21  15:07:43                EXAMINATION

22  15:07:45  BY MR. NOLAND:

23  15:07:45  Q   Okay.  Mr. Benson, I just have some follow-up

24  15:07:45  questions.  As -- as I said before the deposition,

25  15:07:45  my name is Dan Noland and I represent the City of

| 1 | 15:07:50 | Chicago. |
| 2 | 15:07:50 | A    Yippee. |
| 3 | 15:07:50 | Q    I'm going to hand you what I'm going to mark as |
| 4 | 15:07:55 | whatever the next exhibit is. |
| 5 | 15:07:55 | MS. BONJEAN:  Do you have copies, |
| 6 | 15:07:55 | Dan, or . . . |
| 7 | 15:07:55 | MR. NOLAND:  So it's the -- |
| 8 | 15:07:55 | MS. BONJEAN:  Or you tell me what it |
| 9 | 15:07:55 | is. |
| 10 | 15:07:55 | MR. NOLAND:  May -- May 3rd, 1983 |
| 11 | 15:07:55 | motion to suppress testimony. |
| 12 | 15:07:55 | Do you have that? |
| 13 | 15:07:55 | MS. BONJEAN:  Rodney Benson's |
| 14 | 15:07:55 | testimony? |
| 15 | 15:07:55 | MR. NOLAND:  Yes. |
| 16 | 15:07:55 | MS. BONJEAN:  I believe I do. |
| 17 | 15:07:55 | (WHEREUPON, a document was marked for |
| 18 | 15:07:55 | identification as Exhibit D and is |
| 19 | 15:07:55 | attached hereto.) |
| 20 | 15:07:55 | BY MR. NOLAND: |
| 21 | 15:08:14 | Q    So, Mr. Benson, I'm showing you Exhibit 4 -- |
| 22 | 15:08:24 | Exhibit D.  If you could look at the first page of |
| 23 | 15:08:31 | that, you'll see that it's -- it's dated -- the -- |
| 24 | 15:08:34 | the first page, sir.  You'll see it's dated -- I |
| 25 | 15:08:36 | believe that's May 3rd.  Oh, I can point it out to |

```
 1   15:08:48   you.
 2   15:08:48         The 3rd of May 1983 in People v. Wrice and
 3   15:08:54   Benson; do you see that?
 4   15:08:54   A    Oh.  (Reviews document.)  Yes, yes.
 5   15:09:00   Q    And it's the -- indicated it's the -- your
 6   15:09:01   motion -- the motion to suppress your statement,
 7   15:09:03   right?
 8   15:09:07   A    That's what I see.
 9   15:09:10   Q    All right.  And you were represented by
10   15:09:12   Mr. Howard Savage; is that correct?
11   15:09:14   A    Howard Savage.
12   15:09:16   Q    And you had had the opportunity to meet with
13   15:09:18   Mr. Savage prior to that testimony; is that true?
14   15:09:24   A    Yep.
15   15:09:24   Q    And this was -- so how we're about -- about
16   15:09:31   eight months after the September 9th, 1982; is that
17   15:09:36   true?
18   15:09:40   A    September 9th, 1982?
19   15:09:40   Q    Yeah, this is about eight months after the
20   15:09:42   incident that you're testifying, correct?
21   15:09:43   A    I think somewhere in there.
22   15:09:45   Q    All right.  And the testimony was before --
23   15:09:48   A    Fitzgerald.
24   15:09:48   Q    -- the judge, Judge --
25   15:09:56   A    Thomas Fitzgerald.
```

1   15:09:58   Q   -- Thomas Fitzgerald.  Thank you.

2   15:09:59        And the -- your own -- your own lawyer actually

3   15:10:04   asked your questions.  He's the one that put you on

4   15:10:04   the stand, correct?

5   15:10:08   A   I guess.

6   15:10:10   Q   Well, if I could ask you to turn to the -- the

7   15:10:12   next page of Exhibit D, which is page -- I believe,

8   15:10:17   it's page 20 at the bottom.

9   15:10:21   A   Got you.

10  15:10:22   Q   And it has your name, Rodney Benson, there

11  15:10:26   testifying direct examination; do you see that at

12  15:10:28   the bottom?

13  15:10:29   A   Got you.

14  15:10:29   Q   And if you could turn to the next page,

15  15:10:31   page 21, at the top it says Mr. Savage; do you see

16  15:10:37   that?

17  15:10:38   A   Yep.

18  15:10:39   Q   Okay.  So Mr. Savage asked you questions at

19  15:10:40   that motion to suppress; do you remember that?

20  15:10:40   A   I got you.

21  15:10:42   Q   Okay.  So if I could ask you, then, to turn to

22  15:10:47   page 98, please, and just preliminarily, there was

23  15:11:02   some -- do -- do you recall some questions in the

24  15:11:04   past of -- some confusion of whether or not you said

25  15:11:10   you saw Stanley heating up a fork or an iron?

| | | |
|---|---|---|
| 1 | 15:11:15 | MS. BONJEAN: Objection to the form. |
| 2 | 15:11:16 | Mischaracterizes his testimony. |
| 3 | 15:11:22 | A Do I remember saying that? |
| 4 | 15:11:23 | BY MR. NOLAND: |
| 5 | 15:11:23 | Q Yeah. Do you remember that there were some -- |
| 6 | 15:11:25 | there were some questions and some confusion about |
| 7 | 15:11:27 | whether or not you had said that Mr. Wrice -- that |
| 8 | 15:11:31 | you saw Mr. Wrice heating up a fork or heating up an |
| 9 | 15:11:36 | iron? |
| 10 | 15:11:36 | MS. BONJEAN: I'm going to object. |
| 11 | 15:11:36 | BY MR. NOLAND: |
| 12 | 15:11:36 | Q Confusion between a fork and an iron? |
| 13 | 15:11:36 | MS. BONJEAN: I'm going to object to |
| 14 | 15:11:36 | the form and foundation of when you say he |
| 15 | 15:11:42 | said this, but . . . |
| 16 | 15:11:46 | A There was a -- I did, and I quote myself. I" |
| 17 | 15:11:49 | saw him heat a fork, never an iron." |
| 18 | 15:11:52 | BY MR. NOLAND: |
| 19 | 15:11:54 | Q Okay. |
| 20 | 15:11:54 | A Yeah. |
| 21 | 15:11:54 | Q Now, I'm directing your attention now to page |
| 22 | 15:12:03 | 98. And if you see, Mr. Benson, on the left side of |
| 23 | 15:12:08 | the page, there are some line numbers. And I'm |
| 24 | 15:12:14 | going to start at Line No. 18 on page 98 and I'm |
| 25 | 15:12:17 | just going to read it into the record and ask you if |

| | | |
|---|---|---|
| 1 | 15:12:22 | these were -- this is the question that was asked |
| 2 | 15:12:23 | and the answer that you gave. |
| 3 | 15:12:24 | And, by the way, this is the question from the |
| 4 | 15:12:28 | assistant state's attorney.  I think it's Ms. |
| 5 | 15:12:29 | Lampkin. |
| 6 | 15:12:29 | QUESTION:  "You said you got on what?" |
| 7 | 15:12:34 | ANSWER:  "I got on the woman.  I had |
| 8 | 15:12:38 | intercourse with the woman.  When I got off, I was |
| 9 | 15:12:42 | followed by Michael Fowler and, after that, I had |
| 10 | 15:12:45 | went downstairs again.  Then I was sitting in the |
| 11 | 15:12:48 | kitchen, sitting with a girl, named Kim, and this |
| 12 | 15:12:51 | other guy.  I can't recall his name." |
| 13 | 15:12:51 | Going to the next page. |
| 14 | 15:12:55 | "We sat there and we were listening to the |
| 15 | 15:13:00 | noise upstairs and, at some point, Stan -- Stan came |
| 16 | 15:13:03 | down and put an iron on the stove and went back |
| 17 | 15:13:07 | upstairs.  He came back down again, and he said he |
| 18 | 15:13:11 | had burned her. |
| 19 | 15:13:12 | "I told him, I said, 'No, you didn't,' and I |
| 20 | 15:13:14 | went up there to see and when I went up to see, I |
| 21 | 15:13:19 | observed her having intercourse with someone else. |
| 22 | 15:13:22 | "And while I was up on the stairs" -- |
| 23 | 15:13:24 | Excuse me.  I misread that. |
| 24 | 15:13:26 | "And while I was up the stairs, I saw Stan come |
| 25 | 15:13:30 | back again with the iron and bump her about three |

```
 1  15:13:34  times with it."

 2  15:13:34       QUESTION:  "Bump her"?

 3  15:13:36       ANSWER:  "Bump her."

 4  15:13:38       QUESTION:  What do you mean by "bump her"?

 5  15:13:40       ANSWER:  "You know, touch her with the iron."

 6  15:13:44       That's -- did -- did I read that correctly?

 7  15:13:48  A    Uh-huh, you read it just the way it was wrote

 8  15:13:48  down.

 9  15:13:48  Q    And those were the -- that was the question

10  15:13:52  that was asked and the answer that you gave back at

11  15:13:54  that motion-to-suppress testimony on May 3rd, 1983,

12  15:13:58  before Judge Fitzgerald?

13  15:14:02  A    Evidently.

14  15:14:04  Q    And I'm not going to read this to you,

15  15:14:10  Mr. Benson, but if you could look at starting at

16  15:14:16  page 96, line 24, and if you could read that line

17  15:14:34  and then the next page just silently to yourself and

18  15:14:37  I just ask you to confirm for me that you were

19  15:14:42  testifying at that motion to suppress as to what you

20  15:14:48  had told the detectives at the police station on

21  15:14:53  September 9th, 1982.

22  15:14:56            MS. BONJEAN:  Objection to form.

23  15:14:57  A    (Reviews document.)  Now, you want me to read

24  15:15:31  down to what page?

25
```

```
 1   15:15:32   BY MR. NOLAND:

 2   15:15:33   Q    I would -- I would -- to read the entirety of

 3   15:15:38   page 96 and -- that -- it -- to read enough that you

 4   15:15:42   can confirm for me that the testimony you were

 5   15:15:46   providing about what you said about occurred in the

 6   15:15:48   attic and with respect to seeing Mr. Wrice with the

 7   15:15:55   iron and bumping her with something, that you said

 8   15:15:58   to the detectives on September 9th, 1982.  That's

 9   15:16:00   just -- that's the only point of my question.

10   15:16:01             MS. BONJEAN:  I'm going to object to

11   15:16:03        the form.  Foundation.

12   15:16:04             Whether he testified to it, or

13   15:16:06        whether he told the police that?

14   15:16:07             That's what my objection is, but do

15   15:16:11        you understand?

16   15:16:20             THE WITNESS:  Okay.

17   15:16:20   A    What about it?

18   15:16:39   BY MR. NOLAND:

19   15:16:40   Q    The -- the testimony you're providing, with

20   15:16:42   respect to your recitation of what happened on -- at

21   15:16:45   Mr. Wrice's house on September 9th, 1982, was what

22   15:16:51   you had told the detectives at the police station on

23   15:16:55   September 9th, 1982; is that true?

24   15:16:57             MS. BONJEAN:  I'm -- I'm going to --

25   15:16:57        I'm going object to the form because it's
```

| | | |
|---|---|---|
| 1 | 15:16:59 | very confusing.  I really -- and it's an |
| 2 | 15:17:02 | important matter. |
| 3 | 15:17:02 | Are you asking whether he testified |
| 4 | 15:17:02 | to it, or whether it was truthful?  Those |
| 5 | 15:17:05 | are two different questions, and I think |
| 6 | 15:17:07 | the record needs to be clear which one |
| 7 | 15:17:11 | you're asking. |
| 8 | 15:17:11 | BY MR. NOLAND: |
| 9 | 15:17:11 | Q    Are you confused by the question, sir? |
| 10 | 15:17:15 | A    Not really. |
| 11 | 15:17:16 | Q    Okay.  Can you -- |
| 12 | 15:17:18 | A    Whoever said this shit lied.  I didn't tell the |
| 13 | 15:17:21 | police that. |
| 14 | 15:17:23 | Q    Did -- this is your testimony that you're |
| 15 | 15:17:25 | reading from; isn't it? |
| 16 | 15:17:27 | A    Okay.  I'm sitting here and I'm looking at it. |
| 17 | 15:17:29 | "And you told the police that while you were |
| 18 | 15:17:31 | there, everyone started taking turns fucking her, |
| 19 | 15:17:32 | didn't you?" |
| 20 | 15:17:32 | "Yes." |
| 21 | 15:17:32 | "You told them that Stanley was first and that |
| 22 | 15:17:38 | you were second, didn't you?" |
| 23 | 15:17:38 | "No. |
| 24 | 15:17:38 | "Did you tell them that Stanley was first?" |
| 25 | 15:17:46 | "I already said no." |

```
 1  15:17:50   Q    Okay, I see it.  Yeah.  I was hoping not to

 2  15:17:51   have to read it, but I'll just read the -- read the

 3  15:17:53   testimony.

 4  15:17:53       So isn't it -- the -- the -- the following

 5  15:17:53   question, I'm simply going to ask you, "Weren't

 6  15:17:57   these questions asked and -- that are on the paper

 7  15:18:01   and that these are the answers you gave."  Okay?

 8  15:18:04   A    Okay.

 9  15:18:04   Q    So if you follow along, I'm starting at

10  15:18:06   page 96, line 24.

11  15:18:08   A    Twenty-four.

12  15:18:08   Q    QUESTION:  "When you had this conversation with

13  15:18:12   Sergeant Byrne and Detective Dignan in that room

14  15:18:14   after they had beaten you, tell me what you told

15  15:18:17   them and what they said to you, every -- everything

16  15:18:21   they told you and everything you said to them."

17  15:18:22   A    You said 96?

18  15:18:25   Q    Yes, sir.  I was at 96, line 24, the last line.

19  15:18:30   A    I'm at -- oh, that's 95.  It's got 96 on the

20  15:18:30   bottom, though.

21  15:18:30   Q    I -- I'm going -- mind if I approach just to

22  15:18:30   make sure that we're looking at the right thing?

23  15:18:30            MS. BONJEAN:  Just for the record, I

24  15:18:30        guess, there's a handwritten "96."

25  15:18:43            THE WITNESS:  Yeah, there's a
```

| | | |
|---|---|---|
| 1 | 15:18:43 | handwritten 96 down there.  I just saw |
| 2 | 15:18:45 | that. |
| 3 | 15:18:45 | BY MR. NOLAND: |
| 4 | 15:18:54 | Q    Okay, yeah.  If you could flip to the next |
| 5 | 15:18:54 | page.  There we go.  So the -- the typewritten 96 is |
| 6 | 15:18:54 | which -- the -- the page we're talking about. |
| 7 | 15:18:55 | (WHEREUPON, after a brief |
| 8 | 15:18:55 | interruption, the proceedings resumed as |
| 9 | 15:18:55 | follows, to wit:) |
| 10 | 15:18:55 | MR. LAMBROS:  Sorry.  My apologies. |
| 11 | 15:18:55 | BY MR. NOLAND: |
| 12 | 15:19:04 | Q    Okay.  I'm going to -- I'm going to start over. |
| 13 | 15:19:05 | A    Uh-huh. |
| 14 | 15:19:05 | Q    So I'm going to ask you to read along with me |
| 15 | 15:19:07 | and whether or not these are the questions that you |
| 16 | 15:19:10 | were asked and the answers that you gave.  And I'm |
| 17 | 15:19:12 | going to skip over the objections in the colloquy of |
| 18 | 15:19:14 | the -- of the lawyer to the judge. |
| 19 | 15:19:16 | A    Right. |
| 20 | 15:19:16 | Q    Here we go, page 96, line 24. |
| 21 | 15:19:20 | QUESTION:  "When you had this conversation with |
| 22 | 15:19:23 | Sergeant Byrne and Detective Dignan in that room |
| 23 | 15:19:26 | after they had beaten you, tell me what you told |
| 24 | 15:19:29 | them and what they said to you, everything they told |
| 25 | 15:19:33 | you and everything you said to them." |

1  15:19:35        There are some objections; going down to line

2  15:19:38   12.

3  15:19:38        ANSWER:  "Well, I was asked what happened once

4  15:19:40   we got in the house, and I told them.

5  15:19:42        QUESTION:  Who asked you what happened once you

6  15:19:45   got in the house?"

7  15:19:46        There are some objections.  Now, going to the

8  15:19:51   next page, page 98 line 9.

9  15:19:52        ANSWER:  "I was asked what happened once we

10 15:19:57   went upstairs and I told them that the girl was

11 15:20:00   upstairs.  Looked like she was pulling her pants

12 15:20:03   down, then, to her knees, and I told them several of

13 15:20:06   us helped her pull her pants on down and then I went

14 15:20:09   downstairs for a minute.  When I came back, I was

15 15:20:12   not certain if anybody had went first or not, but I

16 15:20:16   got on and when I got off" --

17 15:20:16        QUESTION:  "You said you got on what?"

18 15:20:20        ANSWER:  "I got on the woman.  I had

19 15:20:23   intercourse with the woman.  When I got off, I was

20 15:20:27   followed by Michael Fowler and, after that, I had

21 15:20:29   went downstairs again.  Then I was sitting in the

22 15:20:33   kitchen, sitting with a girl named Kim and this

23 15:20:34   other guy.  I can't recall his name.

24 15:20:37        "We sat there and we were listening to the

25 15:20:40   noise upstairs and at some point, Stan came down and

```
 1   15:20:44   put an iron on the stove went back upstairs.  He
 2   15:20:48   came -- he came back down again and he said he had
 3   15:20:51   burned her.
 4   15:20:51        "I told him -- I said, 'No, he didn't,' and I
 5   15:20:53   went up there to see.  And when I went up to see, I
 6   15:20:56   observed her having intercourse with someone else.
 7   15:21:00   And when I was up the stairs, I saw Stan come back
 8   15:21:01   again with the iron and bump her about three times
 9   15:21:05   with it."
10   15:21:05        QUESTION:  'Bump her'?"
11   15:21:05        ANSWER:  'Bump her.'"
12   15:21:05        QUESTION:  "What do you mean by 'bump her'?"
13   15:21:05        ANSWER:  "You know, touch her with the iron."
14   15:21:05        Those are -- I read the transcript accurately;
15   15:21:05   is that true?
16   15:21:17   A    That's what I read.
17   15:21:18   Q    That's for the questions that were asked of you
18   15:21:19   and the answers that you gave back at that time?
19   15:21:21   A    Yeah.
20   15:21:23   Q    And that was at the time that you were
21   15:21:25   represented by Mr. Savage --
22   15:21:27   A    Uh-huh.
23   15:21:27   Q    -- testifying before Judge Fitzgerald, right?
24   15:21:30   A    That's correct.
25   15:21:31   Q    And that was testimony you gave under oath,
```

1  15:21:32   correct?

2  15:21:33   A    Correct.

3  15:21:35   Q    Okay.  So fast forwarding 25 years later, I'm

4  15:21:40   going to show you what we're going to mark as

5  15:21:44   Exhibit E.

6  15:21:44              MR. NOLAND:  And, Jennifer, Exhibit E

7  15:21:44         is the deposition transcript in the

8  15:22:12         Darrell Cannon case.

9  15:22:15              MS. BONJEAN:  Uh-huh.

10 15:22:15              (WHEREUPON, a document was marked for

11 15:22:15         identification as Exhibit E and is

12 15:22:15         attached hereto.)

13 15:22:15   BY MR. NOLAND:

14 15:22:15   Q    All right.  So Mr. Benson, I am -- I -- we

15 15:22:15   marked as Exhibit E the deposition that you provided

16 15:22:15   in a case called Darrell Cannon v. John Burge,

17 15:22:15   05C2192, on October 6th, 2008, at the Western

18 15:22:24   Reception and Diagnostic Correctional Center at

19 15:22:27   3401 Ferry -- Faraon Street, in the city of

20 15:22:32   St. Joseph, in the County of Cannon, in the State of

21 15:22:32   Missouri.

22 15:22:32        You gave a deposition at that time, correct?

23 15:22:37   A    Yeah.

24 15:22:37   Q    All right.  And that was when you were

25 15:22:40   incarcerated, right?

1    15:22:40    A    Yeah, locked up.

2    15:22:44    Q    Locked up.  And -- all right.

3    15:22:46         You can see on the first page it says,

4    15:22:50    "Appearances," and it says, "For the plaintiff,"

5    15:22:52    who, in that case, was Darrell Cannon, is "The

6    15:22:57    People's Law Office" and an -- an attorney by the

7    15:23:00    name of Ben. H. Elson; do you see that there at the

8    15:23:03    bottom?

9    15:23:04    A    Yep.

10   15:23:04    Q    And then I'm going to direct your attention, if

11   15:23:05    I could, to page 6.  You'll see there's -- there's

12   15:23:13    four pages on each one of these pages, so it's --

13   15:23:16    it's page 6 of the deposition transcript, line 11,

14   15:23:22    and it indicates that you -- you testified that you

15   15:23:29    had met with Ben Elson the night before the

16   15:23:32    deposition for about 45 minutes; do you see that?

17   15:23:36    A    Uh-huh.

18   15:23:37    Q    "Yes"?

19   15:23:39    A    I see it.

20   15:23:39    Q    And do you recall that you did miss -- meet

21   15:23:41    with Mr. Elson, one of the attorneys over at The

22   15:23:45    People's Law Office for 45 minutes the -- the night

23   15:23:47    before this deposition?

24   15:23:49    A    Do I recall it?

25   15:23:50    Q    Yeah.

```
 1   15:23:50   A    No.

 2   15:23:55   Q    Okay.  But --

 3   15:23:55   A    Did it happen?  Probably.

 4   15:23:55   Q    Okay.  And you understood that -- you

 5   15:23:55   understand that The People's Law Office is a law

 6   15:23:59   firm that has regularly sued the City of Chicago --

 7   15:24:05              MS. BONJEAN:  Objection to form.

 8   15:24:07   BY VIDEOGRAPHER:

 9   15:24:08   Q    -- Police Department?

10   15:24:10   A    Well, actually, no, I didn't know that part of

11   15:24:10   it.

12   15:24:11   Q    Okay.  Do you -- do you know a fellow by the

13   15:24:11   name of Flint Taylor?

14   15:24:16              MS. BONJEAN:  Objection to the form.

15   15:24:18   A    Kind of sounds familiar.

16   15:24:21   BY MR. NOLAND:

17   15:24:22   Q    You -- you -- you received reparations of

18   15:24:24   $100,000?

19   15:24:25   A    Yeah.

20   15:24:25   Q    For your claim, right?

21   15:24:27   A    Yeah.

22   15:24:27   Q    And did Mr. Flint Taylor represent you in

23   15:24:29   connection with that proceeding?

24   15:24:29   A    I -- I thought it was Ben.

25   15:24:31   Q    You thought it was Ben Elson?
```

```
 1   15:24:32   A    I did.

 2   15:24:33   Q    Okay.  Okay.  But the same -- they worked

 3   15:24:35   together?

 4   15:24:37   A    I got a thing from People's Law Office.  Then

 5   15:24:39   about three months later, I got a check, went and

 6   15:24:43   bought me a new truck and a house.

 7   15:24:47   Q    Okay.  Okay.  So I'm going to ask you, then, to

 8   15:24:52   turn to page 26 of the deposition.

 9   15:24:55   A    Uh-huh.  Yeah.

10   15:24:55   Q    And I'm looking at, actually, line 9, and I

11   15:25:11   think you've already testified that you -- you --

12   15:25:14   you had intercourse with Karen Byron that evening,

13   15:25:25   correct?

14   15:25:20   A    Correct.

15   15:25:21   Q    And that other people had inter -- had sex with

16   15:25:24   her that night, too; is that correct?

17   15:25:26   A    As far as I know.  I believe so.

18   15:25:29   Q    And, in fact, you saw Stanley Wrice having sex

19   15:25:32   with her, correct?

20   15:25:32                    MS. BONJEAN:  I -- I --

21   15:25:32   A    I never actually saw Stanley having sex with

22   15:25:37   her.

23   15:25:37   BY MR. NOLAND:

24   15:25:39   Q    You know that Stan had sex with her, right?

25   15:25:41                    MS. BONJEAN:  Objection to the form.
```

```
 1  15:25:42              Nice try, but objection.

 2  15:25:44    A    I never actually saw the man have sex.

 3  15:25:48  BY MR. NOLAND:

 4  15:25:50    Q    Okay.  So, Mr. Benson, looking at page 26, line

 5  15:25:53  19.

 6  15:25:53    A    Line 19.

 7  15:25:53    Q    And I'm just going to read the question and

 8  15:25:56  your answer and just ask you if it's accurate.

 9  15:25:58         QUESTION:  "Well, let me ask you in particular,

10  15:26:02  did you see Stanley Wrice have sex with her?"

11  15:26:05         ANSWER:  "Yes, I did."

12  15:26:06    A    Uh-huh.

13  15:26:09    Q    QUESTION:  "And how many times did you see him

14  15:26:09  have sex with her?"

15  15:26:09         ANSWER:  "Well, he was going as I was getting

16  15:26:13  up and I didn't stay to watch."

17  15:26:15    A    Uh-huh.

18  15:26:16    Q    Those are the questions that you were asked and

19  15:26:17  those are the answers you were given, right?

20  15:26:17    A    And those are the answers I gave.

21  15:26:17    Q    And that's true, right?

22  15:26:17              MS. BONJEAN:  Objection to the form.

23  15:26:22    A    Those are the answers I gave, yeah.

24  15:26:24  BY MR. NOLAND:

25  15:26:24    Q    Okay.
```

```
 1  15:26:24                    MS. BONJEAN:  Okay.

 2  15:26:24                    MR. NOLAND:  Hold on.

 3  15:26:24                    MS. BONJEAN:  Yeah.

 4  15:26:24  BY MR. NOLAND:

 5  15:26:24  Q    That -- that -- that -- those questions that

 6  15:26:26  you were asked and those answers that you gave

 7  15:26:26  were -- are true; isn't that right?

 8  15:26:29  A    Hell fucking no.

 9  15:26:35  Q    Okay.  So you were under oath at this

10  15:26:36  deposition, correct?

11  15:26:37  A    Don't care.

12  15:26:37  Q    Okay.  You had met with Ben Elson, who ended up

13  15:26:38  representing you when you got $100,000?

14  15:26:42  A    Correct.

15  15:26:42  Q    Strike -- strike that.

16  15:26:42       You were --

17  15:26:42                    MS. BONJEAN:  Objection to the -- I'm

18  15:26:47            going to object to the form.

19  15:26:49                    MR. NOLAND:  I'm going to withdraw

20  15:26:49            it.  You're right.

21  15:26:52  BY MR. NOLAND:

22  15:26:53  Q    You had met with Ben Elson, the lawyer at The

23  15:26:53  People's Law Office, who, ultimately, was able to

24  15:26:57  secure $100,000 for you the night before the

25  15:26:58  deposition, right?
```

1    15:27:01                    MS. BONJEAN:  Excuse me?

2    15:27:02                    Object --

3    15:27:02    A    Obviously.

4    15:27:02                    MS. BONJEAN:  No, wait, hold on.

5    15:27:02                    Objection to the form.  $100,000 the

6    15:27:04            night before the deposition?

7    15:27:05                    THE WITNESS:  It don't matter.  It's

8    15:27:08            100 grand.

9    15:27:08                    MR. NOLAND:  He --

10   15:27:08                    MS. BONJEAN:  This deposition is

11   15:27:10            2008.  What are you talking about?

12   15:27:10    BY MR. NOLAND:

13   15:27:10    Q    He -- he secured $100,000 for you in about

14   15:27:14    2015, correct?

15   15:27:18    A    Yeah, somewhere in there.

16   15:27:19    Q    Okay.  And you had met -- and he's an attorney

17   15:27:21    from The People's Law Office, right?

18   15:27:22    A    Uh-huh.

19   15:27:23                    MS. BONJEAN:  Okay.  I'm going to

20   15:27:23            object to the -- Mr. Elson didn't secure

21   15:27:27            anything for Mr. Benson.  Mr. Benson was

22   15:27:29            entitled to money --

23   15:27:31                    MR. NOLAND:  Jen -- Jennifer --

24   15:27:31                    MS. BONJEAN:  -- but --

25   15:27:31                    MR. NOLAND:  -- just leave -- keep

| | | |
|---|---|---|
| 1 | 15:27:31 | your objections -- |
| 2 | 15:27:32 | MS. BONJEAN: Okay. But don't -- |
| 3 | 15:27:32 | MR. NOLAND: -- the record. |
| 4 | 15:27:32 | MS. BONJEAN: How about don't mislead |
| 5 | 15:27:32 | with dates and things like that? Just |
| 6 | 15:27:41 | get, you know, I -- I don't have -- I will |
| 7 | 15:27:41 | -- |
| 8 | 15:27:41 | THE WITNESS: Getting interesting. |
| 9 | 15:27:41 | MS. BONJEAN: -- I really would |
| 10 | 15:27:42 | prefer you lay some foundation and, when |
| 11 | 15:27:44 | you go choose to lay some foundation, that |
| 12 | 15:27:45 | it be factually accurate. |
| 13 | 15:27:48 | But go ahead. |
| 14 | 15:27:52 | BY MR. NOLAND: |
| 15 | 15:27:53 | Q So Mr. Elson was a lawyer at People's Law |
| 16 | 15:27:54 | Office, correct? |
| 17 | 15:27:56 | A That's correct. |
| 18 | 15:27:56 | Q All right. And he, ultimately, represented you |
| 19 | 15:27:58 | in 2015; is that fair? |
| 20 | 15:28:01 | A I assume so. |
| 21 | 15:28:02 | Q Okay. And you met with him for 45 minutes the |
| 22 | 15:28:04 | day before this deposition in 2008; is that true? |
| 23 | 15:28:10 | A Evidently. |
| 24 | 15:28:10 | Q And at that deposition, you were asked the |
| 25 | 15:28:11 | question: |

| 1 | 15:28:13 | "Did you see Stanley Wrice have sex with her?" |
| 2 | 15:28:14 | And your answer was, "Yes, I did"? |
| 3 | 15:28:16 | A Yes, it is. |
| 4 | 15:28:16 | Q That question was asked and that's the answer |
| 5 | 15:28:16 | you gave, right? |
| 6 | 15:28:16 | A That's the answer I gave. |
| 7 | 15:28:21 | Q Okay. Now, Mr. Benson, I'm going to ask to |
| 8 | 15:28:29 | turn your attention to page 28, line 13. |
| 9 | 15:28:33 | A Line 13. |
| 10 | 15:28:33 | Q And say do -- do you recall seeing Mr. Wrice |
| 11 | 15:28:44 | bump or burn Ms. Byron with the fork? Do you recall |
| 12 | 15:28:53 | that happening? |
| 13 | 15:28:54 | A No, I don't. |
| 14 | 15:28:55 | Q Okay. At page 28, line 13, the following |
| 15 | 15:29:02 | question was asked and the following answer was |
| 16 | 15:29:03 | given: |
| 17 | 15:29:03 | QUESTION: "When you said you left, that was |
| 18 | 15:29:07 | after you saw Wrice using the hot fork to burn her, |
| 19 | 15:29:08 | true? |
| 20 | 15:29:08 | ANSWER: "True." |
| 21 | 15:29:08 | QUESTION: "What did you do when you saw him |
| 22 | 15:29:16 | burning her?" |
| 23 | 15:29:17 | ANSWER: "Told him he needed to quit that shit |
| 24 | 15:29:19 | out." |
| 25 | 15:29:19 | QUESTION: "Did he?" |

```
 1   15:29:19        ANSWER:  "He told me to mind my fucking
 2   15:29:24   business."
 3   15:29:24        Those are the questions that were asked and the
 4   15:29:27   answer you gave, right?
 5   15:29:29   A    That's what they asked, and that's what I
 6   15:29:29   answered.
 7   15:29:31   Q    Okay.  If I could direct your attention to
 8   15:29:37   page 30 of the deposition.
 9   15:29:39   A    Page 30.
10   15:29:42             MS. BONJEAN:  We would stipulate that
11   15:29:42             the transcript is an accurate reflection
12   15:29:45             of what was testified to at the motion to
13   15:29:47             suppress, while contesting the truth of
14   15:29:52             its contents, but it -- just to save time
15   15:29:56             for Mr. Benson.
16   15:29:56             MR. NOLAND:  Yeah, I -- I gotta make
17   15:30:00             the record.
18   15:30:00             THE WITNESS:  It don't matter.
19   15:30:02   BY MR. NOLAND:
20   15:30:03   Q    Mr. -- Mr. Benson, do you recall that --
21   15:30:04   smelling burning flesh that evening?
22   15:30:09   A    No.
23   15:30:09   Q    Okay.  Now, you have talked about how you went
24   15:30:15   back to the house after you left with Kim at
25   15:30:19   sometime -- some later point, right?
```

```
 1  15:30:19   A    I did do that.

 2  15:30:23   Q    And you went back to the house in order to stop

 3  15:30:25   Stanley Wrice from harming Ms. Byron more; is that

 4  15:30:27   true?

 5  15:30:27              MS. BONJEAN:  Objection.

 6  15:30:29   A    I went back to the house to make sure wasn't

 7  15:30:31   nothing happening.

 8  15:30:32   BY MR. NOLAND:

 9  15:30:33   Q    Okay.  And page 30, line 12, you were asked

10  15:30:35   this question, gave this answer:

11  15:30:37        QUESTION:  "After you gave them a ride, did you

12  15:30:41   go back to Wrice's house?"

13  15:30:42        ANSWER:  "Kim and I decided we was going to go

14  15:30:45   back and try one more time to get him to stop."

15  15:30:48        That was the question that was asked, and

16  15:30:50   that's the answer you gave; is that right?

17  15:30:51   A    Uh-huh.

18  15:30:52   Q    "Yes"?

19  15:30:53   A    That's the answer gave.

20  15:30:55   Q    Okay.  And going down to the end of that page,

21  15:30:57   line 25:

22  15:30:57        "Did you smell, you know, like something

23  15:31:01   burning?  Did you smell something burning?"

24  15:31:03        ANSWER:  "I know what flesh smells like when

25  15:31:07   it's burning."
```

1  15:31:07      QUESTION:  "And did you smell that?"

2  15:31:10      ANSWER:  "I smelled the trace of it."

3  15:31:12      Those are the questions that you were asked,

4  15:31:14   and those were the answers that you gave, right?

5  15:31:20   A   Yeah.

6  15:31:22   Q   And it goes on:

7  15:31:22      QUESTION:  "After you -- after that happened

8  15:31:26   and you came back, did you go back upstairs to see

9  15:31:29   K. B. and to see Wrice?

10 15:31:30      ANSWER:  "I went up there to try to get him to

11 15:31:33   stop it.  About that time, everybody was trying to

12 15:31:36   get him to stop, except for one guy who was still

13 15:31:39   having sex with her.  Didn't nobody want to act

14 15:31:41   right, so we left."

15 15:31:43      Those are the questions that were asked and the

16 15:31:45   answers that you gave?

17 15:31:47   A   Uh-huh.

18 15:31:48   Q   Correct?

19 15:31:52   A   And I loved giving them because that's what got

20 15:31:54   me out of that camp.  That --

21 15:32:00   Q   And this, again, was in the year 2008, correct?

22 15:32:00   A   Got me transferred out of that dump into a

23 15:32:04   better place.

24 15:32:09   Q   Page 31, line 22, the following questions were

25 15:32:13   asked and the following answers were given.

| 1 | 15:32:14 | Actually, I don't need to read that one. Let's |
| 2 | 15:32:14 | skip that one. |
| 3 | 15:32:22 | Mr. Benson, if I could turn your attention to |
| 4 | 15:32:28 | page 104? |
| 5 | 15:32:31 | A    104.  That's a way off. |
| 6 | 15:32:31 | All right, Sherlock, I'm here. |
| 7 | 15:32:46 | Q    Okay.  I'm -- I'm looking here at pages -- or |
| 8 | 15:32:48 | lines 1 through 6. |
| 9 | 15:32:50 | You had -- Ms. Bonjean asked you some questions |
| 10 | 15:32:54 | and you -- you testified about your recollection, |
| 11 | 15:32:56 | now today, in 2017, is that you -- that you |
| 12 | 15:33:00 | ejaculated but you were using a condom; remember |
| 13 | 15:33:03 | that testimony? |
| 14 | 15:33:04 | A    I sure do. |
| 15 | 15:33:05 | Q    Okay.  Now, at the deposition in 2008, you were |
| 16 | 15:33:07 | asked this question -- these questions, and you gave |
| 17 | 15:33:10 | these answers: |
| 18 | 15:33:11 | QUESTION:  "Were you able to finish having sex |
| 19 | 15:33:15 | with her, or did something happen?" |
| 20 | 15:33:16 | ANSWER:  "I didn't feel comfortable." |
| 21 | 15:33:17 | QUESTION:  "Was that because all those people |
| 22 | 15:33:20 | came in the room?" |
| 23 | 15:33:21 | ANSWER:  "Yeah." |
| 24 | 15:33:21 | Those are the questions that were asked and the |
| 25 | 15:33:24 | answers that you gave? |

1  15:33:26  A    I sure did.

2  15:33:27  Q    Okay.  Turn to page 108, line -- beginning of

3  15:33:29  line 12.

4  15:33:29       Isn't it true that you were asked the following

5  15:33:29  question and gave the following answer?

6  15:33:50       QUESTION:  "And tell me everything that you

7  15:33:53  recall seeing Stanley do or say."

8  15:33:55       ANSWER:  "If I remember -- and I'm fuzzy, truly

9  15:33:56  fuzzy -- if I remember, he come downstairs talking

10  15:34:02  crazy.  I can't remember exactly how, what kind of

11  15:34:04  crazy he was talking.  He was talking crazy.  He's

12  15:34:09  the master.  He got his own slave now, that kind of

13  15:34:11  crazy.

14  15:34:12       "And he told me he burned the girl, and I told

15  15:34:15  him he was lying.

16  15:34:16       "And I'm not exactly sure the sequence, but I

17  15:34:20  remember going back up and she was having sex with

18  15:34:22  somebody.  She was conscious.

19  15:34:24       "And I saw him come up with a carving fork --

20  15:34:28  not an iron, a carving fork -- and bumped her three

21  15:34:30  times.

22  15:34:30       "And I'm like, 'Man, you need to cut that shit

23  15:34:34  out.'"

24  15:34:34       QUESTION:  "And I'm kind of confused.  What do

25  15:34:38  you mean by 'bumped her'"?

| 1 | 15:34:41 | ANSWER-- And -- it says "Witness indicating," |
| 2 | 15:34:41 | so you didn't answer that. You were just indicating |
| 3 | 15:34:44 | something. |
| 4 | 15:34:44 | QUESTION: "You mean he hit her with the hot |
| 5 | 15:34:44 | iron or the hot fork so the fork part is hitting her |
| 6 | 15:34:44 | skin?" |
| 7 | 15:34:44 | ANSWER: "Yeah, bumped, not holding, not drug, |
| 8 | 15:34:44 | just touched." |
| 9 | 15:34:44 | All right. Those were the questions that were |
| 10 | 15:34:45 | -- you were asked in 2008 and those were the answers |
| 11 | 15:34:46 | that you gave? |
| 12 | 15:34:46 | A    In 2008. |
| 13 | 15:34:46 | Q    Page 110, line -- line 10, and you were also |
| 14 | 15:35:11 | asked these questions and gave these answers. |
| 15 | 15:35:12 | QUESTION -- |
| 16 | 15:35:14 | A    It pretty much going to be that I answered all |
| 17 | 15:35:14 | the questions the way they wanted me to answer them |
| 18 | 15:35:14 | because I was trying to get the fuck up out that |
| 19 | 15:35:14 | camp.  St. Joe was a real piss hole. |
| 20 | 15:35:23 | MR. NOLAND:  Okay.  I'll move to |
| 21 | 15:35:24 | strike that testimony. |
| 22 | 15:35:25 | BY MR. NOLAND: |
| 23 | 15:35:26 | Q    Page 110, line 10: |
| 24 | 15:35:26 | QUESTION:  "Where on her body did he touch with |
| 25 | 15:35:29 | the fork?" |

```
 1   15:35:29     ANSWER:  "What I saw?"

 2   15:35:32     QUESTION:  "Right."

 3   15:35:32     ANSWER:  "Kind of like -- kind of like on the

 4   15:35:36  side of the breast."

 5   15:35:37     Was that -- were those questions asked and

 6   15:35:42  those answers given?

 7   15:35:44  A   Ain't they sitting there?

 8   15:35:47  Q   I'm -- I'm just asking --

 9   15:35:48  A   Can you read?

10   15:35:48  Q   And that -- that's what --

11   15:35:48  A   Can you not read?

12   15:35:48  Q   -- is that -- are those --

13   15:35:48  A   Can you not read?  Didn't I say I agreed to I

14   15:35:48  said that shit?

15   15:35:54  Q   Okay.  Thank you.  Thank you.

16   15:35:54  A   Damn.

17   15:35:54           MS. BONJEAN:  Are we going to read

18   15:35:54           through the whole transcript when he says

19   15:35:54           he -- he's sitting here testifying, said

20   15:36:02           he said the things that are reflected in

21   15:36:04           the transcript.

22   15:36:09           MR. NOLAND:  Just got one more.

23   15:36:10  BY MR. NOLAND:

24   15:36:10  Q   Page 116.

25   15:36:10  A   God.
```

1    15:36:12    Q    Page 116 -- page 116, line 22:

2    15:36:18      QUESTION -- and this question was asked and

3    15:36:21   this answer was given:

4    15:36:22      "You mentioned that when you came back to the

5    15:36:25   house, you smelled burning flesh a little bit in the

6    15:36:26   house."

7    15:36:26      ANSWER:  "Burned bacon."

8    15:36:30      That question was asked and that's the answer

9    15:36:34   that you gave -- well -- well, strike that.  Strike

10    15:36:34   that.

11    15:36:36    A    People do some --

12    15:36:39    Q    I'm going to reask -- I'm going to reask the

13    15:36:39   question.

14    15:36:39      Isn't it true that the following questions were

15    15:36:42   asked at that deposition under oath, when you were

16    15:36:44   under oath in 2008 at page 116, line 22?

17    15:36:47      QUESTION:  "You mentioned that when you came

18    15:36:49   back to the house, you smelled burning flesh a

19    15:36:52   little bit in the house?"

20    15:36:52      ANSWER:  "Burned bacon."

21    15:36:54      QUESTION:  "Had you ever smelled someone

22    15:36:56   burning skin in the past before that date?"

23    15:36:59      ANSWER:  "I had."

24    15:36:59      Those are the questions that -- that were asked

25    15:36:59   of you and those are the answers that you gave; is

1  15:37:01  that right?

2  15:37:06  A   Once, again, I told you whatever they said, I

3  15:37:10  said.  Damn.

4  15:37:10          MR. NOLAND:  I think that's all I

5  15:37:10          have.

6  15:37:10          THE WITNESS:  You could have

7  15:37:15          stipulated that from the beginning.

8  15:37:24          MR. NOLAND:  One second.  I think I'm

9  15:37:25          done.  Just let me confirm.

10 15:37:27          THE WITNESS:  Take your time.

11 15:37:27          VIDEOGRAPHER:  We're going off the

12 15:37:27          record.  The time is approximately

13 15:37:34          3:30 p.m.

14 15:37:34          (WHEREUPON, after a break was taken,

15 15:37:34          the proceedings resumed as follows, to

16 15:37:34          wit:)

17 15:38:35          VIDEOGRAPHER:  We are back on the

18 15:38:35          record.  The time is approximately

19 15:38:41          3:39 p.m.

20 15:38:44          MR. NOLAND:  Thank you very much, Mr.

21 15:38:45          Benson.  I have no further questions.

22 15:38:47                  FURTHER EXAMINATION

23 15:38:48  BY MS. BISBEE:

24 15:38:49  Q   Mr. Benson, I just have one thing I want to

25 15:38:54  follow up with you on.

1   15:38:54   A   Go ahead.

2   15:38:54   Q   Do you recall, in January of -- of this year,

3   15:38:59   being served with a subpoena by the county sheriff

4   15:39:02   to come for a deposition in this case?

5   15:39:02   A   Yes, I do.

6   15:39:06   Q   Okay.  And do you recall I issued that subpoena

7   15:39:08   and, on the subpoena, it indicated that I was

8   15:39:12   counsel for the individual defendants:  Burge,

9   15:39:13   Byrne, and Dignan?

10   15:39:20             MS. BONJEAN:  Object to the form, by

11   15:39:20          the way.

12   15:39:21   A   I don't really recall, but I can look it up.

13   15:39:23   BY MS. BISBEE:

14   15:39:24   Q   Okay.  And -- and you have not had ready access

15   15:39:29   to a phone for the past several months; is that fair

16   15:39:32   to say?

17   15:39:34   A   Yeah, that's pretty good.

18   15:39:35   Q   And -- and to the extent I've had to get in

19   15:39:37   touch with you regarding the scheduling of your

20   15:39:40   deposition or the time we met in person, I've --

21   15:39:44   I've had to do that by mail for the most part; is

22   15:39:46   that correct?

23   15:39:48   A   That's correct.

24   15:39:48   Q   Okay.  And the times that we have met, I've

25   15:39:51   never tried to tell you what to say at your

| 1  | 15:39:56 | deposition or anything like that; have I? |
| 2  | 15:39:58 | A    No, you haven't. |
| 3  | 15:39:58 | Q    Okay.  Fair enough. |
| 4  | 15:39:58 | MS. BISBEE:   That's all I have. |
| 5  | 15:40:01 | Oh, wait, one more thing. |
| 6  | 15:40:01 | BY MS. BISBEE: |
| 7  | 15:40:01 | Q    Before you were arrested in September 1982, did |
| 8  | 15:40:06 | you have any impression of the Area 2 police station |
| 9  | 15:40:09 | or what went on there? |
| 10 | 15:40:12 | A    Oooh, nobody wanted to go to Cottage Grove or |
| 11 | 15:40:17 | Racine. |
| 12 | 15:40:18 | Q    Okay.  And why is that? |
| 13 | 15:40:18 | A    Well, you gonna get your ass whooped. |
| 14 | 15:40:18 | Q    Okay.  Fair enough. |
| 15 | 15:40:18 | MS. BISBEE:   That's all I have. |
| 16 | 15:40:18 | THE WITNESS:   What is that, 61st and |
| 17 | 15:40:18 | Racine? |
| 18 | 15:40:18 | VIDEOGRAPHER:   This concludes the |
| 19 | 15:40:18 | deposition.  We're going off the record. |
| 20 | 15:40:18 | The time is approximately 3:41 p.m. |
| 21 | 15:40:39 | (WHEREUPON, the proceedings were |
| 22 | 15:40:39 | concluded in the matter at 3:41 p.m.) |
| 23 | 15:40:39 | WITNESS EXCUSED |
| 24 | 15:40:41 | * * * * * * * * |
| 25 | 15:40:41 | |

15:40:41

CERTIFICATE

STATE OF ARKANSAS)

                )ss

COUNTY OF PULASKI)

I, Susan J. Pybas, Arkansas Certified Court Reporter #718, within and for the State of Arkansas, do hereby certify that the above named RODNEY BENSON was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, in the case aforesaid; that the above and foregoing deposition was by me taken in the voice-writing method and thereafter transcribed; that the same was taken pursuant to stipulations hereinbefore set out; and that I am not an attorney for nor relative of any of said parties or otherwise interested in the event of said action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 15th day of June, 2017.

_____
Susan J. Pybas, CCR
Arkansas State Supreme Court
Certified Court Reporter #718

**A**

**A.Bonjean** 2:2
**a.k.a** 71:10
**a.m** 1:9 5:5 37:22
  38:3 63:23
**A/S/A** 73:14
**ability** 168:23
**able** 63:11 86:1
  186:12 197:13
  219:23 226:18
**abusive** 51:2
**accent** 101:21
  107:13,15
**access** 232:14
**account** 73:14,14
  133:15
**accountable** 86:1,2
**accurate** 218:8
  221:12 223:11
**accurately** 213:14
**acknowledged**
  71:17,23
**act** 225:13
**acting** 41:17,21,23
  42:8
**action** 234:17
**actual** 132:15
**added** 109:8
**address** 17:10
  106:13
**administration**
  118:23
**admit** 68:4
**admitted** 66:10
  68:1
**advance** 132:9
**advanced** 118:15
**advise** 11:22
**advised** 71:16
**advising** 12:11
**affidavit** 3:10 94:16
  97:11 98:3,6,10
  98:17,25 99:21
  100:9
**affiliated** 14:22
  95:23
**Afghanistan** 8:13
**aforesaid** 234:11
**African-American**

191:20
**again.'** 73:11
**Aggravated** 200:11
**aging** 138:20,21
**ago** 74:25 89:10,15
  94:17 101:6 112:4
  128:13
**agree** 11:2 69:3,3
  92:15 99:22 188:5
  197:22 198:6,22
**agreed** 69:11
  194:17 229:13
**Ah** 92:23
**ahead** 14:2 17:16
  18:23 23:5 42:11
  57:18 71:8 75:14
  75:17 87:5 88:25
  98:13 99:16 100:1
  100:7 116:24
  166:20 221:13
  232:1
**ahold** 91:15
**ain't** 13:20 33:14
  41:1 52:22 68:23
  79:3 86:19 112:18
  121:5,14,16 155:4
  161:20 163:8
  179:22,22 229:7
**al** 1:6 5:8 107:3
**alcohol** 143:24
**Alexandria** 107:2,4
**allegations** 71:18
  120:23,25
**alleged** 102:2
**allowed** 118:11
**Amendment** 12:3
**America's** 99:10
**amusing** 99:2
**anally** 47:23
**Andrew** 186:17,22
**angry** 191:5 196:25
**announce** 24:24
**answer** 7:2 10:18
  15:11 18:3,23
  39:9 42:11 88:25
  90:24 97:2 102:25
  102:25 111:3
  136:18 145:23
  162:15 170:2

194:6 206:2,7
  207:3,5,10 212:3
  212:9,18 213:11
  213:13 218:8,11
  218:15 222:2,4,6
  222:15,20,23
  223:1,4 224:10,13
  224:16,19,24
  225:2,10 226:20
  226:23 227:5,8
  228:2,7,17 229:1
  229:3 230:3,7,8
  230:20,23
**ANSWER--** 228:1
**answered** 14:11
  52:17 90:24 98:12
  100:6 223:6
  228:16
**answering** 12:18
**answers** 6:21,24
  116:13 117:23
  199:8 210:7
  211:16 213:18
  218:19,20,23
  219:6 225:4,16,25
  226:17,25 228:10
  228:14 229:6
  230:25
**anybody** 65:12
  114:4 118:19,23
  129:21 162:20
  165:14 189:1
  192:16 199:13
  212:15
**anyway** 136:11
  168:19 177:3
**apartment** 9:22
  10:1 146:4,9,13
  146:14
**apartments** 173:21
**apologies** 134:11
  211:10
**apologize** 121:16
  190:8
**apparent** 160:25
  161:2
**appearance** 5:14
**Appearances** 2:1
  215:4

**appeared** 70:16
**appreciate** 90:23
**approach** 210:21
**approached** 141:17
**approximately** 5:4
  37:21 38:2 63:22
  64:4 68:19 142:25
  143:6 176:16
  201:10,15 231:12
  231:18 233:20
**area** 24:5 42:23
  64:11,14 72:4,4
  90:5 107:23
  108:15 109:2,8
  113:19,20 122:17
  138:18 140:11
  143:13 148:22
  164:25 171:5,22
  171:25 177:10
  180:7,9,16 181:3
  181:10,20 183:1
  184:2,9,17,24
  186:18 233:8
**areas** 143:8,10
**Arkansas** 1:10 5:12
  106:2,7 138:7
  139:5 200:22
  234:3,6,8,24
**arm** 62:8 182:4
**arraigned** 187:8
**arrested** 56:18 79:6
  87:18 100:23
  186:18 200:21
  233:7
**arrived** 161:1
**arts** 9:5
**aside** 33:8 35:21
**asked** 19:6 22:10
  22:14 35:17 39:20
  40:20 48:2 52:17
  67:7,9 91:16 93:5
  98:11 100:5 107:7
  108:21 114:13
  116:12 117:22
  127:17 130:5,5
  132:13,19,20
  157:1,3 159:8,9
  159:18 160:15,18
  161:9 173:25

196:9 204:3,18
  206:1 207:10
  210:6 211:16
  212:3,5,9 213:17
  218:18 219:6
  221:24 222:4,15
  223:3,5 224:9,15
  225:3,15,25 226:9
  226:16,24 227:4
  228:10,14 229:5
  230:2,8,15,24
**asking** 10:19 45:19
  72:9 94:22 96:22
  96:24 102:4,5
  117:4 185:14
  198:4 209:3,7
  229:8
**ass** 51:4 53:23 65:5
  65:8 180:13
  181:18 233:13
**assigned** 191:14
**assistant** 67:22
  74:24 206:4
**associated** 110:6,8
**assume** 7:2 58:10
  63:17 77:20
  183:25 194:7
  221:20
**assumed** 69:18
  97:3 151:15 153:2
**assuming** 47:22
**assumption** 95:12
  115:19
**at's** 45:11
**attached** 70:14
  76:2 97:20 202:19
  214:12
**Attempted** 52:23
**attend** 8:24
**attention** 18:15
  29:24 41:19 51:25
  92:4 108:1,8
  124:21,24 153:10
  159:5 185:14
  205:21 215:10
  222:8 223:7 226:3
**attic** 30:1,16 39:14
  60:10 164:25
  168:7,19 171:25

172:11 208:6
**attics** 165:17
**attorney** 13:18
  67:23 74:24 76:6
  77:11,14 78:9
  123:17 187:10,12
  188:18 191:13
  192:14 194:2
  196:19 197:7
  206:4 215:6
  220:16 234:15
**attorney/client**
  188:21
**attorneys** 13:16
  117:4 118:4,4
  140:3,5 215:21
**attractive** 112:13
**attributing** 86:9
**audio** 5:2
**aunt** 187:13,17
  195:15,15
**auntie** 43:1,22
  68:16
**authored** 74:1
  121:22 123:6
**authority** 125:11
**award** 101:9

**B**

**B** 3:9 75:24 76:1
  225:9
**back** 8:21 9:13 15:2
  15:3 19:11 20:15
  24:8 25:1,12
  26:11 28:10 31:17
  33:25 34:3,15
  36:2,7 37:7 38:1
  39:18,25 40:5
  42:2,25 43:2,19
  43:24 44:1,10
  46:2 48:24,25
  50:13 51:10,16,20
  54:15 55:5,23
  56:24 57:4 58:6
  58:15 59:16,22
  60:10,21 61:23
  64:3 66:8,8,8,9
  72:17 73:8,10
  74:16 79:3 93:5

93:13 94:9 102:15
  108:6,7 109:24
  110:11,18,18,20
  110:23 111:1,2
  129:1 134:22
  137:10 138:22
  140:20,23 141:14
  141:20 142:14,16
  143:5,8 163:4
  168:6,21,24 169:3
  170:19,20 171:4,7
  171:20 173:22,25
  174:22 175:19
  176:12,18 177:1,6
  177:18 178:4
  179:23 183:22
  194:25 199:5,8
  200:17 201:14
  206:16,17,25
  207:10 212:14
  213:1,2,7,18
  223:24 224:2,6,12
  224:14 225:8,8
  227:17 230:4,18
  231:17
**backhoe** 105:2
**bacon** 230:7,20
**bad** 22:16 107:19
  121:5 149:10
**bag** 150:19
**bantering** 35:19
**barged** 113:2 114:8
  138:14
**based** 128:17
  164:11
**basement** 52:6 53:1
  146:4 150:8
  165:20 175:1
  182:25 184:3
**basic** 35:19
**basically** 49:12
  60:2 93:11 144:11
  148:21 158:20
  196:2 198:9
**basis** 143:19 194:3
**Bates** 75:18 97:17
**bathroom** 37:17
  113:24
**beach** 148:23

**beat** 24:17 65:5,8
  66:22 75:3 180:13
  182:1
**beaten** 184:23
  188:13 210:14
  211:23
**beating** 71:20
**bed** 171:22
**bedroom** 170:17
  171:22
**beer** 25:22 29:10
  41:2 42:6 141:15
  157:20 158:19
**began** 167:16
**begging** 185:11
**beginning** 1:9
  227:2 231:7
**begins** 64:2 143:4
**behalf** 1:9 2:2,9,15
  5:18,23,24
**belabor** 143:10
  153:12 165:13
**believe** 16:2 18:13
  20:14 47:7 77:13
  81:7,8,20 96:12
  99:7,9 102:1,9,22
  103:3 114:5
  116:21 117:13
  118:8 119:14,25
  120:21 121:11
  122:2,22,24
  123:20 141:18
  142:20 153:21
  154:10 179:25
  180:24 189:5
  202:16,25 204:7
  217:17
**believes** 102:21
**bell** 45:24 122:13
**belt** 62:9 73:4 77:5
**Ben** 215:7,15
  216:24,25 219:12
  219:22
**benches** 148:6
**benefit** 145:16
**Benson** 1:8 4:3 5:7
  6:4,12 11:4 39:9
  52:18 64:9,10
  70:8 71:4,10,25

72:2,16 73:12,13
  88:16 97:22
  100:10 101:23
  102:21 104:2,24
  105:7 107:8 143:8
  188:18,20 201:17
  201:23 202:21
  203:3 204:10
  205:22 207:15
  214:14 218:4
  220:21,21 222:7
  223:15,20 226:3
  231:21,24 234:9
**Benson's** 104:5
  202:13
**best** 11:4 26:10
  58:24 104:13
  121:22 168:23
  178:12
**bet** 50:5
**better** 9:25 116:3
  225:23
**bicycle** 32:4,7,8
  33:11 38:13 47:22
  48:8,11 152:21,24
  152:25 169:16,17
  169:19 171:15
**big** 44:20 163:23,24
  163:25 172:3,4
**bigger** 184:4
**bill** 157:18 158:18
**Bisbee** 2:10 3:2,5
  5:15,15 6:11
  10:14,17,23 11:11
  12:7 13:17 14:4,6
  14:10 15:15 16:4
  17:23 18:5 19:10
  21:23 23:7 26:8
  26:17 27:1 28:8
  29:6 32:18 33:22
  34:4 37:14 38:4
  38:25 39:13 40:21
  41:10,13,42 47:14
  45:17,23 47:14
  50:8 56:10 57:13
  57:20 60:17 63:13
  63:19 64:8 65:9
  68:3,10 70:20
  71:3 73:22 74:2,7

75:20,23 76:3,16
  76:23 77:7 82:16
  82:23 83:24 86:7
  86:14,25 87:10
  89:2,11 91:7,12
  91:19 92:18 93:1
  96:21 97:4,15,21
  98:2,15 99:20
  100:3,8 101:4
  102:8,13 103:8
  104:1 111:6,9,25
  112:20 113:23
  114:7,24 119:2,5
  119:9 120:15
  121:22 122:6,8
  123:8 125:14
  129:18 131:9
  133:18 134:24
  135:22 136:18
  137:11,17,25
  138:7,25 140:11
  141:3,9,10,22
  142:10 143:10
  188:15 191:6
  194:18 199:5,10
  201:6 231:23
  232:13 233:4,6,15
**bit** 19:12 26:2,5,9
  26:19 27:10,13
  34:25 35:2,17,22
  39:20 40:11 42:19
  43:21 63:17 65:10
  70:7 89:15,16
  103:22 121:3
  154:25 169:9
  170:21 172:14,15
  172:23 173:4
  175:5,6 183:6
  230:5,19
**bitch** 69:19,22
  192:21,22 193:5
  193:12
**bite** 112:17 127:23
**Bitoy** 2:11 5:17,18
  111:9,11,13,15,17
  112:20 113:12,23
  114:7 132:1 138:2
  138:25
**black** 12:9 14:17,18

14:22 15:7 151:11
151:21 152:14
155:2,4 161:12
162:3,3
**Blackstone** 12:6
**blah** 61:12,12,12,12
61:12,12
**blame** 80:8
**blamed** 70:6
**blank** 108:4
**Blind** 149:22
**blindsided** 65:19
65:25
**blocks** 174:15
**blue-green** 156:4
**Bobby** 71:25
150:23 158:3,4
**body** 60:14 155:12
156:14 228:24
**bond** 68:18 79:17
80:14 81:9 88:10
88:11 189:18,20
189:24
**bonded** 81:12
88:12,13
**Bonjean** 2:3 3:3
5:22,22 10:9,12
11:1,10,19 12:10
12:15,21,23 13:3
13:5,8,15,22 14:2
14:8 15:9 17:15
18:2,20 21:19
23:4 26:3,13,19
26:22 29:3 32:5,8
32:11,14 33:20,24
34:7 37:18 38:21
39:3 40:15,17,19
41:9 42:10 45:13
47:12 49:25 56:9
57:11,16 60:15
63:10,14,20 65:7
67:24 68:6 70:21
70:22,24 73:19,25
74:4 75:22 76:13
76:17,21,25 82:14
83:14,18,20 86:5
86:9,22 87:7
88:23 89:9 91:1
91:11,18 92:23

96:19 97:1 98:11
99:12,24 100:5
102:6,10,16
103:10,15,21
104:3,11,16,21
105:6 111:19
113:11 133:22
134:1 136:13,19
138:8,10 142:20
143:7 145:7,10
146:1 159:24
162:14 176:25
177:7 188:19
189:2 191:9 194:5
194:20 197:6
199:12 201:3,7,17
202:5,8,13,16
205:1,10,13
207:22 208:10,24
210:23 214:9
216:7,14 217:20
217:25 218:22
219:1,3,17 220:1
220:4,10,19,24
221:2,4,9 223:10
224:5 226:9
229:17 232:10
**book** 64:21 183:19
**booked** 61:8 78:18
87:19
**booking** 80:2 87:21
**Boomer** 45:24,25
163:19,23
**born** 7:10,11
**boss** 105:17,18
**bother** 197:16
**bottle** 31:5,9 34:14
34:15 164:15,17
**bottom** 194:22
204:8,12 210:20
215:8
**bought** 217:6
**Boulevard** 2:12
**bowlegged** 149:22
**boy** 32:4,7,8 149:25
**boy's** 33:11
**boyfriend** 150:25
**break** 7:5,6 19:11
37:13,23 63:11,24

143:1 201:11
231:14
**breast** 229:4
**bred** 83:22
**brick** 157:18
158:19
**brief** 211:7
**bring** 22:11 25:19
98:16 157:21
158:19 178:4,5,23
183:5
**brings** 190:24
**broad** 198:23
**broke** 87:3,4,8
125:25
**Brooklyn** 2:4
**brother** 18:7 55:21
55:22 56:1 58:13
70:1 150:20 160:2
160:5 178:20
**brother's** 109:14
**brothers** 45:25
**brought** 31:5 36:1
54:25 55:2 72:17
95:3 152:25
157:18 178:8
179:16 180:4,7
193:4
**Brown's** 154:12
**bruises** 155:12,14
**bruising** 155:5
**Bucklo** 1:5
**buddy** 49:1,4
**bugging** 110:24
**build** 160:5
**building** 146:12
192:1,2
**built** 26:25
**bullpens** 80:12,17
81:5
**bump** 206:25 207:2
207:3,4 213:8,10
213:11,12 222:11
**bumped** 227:20,25
228:7
**bumping** 208:7
**bumpy** 36:14
**bunch** 95:3 102:17
170:1

**Burge** 1:6 2:9 5:8
13:18 54:9 66:19
100:15 122:8
123:20 124:2
133:2,6 182:17
214:16 232:8
**burn** 222:11,18
**burned** 206:18
213:3 227:14
230:7,20
**burning** 71:20
222:22 223:21
224:23,23,25
230:5,18,22
**bus** 78:4,12 79:6
104:9 154:12
**business** 25:11
49:12 51:6 86:19
223:2
**busted** 54:2
**busy** 25:9 110:12
110:13 114:22
165:22
**buy** 20:9 25:14
104:8
**Byrne** 2:9 13:19
54:9 122:11,15
129:12 133:3,7
182:18,19,20
210:13 211:22
232:9
**Byrne's** 66:19
**Byron** 27:25 71:6
101:24 143:12
162:18 166:24
169:4 171:12
172:20 177:22,25
179:5,6 217:12
222:11 224:3
**Byron's** 178:20

--- C ---
**C** 1:4 3:10 5:8
97:16,19
**C-r-e-g-i-e-r**
146:19
**call** 25:5 29:4 35:19
67:6 90:16 91:4
92:5,7,8 93:22,22

94:11 101:6
105:15 108:7
110:11,17,20,23
111:1,2,2 119:21
124:7 127:5,6
135:3 137:11
138:18 140:14,17
140:19,20,21,23
140:25 146:25
150:6 175:6
179:21 181:5
185:3 186:6
195:15
**called** 45:22 48:10
90:10 91:14,16
94:12 105:17
106:24 107:5,7,7
107:24 110:2
126:9,10,11,12,14
126:15 127:20
128:10 129:22
130:5 131:12,19
140:7,14,16,17
141:2,4,5,6,8,15
141:16,19 142:11
142:14,16 150:11
163:19 192:19
194:25 195:15
214:16
**calling** 101:11,17
108:15 126:2
131:17,22
**calls** 131:16,21
**camera** 70:25 71:2
97:24
**camp** 118:17,21
225:20 228:19
**camps** 118:8
**canceled** 136:12
137:2,15
**Cannon** 116:13,15
116:19,19 214:8
214:16,20 215:5
**capacity** 194:13
**captain** 58:12
**car** 19:1,2 23:6,8
23:13 24:1,15
25:15,18 44:3,5,6
51:21 52:5 53:20

54:10,11,12,13,17
54:21,24,25 55:5
55:20,23 56:16,24
57:3,4 58:4 59:17
59:23 60:21 61:5
61:6,7,23 62:1
134:22 146:5
153:17 154:19,20
156:7,8 157:10
158:13,14,23
159:4,6 160:16
162:4,18,20
163:12,15 165:9
172:24 174:5,6
179:16
**card** 135:8,9
**care** 12:12 25:10
101:2 108:7
127:21 181:1
189:6 219:11
**careful** 14:7
**carried** 25:24 62:7
156:13
**carving** 227:19,20
**case** 5:7,8 6:16,21
55:9,10 61:14,15
70:3 79:1,2 82:5
89:4 92:8 108:12
116:6,14 123:20
123:23 124:19
133:17 134:5
186:17 191:14
197:13,14,17
214:8,16 215:5
232:4 234:11
**cases** 120:7,8 124:3
130:11,12
**catalog** 32:21
**Catatonic** 48:7
**Caucasian** 101:15
101:18
**caught** 108:8 201:1
**cautioned** 6:6
**CCR** 1:13 4:5
234:23
**CCSAO** 73:24
75:18
**ceilings** 30:3
**cell** 63:4 106:24

107:5 108:4
126:15 195:23
**Center** 57:14
214:18
**Centerstone** 57:14
**Cermak** 185:21
**certain** 13:13 16:17
16:21 151:17
212:15
**certainly** 188:25
**CERTIFICATE**
234:2
**Certified** 234:6,24
**certify** 234:8
**chained** 59:2 65:23
**chair** 30:9 183:14
183:18
**chance** 110:17
126:17
**change** 142:21
150:10 157:21
**changed** 69:6,7
**Chappell** 17:5 24:4
44:24,24 45:6,9,9
163:4,5,7
**charged** 153:7
187:9 197:23
**Charles** 18:7,7 26:6
27:14 32:15 37:1
46:19 55:2,22
150:20 157:13,24
157:25 163:17
169:8,10 179:24
**Charles'** 169:10
**check** 43:19 217:5
**checked** 159:17
160:12
**checks** 128:21
129:3
**Chevy** 163:17
**Chicago** 2:7,12,15
2:17 5:21 7:15,21
8:21,23 9:15 10:4
15:3,24 71:5
94:20 101:2 109:6
115:20,23 120:5
120:11,17,18,23
127:7 128:11
129:21 130:18

133:6,16 162:7
202:1 216:6
**Chicagoan** 142:7
**Chicken** 154:13
**chief** 108:25
**child** 128:11
**choice** 94:13 186:9
**choo** 38:11,11
**choose** 221:11
**cigarettes** 114:16
**circles** 147:20
**circuit** 77:22 79:11
**circumstances**
94:25 98:9 144:2
**city** 2:15 5:21 70:8
79:17 115:14,23
117:4 118:3,20
124:4,9 125:3,4,5
125:8,8 133:12
201:25 214:19
216:6
**civil** 4:4 133:3
**claim** 216:20
**claims** 152:22
**clarification** 57:12
86:12 186:8
**clarify** 115:11
**clean** 166:7
**cleaned** 141:14
166:9
**clear** 13:23 14:3,5
83:12 87:5 93:8
167:2 177:23
180:15 199:1
209:6
**cleared** 85:25
190:16
**clearly** 97:8
**Close** 64:13
**closed** 24:18
**cloth** 166:7
**Club** 148:25
**coach** 138:20
**coaching** 196:12
**code** 87:3,4,8
107:23 108:15
109:2,8 140:11
**codefendants** 81:22
81:24

**coerced** 67:9
**cold** 156:1 158:17
**colleague's** 140:14
**college** 8:24 9:10
**colloquy** 211:17
**color** 160:8
**combat** 8:15
**come** 10:5 22:25
27:12 39:22 41:14
42:25 43:9 52:10
55:23 58:6 59:15
66:9 74:18 75:5
98:16 100:13
111:20 112:6,7
113:13 118:16
119:1 125:12
131:6 132:14
137:20 138:11
139:15,22 162:5
163:10 173:25
176:20 178:3
183:5 187:20,22
206:24 213:7
227:9,19 232:4
**comes** 42:7,7
**comfortable** 12:17
113:16 226:20
**coming** 6:14 10:23
22:5,6,7 31:8 41:3
43:3 117:3 118:4
132:10,14 133:15
135:22 139:3
163:5
**Commander**
100:14
**Commission** 129:4
**commit** 196:11
**communicate**
149:7
**communicated**
115:3 119:6,9,12
119:13 190:13
**communications**
188:17
**community** 100:17
**company** 106:9
**compartment**
156:10
**comprehension**

121:5
**concept** 85:16
**concerned** 30:21
**concluded** 233:22
**concludes** 142:23
233:18
**condition** 161:1
**condom** 166:9,10
166:13,17,19
226:12
**confession** 67:7
**confirm** 207:18
208:4 231:9
**confused** 209:9
227:24
**confusing** 209:1
**confusion** 204:24
205:6,12
**connected** 100:16
**connection** 116:6
129:20 216:23
**conscious** 227:18
**consensual** 167:2,8
**Constance** 175:25
**contact** 94:9 118:13
121:10 125:17
134:25
**contacted** 89:4,5,10
89:12,17,18 91:8
91:13 94:19 119:2
129:18 140:10
141:19
**contents** 96:10
223:14
**contesting** 223:13
**convenient** 93:6,14
**conversation** 23:1
27:18 35:12 43:18
43:18 46:22 55:6
55:15 59:18,22,25
61:9 74:23 75:11
75:12 77:10 78:23
79:25 80:25 98:24
109:19 114:8,14
114:18 126:4,7,21
127:15 128:3,8
130:2,4 132:24
133:1,21 135:22
136:2,6,7,7,9

142:10 156:23 210:12 211:21
**conversations** 22:1 35:22 50:20 65:11 80:21 82:4 88:17 95:22,24 96:3,4,6 96:11 111:9 128:5 131:9,14 188:24
**converse** 46:25
**convicted** 100:15 199:25 200:9
**convince** 139:22 140:6
**convinced** 140:6
**Cook** 68:14,16 79:12 80:23 82:5 187:22 191:13,25 192:14 194:2
**cooked** 9:25
**cooperate** 191:3
**cooperated** 193:21
**cop** 65:13
**copies** 202:5
**cops** 55:23 66:13 66:14,14 180:23
**copy** 76:14,24 195:3
**cor** 114:25
**Cornell** 175:25
**Corps** 8:2 15:1,4 152:10
**correct** 6:18 22:20 25:2 27:14 46:4,5 53:12 61:18,19 63:3 64:12 69:24 79:13 81:3,10 84:23 85:23 88:17 94:12 111:6,10 117:15 121:19,20 122:23 130:24 131:24 133:22 143:14 150:3 153:8,18 156:7 164:22,24 171:6,9 172:14 177:17,20 178:6,7 180:18 181:11 184:15,16 187:11 188:6,7 197:18 198:25

203:10,20 204:4 213:24 214:1,2,22 217:13,14,16,19 219:10,14 220:14 221:16,17 225:18 225:21 232:22,23
**Correctional** 214:18
**correctly** 31:14 177:23 207:6
**correspondence** 115:1
**corrupt** 99:10
**Cottage** 62:4,14,17 62:23 64:11,12 77:15,24 78:21 180:10 233:10
**couch** 30:10 113:15 134:23 138:19
**counsel** 5:13 12:1 232:8
**count** 102:19
**counteroffer** 142:2
**Country** 148:25
**county** 68:14,16 79:12,18,20,22,23 80:1,23 81:15 82:6 87:21,22,23 90:5 184:10 185:13,17,18,19 186:13 187:7,22 191:13,25 192:14 194:2 214:20 232:3 234:5
**couple** 6:19 29:10 31:8,9 32:17 33:10 41:5 81:13 82:9 88:2,16 101:6 111:8 114:21 128:5 140:9 166:21 169:5,14,15 170:14 183:17
**course** 13:12 23:20 33:12 36:9 104:22 123:24 166:11 167:6
**court** 1:1 5:9 6:1,23 15:17,20,25 28:2

28:5 80:14 81:10 82:20 88:7 102:11 117:4 140:4 145:5 159:13 192:2
**Court-#123** 2:6
**courtroom** 88:9 192:5,6
**cousin** 43:1 138:21 173:23 176:8
**Cover** 116:19,23
**covered** 143:9
**covering** 177:2
**CPD** 125:6,9
**crazy** 149:22 227:10,11,11,13 175:25
**Cregier** 9:22,23 52:4 146:15,17,21 175:25
**crimes** 100:16 102:2,18 197:23
**criminal** 99:10 115:12
**cripple** 149:22
**criticizing** 139:18
**crowd** 17:4 193:8
**Cuervo** 36:6
**cuff** 64:18
**cuffed** 182:4
**cuffs** 59:3
**Culinary** 9:5
**curtained-off** 59:5
**cussed** 49:1
**cut** 163:10 227:22
**cute** 68:24

**D**

**D** 3:11 202:18,22 204:7
**D.C** 116:19
**damn** 49:12 84:19 95:16 125:20 141:17 193:5 229:16 231:3
**Dan** 104:17 201:25 202:6
**Daniel** 2:16 5:20
**dark** 20:6 38:16 50:19 168:9,16,17

**Darrell** 116:13,15 116:19,19 214:8 214:16 215:5
**date** 5:3 98:6 132:15,17 230:22
**dated** 73:23 75:19 202:23,24
**dates** 221:5
**daughter's** 109:16
**David** 74:2
**day** 18:25 19:14 51:10 79:5,7,9 80:19,22 87:18,18 91:17 114:23 131:11 137:21 139:9 141:4,5,6 177:15 192:24 221:22 234:19
**days** 116:9 139:9 139:10 186:14
**dead** 149:10
**dealer** 45:3,4
**Dean** 2:3
**decide** 85:2
**decided** 85:4 94:11 100:13 124:6 176:18 224:13
**decision** 12:16
**DEF** 97:17
**defend** 87:5
**defendants** 1:7,9 2:9 5:16,19 232:8
**defense** 70:8 115:4 115:11,12 118:20
**definitely** 33:15 49:15 77:3
**degree** 143:9 146:8
**degrees** 110:15
**deli** 20:8
**deliberately** 145:2
**demeanor** 154:24
**denied** 71:19
**deny** 151:20,22
**Department** 115:21 120:12,17,18,24 127:8 133:6,17 216:9
**Department's** 71:6
**Depends** 148:10

**depose** 135:6
**deposed** 136:21,24
**deposition** 1:8 3:12 4:2 5:6 6:17 116:7 139:23 201:24 214:7,15 214:22 215:13,16 215:23 217:8 219:10,25 220:6 220:10 221:22,24 223:8 226:15 230:15 232:4,20 233:1,19 234:12
**describe** 29:25 155:8 183:4,12
**described** 154:24 183:13
**desk** 64:20 179:22 183:15,18
**Detective** 210:11 211:22
**detectives** 207:20 208:8,22
**determine** 11:5
**Diagnostic** 214:18
**didn't,'** 206:19 213:4
**difference** 50:4 145:1
**different** 16:8 18:9 18:9 34:19 53:21 68:8 78:15,16 81:5 130:17 135:16 162:8 168:7 209:5
**Dig** 133:7,7
**Dignan** 2:9 122:12 122:15,18 129:12 133:2 182:13,17 210:13 211:22 232:9
**dinky** 192:12
**Dioguardi** 74:3 75:19 129:12 182:23
**direct** 18:15 153:14 204:11 215:10 223:7
**directing** 205:21

directly 23:23
Disc 64:2 142:23
  143:4
discharge 8:19
discharged 8:17
Disciples 82:8
discuss 6:15
discussed 88:19
  131:10 135:23
discussing 101:23
discussion 64:6
disposed 122:22
disposing 121:19
dispute 152:3,4
disrespect 149:12
disrespectful 197:3
distance 173:16
distribute 17:21
District 1:1,1 5:9
  5:10
DIVISION 1:2
dnoland@dykem...
  2:18
doctor 185:11,23
  186:11,12
document 70:12
  74:5 75:25 97:18
  97:22,24 99:23
  100:13 202:17
  203:4 207:23
  214:10
doesn't-- 187:1
doing 66:11 95:7,8
  148:5 156:8 157:1
  169:1 171:19
dollars 189:23
door 24:17,18 25:2
  25:3,5 28:10
  37:19 46:8,9,10
  46:11,16 51:18,19
  51:20,21 52:17
  62:20,23,25 67:5
  67:10 72:17 75:2
  113:6,8,13 134:21
  138:16 145:6
  156:12,22,25
  179:18 180:8
  183:7
dope 44:21 45:3,4

Dorado 1:10 90:4,8
  90:9 141:14
downstairs 31:17
  31:20 34:23,24
  35:13 36:2 39:18
  39:19,22,25 40:5
  40:13,24 41:14
  42:2,8 53:11
  64:25 65:1 71:21
  72:20 73:2,7,10
  74:16 166:25
  167:12 168:22,24
  169:3,19 170:20
  171:4,20 183:8
  206:10 212:14,21
  227:9
draw 153:10
drawers 183:20
drink 17:1 19:8
  41:2 42:16 72:11
  72:20 157:2,3,4
  179:7
drink.' 72:23
drinking 16:25
  20:7 31:6 36:4,7
  36:10,13,22
  144:10 164:15,17
drinks 29:10 31:3,8
  34:13 157:9
drive 2:17 20:10
  162:17 164:3
  173:19 174:13
driver 189:14,15,17
  189:25
driver's 200:25
driving 19:1 44:7,8
  52:20 54:1 153:16
  174:12 201:1
drop 42:21 173:9
  174:13
dropped 43:3
  173:10,15 174:9
drove 19:1 20:12
  55:24 62:5 71:24
drug 228:7
drugs 17:20,21
  25:24
drunk 19:5 22:18
  50:19 130:13

155:1,23 159:10
  160:3 161:2,3
dude 32:16 33:12
  45:9,10 47:22
  163:23,24 169:16
  169:17,19 171:16
  172:4
duly 6:6 234:9
dump 225:22
duty 179:22
DWI 159:9
DYKEMA 2:16
Dyson 169:23

**E**

E 3:12 15:21 214:5
  214:6,11,15
E-l 15:21
ear 92:19 108:11
earlier 46:13
  114:25 132:4
  135:17 137:21
early 177:15,16
ears 92:5
Earth"-something
  150:11
east 24:4 163:4,7
  173:24,24 175:11
  175:19,20,20,24
  175:25 176:2
eastern 1:2 101:21
easy 179:7
eat 37:4 139:17
Ebenezer 90:10,11
Eddie 89:18,20,20
  89:21 90:1,2,16
  90:19,21 91:3,4
  91:10,14,15
  105:21,22,23,25
  105:25 106:11
educated 101:19
eight 149:21 203:16
  203:19
either 14:1 35:11
  49:12 79:16 114:7
  119:2 125:25
  128:25 155:17
  173:16 176:11
  194:3

ejaculate 166:4
ejaculated 226:12
El 1:10 15:12,19
  16:1,5,9 90:4,8,9
  141:14
Elaine 1:5
elapsed 33:19
  141:1
electricity 168:11
else's 146:5
Elson 215:7,15,21
  216:25 219:12,22
  220:20 221:15
em 140:14
email 119:7
embellished 161:6
emergency 58:25
employees 125:7,8
ended 62:4,12
  121:19 189:14,16
  189:24 219:12
endured 181:10
engage 29:12
engaged 114:1
engine 165:2,4
enhanced 196:25
  198:12
entered 25:1 26:1
  80:22
entire 71:21
entirety 208:2
entitled 220:22
EPD 125:11
Esquire 2:2,6,10,11
  2:16
established 13:1
  199:3
et 1:6 5:8
ethics 13:11
evening 18:25
  177:25 217:12
  223:21
event 234:17
eventually 121:10
  137:16 185:6,18
everybody 54:12
  58:8 74:14 85:20
  85:25 97:9 104:22
  104:23 136:16

140:2,4,5 225:11
Evidently 207:13
  221:23
exact 17:10 41:1
  42:1 43:24
exactly 21:21 41:22
  42:21,23 44:21
  47:1 49:9 78:1
  80:6 83:11 84:7
  85:4 95:24 96:23
  119:21 123:5
  126:3 148:1
  173:11 179:2
  180:14 227:10,16
examination 3:2,3
  3:4,5 6:10 105:5
  201:21 204:11
  231:22
exchange 144:13
  164:21
excited 109:25
excuse 47:2 101:13
  206:23 220:1
EXCUSED 233:23
exercise 11:6
  188:23
exhibit 3:8,9,10,11
  3:12 70:9,13
  75:24 76:1 97:16
  97:19 202:4,18,21
  202:22 204:7
  214:5,6,11,15
EXHIBITS 3:7
expected 195:13
explain 58:24 139:4
explained 65:13
expression 141:25
extent 188:16 191:4
  232:18
extra 76:14 150:10
  150:14
eye 63:15 155:3,7,8
  161:12
eyes 138:1

**F**

face 36:14 136:2,3
  137:17,17 155:6
face-to-face 128:1

134:3 135:21
136:6,7,9
**facing** 24:1,1
**fact** 71:23 121:14
129:11 135:2
217:18
**factually** 221:12
**fair** 7:3,4 50:9 83:6
88:20 101:5,22
103:7 151:19
154:5 181:13
187:6,6 189:25
221:19 232:15
233:3,14
**fairly** 148:12
**falling** 19:4 154:25
**falsely** 95:10 96:13
**familiar** 116:17
169:24 216:15
**family** 101:10,13
101:14 113:19
176:11
**far** 49:16 50:16
81:5 103:4 163:14
173:14 217:17
**Faraon** 214:19
**fashion** 119:8
**fast** 214:3
**fat** 68:24 191:16
**father** 56:1 58:12
178:20
**fatigue** 62:7 122:18
**favor** 145:16
**favors** 145:3
**fearful** 181:20,22
**federal** 4:3 100:15
**feel** 131:22 177:4
226:20
**feet** 50:18
**fellow** 216:12
**female** 127:19
**Ferry** 214:19
**fifth** 12:2 25:21
**Fifty-eight** 147:12
**fight** 51:11
**fighting** 14:21 51:9
**figure** 57:21
**filling** 78:16
**final** 8:19

**finally** 52:16 68:12
124:24 127:23
128:14 135:11
**find** 33:6 106:20
108:16 137:1
147:19 183:20
**fine** 26:11,16
103:25
**fingerprinted**
78:19,20
**finish** 30:22 42:11
226:18
**finished** 31:13,23
33:3,18 42:12,16
43:17 165:18
201:4
**Finnegan** 1:6
**fireplace** 121:17
**firm** 122:3 216:6
**first** 6:6 26:1 28:16
28:17,18 33:5
63:2 65:13 69:8
73:1 74:13,14
76:4 77:3 79:14
94:13 105:14
111:3,25 114:5,7
115:2 119:6,8,11
121:15,18 122:7
122:22 123:4
124:22 125:16,19
126:20 127:4,6,15
128:2,5,7,8,10
130:3 132:3
133:14 134:2,3,3
135:19 136:5,9
148:13 155:6,13
160:16 173:7,9
179:4 182:3
190:17 193:15
195:8 199:20
202:22,24 209:21
209:24 212:15
215:3 234:9
**first-year** 99:18
**fishy** 125:1
**Fitzgerald** 203:23
203:25 204:1
207:12 213:23
**five** 7:19 47:24

109:21,22 200:3
**flashlight** 66:6
182:3
**flesh** 223:21 224:24
230:5,18
**flew** 137:21
**Flint** 216:13,22
**flip** 211:4
**focused** 197:17,19
**folks** 169:6
**follow** 118:25
197:13 210:9
231:25
**follow-up** 201:23
**followed** 53:2 72:19
206:9 212:20
**following** 79:7,9
177:15 210:4
222:14,15 225:24
225:25 227:4,5
230:14
**follows** 6:9 37:24
63:25 64:7 71:15
143:2 201:12
211:9 231:15
**food** 37:4
**fool** 41:17,22,23
42:8
**foot** 113:7,12
163:13,14
**Forces** 152:12
**foregoing** 234:12
**foremost** 74:13
**forget** 157:12
168:25
**forgot** 43:17 56:13
101:5 140:16
176:1 185:3
**forgotten** 6:21
135:11
**fork** 204:25 205:8
205:12,17 222:11
222:18 227:19,20
228:5,5,25
**form** 10:9 15:9
17:15 18:2,20
21:19 23:4 29:3
33:20 38:21 39:4
42:10 45:13 47:12

49:25 56:9 57:17
60:15 67:24 68:6
82:14 86:6 87:7
88:24 96:20 97:1
99:15,25 119:8
145:22 162:13
191:6 194:18
199:10 205:1,14
207:22 208:11,25
216:7,14 217:25
218:22 219:18
220:5 232:10
**formative** 7:22
**former** 125:8
**forth** 34:15 66:8,8
66:8
**forward** 100:13
**forwarding** 214:3
**found** 27:5 68:25
128:10 137:14
187:17 198:19
**foundation** 10:10
15:10 18:21 33:21
38:22 39:5 67:25
145:22 194:4,19
197:5 199:11
205:14 208:11
221:10,11
**four** 18:10 47:24
55:4,6 56:25 57:1
58:20 59:16 81:18
119:10 139:10
186:14 189:13
198:17 215:12
**Fourteen** 200:14,15
**Fowler** 48:12 55:3
71:22 152:13
153:6 163:2
184:17 190:2
198:17 206:9
212:20
**Fowler's** 197:14
**freak** 26:11,16
**free** 87:8 191:3
**frequent** 10:2
**Friday** 125:25
**friend** 19:4 49:5
110:9 160:19
169:11

**friend's** 176:12
**friends** 16:12 150:2
**front** 44:10,11,12
46:3 51:19 53:16
58:7 62:23 172:7
**fuck** 55:14 228:18
**fucking** 72:25
209:18 219:8
223:1
**full** 139:9
**full-time** 9:16,17
**fun** 182:5
**fund** 129:9
**funds** 130:16
**funny** 52:19
**furniture** 30:8
**further** 3:5 37:2
55:15 201:18
231:21,22
**fuzzy** 227:8,9

---
**G**
---

**G-r-e-i-g-e-r**
146:18
**gang** 13:2 14:15,16
16:5,6,8 18:1
82:17 83:5 85:9
151:17 152:7
**Gangsters** 82:8
**gas** 154:14
**gears** 70:7
**GED** 8:1
**general** 120:18
149:7
**generalization**
41:24,25
**generally** 17:12
**genius** 92:24
**getting** 18:24 39:20
75:3 81:7 95:9
96:14,25 136:23
144:11 158:22
218:15 221:8
**gin** 36:17,22
**girl** 29:9 35:9 46:20
69:19 73:9 144:15
144:17 148:18
162:4 170:1
206:11 212:10,22

227:14
**girl's** 56:1
**girlfriend** 27:4
113:24 147:1,3
169:10 170:3
**girls** 169:11,14
**give** 10:12,25 40:22
67:12 69:15 73:6
73:9 84:19 90:22
91:20 114:24
116:13 131:13
141:20 145:15
157:2,18 158:24
178:18 201:3
**given** 6:17 180:19
181:9 218:19
222:16 225:25
229:6 230:3
**giving** 117:23
128:25 225:19
**glasses** 36:21
**glove** 156:10
**go** 7:23 14:2 16:24
17:1,16 18:22
19:17,22 22:18
23:5,21,23 28:13
28:19 29:21 37:2
37:7 39:18,20,25
39:25 42:2,11,20
43:10,19 51:16
52:5 56:4 57:18
57:18,21 58:15
62:16,20 63:17
64:9 71:8 75:13
75:17 78:15,15
79:4,14,21 83:12
83:16 84:4,21
87:5 88:25 98:13
99:16 100:1,7
103:22,22 104:2
108:4 116:24
118:24 139:10
143:8 149:24
150:5,13,15,18
151:3,3 154:18
157:8 158:22,24
159:20,20 161:4
161:18,22 162:22
163:6 164:6,13

165:16 166:20
172:24 174:2,19
174:22 175:8,17
176:4,18 179:20
184:10 185:18,20
187:7 193:18
196:6,17 199:1,23
211:5,20 221:11
221:13 224:12,13
225:8 232:1
233:10
**God** 229:25
**goes** 145:2 225:6
**going** 10:14,18
11:15,19,23 12:16
13:5 15:3 22:14
22:17 24:2,3,4
37:12,20 39:3,6
42:25 47:13 48:22
49:2 56:11 57:16
58:10,11,13 60:10
61:11,12 63:21
65:14 66:2,3 67:3
67:5,11 69:15
70:8,24 71:5,7
72:22 73:5,9,19
77:12 79:4 86:5
88:23 96:19 97:15
99:12,24 101:19
102:16,24 104:8
105:11 108:22
111:1 112:2,17,18
121:16 128:14,15
135:5 137:1
139:15 142:24
145:5 148:16
151:4 153:23
154:11 155:4
157:5 159:10,16
159:21,22 160:13
161:4,15,20,21
163:4,7 164:5,6,8
164:10,13,13,15
164:18 165:2,4
169:25 171:14
173:22 174:1,2,5
174:7,13,14
175:24 176:9
178:23 181:25

188:15,16 194:22
195:8,22,24
199:14 201:9
202:3,3 205:10,13
205:24,25 206:13
207:14 208:10,24
208:25 210:5,21
211:12,12,14,17
212:1,7 214:4,4
215:10 217:7
218:7,15 219:18
219:19 220:19
222:7 224:13,20
227:17 228:16
229:17 230:12,12
231:11 233:19
**Gold** 36:6,9
**gonna** 61:3 124:20
233:13
**good** 6:12,13 74:21
86:21 95:9,11
100:2 107:19
108:18 132:13
134:15 141:17
145:3 160:25
232:17
**GOSSETT** 2:16
**gotta** 81:6 108:6
148:21 223:16
**gotten** 85:10 90:16
158:12
**government** 115:22
115:25
**grade** 14:24
**graduate** 7:25 9:6
**grand** 220:8
**grandfather** 166:21
**great** 90:23
**green** 156:4
**grew** 146:10
**groans** 38:24
**ground** 6:20
**grounds** 102:17
**group** 2:3 61:16
119:3 159:2
162:25 193:8
**Grove** 62:4,15,17
62:24 64:11,12
77:15,25 78:21

180:10 233:10
**grunts** 38:23
**guarantee** 92:17
**guaranteed** 139:8,9
139:9
**guards** 180:21
**guess** 20:15 35:19
57:3 77:19 109:11
128:16 136:22
153:11 169:11,25
175:12 178:18,24
179:21 182:21
184:10 185:10
192:2,3 204:5
210:24
**guilty** 103:5,5
**guy** 33:12 38:13
44:20 45:25 46:20
47:23 48:8,11
62:6,7 67:4 89:18
89:21 91:8,9
105:18 139:8
140:7 150:5
157:14 162:3
163:25 172:3
206:12 212:23
225:12
**guys** 21:18 57:9
59:20 156:23
169:15 182:11

**H**

**H** 215:7
**H-u-t-t-i-g** 106:6
**Hale** 2:11 119:3
**half** 36:6 61:25
114:16 175:12
176:16
**half-hour** 134:15
**hall** 37:19 183:6
**hallway** 69:14 70:1
192:24 197:3
**hand** 28:3,6,6
165:6 186:6 202:3
234:19
**handed** 196:21
**handkerchief** 31:15
**handwritten**
210:24 211:1

**hang** 17:4,13 111:3
147:19 174:19
**hanging** 16:25 17:4
17:25 175:14
**happen** 61:4 103:4
165:8 187:3 216:3
226:19
**happened** 30:15
52:14 53:22 54:16
57:2 60:20,22
61:1 62:19 65:3
65:14,24 66:1,20
67:16,17 75:14
77:18 83:11 84:7
84:11,13 101:24
135:10 140:18
141:4 143:16
157:8 179:11
180:14 185:9
199:2 208:20
212:3,5,9 225:7
**happening** 47:2
222:12 224:7
**hard** 99:4,5,7
151:25 168:18
177:9
**harming** 224:3
**hazard** 169:25
**head** 9:10 37:6
50:14 52:13 54:3
73:9 78:17 117:24
161:24 165:25
171:15 179:12
190:1 198:3,10
**head's** 118:15
**head.'** 73:6
**headed** 80:14
**health** 185:20
**hear** 12:14 26:4,14
28:5 34:4 41:3,6
53:8 73:4 82:21
83:9 142:8 145:6
159:13 183:11
**heard** 41:5,22
69:14,16 73:3
74:19 80:3,7 81:4
125:17,18 130:18
179:4 184:25
186:17,21 193:16

194:23
**hearing** 88:1,10
**hearings** 88:2
**heat** 205:17
**heated** 73:7,10
**heating** 204:25
205:8,8
**heavy** 66:6
**Heidi** 2:6 5:24
**heidilinnlambros...**
2:7
**held** 86:1
**hell** 13:20 49:3
62:21 68:25 93:24
94:1,2 95:16
104:7 126:11
142:14 150:20
196:8 219:8
**help** 72:10 75:15,15
96:24
**helped** 66:11,21
212:13
**her'** 213:10,12
227:25
**her.'** 213:11
**hereinbefore** 6:5
234:15
**hereto** 70:14 76:2
97:20 202:19
214:12
**hereunto** 234:18
**Hey** 22:15 48:25
61:11
**high** 7:23,24,25
18:25 19:5 144:11
145:17 146:22
148:2
**higher** 82:15,17
83:1,2
**hired** 68:16
**Hirsch** 7:24,25
**hit** 27:11 31:9 66:4
66:4 108:7 228:4
**hitting** 73:3,5 77:5
228:5
**ho** 144:21,25
149:16 175:11
**ho's** 145:3
**hold** 160:17 219:2

220:4
**holding** 64:16
228:7
**hole** 116:8 117:16
117:18 118:11
228:19
**hollering** 35:17
**Holmes** 48:13,15
55:3,3 71:22
72:19 151:6,11
153:6 184:20,23
190:2 198:15
**Holmes'** 197:13
**home** 9:17 43:4,7,9
43:10 90:2 113:1
113:17 132:19
137:14 138:11
161:21 165:10
168:25 173:15
174:9,14,19
176:12 177:12
**honest** 29:23 38:15
95:1 103:1 125:21
128:9,10 149:14
**honestly** 126:23
**Honorable** 1:5
**hood** 28:25
**hope** 170:8
**hoping** 142:2 210:1
**hos** 149:11
**hose** 66:5 182:2
**hospital** 22:17
56:12,14 57:2,12
57:14,22 58:5,6
58:16,18,21,22
59:9,19 60:21
138:23 159:12,14
160:13,22 161:5
161:16,19,20,23
178:6,9
**hot** 55:7 222:18
228:4,5
**hour** 114:16 134:8
134:8 139:1,10,11
176:22
**hours** 61:25 134:8
139:9 175:13
176:16
**house** 9:24 17:7,8,9

17:13,18,25 18:6
18:12 19:18,22
23:22 24:6,13,15
24:21,23 25:8,20
25:25 33:18 36:25
37:1 42:15 43:11
43:12,13,22,25
44:1,2,13 46:2
49:2 52:3,4,6,10
52:11,12,15 54:15
54:21 56:7,19,21
57:24 58:1,3,7
77:24 106:14,18
112:14,21,22
113:21 114:9,21
119:16 132:4,6
133:4 134:22
136:4 138:21
146:5,11,20,20
153:4 157:15
163:11 165:18
169:1 170:13
173:6,23,23 174:3
174:22 175:10,14
208:21 212:4,6
217:6 223:24
224:2,6,12 230:5
230:6,18,19
**housed** 81:19,24
**housekeeper**
119:21
**housing** 81:20
**Howard** 187:12,14
187:17,20 188:12
188:12 189:25
193:15 194:1,24
195:10 203:10,11
**Huh** 28:4 49:7 83:3
160:4 196:14
**Huh-uh** 37:6
142:13
**hung** 21:18 174:21
195:21
**hurt** 54:2
**husband** 145:24
**Huttig** 106:2,4
**Hyde** 42:23 173:13

**I**

**idea** 23:18 30:25
42:4 53:24 79:5
89:13 90:17,19
91:24 98:14
100:21 101:12
103:2 114:15
119:10 126:16
169:2 194:14
196:6
**identification**
70:13 76:1 97:19
202:18 214:11
**identify** 70:10
73:21 92:2 97:22
**identities** 182:16
**IDOC** 198:18
**Illinois** 1:1 2:7,12
2:17 5:10 200:25
**imagine** 70:18
108:12
**immediately** 34:12
46:8
**implicate** 194:17
**implicated** 180:17
180:20 188:5
**implicating** 189:11
**implications**
142:18
**important** 13:11
209:2
**impression** 95:20
105:10 117:8
124:17 191:3
233:8
**imprisoned** 117:3
**improper** 102:23
**incarcerated**
214:25
**incense** 16:23 150:4
150:5,13,19 151:1
151:6
**incident** 203:20
**incidents** 18:18
**Including** 169:16
**incriminate** 11:15
11:24
**incriminating**
184:12,13
**incrimination** 12:4

**INDEX** 3:1
**Indiana** 101:20
**indicate** 47:10 93:3
119:23 122:8
124:13
**indicated** 203:5
232:7
**indicates** 152:6
215:14
**indicating** 24:8
49:22 50:13,15
59:7 92:17 93:20
94:14,18 112:9
117:10 151:22
163:3 168:6,10
228:1,2
**indictment** 102:20
**individual** 5:16,18
59:3 187:1 232:8
**information** 100:14
**informed** 71:18
178:20
**initially** 129:19
**initiated** 131:21
**injuries** 60:18
**inmates** 82:6
**Innocence** 94:20
**innocent** 96:14,17
102:1
**inside** 58:18,20
62:16 195:23
**insistent** 199:13
**instance** 145:14
**instigated** 81:7
**instruction** 10:13
**inter** 217:15
**intercourse** 206:8
206:21 212:19
213:6 217:12
**interest** 193:22
194:16 197:25
198:1
**interested** 30:11
38:18 70:2 127:19
234:17
**interesting** 221:8
**interrogation**
122:17
**interruption** 211:8

**interview** 63:1,3,4
  63:6 64:11,14
  65:4,12 66:25
  78:5 180:12,13
  182:6 184:7
**Intimidation**
  178:25
**investigating**
  124:11,14
**investigation**
  120:10,16
**invite** 112:25
  138:13
**involved** 27:10 85:5
  122:16
**involving** 133:16
**Iran** 8:13
**Iraq** 8:13
**Irish** 25:21 36:2
  157:19
**iron** 73:8,11 204:25
  205:9,12,17
  206:16,25 207:5
  208:7 213:1,8,13
  227:20 228:5
**irrelevant** 102:22
**IRS** 128:23
**Islamic** 16:2
**Island** 43:23
  175:24
**issue** 85:19 129:20
  130:15
**issued** 232:6

**J**

**J** 1:13 4:4 234:6,23
**jacket** 62:7 122:19
  156:2,3
**Jackson** 2:12 19:7
  56:11,14 57:14
  159:11,11,14,16
**jail** 69:4 79:12 80:1
  80:12,22 81:15
  82:6 87:19 88:11
  88:13 95:10,10
  96:12 187:22
  192:1 200:19
**January** 232:2
**jbisbee@ahalela...**

2:13
**jbitoy@ahalelaw...**
  2:14
**jeans** 156:1,3
**Jeffrey** 20:2 24:2
  148:4 156:17
  163:3,6 176:1
**Jen** 220:23
**Jennifer** 2:2,11
  5:17,17,22 75:20
  170:5 214:6
  220:23
**jennifer@bonjea...**
  2:5
**job** 90:3 139:8
  151:3
**jobs** 140:9
**Joe** 115:8 118:9
  150:23 158:3,4
  228:19
**John** 1:13 5:11
  13:18 84:5 100:15
  122:8,11,15
  123:20 124:2
  129:12 133:2
  214:16
**join** 114:18 162:20
**joint** 19:8 40:14
  41:2 42:7,17
**Jon** 1:6 133:2
**Jones** 89:20,21
  90:20 91:4,10,20
  105:21,22,23,25
  105:25 106:11
**Jones'** 89:19,20
  90:16,21,25 91:3
  91:14,15
**Jose** 36:6
**Joseph** 118:9,22
  214:20
**judge** 1:6 203:24
  203:24 207:12
  211:18 213:23
**juice** 36:22,23
**Julie** 2:10 5:15
  63:10
**jump** 177:10
**jumped** 33:14
  173:19

**June** 1:9 4:4 5:3
  98:22 234:19
**jury** 192:4,9,9
**justice** 99:10

**K**

**K** 2:10 225:9
**Karen** 19:4 20:18
  22:11,20 24:16
  25:1 27:25 28:17
  28:21 29:8,9,21
  30:15,20 31:6
  33:2,9,10 34:17
  38:19 47:16 59:9
  59:12 60:6,11,18
  65:14,25 67:16
  71:6 101:24
  143:12 154:20
  158:12 162:18
  164:4 165:1 169:4
  169:19 171:12
  172:19 177:22,25
  178:11,20 179:5,6
  217:12
**keep** 92:15 93:17
  131:15 177:2
  183:23 220:25
**keeping** 63:15
**Kenny** 44:25 45:2
  45:10,16,19
  163:18,23 171:21
  172:5
**kept** 67:3 78:25
  183:24,24 185:12
**kicked** 118:17
**kids** 145:24 170:1,4
  170:12,14
**kill** 181:24
**Kim** 40:10 42:24
  42:25 43:17 73:2
  172:13,24 173:3
  175:5,15 206:11
  212:22 223:24
  224:13
**Kim's** 173:2
**kind** 25:22 33:12
  35:24,25 44:20
  51:9 52:16 75:15
  89:25 94:6 110:12

  112:11 115:25
  116:7 117:13
  128:20,22 140:6
  144:17,24 151:25
  157:19 160:12,23
  167:10 189:13,16
  190:16 195:16
  216:15 227:10,12
  227:24 229:3,3
**kinda** 39:11 160:11
**kitchen** 25:3,4,10
  26:6 27:12,14,16
  27:19 28:12 29:22
  35:3,23 36:5,13
  36:25 37:5 40:1,3
  40:5,7,25 41:15
  42:5 46:10,11,14
  46:18,23 51:16,24
  171:5 206:11
  212:22
**kite** 185:22,24
  186:2,7
**knees** 212:12
**knew** 15:7 27:3
  45:19 51:11 54:6
  72:5 82:9 83:11
  84:6,11,13,14
  85:3 90:19,19
  129:22 132:14
  133:14 143:12,15
  147:16 153:3
  154:22,23,23
  169:8 170:2 179:6
  187:19 194:1,8,12
  198:6
**know** 6:15 7:1,11
  10:5 12:2,20 13:4
  14:1 15:2 16:9
  17:19 18:6,8,10
  20:5,6 21:11
  28:24 29:16 30:9
  32:3,9,12 33:5,13
  33:23 35:6,10,24
  36:24 37:1,2 38:8
  39:11,12 41:7
  43:21 44:19,22
  45:2,21 46:20
  48:2,12,25 54:5,6
  54:8 55:1,8 57:6

  59:15 62:2,5,10
  62:21 63:8,16
  65:16 66:16,18,19
  67:10,18 69:8,25
  70:3,4 76:18 77:9
  80:5 81:4,5 83:11
  84:25 85:24 86:16
  89:14 90:21 91:25
  92:24 95:4,25
  101:17 102:18,19
  103:19,19 104:6
  104:12 105:23
  106:14,16,18
  107:23 108:2,3,14
  108:15,24 109:1
  115:6,16 116:2,6
  118:12 119:19,22
  121:1,3 122:14,15
  123:2,3,6 126:12
  126:14,23 127:11
  128:15 129:23
  130:8 131:3,4
  133:10 134:13
  139:6,21 142:3
  143:15,23,23,24
  144:1,8,16,22
  145:18,20,24
  147:4 148:22
  149:1,4,15 150:12
  150:23 151:3
  152:15,21,22
  153:2 155:23
  163:12 164:5
  166:12 168:1
  169:5,14,15 170:6
  171:17 173:2,3,4
  173:11 175:7
  176:7,17 177:4,8
  178:14,16,18
  179:8,8,13 181:9
  182:13,14,24
  183:19 184:17,19
  184:20,22,23
  186:20,22 187:17
  188:22 192:4
  193:15 194:1,6,10
  195:5,8 196:19
  197:12 198:6,12
  198:15,17 207:5

213:13 216:10,12
217:17,24 221:6
224:22,24
**knowing** 68:4
**knowledge** 15:6
26:10 45:7 59:12
59:13 118:16
132:9 178:12
190:4
**known** 10:6 27:2
28:21 71:12
120:22 144:12
**knows** 50:3,3 54:12

**L**

L 2:6
**ladies** 112:13
**lady** 112:8
**laid** 52:6 113:7
134:22 138:1
**Lakeshore** 173:19
**Lambros** 2:6 5:24
5:24 15:21 211:10
**Lampkin** 206:5
**language** 86:8
144:9
**large** 78:14 184:2,3
**lasted** 134:7
**late** 99:13,14
**laugh** 150:16
**law** 2:3,11 95:13,15
95:18 99:19 119:3
215:6,22 216:5,5
217:4 219:23
220:17 221:15
**lawsuit** 133:15
**lawyer** 68:16,18,20
85:6 110:9 194:9
204:2 211:18
219:22 221:15
**lawyers** 10:14 11:7
115:17 116:3
117:3
**lay** 6:20 30:14
221:10,11
**laying** 32:25
**learn** 56:4 58:13
182:15
**learning** 100:14

**leave** 23:19 42:15
42:18 51:8,12
52:5 66:24 77:14
104:12,14 138:23
161:16 174:5
175:18,24 177:21
177:25 181:20
220:25
**leaving** 23:1 51:24
104:9
**Lee** 48:12,13,15
71:22 72:19 151:6
151:11 153:6
169:9 179:24,25
184:20,23 190:2
197:13 198:15
**left** 24:2,3,4 32:24
37:9,19 39:19
41:20 42:19 51:11
52:2 54:17 55:7
56:6 57:23 58:6
58:10 66:9 73:12
75:5 77:17 78:21
135:3,8,9,12
159:19 163:6
171:4,5 172:13,22
177:24 184:9
205:22 222:17
223:24 225:14
**Left-hand** 154:15
**legs** 165:7
**length** 165:18
**lessons** 56:5 58:14
**let's** 7:9 58:15
119:5 147:10,12
175:6 177:11
184:4 187:7 226:1
**letter** 119:14,17,20
119:23 120:15,20
121:7,12,15,18,21
122:3,5,7,22,23
122:24 123:1,4,4
123:7,9,22 125:13
135:11,14,14,15
135:19 137:14
186:2
**letters** 135:17
**level** 118:7
**Lewis** 44:25 45:2

45:10,16,19
163:18 171:21
172:5
**license** 139:5,7
201:1,1
**lie** 160:23
**lied** 209:12
**life** 16:2 93:18
198:9
**light** 38:17 121:17
124:20 168:14
**liked** 51:10 179:7,7
**line** 107:7 111:4
194:22 205:23,24
207:16,16 210:10
210:18,18 211:20
212:1,8 215:13
217:10 218:4,6
222:8,9,14 224:9
224:21 225:24
227:2,3 228:13,13
228:23 230:1,16
**lines** 125:1 226:8
**liquor** 19:3,23,25
20:10,13,17 21:4
22:2,19 23:1,16
23:19 25:13,14,17
25:19 72:5,9
76:19,20 147:15
153:15,20,22
154:2,3,17 158:24
159:3 162:18
163:1
**listen** 189:1
**listening** 53:7 92:22
206:14 212:24
**lit** 40:14
**litigation** 127:8
130:23 133:3
**little** 5:12 19:12
26:2,5,9,11,16,19
27:10,13 29:11
34:25 35:2,17,21
39:20 40:11,18
42:19,19,22 43:21
51:2 63:17 65:10
67:4 69:20 70:7
71:22 73:1 74:25
84:5 89:15,16

90:10 103:22
109:21 112:3
121:3 134:18
140:8 150:10,14
152:16,18 154:24
157:13 158:7
169:9 170:21
172:14,15,16,16
172:19,23 173:4
173:15 174:3,9,21
175:5,6 183:6
192:11,11,11,12
200:3 230:5,19
**live** 10:1,3 45:6
52:19 106:1,15
**lived** 18:6 44:22,24
45:8 72:5 76:18
100:17 143:13
146:7 147:15
**living** 9:19 113:19
138:18
**LLC** 2:11
**loaded** 179:23
**local** 28:25
**locked** 46:17 55:9
89:5 215:1,2
**long** 14:22 23:16
30:3,25 33:17
34:16 39:14 40:24
41:1 42:6 54:20
61:8 81:14 89:8
89:10 94:11
104:19 105:7,12
109:19 114:14
134:7,10,12,15
136:5 138:24
143:15 175:10
181:18 200:2
**longer** 39:17
109:20 112:3
134:18 174:19
**look** 12:5 100:4
108:6 112:16
119:22 124:25
156:21 193:18
202:22 207:15
232:12
**looked** 48:20,21
54:4,6 64:15

155:10,11 160:9
171:18 183:12
195:21 212:11
**looking** 47:8 48:21
76:22 124:25
155:14,17 209:16
210:22 217:10
218:4 226:7
**looks** 100:2 195:5
**lose** 139:11,15,21
**lost** 69:20 125:25
133:24
**lot** 24:22 25:7
45:25 50:18 94:3
95:7 154:5,7,8
181:9,15
**loud** 73:3 77:4
**Louisiana** 7:12
107:2,4 111:14,16
139:6
**love** 125:19
**loved** 225:19
**low** 30:3
**lower** 118:7
**lying** 227:15

**M**

M 2:16
**ma'am** 7:8,17 8:6
9:7,11,13 10:7,11
13:14,24 14:13
16:11,13,15 19:13
20:21 29:13,15,18
31:24 56:8 65:2
110:4 188:1
**mad** 12:20
**Madam** 6:1
**Magistrate** 1:6
**mail** 232:21
**main** 90:3
**majority** 18:4
**making** 38:19,23
115:17 149:9,9
152:19 156:19
190:12 191:22
**mama's** 174:5
**man** 11:22 50:3
61:11 91:25 94:13
152:21 193:4

218:2 227:22
**manner** 119:12
**marijuana** 25:23
**Marine** 8:2 14:25
15:4,5 152:10
**Marines** 8:3,18
9:14
**mark** 70:8 75:17,17
97:15 202:3 214:4
**marked** 70:12
75:25 97:18
202:17 214:10,15
**Markham** 55:24
58:11,14 60:24,25
61:10 178:21
179:10,13
**married** 101:15
127:16
**master** 227:12
**mates** 18:9
**math** 147:8
**matter** 13:10 83:22
121:14 135:2
149:22 209:2
220:7 223:18
233:22
**mattress** 49:24 50:5
**McCurry.'** 73:15
**mean** 11:24 12:1
15:16 32:23 37:9
38:6 44:14 46:9
54:12 64:17 68:8
68:24 69:7 82:12
82:17 84:12,13,24
85:13 87:21 92:20
99:6 103:22 104:4
104:21,22 115:18
120:25 129:13
132:15 139:4
144:7,19 161:4
164:12 170:17
180:23 192:20,20
192:20,22 194:7
194:11 198:19
207:4 213:12
227:25 228:4
**meaning** 121:4
149:12 177:22
181:24

**means** 84:14 92:21
144:8,18 185:25
**meant** 52:4 84:25
**medical** 185:14,20
**meet** 11:12 17:19
22:23,24 24:20
130:6,9 131:3
137:17 138:24
147:19 189:9
191:24 197:7
203:12 215:20
**meeting** 132:3
134:3,7 192:16
194:25
**member** 15:3
101:10,12,13
115:3 151:11,21
152:6,10,13
176:12
**members** 94:19
120:17
**memory** 196:11
**men** 144:13 149:1
**mention** 120:20,22
123:21 128:2
**mentioned** 40:12
55:20 133:5 150:1
230:4,17
**mentioning** 124:1
133:7
**mess** 74:18
**message** 85:10
185:25
**messed** 22:15
**messing** 118:1
**met** 11:13,14 12:6
14:12 22:21 68:20
68:24 107:16
132:18 137:24
173:6 189:10
215:15 219:12,22
220:16 221:21
232:20,24
**method** 234:13
**mic** 177:1
**Michael** 71:22
152:13 153:6
163:2 184:17
197:13 198:17

206:9 212:20
**Michigan** 101:20
**middle** 117:12
**might've** 162:12
**Mike** 21:15,22 22:2
27:5 32:4,15
33:13 39:20 40:12
40:13,14,16,18
42:19,22,25 43:3
70:4 73:1 79:1
152:15,17,18
157:13 158:6,7
169:9 172:15,16
172:19 173:9
174:9 179:25
180:1,2 190:2
**Mike's** 173:15
**Mildred** 169:22
**military** 8:25 9:1,1
166:22
**million** 92:13,25
110:13 142:12
**mind** 51:6 167:22
210:21 223:1
**mine** 74:16
**minute** 37:13 52:25
55:7 71:4 94:10
212:14
**minutes** 31:2 54:22
66:10 73:10 105:9
109:21,22 134:16
134:19 201:4
215:16,22 221:21
**Miranda** 71:16
**mis** 116:4
**mischaracterize**
171:10
**Mischaracterizes**
45:14 133:19
205:2
**misheard** 134:11
**mislead** 221:4
**misleading** 116:4
**misread** 206:23
**missed** 114:23
**Missouri** 101:1,1
115:7,9 118:9,9
200:5,6,16 214:21
**mistaken** 6:19

121:24 141:18
**mix** 36:9
**mixed** 148:11
**Moberly** 115:7
**mom** 53:3
**mom's** 43:13 44:5,6
174:22 175:10,14
176:13,15
**moment** 46:21
**Monday** 125:23
**money** 92:25 94:3,4
94:7 114:23 129:1
129:1,6 130:19,20
139:21 145:3
150:14 158:24
220:22
**month** 82:10 112:3
112:4,6
**months** 81:13,18
85:7 119:10
203:16,19 217:5
232:15
**morning** 6:12,13,14
177:15 178:4
**mornings** 105:3
**mother** 9:20 53:16
146:8
**mother's** 9:24 19:1
43:12 52:4,11,12
52:15 57:25
146:20 153:17
175:1
**motion** 3:11 87:25
88:4 202:11 203:6
203:6 204:19
207:19 223:12
**motion-to-suppr...**
207:11
**mouth** 81:1,2 93:12
**move** 7:15 16:1
28:6 51:7 228:20
**moved** 15:12
148:13
**movie** 195:5
**moving** 148:15
**multiple** 47:6
111:20
**murder** 52:23
**Mystery** 153:1

**N**

N 181:5
**name** 5:11 15:17
20:3 21:15,16
32:10,16 33:11,13
35:10 43:24 44:21
45:22 46:21 48:10
62:11 66:19 76:5
91:9 98:5 110:5
121:25 122:2,19
133:8 147:24
152:21 169:22,24
172:23 173:2,3
175:8,22 179:8
201:25 204:10
206:12 212:23
215:7 216:13
**named** 6:5 19:4
89:18 206:11
212:22 234:8
**names** 48:11 54:5,7
54:8 66:18 122:13
182:14
**naturally** 151:15
**nature** 10:20 29:7
120:14 156:19
**Naw** 112:18
**near** 7:11 18:24
72:9
**nearest** 37:16
**neat** 195:6
**necessarily** 11:2,2
161:4 185:1
**necessary** 8:15
**need** 7:5 12:13,14
12:20 37:12 47:4
47:5,9 48:25
50:23,23 55:9
80:25 103:23
140:25 160:20
226:1 227:22
**needed** 47:6,11
61:14 87:9 123:10
123:12 127:25
161:22 222:23
**needing** 43:19,19
**needs** 104:1,2
209:6
**neighborhood** 29:9

41:12 143:12,19
146:24 148:11,11
148:19 149:2,11
162:4 173:5,12
**nerve** 181:16
**Nevada** 199:24
**never** 25:15,17,24
55:20 57:10 59:10
63:4 68:1 74:5,6,8
74:18 85:4 87:24
88:15 94:9 107:16
109:24 122:19
135:15,20 140:21
140:23 147:16
172:1 178:8
180:16 187:16
192:8 195:23
205:17 217:21
218:2 232:25
**new** 2:4 7:11 16:5,6
157:16 217:6
**nice** 13:25 99:1
144:14 195:6
218:1
**Nigeria** 8:14
**night** 28:22 33:8
43:14 46:13 48:17
72:4,7 77:21 97:6
141:12 143:16,22
162:3 166:13
170:7,16 173:17
177:22 215:15,22
217:16 219:24
220:6
**Ninety-nine** 198:8
**nobody's** 72:22
104:9
**Nods** 52:13 165:25
190:1 198:10
**noise** 206:15
212:25
**noises** 38:19 73:3
77:4
**Nolan** 3:4
**Noland** 2:16 5:20
5:20 103:13,18,25
104:18,25 145:21
162:11,13 194:4
197:5 201:22,25

202:7,10,15,20
205:4,11,18 208:1
208:18 209:8
211:3,11 214:6,13
216:16 217:23
218:3,24 219:2,4
219:19,21 220:9
220:12,23,25
221:3,14 223:16
223:19 224:8
228:20,22 229:22
229:23 231:4,8,20
**Nope** 162:21,24
**normal** 11:7
**normally** 21:18
**north** 24:4 162:7
163:5
**northern** 1:1 5:10
101:20
**notice** 32:2
**noticed** 164:1,2
**November** 72:5
**number** 5:8 90:21
91:15 93:6,14
94:14 105:24
106:19 107:24,25
108:25 109:4,6,18
110:11 114:24,25
126:12 131:13
135:13
**numbers** 205:23
**numerous** 143:21

**O**

**o'clock** 103:21
162:3
**oath** 6:9 116:5
213:25 219:9
230:15,16
**object** 11:20 39:3
57:17 86:5 87:7
88:23 91:2 96:20
99:13,24 102:17
188:15 191:6
205:10,13 208:10
208:25 219:18
220:2,20 232:10
**objecting** 10:15
**objection** 10:9 11:8

15:9 17:15,17
18:2,20 21:19
23:4 29:3 33:20
38:21 42:10 45:13
47:12 49:25 56:9
60:15 67:24 68:6
82:14 97:1 98:11
99:14,15 100:5
133:18 145:21,22
162:11 194:4,18
197:5 199:10
205:1 207:22
208:14 216:7,14
217:25 218:1,22
219:17 220:5
224:5
**objections** 211:17
212:1,7 221:1
**observe** 47:19
60:14,18
**observed** 206:21
213:6
**obviously** 102:24
104:6 188:20
198:11 220:3
**occasion** 37:7 79:24
89:3 118:2 197:8
**occasionally** 89:21
105:19
**occasions** 131:17
146:3 147:17
**occurred** 18:18
72:3 208:5
**occurrence** 73:14
**October** 214:17
**off-the-record** 64:5
**offense** 116:4 200:9
**offer** 141:18 142:12
**offered** 139:8
**offhand** 90:22
**office** 122:3 126:15
192:5,10,12
196:23 215:6,22
216:5 217:4
219:23 220:17
221:16
**officer** 22:13,15
23:10 72:14 74:2
77:2 124:3 160:1

161:1 162:9,10
**officers** 54:4 56:17
56:18 65:24 67:16
74:10 75:5 78:8
115:14 118:21
122:16 124:10,11
124:14 125:5
127:8 133:17
145:19 179:5,14
182:8,8 187:2
**official** 234:19
**oh** 11:18 24:22
40:17 41:18 44:16
52:24 53:8 56:13
62:18 73:22 92:11
93:21 94:21 97:16
103:10,18 104:7
106:17 107:11
126:6 139:4
148:20,20 149:3
149:25 156:8
160:7 166:10
172:16 173:17
176:1 179:19
181:6 183:3,18
202:25 203:4
210:19 233:5
**Ohio** 101:21
**okay** 6:20 7:9,13,15
7:21,23 8:3,7,11
8:17,21,24 9:2,4,6
9:15,19,21 10:4,8
10:16,22 12:8,19
13:2 14:4,16,18
15:6 16:14 17:6
17:14,18,24 19:11
19:17,20,25 20:3
20:10,12,24 21:4
21:6,9,11,13,17
21:24 22:4,12,19
22:22,25 23:8,23
23:25 24:11,14,16
24:20 25:1,6,12
25:12,16,19,23
26:9,18,19,22
27:4,7,12,21,24
28:1,13,19,21,24
29:7,9,12,14,25
30:5,15,25 31:3,6

31:12,18,22 32:3
32:11,14,19,23
33:2 34:4,10,16
34:16,22 35:5,8
35:15,21,21 36:1
36:20 37:14 38:5
38:10,19 39:1,14
39:22,25 40:12,19
40:22,24 41:3,6
41:21 42:15,18,18
42:24 43:5,10,16
44:3,9,12,18 45:6
45:8 46:2,6,16,18
47:3,10 48:1,5,8
48:15 49:11,13,23
50:9,10,12,16,20
50:25 51:3,8,12
51:16 52:2,8,14
53:3,14,19,22
54:4,8,14,16,20
54:23 55:1 56:3,6
56:15,18 57:2
58:15,17,22,24
59:4,8,11,18,25
60:7,18,20 61:1,5
61:23 62:3,13,16
62:19,22 64:13,14
64:17,19,22,24
65:6,18,20,22,24
66:7,12,16,24
67:8,12,19,22
68:4,11,15,17,22
69:2,5,10,13,20
70:7,16 71:15
73:18 74:8,12,15
74:17,20,22 75:1
75:4,7,9,17,22
76:12,25 77:8,18
77:23 78:5,13,18
78:21 79:11,15,19
79:24 80:5 81:14
81:17,19,21 82:9
83:20,25 84:6,18
84:20 85:5,8,10
85:13,14,16,22
86:15,20,24 87:11
87:14,17,25 88:3
88:6,11,13 89:7
89:12,14,17,23

90:4,6,15,18,21
91:7,11,20,23,25
92:6,10,14 93:16
94:5,8,12,19 95:6
95:14,18,22 96:2
96:10,16,19,24
97:5,11,14,25
98:3,9,16,19,21
98:24 99:3,5,8,21
100:4,20,22
101:16,22 102:16
104:3,16,18,25
105:13,16,20,23
105:25 106:11,13
106:17,21,23
107:1,5,9,12,16
107:23 108:12,18
108:22,23 109:4,9
109:13,17,19
110:9 111:8,17,22
111:24 112:22
113:9,22 114:1,4
114:14 115:2
116:18,24 117:2,7
117:14,21 118:2,6
118:19 119:1,15
119:23 120:2,13
121:7,13,18 122:1
122:7,11,15,21
123:3,6,9,11,14
123:21 124:1,5,17
124:23 125:10,22
125:23 126:7,14
127:3,6,10 128:6
128:24 129:6,11
129:18,25 130:9
130:12,14,20,22
131:2,13,16,19
132:12,18,23
133:14 134:7,11
134:24 135:5,8,14
135:21 136:5
137:1,20,22 138:2
138:13,17 139:2
139:14 140:1,19
141:7,11,13,22
142:6,19,22
143:15 144:2,12
144:16,22 145:1,7

145:11 146:12,18
146:23 148:24
149:12 150:11
151:19,23 152:5,9
152:16,19 153:6
153:22 154:3,10
154:17,24 155:2,5
155:8,16,24
156:13,23 157:7
157:23 158:1,8,16
158:20 159:18,23
159:25 161:3,10
161:22,25 162:20
163:12,16 164:1
164:23 165:5,23
166:12,15,17,24
167:5,22 169:7,18
170:7,10 171:17
171:21 172:10,13
172:16,22 173:4,7
173:10,12 174:16
174:22,25 175:17
175:20,23,24
176:6,23 178:3,17
178:19 179:9
180:3,22 181:2
182:15,25 183:3,9
184:2,6 185:1,6
185:20,24 186:5,8
187:6,6,17 188:2
189:9,22,24 190:7
190:10,19 191:10
191:12,22 192:7
192:13 193:14
194:1,22 196:3,9
196:13 197:12,16
197:25 198:17,22
199:20 200:19,21
200:24 201:6,17
201:23 204:18,21
205:19 208:16
209:11,16 210:1,7
210:8 211:4,12
214:3 216:2,4,12
217:2,2,7,7 218:4
218:25 219:1,9,12
220:16,19 221:2
221:21 222:7,14
223:7,23 224:9,20

226:7,15 227:2
228:20 229:15
232:6,14,24 233:3
233:12,14
**Oklahoma** 9:3,12
**old** 7:20 106:11
147:8 163:8
**once** 15:3 16:20
18:13 29:19 59:22
61:13 68:16 79:25
86:4 87:4,8,23
88:9,13,18 115:6
121:7 133:4 212:3
212:5,9 231:2
**one-sided** 148:12
**one-year** 195:1
**ones** 117:12
**oooh** 182:5 233:10
**ooooh** 26:25
**open** 24:18 30:3
46:16 93:11
**opened** 152,15
138:16 156:11,24
**opening** 156:22
**opinion** 102:4,5
**opportunity** 104:19
104:24 112:19
116:12 137:17
143:18 203:12
**orally** 47:23
**order** 42:9 224:2
**organization** 82:15
82:18,22 83:5,7,8
84:8,9,11 85:23
85:25 86:2 87:5
87:13 95:23
190:13,17,20
191:4
**originally** 197:22
**orthopedic** 62:10
**out.'** 227:23
**outside** 20:25 44:14
67:4,10 75:2
**overseas** 8:5
**owed** 128:13

**P**
**P** 12:9 14:17,18,23
15:7 151:11,21

152:14
**p.m** 64:4 142:25
143:6 201:10,16
231:13,19 233:20
233:22
**pack** 151:6
**package** 150:6,13
**paddywagon** 78:14
**page** 75:23 100:12
115:15 202:22,24
204:7,7,8,14,15
204:22 205:21,23
205:24 206:13
207:16,17,24
208:3 210:10
211:5,6,20 212:8
212:8 215:3,11,13
217:8 218:4 222:8
222:14 223:8,9
224:9,20 225:24
226:4 227:2
228:13,23 229:24
230:1,1,16
**pages** 215:12,12
226:7
**pain** 39:2,11
**paint** 86:16
**pants** 31:10 35:1
72:21,24 170:22
212:11,13
**paper** 186:6 195:4
196:21 210:6
**paperwork** 95:7
195:25
**paragraph** 100:9
100:11
**park** 19:7 42:23
56:12,14 57:14
146:4 147:21,22
147:24 148:4,5
154:9,15,15
159:11,14,16,21
163:11 173:13
**parked** 20:25 21:1
21:7,8 24:13 44:9
44:11 51:22
152:24
**parking** 154:5,7,8
**part** 10:17 17:25

34:5 88:19 115:20
115:20,21,22
129:23,23 130:1
134:19 148:21
154:15 164:14
168:7 216:10
228:5 232:21
**participation** 71:19
**particular** 17:4
98:10 142:10
194:2 218:9
**parties** 86:10
234:16
**partner** 49:5
**party** 17:22 29:9
144:5,5,14,16
157:14 164:8
165:10
**partying** 144:4,6
157:16
**pass** 70:20
**passengers** 173:8
**passing** 34:14,14
80:20
**passion** 39:12
**Patricia** 27:13 35:9
35:12,21 40:8,9
46:19 169:8
170:13
**Patricia's** 150:25
**pay** 41:19 65:14
108:1 124:21
136:25 139:10,15
159:5
**paying** 29:24 51:25
92:4 124:24
**pending** 7:7
**penitentiary**
200:17
**pens** 80:2
**people** 17:12,21,24
24:22 25:7 27:19
31:19,25 32:3,17
33:10 34:17 35:23
36:13 38:5 40:6
47:6,24 58:4 70:2
70:3 81:7,8 95:10
96:14 109:15
114:21 115:13

116:4 118:1 148:9
150:22 154:4
159:3 161:3 163:1
167:16 168:25
169:5 171:13,14
184:13 192:25
203:2 217:15
226:21 230:11
**People's** 215:6,22
216:5 217:4
219:23 220:17
221:15
**percent** 92:17,24
94:2 101:7 108:9
110:1,13 142:12
**perfectly** 29:23
38:15 103:1 128:9
128:9 180:15
195:2
**period** 18:12
125:12 147:3
166:19
**person** 41:21 42:2,7
42:7 46:6 47:5
55:1 59:13 70:10
93:2,3 101:17
105:20 110:2
119:8 124:18
126:25 127:2
149:6 152:16,20
156:14 168:1
191:23 195:16
232:20
**personal** 194:3
**pertaining** 92:5,7,8
**Peter** 122:12,15
129:12 133:2
182:13
**phone** 64:20,21
89:19,20 90:16,16
90:21,25,25 91:3
91:4,13,14,15,20
93:16,17 96:2,4
96:11 101:6
105:15 106:19,24
107:5,10,21,23,24
108:16,25 114:24
114:25 119:7
125:15,24 126:2,4

126:7,15 127:5,6
127:22 131:13,14
131:15,16 140:15
140:19,21 183:18
183:19 195:21
232:15
**phones** 108:4
**photograph** 3:8
70:15
**phrase** 83:4 170:20
**physically** 49:14
**picked** 57:25 72:9
76:19 177:17
**picking** 78:15
**picture** 70:10
158:21 181:2
**piece** 195:4
**pills** 160:24 161:8
**pimp** 144:23
**pint** 36:6,14,16
**Pinto** 52:20
**piss** 228:19
**pissed** 157:22
**pistol** 156:9,13
**pistols** 62:8
**place** 12:23 13:11
17:1,18 39:7
61:10,24 73:19
118:8 136:8 150:4
151:1 153:14,14
183:11 225:23
**places** 17:3
**plain** 124:4,8
194:23
**plaintiff** 1:4 2:2
5:23,25 215:4
**plan** 85:6
**planned** 22:22,24
**playing** 130:1
**please** 5:13 6:2,25
70:11 71:8 73:21
97:23 98:7 199:6
204:22
**PLLC** 2:3,16
**plumber's** 139:5,7
**Plymouth** 2:6
**pocket** 36:7 142:4
**pod** 82:7
**point** 7:15 10:4

19:17 23:19 30:23
39:18 42:5 53:4
56:11 63:12 74:22
75:13 77:13 78:18
81:12 85:2 88:6
88:11 104:23
109:8 111:5
114:19 117:2
126:5 130:17
131:14,23 167:15
171:3,7 172:13
176:18 178:5
179:10 181:2
187:8 188:4,8
191:2 192:19
199:4,17 202:25
206:15 208:9
212:25 223:25
**police** 22:13,15
23:10 52:9,10,10
52:14 53:10 54:11
54:13,21 57:6,25
62:16 64:12 67:12
67:15 68:9 71:5
72:13 74:10,22
76:7,23 77:2 78:8
100:16 115:14,21
118:4,20 120:12
120:17,18,23
124:3 127:7 133:6
133:17 142:3
145:18 159:6
177:12 178:3
179:5,14 187:1
207:20 208:13,22
209:13,17 216:9
233:8
**politics** 101:3
**population** 186:1
**porch** 25:5 44:17
45:18 46:4,7
172:6
**position** 11:5,22
**positive** 38:16
**possible** 127:25
130:6
**potentially** 27:13
**poured** 31:14
**pre** 141:25

**preached** 166:22
166:23
**precinct** 56:2
178:21 179:17
180:4
**precincts** 78:16
**prefer** 221:10
**preliminarily**
204:22
**present** 30:19
48:15 113:22
114:4 192:16
**pretty** 21:21 22:16
26:6 28:20 33:4,4
36:14,21,23 45:21
47:7 50:22,24
66:5 78:25 79:8,8
88:22 90:14 95:13
95:15,25 99:17
105:1 107:11
110:7 114:10,13
127:18 132:22
141:25 149:20
157:12 163:23,23
163:25 164:25
165:23 166:5
168:16,17 172:4
180:6 184:3
198:22 199:1
228:16 232:17
**previous** 28:21
34:2 102:14 199:7
**previously** 133:20
**prior** 143:19 144:3
145:19 146:3
147:18 203:13
**prison** 94:21 95:17
96:15,25 100:25
115:6 116:6 118:3
186:1 195:19
199:17,21,23
200:5,17,18
**prisoners** 179:21
183:6
**privilege** 12:3
188:21,22,23
**privileged** 10:20
188:17
**privileges** 11:6

**pro** 164:19 198:11
**probably** 14:21
16:20 29:20 43:19
50:18 66:5 103:18
109:22 111:3
121:9 133:6
135:19 139:24
142:1 143:25
146:5 164:1,2
177:5 216:3
**probation** 69:12
194:23 195:9,14
196:25 198:12,15
198:23
**problem** 47:13,16
85:22,24 143:24
**Procedure** 4:4
**proceeding** 216:23
**proceedings** 5:1
37:24 63:25 64:6
143:2 201:12
211:8 231:15
233:21
**professional** 194:3
**professor** 95:15
**program** 49:13
**Project** 94:20
**promptly** 164:25
165:23
**propaganda** 95:5
**proposal** 190:11,24
193:20
**prosecute** 191:14
**prosecutor** 69:1
194:8 196:7,8
**prosecutors** 115:25
117:13
**prostitute** 144:24
145:2
**provided** 214:15
**providing** 208:5,19
**psychiatrists** 116:3
**puffiness** 161:13
**puffy** 155:4
**PULASKI** 234:5
**pull** 108:6 212:13
**pulled** 22:13,20
159:6 165:6 166:9
**pulling** 31:10

212:11
**punched** 155:10,11
**pursuant** 4:3
234:14
**put** 11:7 13:24
17:19 38:8 55:4
58:3 59:3,5,6 61:7
61:7,13,25 63:1,2
78:12,14 80:2
85:14,20 87:1,3
142:4 156:9
170:15 176:25
180:12 185:2,4,22
185:25 189:23
196:1 204:3
206:16 213:1
**Pybas** 1:13 4:5
234:6,23

---

**Q**

**quarrel** 13:6
**quarreling** 13:9
**question** 6:25 7:3,7
10:19,25 14:11
18:22 20:23 21:20
34:1,2 39:8 72:7
94:15 96:20 102:7
102:12,14,23
104:20,24 128:16
166:2 186:16
191:7 206:1,3,6
207:2,4,9 208:9
209:9 210:5,12
211:21 212:5,17
213:10,12 218:7,9
218:13 221:25
222:4,15,17,21,25
224:10,11,15
225:1,7 226:16,18
226:21 227:5,6,24
228:4,15,24 229:2
230:2,2,8,13,17
230:21
**questioning** 53:18
72:2 103:16 143:9
177:11
**questions** 57:19
94:22 103:11,12
114:13 116:13

---

117:5,23 132:20
135:3 143:11
195:20 198:4
199:7 201:18,24
204:3,18,23 205:6
209:5 210:6
211:15 213:17
218:18 219:5
223:3 225:3,15,24
226:9,16,24 228:9
228:14,17 229:5
230:14,24 231:21
**quick** 162:5
**quickly** 165:23
**quid** 164:19
**quiet** 92:15
**quit** 8:1 168:3
222:23
**quite** 31:19 49:9
51:1 150:21
**quo** 164:19
**quote** 205:16

---

**R**

**R** 81:20
**R-u-k-n** 15:21,22
**race** 159:25
**racially** 148:12
**Racine** 233:11,17
**racist** 69:16
**rag** 31:15
**rail** 104:10
**railroad** 163:8,8,9
**raises** 139:10
**rally** 12:6 14:15
**ran** 79:10 162:12
162:16
**range** 198:23
**Ranger** 12:6
**rank** 151:17
**rape** 52:21 53:23
71:19
**raped** 71:23
**reach** 71:1 93:15
105:23 125:13
**reached** 54:2 111:5
141:2 156:11
**read** 34:3 71:5,7
74:5 76:5 102:15

---

121:3 199:5,8
205:25 207:6,7,14
207:16,23 208:2,3
210:2,2,2 211:14
213:14,16 218:7
226:1 229:9,11,13
229:17
**reading** 73:20,21
209:15
**reads** 71:15
**ready** 39:20 158:22
232:14
**real** 30:13 38:17
149:9 152:21
172:23 175:7
228:19
**realize** 147:14
**really** 11:21,22
12:21 24:24 28:11
32:20 38:18 55:17
60:16 69:15 95:11
99:1 100:2 105:18
106:10 108:1,7
109:12 115:18
118:23 124:21
127:21 132:25
139:20 142:3
143:25,25 155:20
159:5 161:11
168:5,13 169:17
169:24 171:18
181:22 183:20
189:21 209:1,10
221:9 232:12
**reask** 230:12,12
**reason** 19:2 85:9
101:16 153:23
154:1 167:7
196:24
**rebel** 41:8,9
**recall** 11:14 16:16
18:18 19:16,20,25
20:3 21:14 22:8
23:25 25:6,8,25
28:16 31:14 32:16
33:11 35:10,15
38:12 40:4 47:15
48:15 49:17 54:4
55:13 56:11 57:22

---

58:18,22 59:25
60:9 61:20 62:20
64:14,23 74:23
80:7,13 81:21
82:2,4 87:19,25
92:3,10 94:16,19
94:24 95:22,24
96:2 97:8,11
98:19,24 112:1,2
114:4 116:10,12
121:6 123:24
131:1 133:21
155:15 204:23
206:12 212:23
215:20,24 222:10
222:11 223:20
227:7 232:2,6,12
**receive** 93:22
**received** 90:6
100:24 101:6
122:21 123:3
129:6 216:17
**Reception** 214:18
**recitation** 208:20
**recognized** 154:22
**recollection** 107:20
107:22 121:23
168:4,15 180:3
186:25 226:10
**record** 5:3,13 11:8
12:24 13:12 14:3
37:21 38:2 39:7
63:22 64:3 73:20
142:24 143:5
188:2 201:9,15
205:25 209:6
210:23 221:3
223:17 231:12,18
233:19
**referenced** 132:3
**referring** 129:3
**reflected** 229:20
**reflection** 223:11
**refreshes** 186:25
**regarding** 101:7
232:19
**regular** 24:24
143:19 151:2
**regularly** 146:24

---

216:6
**relate** 67:15
**related** 72:2,3,7,10
73:13 94:17 129:4
145:18 179:5
**relation** 28:10
**relationship** 27:10
27:11 29:7 123:4
**relative** 234:16
**release** 195:1,1
198:13,14 200:25
**released** 200:16
**relief** 201:20
**religious** 15:14
**remember** 17:10
18:24 20:8 21:16
21:17 24:12,18,19
24:23 25:22 28:18
30:19 31:11 34:20
39:24 41:25 42:21
42:23 43:23 44:9
44:19,21 47:1
48:8,11,18 49:10
51:19,23 52:8
56:23 60:13 64:20
65:21 77:4,6
80:10 81:16,19
83:25 88:4,6 96:5
96:10 97:5,13,25
98:1,1,9 109:2
113:25 116:5,9,25
117:2,6,19,21
118:22 122:9
123:25 124:1
125:21 126:2,3,4
126:9,23 127:2,14
128:4 133:5,7
136:23 142:9
146:2,6 147:25
148:21 151:8
155:2,5,19 157:19
157:21,23 158:4
159:2,25 163:14
163:22 168:13
169:22 170:8,13
172:2,5,10 173:12
177:13 181:3,4,17
181:19 187:5
189:20 204:19

205:3,5 226:12
227:8,9,10,17
**remembered**
107:18
**remind** 147:7
162:22
**rental** 134:22
**rep** 133:9
**repair/remodeling**
90:2
**reparations** 129:7,7
129:20 130:15,16
216:17
**repeat** 7:1 33:25,25
102:7,11 143:11
**rephrase** 7:1
**report** 71:6,15
73:23 74:1 75:18
75:19 76:8,23
**reported** 1:13 72:1
**reporter** 6:1 15:17
15:20,25 28:2,5
34:3 82:20 102:11
102:15 117:4
145:5 159:13
199:9 234:7,24
**reporter's** 6:23
**reporters** 140:4
**Reporting** 71:17
74:2
**represent** 109:1
115:13 116:21
125:5 187:10
201:25 216:22
**represented** 115:24
117:12 122:8,11
123:16 125:3,4
127:7 187:14
190:2 203:9
213:21 221:18
**representing**
115:20,22,23
117:11,11 124:10
133:10,11 219:13
**represents** 13:18
125:6,7 133:2
**request** 185:22
186:3
**requested** 186:11

**required** 10:18
**residence** 71:24
72:17 153:19
162:23 164:4,7,23
169:3 172:22
173:14 176:19
177:18,24 178:5
**resigned** 181:23
**respect** 208:6,20
**respectful** 104:5
**respond** 47:3 55:11
**responded** 61:20
**response** 61:22
93:23 130:7
141:22
**responsive** 48:3,4
**rest** 7:22 43:13
77:21 83:10 84:19
183:25
**resumed** 37:24
63:25 64:6 143:2
201:12 211:8
231:15
**retaliated** 87:16
**retaliation** 191:8
191:11
**return** 9:15 145:15
195:14
**returned** 72:21
**Reviews** 70:15 74:5
97:24 99:23
100:13 203:4
207:23
**Revolving** 180:8
**ribs** 16:3
**ride** 21:3 39:21
40:20,22 62:1
104:8 174:7 185:4
224:11
**Ridgeland** 175:25
**right** 8:5 11:25
16:16 22:10 28:11
31:22 34:18,21
40:2 42:9 43:8,23
45:24 50:7 56:6
57:23 58:15 61:17
61:22 65:3,10
67:10 68:23 72:15
73:12 76:22 90:22

95:4 106:21 107:6
107:17 108:20
110:3 114:6
116:10 119:17
121:11,23 122:17
125:7 127:14
128:21 129:9,12
129:16,17 131:4
131:12,20 132:4,7
132:8,21,23
133:12 134:9,14
135:18 136:21
138:24 139:16
140:17,24 143:13
146:9 147:1,14,15
147:23 148:4,24
150:2,7,9,19
151:10 152:7,11
153:1,17 154:18
154:22,25 156:21
157:24 158:10,25
159:1,7,12,15
160:9,14,18 161:5
161:19 162:17
163:3 164:3,20,21
165:1,19 166:1,8
166:25 167:1,3,16
167:19 168:6,11
168:12,18 169:16
169:20 170:13,22
171:1,2,5,8,13
172:3,6,17 174:10
174:11,20 175:2
177:4,8,19 178:1
178:11,21 179:1
179:11 180:8,10
180:13,17 184:9,9
184:13 185:22
186:24 187:10
188:10,11,25
189:3,18,18 190:3
190:17,25 191:5
191:12,20 192:10
192:15 194:10
196:8,13,16,21,24
197:2,3,4,17,23
198:7,9,12,20,24
199:16,17 200:4
201:2 203:7,9,22

210:22 211:19
213:23 214:14,24
214:25 215:2
216:20 217:24
218:19,21 219:7
219:20,25 220:17
221:18 222:5
223:4,25 224:16
225:4,14 226:6
228:9 229:2 231:1
**right-hand** 154:11
154:14
**rights** 13:13 71:16
71:17
**ring** 45:24 122:13
**rings** 64:18 183:17
**Roads** 7:11
**robbery** 200:1,11
**Rock** 5:12
**rode** 177:5
**Rodney** 1:8 4:2 5:7
6:4 52:18 71:9,10
76:4 107:8 202:13
204:10 234:9
**role** 124:19
**romantic** 194:11
**roof** 90:7,8 106:25
110:14
**roofing** 90:3
**room** 30:3,8 32:1
38:6,12 57:7
58:25 59:5,5 63:1
63:3,4,6 64:15,16
64:22 65:4,12
66:25 78:6 108:24
113:19,19 138:23
171:17 172:7
178:9,13,15
180:12,13 182:6
184:4,7 192:4,9
210:13 211:22
226:22
**rooms** 28:14
**Rose** 25:21 36:2
157:19 158:19
**roughly** 28:19
**rounds** 68:7,8
**routine** 166:17,19
**rubber** 182:1

**Rukn** 15:13,19
16:1
**Rukns** 16:5,9
**rules** 4:3 6:20
**run** 41:16 127:22
138:20

**S**

**Saigon** 8:12
**sand** 66:5
**sandwiches** 20:9
**sat** 113:15 133:4
193:19 206:14
212:24
**Savage** 187:12,14
187:18,20 188:12
188:21,24 189:3,9
190:24 191:12
192:13 194:1
195:11 196:21
203:10,11,13
204:15,18 213:21
**Savage's** 189:25
**save** 93:17 223:14
**saw** 16:19 19:3
20:18 33:10 34:16
49:17 51:23 67:4
78:11 87:20,24
135:12 155:6,13
156:6 158:5
171:19,19 172:12
196:4,4,5,5
204:25 205:8,17
206:24 211:1
213:7 217:18,21
218:2 222:18,21
227:19 229:1
**saying** 27:9 48:5
49:23 71:20 72:22
73:5,8 101:14
114:10 120:15
128:4 130:25
139:19 141:24
144:14 149:19
151:9 188:10
205:3
**says** 11:23 22:10
42:8 71:12 76:5
92:16 174:18

204:15 215:3,4
228:1 229:18
scared 128:11
scary 160:11
scheduling 232:19
school 7:23,24,25
146:22 148:2
154:16
scream 41:7
script 195:5
Scrooge 90:13
Seagram's 36:17
seal 234:19
seat 54:2 55:5
156:9
seated 35:5,6 65:22
second 25:12 73:1
115:8 122:23,24
122:25 123:3,6
125:13 136:2,6,7
137:18,24 138:1
199:19 200:4
209:22 231:8
section 16:8 24:10
71:7,9 76:4
secure 219:24
220:20
secured 220:13
see 20:20,21 27:20
32:15 33:2,8
44:12 50:17 53:1
59:9,11,14 60:6
67:20 69:8 74:19
76:10 77:23 78:6
80:16,19 85:14
86:16 88:14 103:6
105:13 107:24
110:25 111:18,20
112:1,10 113:6,8
115:5 116:1
118:12 126:3
130:12 131:24,25
137:16 138:3
141:24 143:18
147:10,12 151:5
155:12 158:3,10
158:12 160:7
162:25 163:18,21
163:21 166:16

168:5 171:21
172:19 177:11
181:18 185:1,11
185:23 186:11,12
186:24 195:23
196:4 201:2,7
202:23,24 203:3,8
204:11,15 205:22
206:20,20 210:1
213:5,5 215:3,7
215:11,16,19
218:10,13 222:1
225:8,9
seeing 68:4 88:6
151:8 155:5,15
157:23 158:4
172:5,10 208:6
222:10 227:7
seeking 145:3
seen 62:9 67:18
72:3 87:2,12
135:20
segregation 117:18
segue 99:13
self 12:3
sell 17:20 44:20
send 79:17 112:13
121:12
sending 118:7
sense 84:3 161:10
sent 119:14 122:3
135:11,20 136:25
sentence 198:9
sentenced 100:15
198:7 199:3
200:10
sentences 198:23
separate 80:2 193:2
separated 57:4
59:2 185:10 193:2
September 18:16
18:16,19 19:15,18
70:17 73:24 97:6
101:1,2,24 143:20
144:3 145:19
146:3 147:8,18
150:1 151:20
153:12 184:11
203:16,18 207:21

208:8,21,23 233:7
sequence 227:16
sergeant 58:13
72:14 182:22
210:13 211:22
serious 121:14
160:4
serve 8:5
served 232:3
services 185:21
sessions 67:5,6
set 234:15,18
sets 140:4
setting 69:17 116:7
135:6
settlement 128:21
129:3
seventh 14:24
sex 29:12,14,17
30:17,18,20,22
31:1,13,23 33:2,9
33:10,18 34:12,17
34:18 38:9 67:21
143:21 144:3,13
145:8,12,14,15
146:2,24 147:17
149:1 164:13
165:24 166:12,18
166:24 167:3,8,16
167:20,24 168:3
169:4,18 171:12
172:19 175:2,5,17
217:15,18,21,24
218:2,10,14 222:1
225:13 226:18
227:17
Shakes 37:6 161:24
179:12 198:3
share 36:11,11
sharp 95:13,15
she'd 147:21
149:10
sheet 186:6
Sheila 1:6
sheriff 232:3
Sherlock 226:6
shift 70:7
shipped 8:12
shit 103:6 113:8

120:10 149:15,16
154:23 191:15
209:12 222:23
227:22 229:14
shoes 62:10
shoot 86:17
Shore 146:22 148:1
148:22,25
short 118:6 191:15
191:16
shorts 155:25 156:1
shot 94:6 168:8
187:1
shout 183:11
show 70:24 71:4
214:4
showed 169:17
showing 97:24
151:23 202:21
shows 152:9
shut 46:16,17 81:1
81:2 145:6
siblings 18:10
side 37:6,6 46:8,9
49:20,21 62:25
140:9 154:12,14
154:15 161:24,24
162:7 163:10
179:12,12 192:5
198:3,3 205:22
229:4
sight 125:19
sign 67:7 75:6,8,10
77:12 98:17 99:5
196:9
signed 98:4,10,25
122:5
signing 94:16 97:11
97:13 190:11
silently 207:17
similar 62:9
simply 210:5
Sims 1:13 5:11
sir 12:10 13:3 28:2
202:24 209:9
210:18
sister 27:16 43:22
176:8
sister's 173:23

sisters 18:8 26:5
46:1 150:21
sit 55:18 58:5
112:19 138:17
150:15
sitting 23:8,10,13
40:7 44:16 50:13
54:17 55:18 61:2
85:1 113:19 156:8
168:9 206:10,11
209:16 212:21,22
229:7,19
situation 117:22
size 160:5
skin 228:6 230:22
skip 211:17 226:2
slapped 54:3
slave 227:12
sleep 52:7 177:5
sleeping 53:11
slurring 155:21
small 145:16 184:6
smell 224:22,23
225:1
smelled 125:1
225:2 230:5,18,21
smelling 223:21
smells 224:24
smoke 17:2 41:2
179:7
smoked 114:15
smoking 16:25
144:10
snitch 85:12,16
86:3 87:2
snitched 85:18 86:4
sober 145:9,13
social 16:17
socialize 16:14
socialized 154:4
socially 29:1,5
soldier 8:16
Somalia 8:14
somebody 21:25
31:22 33:4 34:20
39:19 41:8,16
42:12 44:16 54:25
55:19 60:16,19
62:1 69:14,21

77:4,5 80:3 83:23
85:15 86:17 89:10
91:14,15,21 94:11
98:16 101:14
105:17 112:7
120:10 136:25
146:4 149:5 153:2
153:4 155:10
158:9 167:19,24
193:4,8,8 227:18
**somebody's** 27:4
**someplace** 30:13
**son** 52:18,22
**soon** 168:3
**sore** 181:1
**sorry** 8:9 11:18
15:18 26:3,13
28:7 32:5 33:25
40:15 43:7 48:13
50:9 51:5 52:12
64:9 70:20,21
73:22 75:20 76:17
82:20 83:15 87:22
91:1 97:16 100:12
102:6 111:12,15
116:24 136:18
145:6,21 158:6
200:12 211:10
**sorry--** 53:10
**sort** 27:6 39:2
54:11 79:10 114:8
149:7 166:7
196:10,24 198:12
**sound** 39:1
**sounded** 99:18
107:9 179:2
**sounds** 111:8
116:17 126:5
130:4 131:2,23
164:11 171:13
172:6 216:15
**south** 2:6 9:22 24:2
55:24 57:5 58:10
146:21 148:1,22
148:25
**southern** 101:20
139:6
**space** 30:4
**Spam** 71:10,12

**Span** 71:11,12
**Spangoli** 71:14
**speak** 91:23 118:10
118:13,16 191:13
**speaking** 13:10
107:21 118:19
144:9 155:22
**special** 152:12
183:10
**specific** 17:6 47:15
48:9 65:11
**specifically** 38:12
75:23 80:10,11
83:25 119:25
153:11
**specificity** 168:19
**specifying** 102:19
102:20
**Speculation** 99:15
**spell** 15:20 106:5
**spent** 29:1
**spoke** 91:21 190:12
193:19
**spot** 131:12
**squad** 54:10 56:16
59:17,23 60:21
**ss** 234:4
**St** 115:8 118:9,9,22
214:20 228:19
**staircase** 28:10
**stairs** 25:10 29:21
31:8 47:18,21
49:16,20 63:1
167:21,23 206:22
206:24 213:7
**stairway** 40:2
50:11
**Stan** 18:7 32:15
33:11 41:16,21
45:8 48:10,11
49:5,17 55:7 57:8
60:6 66:10 70:4
70:15 83:19 85:18
96:12,15,17 97:9
157:10,13,23
163:1 170:3 171:3
171:14 178:13,14
179:24 180:19
185:5 190:12

193:23,24 194:16
194:17 197:20
198:1 199:1,14
206:15,15,24
212:25 213:7
217:24
**Stan's** 17:13,25
24:6 26:5 42:8
**stand** 16:23 55:10
61:14 166:16
196:12 204:4
**standing** 35:7
47:24 49:18 50:14
67:4,10 171:15,19
192:24
**stands** 92:13
132:23
**Stanley** 1:3 5:23,25
6:15 10:5,6 11:12
11:13 14:18 15:6
16:12 21:2 22:1
23:14,22 38:14
55:2,16 59:14
66:20 70:16 71:21
72:1,18,25 73:7
77:23 78:11,23
79:21,21,25 80:16
81:3 85:18,20
87:1,20 88:14
92:8,13 94:17
96:25 102:1,9
109:1 110:6,8
120:6,20 123:23
127:8 128:2,5
130:23 133:3,13
133:16 134:4
140:3 150:2,18,20
153:7 188:6,9
189:12 196:15
204:25 209:21,24
217:18,21 218:10
222:1 224:3 227:7
**Stanley's** 17:8,9
101:7
**start** 8:3 55:17 81:6
86:23 92:4 105:2
119:5 124:24
131:21 205:24
211:12

**started** 7:9 16:17
17:3 34:12,25
72:25 118:7
124:25 133:5
148:14 209:18
**starting** 207:15
210:9
**state** 9:3 68:13,13
101:1 185:7,9
199:23 200:21
214:20 234:3,7,24
**state's** 67:23 74:24
76:6 77:11,14
78:8 191:13
192:14 194:2
196:19 197:7
206:4
**stated** 72:13
**statement** 67:13,14
68:20 69:16,25
70:6 75:6,10
97:25 100:18
180:16,20 188:5
189:11 190:11,12
194:24 196:10,18
203:6
**statements** 3:9
181:9 184:12
**States** 1:1 5:9
**station** 57:7 62:16
64:12 74:22 76:7
77:24 78:2 154:14
183:5 207:20
208:22 233:8
**stations** 68:9
**stay** 7:21 9:12
14:22 33:6 39:14
40:25 42:2 43:1
43:13 61:8 167:12
173:23 195:18
218:16
**stayed** 18:10 45:9
77:19,20 127:23
154:18 159:4
**staying** 176:9
**stepfather** 70:2
192:25
**sticks** 117:24
**stipulate** 223:10

**stipulated** 4:2
231:7
**stipulations** 4:1
234:14
**Stone** 12:9 15:5
116:20,23,23
**Stones** 14:17,19,20
14:23 15:7 151:11
151:21 152:14
**Stony** 43:23 175:24
**stool** 182:5
**stools** 183:18
**stop** 27:8 154:12
224:2,14 225:11
225:12
**stopped** 153:19
160:1
**store** 19:3,23,25
20:10,13,17 21:4
22:2,19,21 23:2
23:17,19 25:13
72:6,9 76:19,20
147:15 153:15,20
153:23 154:17
158:15 159:3
162:18 163:1
**story** 53:21 69:6,7
**stove** 73:8 206:16
213:1
**straight** 34:9 36:8
36:23 168:8 195:9
195:14
**straightforward**
12:5
**stranded** 104:12
**strange** 41:11
**street** 2:3 17:6
20:25 21:1 24:2,3
24:9 43:24 44:23
78:17,20 79:14,16
106:15 112:23
146:21 147:23
148:25 152:23
154:9,13 159:12
159:15 160:20
163:4 175:22
195:16 214:19
**strike** 126:8 158:11
171:24 177:22

187:21 197:21
219:15,15 228:21
230:9,9
**Strong** 90:10
**strongly** 82:7
**stuck** 113:7,12
165:6
**students** 94:20
95:13,19 98:20,23
99:19
**studio** 10:3
**study** 9:4
**stupid** 19:2
**stupid-ass** 193:5,11
**style** 33:7
**subcontractor**
106:10
**subpoena** 73:24
75:18 136:23
232:3,6,7
**subsequent** 130:2
**substance** 116:11
149:8
**substantially** 72:8
73:13
**successful** 170:24
**such-and-such**
52:21
**suck** 73:5
**sued** 216:6
**suggesting** 156:18
**Suite** 2:3,12,17
**summarize** 139:19
**supplementary**
71:6 73:23 75:19
**support** 128:12
**supposed** 58:12
69:12 105:3
136:11,14,17,20
136:20 179:23
**suppress** 3:11 88:1
88:5 202:11 203:6
204:19 207:19
223:13
**Supreme** 234:24
**sure** 16:11 19:24
20:23 21:12,22,25
26:6,7 27:17
28:11 33:4,4,14

36:14,21,22,23
37:3,11 39:5
45:21 50:22,22,24
63:13 66:5 77:20
79:1,8,8 80:20
91:5 95:25 102:13
105:1 107:11
115:5 116:2 117:9
122:4 124:12,13
125:20 131:3,12
134:2 138:8
143:17 151:13
152:19 156:19
157:12 158:2
165:16 166:5
170:11 172:9
176:17 191:22
210:22 224:6
226:14 227:1,16
**surprised** 112:10
**Susan** 1:13 4:4
234:6,23
**suspected** 143:25
**SW** 70:8
**swear** 6:2
**switch** 80:8
**sworn** 6:6 234:9
**sympathize** 97:9
**Syria** 8:13
**system** 99:10
200:17

---

**T**

**table** 30:9,10,12
35:5,6 36:15,18
38:18 47:25 49:18
49:20,21,23 50:2
50:4,7,13,14
168:6
**tables** 183:14
**take** 7:6 19:6 22:16
25:10 28:2,6
37:14 43:11 52:5
53:17 54:10,14
55:9 57:8,8 59:11
61:14 62:19 63:11
68:8 79:1,2 84:12
84:24 105:11
110:3 136:8

141:20 142:15
159:11,16 160:13
160:21 161:15
174:6 175:2
179:10,20 181:2
182:25 183:22
188:2 191:12
198:4 231:10
**taken** 1:9 4:3 37:23
57:3,5 62:25
63:24 143:1
201:11 231:14
234:12,14
**talk** 34:25 46:6
58:8 59:20 72:13
80:3,4 94:25 96:1
112:20 119:24,25
120:2,16 123:10
123:12,18,22
124:2 126:17,24
127:1,24 128:1,6
128:18,19 130:11
139:2 170:21
187:7,22 190:18
**talked** 23:13 73:2
126:19 132:11
135:17,17 139:13
181:15 223:23
**talking** 25:25 27:6
39:6 40:14 53:24
65:16 68:23 80:3
80:5 115:12,13
116:11 118:22
133:5 147:4
152:19 191:22
211:6 220:11
227:9,11,11
**tall** 26:24 33:12
**tapes** 142:21
**tat** 151:23
**tatted** 152:1
**tattoo** 152:6,9
**taxes** 128:12
**Taylor** 216:13,22
**team** 115:4,12,13
118:10,20
**Tech** 9:3
**telephone** 125:14
126:18,19,21

130:4 131:8
**tell** 20:6 53:3 60:7
67:15,17,18,22
69:14 72:2 76:6,9
76:9 78:25 84:2
84:25 85:3,15
86:13 92:12
102:24 105:20
111:1 115:2
126:20,24 127:7
130:22 132:17
133:1 135:5,25
141:16 164:6
166:14 168:2,23
173:7 185:16
188:12,19 193:20
194:21 195:13,19
195:20,24 196:6
199:13 202:8
209:12,24 210:14
211:23 227:6
232:25
**telling** 96:13,13
151:18 185:12
**ten** 31:2 66:10
201:21 139:9
**tequila** 36:12
**terms** 124:18
173:15
**terrible** 147:8
**testified** 6:9 64:10
88:20 91:5 117:14
132:18 140:10
146:7 153:13
164:24 165:12
166:6 168:21
170:19 171:3
178:19 179:6
188:4 199:16
208:12 209:3
215:14 217:11
223:12 226:10
**testify** 6:7 93:10
234:9
**testifying** 50:1
87:25 116:5
196:13,15 203:20
204:11 207:19
213:23 229:19

**testimony** 3:11,12
45:14 106:23
116:11 133:19
164:11 171:11
177:21 178:8
180:16 202:11,14
203:13,22 205:2
207:11 208:4,19
209:14 210:3
213:25 226:13
228:21
**text** 93:20,22 119:7
**thank** 6:14 15:25
40:19 70:19,22
71:9 74:4 77:1
87:17 110:16
144:22 204:1
229:15,15 231:20
**theirselves** 113:16
**they'd** 142:2 151:3
**thing** 11:9 15:13,13
15:14 52:8 55:20
67:23 75:16 83:21
95:9 97:8 100:24
101:5 107:19,19
108:8 112:15
114:10 115:17
171:15 179:6
185:11 194:25
210:22 217:4
231:24 233:5
**things** 16:21 41:5
49:9 144:13 154:4
165:13 167:10
188:10 221:5
229:20
**thingy** 182:2
**think** 11:4,24 14:2
14:11 16:19 18:8
21:21 23:16 25:12
26:24 27:13 33:13
37:18 40:12 42:22
45:15 46:3,20
50:2,3 54:20 55:3
59:8 61:10 64:10
82:24 84:20 93:4
93:12 96:15,16,16
103:16 107:12,18
108:19 109:8

112:17 113:24
115:6,17,24
116:25 117:14
118:25 121:11,15
122:2,19 125:12
125:15 126:2
127:4 128:6,17
130:14 131:11
132:3,18 136:16
139:1 141:21
142:17 146:7
150:21 151:2
152:2,2,3,5,5
153:16 154:12
155:25 157:23,25
158:21 160:24
161:8,9,12,22
163:19 164:24
165:12 166:6
167:15,18 168:21
169:23 170:8
171:3 172:23
173:19,20,24
174:12 176:20
178:19 179:9
189:10 192:8,9,19
193:1 198:11
203:21 206:4
209:5 217:11
231:4,8
**thinking** 21:14,15
27:16 44:20 55:19
105:9,11 125:3
128:12,22 130:21
133:11 150:25
173:13
**third** 66:16 135:14
**this.'** 73:5,12
**Thomas** 203:25
204:1
**thought** 51:9 55:24
60:11 88:9 94:10
94:10,11 95:9,11
95:18 108:2 109:7
112:11 118:3
125:1,4 130:18
171:18 193:13
197:1 216:24,25
**threaten** 49:14

**three** 55:10 58:4
66:15 68:19 79:3
81:18 113:18
114:16,19 119:10
169:6 175:12
176:16 182:8
189:13 206:25
213:8 217:5
227:20
**threw** 121:9,15
**throwing** 35:25
121:19 157:14
**ticket** 104:9
**tickled** 99:18
**tie** 62:9
**time** 5:4 7:5 12:9
14:17 15:7 16:17
18:12 19:3,20
20:5 22:13 25:9
28:19 29:1 30:21
31:18,25 33:17,18
33:19 34:6,19
35:23 37:21 38:2
38:13,20,23 39:1
39:4,6 41:1,19
44:11 48:2,18
51:13,17 54:1,20
54:23 57:24 58:19
60:10 63:22 64:3
65:22 66:15 67:1
68:23 69:4,15
71:13,21 77:20
78:11 79:9,9 82:7
87:19 93:16 98:25
104:5 108:2
110:12 111:25
114:5 115:2,8
117:19 118:10
119:1,6,9 125:15
128:10 129:21
130:13 131:19
132:13,16,17
133:14 134:3
137:18,24 138:1
141:1,2 142:4,25
143:5 145:4 147:4
148:16 149:19,21
153:14 157:7
163:17,19 172:5

173:16,17,17
175:15 177:13,24
179:4 180:9,25
181:17 183:21
193:1 197:10,11
199:19,20 200:4
200:12 201:10,15
201:19 213:18,20
214:22 223:14
224:14 225:11
231:10,12,18
232:20 233:20
**timer** 118:7
**times** 18:9 29:16
31:9 55:10 79:3
111:20 143:21
181:6,8 189:10
200:23 207:1
213:8 218:13
227:21 232:24
**tin** 110:14
**Tired** 6:13
**today** 10:24 88:20
99:22 101:24
105:8 114:11
132:20 135:23
226:11
**Today's** 5:3
**told** 22:6,14,15
39:19 42:25 50:22
51:4,6 52:25
53:16,17 55:7,8,8
55:19 58:11 65:24
66:20 71:25 72:11
72:14 74:13,13,25
92:4 97:5 105:7
114:22 117:6,25
128:18 133:9
135:2 139:14,20
141:3,18 142:10
142:15 149:5,6
157:2 158:18
159:10 160:23
164:8 167:4
180:19 183:10
187:9 189:1,3
193:15 194:15,24
194:24 195:10,11
195:15 196:1

206:19 207:20
208:13,22 209:17
209:21 210:14,16
211:23,24 212:4
212:10,12 213:4
222:23 223:1
227:14,14 231:2
**tonight** 105:4
**top** 165:6 204:15
**torture** 100:16
120:7,8 129:4,7
129:20 130:15,15
181:10
**tortured** 129:11
**total** 176:15
**touch** 93:5,6
105:14 109:24
110:18,21 207:5
213:13 228:24
232:19
**touched** 228:8
**town** 78:15 90:10
**trace** 225:2
**track** 17:11 24:10
163:10
**tracks** 24:5,6,7,12
163:9,10
**transcribed** 234:13
**transcribing** 6:23
**transcript** 213:14
214:7 215:13
223:11 229:18,21
**transferred** 225:22
**travel** 136:25
**trial** 196:17
**trials** 120:5,6 193:2
**trick** 112:11
**tricked** 188:9
**tried** 48:24 75:6
85:20 87:1 118:25
170:21 232:25
**trip** 131:24 174:2
**trouble** 69:18,21
187:16 193:5,11
**truck** 52:5 217:6
**true** 100:18 142:7
167:17 203:13,17
208:23 213:15
218:21 219:7

221:22 222:19,20
224:4 227:4
230:14
**truly** 227:8
**truth** 6:7,8,8
223:13 234:10,10
234:11
**truthful** 209:4
**try** 14:6 103:23
110:11,14 143:10
149:16,21,23
197:15 218:1
224:14 225:10
**trying** 25:9 32:20
32:20 33:6 34:25
52:1 55:19 57:21
75:9 78:25 80:8
81:6 99:1,4,5,7
118:12,17,23,24
124:25 127:22
139:19 144:17
149:14,14,15
156:16 158:20
160:16,21 177:9
183:20 193:2
225:11 228:18
**Tuesday** 125:24
**turn** 24:2,3,4,9
34:20 38:6,9
190:14 204:6,14
204:21 217:8
222:8 226:3 227:2
**turned** 24:7,10
53:20 163:7
170:20
**turns** 72:25 209:18
**Twenty-five** 54:22
**Twenty-four**
210:11
**Twenty-two** 147:11
**twice** 88:18 89:6
111:23,24 115:6,8
**two** 18:8 19:9 29:10
30:9 55:23 56:18
56:20,22 57:9
61:25,25 62:6,8
66:13,14,14 68:19
81:18 85:7 95:25
96:1 97:12 108:23

112:13 114:15,17
131:9,16,21 134:8
135:16 141:15
147:6 150:21
169:12 171:13,14
172:24 173:8
174:15 175:12,12
176:16 182:10,11
182:11 187:1
201:3 209:5
**two-minute** 63:11
**type** 178:24
**typed** 195:6
**typewritten** 211:5

**U**

**U.S** 115:22,24
152:10
**ugliest** 62:9
**ugly** 191:16
**uh-huh** 16:7 18:17
34:8 35:4 43:5
53:5 59:1 60:12
66:2 78:3 84:10
95:2 97:25 101:8
101:25 106:8
108:5 109:23
112:5,6,24 114:3
116:21 120:9
129:5,8 138:8
140:13 148:3
151:1 153:6,9
155:24 157:11
161:7,17 162:5
167:11 169:13
172:8,18 173:18
176:3,14 178:22
181:12 182:7,12
183:16 186:10
187:24 189:4,16
191:1 193:3,6
195:17 207:7
211:13 213:22
214:9 215:17
217:9 218:12,17
220:18 224:17
225:17
**ultimately** 67:22
81:9 193:20 199:2

219:23 221:18
**uncles** 166:21
**unconscious** 48:5,6
60:11
**understand** 6:25
12:13 18:22 21:20
32:6 39:8 57:18
89:1 91:5 96:22
124:9 144:17
155:18 158:21
177:23 208:15
216:5
**understanding**
6:17 85:9 90:15
101:9 129:19
130:16 164:18
188:8
**understood** 7:2
71:17 86:22
108:10 134:4,6
156:20 164:12
179:1 216:4
**unfortunate** 166:2
**Union** 90:5
**unit** 81:20
**United** 1:1 5:9
**Unmarked** 54:12
**unresponsive** 48:20
**untrustworthy**
99:11
**upside** 54:3
**upstairs** 27:23 28:9
28:16,17 29:22,25
30:5 31:3,7,18
35:18 37:8 41:4
42:3 47:4,5,6,9,11
47:20 48:9 50:21
72:18,19 73:8
152:25 165:12,14
167:13 168:4
171:5,8 172:10
183:22 206:15,17
212:10,11,25
213:1 225:8
**upstate** 148:15
**use** 108:3 124:20
166:17,19
**ushered** 180:5
**usually** 110:22

145:17 147:21
148:6,8,8 185:24

**V**

**v** 5:8 203:2 214:16
**VA** 138:22
**Van** 112:22
**verbal** 6:22,24
61:21
**victim** 71:20 72:4
**video** 5:3
**videographer** 5:2
5:12 6:1 37:20
38:1 63:21 64:2
142:21,23 143:4
201:9,14 216:8
231:11,17 233:18
**videotaped** 1:8,13
5:6 6:22
**view** 178:11
**visit** 9:17 97:12
117:19 118:4
**visitors** 10:2
**voice** 125:17,18
**voice-writing**
234:13
**Voyeurism** 33:6
**vs** 1:5

**W**

**Wacker** 2:17
**wagon** 78:16
**wait** 52:25 53:6
102:6 111:2
166:16 185:12,17
220:4 233:5
**waiting** 38:6,8
138:22
**walk** 148:22 158:23
**walked** 21:5,6 23:6
154:20 175:19
176:2,11 179:18
183:6
**walking** 44:7
175:11
**wall** 64:18 65:23
182:4,4 183:17
**wallet** 156:10,11
**want** 6:23 10:12
14:9 16:3 18:15

19:6,11 20:15
22:18 25:5 37:14
50:17 70:7 82:10
99:8 103:14,24
104:4 105:2
115:11 127:1
131:6 135:5
139:11,14,21
142:4 153:10,12
153:13 157:4,6
159:19,20 161:18
165:12 171:10
174:18 176:24,25
177:9,10,10
180:15 188:23
189:13 194:16
195:18 196:1,1
207:23 225:13
231:24
**wanted** 12:23 19:8
22:18 51:10 53:17
68:20 72:10,11
92:16 93:3,9,11
94:25 105:14
118:16 119:24,25
120:2,16 123:12
123:18,22 124:2
126:24 127:24
128:6,18,19 130:9
130:11 165:21
176:4 188:5
193:23,24 195:3
196:2,6,10 199:1
228:17 233:10
**wants** 102:25 140:7
174:19
**wasn't** 27:11 29:23
30:21 32:20,20
33:5 38:18 46:17
46:19 49:12 51:25
54:1 55:3 61:21
62:6,23,23 69:15
69:17 93:8 94:13
105:11 109:20,21
118:11 120:9
125:19 134:15
136:17 140:25,25
144:24 148:18
151:2 155:14,17

156:1 173:17
181:22,25 183:20
184:4 189:8 192:6
196:22 224:6
**watch** 166:16
218:16
**watching** 75:2
**way** 12:11 16:2
34:15 38:8 49:21
51:1 87:3 89:4
92:2 110:6,7
115:3,16,17 119:7
119:11,23 122:5
126:8 139:25
140:6 144:14
149:13,24 163:5,5
163:7 165:10,10
171:11 189:14,16
191:15 197:20
206:3 207:7 226:5
228:17 232:11
**ways** 134:20
**we're** 6:15 13:22
37:20 39:6 63:21
65:14 70:24
115:14 142:24
143:5 152:19
164:6 177:8
191:22 203:15
210:22 211:6
214:4 231:11
233:19
**we've** 14:3 88:19
101:23 135:23
199:3,3
**wear** 166:10
**wearing** 155:19
**weed** 29:11 163:20
**week** 16:20 18:14
89:15 126:12,12
136:10,10
**weeks** 68:19 101:6
**weird** 14:9
**welcome** 70:23
**well-modulated**
101:19
**wellbeing** 160:12
**went** 8:1 9:13 19:3
19:22 23:22 24:3

24:7,15 25:10 27:23 28:9,16,17 28:18 30:15 31:16 31:17,20 34:9,21 34:21,23 35:13 42:21 43:11,24 46:8 47:18,20 51:18,19,21 52:4 52:6,7,17 57:22 58:5,23,24 60:23 60:24 62:25 63:4 72:18,20 73:2,8 74:16 77:21 79:20 79:23 81:9 95:10 95:17 96:12 113:15 134:21,22 137:10 153:15,20 153:22 158:15 159:3 162:23 163:1,4,13 164:25 165:11 166:25 167:12,19 168:21 168:24 169:3,19 170:19 171:4,7,20 172:16 173:7,9,21 176:7,12 179:18 179:21 183:7,7,7 185:6,19 199:17 199:20 200:4 206:10,16,20,20 212:10,13,15,21 213:1,5,5 217:5 223:23 224:2,6 225:10 233:9

**weren't** 14:20 22:20 44:7 198:4 210:5

**west** 2:12 24:1 154:11

**Western** 214:17

**When's** 199:20

**WHEREOF** 234:18

**white** 69:18,19,22 107:9,11 148:14 148:18 162:4,8,10 182:11 193:5,11

**whites** 148:14

**whoop** 181:18

**whooped** 61:3 97:10 233:13

**whoopings** 67:6

**wife** 26:15

**Wild** 25:21 36:1 157:19

**Williams** 71:25 72:8,18 150:23 158:3

**willing** 29:11,12 144:19

**Wilson** 186:17,22

**win** 51:11

**window** 64:22,23

**wine** 31:15 148:7 166:7

**wiped** 31:16

**wit** 6:9 37:25 64:1 64:7 143:3 201:13 211:9 231:16

**withdraw** 219:19

**witness** 6:2,5 10:11 10:16,22,25 11:9 12:12,19,22,25 13:4,7,14,20,24 14:5 15:19,23 17:17 26:21,23 28:4,7 32:7,9,12 37:12,16 40:16,18 40:20 41:11 70:23 82:22 83:16,19,21 86:24 92:21 103:20 104:7,14 105:1 111:14,16 113:10 136:11,16 142:22 159:14 176:24 177:2 201:20 208:16 210:25 220:7 221:8 223:18 228:1 231:6,10 233:16,23 234:18

**woke** 52:16

**woman** 27:15 48:19 71:23 72:9,10,14 73:6 76:19 91:25 92:1,2,10 93:23 107:10 114:1 140:11 141:2,6,19

142:11,16 149:16 149:18 169:22 191:15,16,20 192:20 206:7,8 212:18,19

**women** 146:23

**Wonder** 7:8

**wondering** 112:15 142:13

**word** 48:21 49:10 49:10 60:13 82:10 82:12,13,13,24 83:7 84:1 95:4 120:9 144:16 167:18 181:5 186:9 190:18,19

**words** 42:1 82:24 82:24 155:21 196:1,7

**wore** 62:7 166:13

**work** 16:23 56:1 89:25 105:19 127:12 137:10 140:7 147:20 151:1 195:1,1 198:13,14

**worked** 19:14 78:19 89:22,24,25 140:8,9 150:4,21 150:22 174:8 178:21 217:2

**working** 91:9,9,16 95:15 107:4 110:14

**worried** 61:3

**worry** 82:11

**would've** 9:9 68:7 90:16 117:15 154:14

**wouldn't** 11:1,2 17:20 69:4 84:2 87:15 146:25

**Wrice** 1:3 5:7,23,25 6:16 10:5,6 11:12 11:13 15:6 16:12 18:11 19:17,22 21:2 23:14 25:19 33:18 42:15 44:1 44:2 46:2 52:2

54:15,21 55:2,2 56:7 57:23 58:3,7 59:14 61:15,16 70:16 71:22 72:1 72:8,16,18 73:7 77:23 78:11,24 79:21,25 80:16 87:20 88:14 92:8 92:13 94:17 102:1 109:1 110:8 120:6 120:20 127:8 128:2,5 130:23 133:3,13,16 134:4 150:2 153:8,19 162:23 164:3,5,6 164:23 169:3 172:22 173:14 176:19 177:18,24 178:4 188:6,9 189:12 203:2 205:7,8 208:6 217:18 218:10 222:1,10,18 224:3 225:9

**Wrice's** 23:22 89:4 123:23 140:3 208:21 224:12

**writing** 74:21 124:18

**written** 195:2,4

**wrong** 50:5 86:10 103:3,4 107:13,15 117:15 119:16 125:2 133:23 177:17 180:25 190:7

**wrote** 77:2 120:10 120:15 207:7

### X

### Y

**y'all** 12:6 47:2 48:25 104:7,8 108:23 112:16 136:11,12 139:24 140:1

**yahooing** 41:8

**yeah** 8:23 11:10 12:13,19 13:8

14:5 15:8,23 21:5 22:3 24:22 26:21 27:15 29:4 31:21 34:11 36:19 38:23 40:2 41:10,11 44:8,15,16,23 45:5,11 46:12 47:4 48:14 53:9 53:13 55:12,23 61:22 66:15 67:2 69:23 73:22 75:12 77:17 78:1,22 80:8 81:11,13 84:22 85:17 87:15 87:22 88:12 90:12 92:11 93:24 94:1 94:2,6,21,23 95:20 96:8 99:17 104:21 109:15 111:7,12,12 113:4 113:17 117:17 119:5 121:2 122:20 126:6 129:10 131:3,5,18 132:14 133:9,10 134:6,6,21 137:5 137:19,23 138:20 139:18 142:7 143:23 146:10 149:3,25 150:16 152:2,15 153:25 154:10 156:4,15 159:18 160:15,19 160:19 162:2,19 165:2,25 167:14 167:25 168:17,20 170:18,23 172:4 173:1 174:15,17 175:4 176:5,20,20 177:2,8 180:6,8 181:14 182:12 184:8 185:8,10,15 185:19 186:4 188:14 189:19 190:22 191:18,21 193:10 195:5,12 197:24 198:9 203:19 205:5,20 210:1,25 211:4

213:19 214:23
215:1,25 216:19
216:21 217:9
218:23 219:3
220:15 223:16
225:5 226:23
228:7 232:17
**year** 69:12 187:3
195:1 225:21
232:2
**years** 7:20,22 94:17
128:13 148:14
153:1 198:7,18,24
199:3 200:3 214:3
**yell** 41:8,9
**Yep** 203:14 204:17
215:9
**yesterday** 137:22
138:25
**Yippee** 202:2
**York** 2:4
**young** 39:11 112:8
112:13 170:1,3
**Yup** 180:11

**Z**

**0**

**001657** 70:8
**05934** 5:9
**05C2192** 214:17
**06** 115:10
**06/11/11** 98:8,22
**08** 115:10
**09/13/82** 75:21

**1**

**1** 226:8
**1/2** 92:25
**1:00** 103:21
**1:41** 142:25
**10** 2:17 100:12
228:13,23
**10:13** 1:9 5:5
**10:53** 37:21
**100** 198:7,23 199:3
220:8
**100,000** 129:16
216:18 219:13,24
220:5,13

**1000** 2:3
**103rd** 55:25
**104** 226:4,5
**105** 3:3
**108** 227:2
**10th** 73:24 184:11
**11** 98:22 215:13
**11:01** 38:2
**11:47** 63:22
**110** 228:13,23
**11238** 2:4
**116** 229:24 230:1,1
230:16
**1169** 2:6
**11th** 68:12,13
78:17,20 79:14,16
185:6,9
**12** 50:18 212:2
224:9 227:3
**12-by-14** 184:5
**12:00** 162:3
**12:05** 64:4
**13** 222:8,9,14
**14** 1:4 5:8
**15** 50:18 73:24
75:18,23 139:10
**15th** 234:19
**18** 205:24
**19** 218:5,6
**1958** 7:14
**1974** 8:4
**1975** 8:12
**1980** 9:9 147:4
**1982** 18:16 70:17
73:24 97:7 101:24
143:20 144:3
145:19 146:3
147:5,9,18 150:1
184:11 203:16,18
207:21 208:8,21
208:23 233:7
**1983** 202:10 203:2
207:11
**1996** 101:1

**2**

**2** 64:3 92:25 122:17
142:24 180:7,9,16
181:3,10,21 183:1

**184**:9,18,24
186:18 233:8
**2:00** 105:2
**2:01** 143:6
**20** 66:10 105:9
147:10,13,13,13
204:8
**2005** 100:25
**2008** 115:7 214:17
220:11 221:22
225:21 226:15
228:10,12 230:16
**201** 3:4
**2010** 101:2
**2011** 98:22
**2015** 220:14 221:19
**2017** 1:9 4:4 5:4
226:11 234:19
**202** 3:11
**21** 204:15
**214** 3:12
**22** 147:10,12
225:24 230:1,16
**2300** 2:17
**231** 3:5
**24** 147:13 207:16
210:10,18 211:20
**25** 214:3 224:21
**26** 217:8 218:4
**27** 139:11
**28** 222:8,14
**29** 136:25

**3**

**3** 11:13 97:16 143:5
**3:00** 104:2
**3:02** 201:10
**3:07** 201:16
**3:30** 231:13
**3:39** 231:19
**3:41** 233:20,22
**30** 54:22 173:21
223:8,9 224:9
**30-pack** 127:13
**30-some** 153:1
**31** 225:24
**312** 109:7,14,15,16
**312-341-9646** 2:13
**330** 2:12

**3401** 214:19
**35** 54:22 134:16,19
**3rd** 202:10,25
203:2 207:11

**4**

**4** 202:21
**40** 173:20
**40-something**
173:20
**41st** 173:20
**422** 2:3
**45** 215:16,22
221:21

**5**

**5** 92:17,24 94:2
97:17 101:7
106:12 108:9
109:25 110:13
142:12 157:18
158:18
**5-foot** 26:24
**50** 92:13,25 110:13
142:12
**53** 2:12
**54** 106:12
**5934** 1:4

**6**

**6** 3:2 81:20 215:11
215:13 226:8
**60604** 2:7,12
**60606** 2:17
**61st** 233:16
**62** 7:20
**63** 7:20
**6th** 214:17

**7**

**70** 3:8
**70/30** 148:17
**7034** 9:23
**70th** 146:14,16
**718** 234:7,24
**718-875-1850** 2:4
**73** 14:12
**74** 11:13 14:12
**74th** 173:24
**75th** 20:2 24:1

**44**:24 45:9 154:11
156:17 173:24
**76** 3:9
**76th** 44:23 45:8
**77** 52:20
**7723** 9:22
**773** 109:3,4,5,17,18
140:11
**77th** 24:3 146:20
146:21 163:6
**78** 147:13

**8**

**8** 97:17
**80** 9:10 147:13
149:21
**81** 9:17 16:18 18:12
**82** 8:20 9:18 16:18
18:12 151:20
153:12 187:4
**88** 147:12 199:22
**8th** 18:16,19 19:15
19:18 97:6 153:12

**9**

**9** 1:9 4:4 75:18
212:8 217:10
**9,000** 103:20
**91** 110:14
**91st** 62:4,12 180:9
**92nd** 62:14
**95** 210:19
**96** 199:17 200:7,8
207:16 208:3
210:10,17,18,19
210:24 211:1,5,20
**97** 3:10
**98** 204:22 205:22
205:24 212:8
**9th** 5:4 18:16 97:6
143:20 144:3
145:19 146:3
147:18 203:16,18
207:21 208:8,21
208:23