# EXHIBIT 4

**Page 1**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

STANLEY WRICE,                         )  No. 14 C 5934
                    Plaintiff,          )
        vs.                             )  The Honorable Elaine Bucklo
                                        )
JON BURGE, et al.,                      )  Magistrate Judge Sheila
                    Defendants.         )  Finnegan

_____

VIDEOTAPED DEPOSITION OF

MICHAEL A. FOWLER, SR.

Taken August 25, 2017

Commencing at 10:28 a.m.

REPORTED BY:  CAITLIN J. ALBRECHT

**Page 2**

Videotaped Deposition of MICHAEL A. FOWLER, SR., taken on August 25, 2017, commencing at 10:28 a.m., at the offices of PARADIGM REPORTING & CAPTIONING, 527 Marquette Avenue South, Suite 1400, Minneapolis, Minnesota, before Caitlin J. Albrecht, Notary Public of and for the State of Minnesota.

**********

APPEARANCES

On Behalf of the Plaintiff:

    Jennifer Bonjean, Esq.

    jennifer@bonjeanlaw.com

    Ashley Cohen, Esq.

    ashley@bonjeanlaw.com

    BONJEAN LAW GROUP, PLLC

    1000 Dean Street

    Suite 345

    Brooklyn, New York 11238

    718-875-1850

(APPEARANCES continued on next page)

**Page 3**

APPEARANCES (Continued)

On Behalf of the Defendants Jon Burge, John Byrne, and Peter Dignan:

    Jennifer Bitoy, Esq.

    jbitoy@ahalelaw.com

    HALE LAW LLC

    53 West Jackson Boulevard

    Suite 330

    Chicago , Illinois 60604

    312-870-6952

On Behalf of the City of Chicago and Estate of Leroy Martin:

    Daniel M. Noland, Esq.

    dnoland@dykema.com

    DYKEMA GOSSETT PLLC

    10 South Wacker Drive

    Suite 2300

    Chicago , Illinois 60606

    312-627-2100

        NOTE:  The original transcript will be filed with Hale Law, LLC, pursuant to the applicable Rules of Civil Procedure.

**Page 4**

INDEX

WITNESS:  MICHAEL A. FOWLER, SR.                    PAGE

EXAMINATION BY MS. BITOY........................ 6, 87

EXAMINATION BY MS. BONJEAN................ 15, 100, 104

EXAMINATION BY MR. NOLAND..................... 95, 103

OBJECTIONS:

    By Ms. Bonjean:  9, 10, 13, 14, 88, 89, 90, 91, 92, 93, 95, 97, 98.

    By Ms. Bitoy:  35, 36, 50, 61, 65, 68, 71, 72, 85, 86, 104, 105.

    By Mr. Noland:  44, 45, 46, 49, 57, 72, 73, 80, 81, 83, 85, 86, 106.

INSTRUCTIONS NOT TO ANSWER:  (None.)

PRODUCTION/INFORMATION REQUESTS:  (None.)

EXHIBITS MARKED AND REFERRED TO:  (None.)

## Page 5

1    THE VIDEOGRAPHER:  Good morning.  We are
2  now on the record.  Here begins Tape No. 1 in the
3  deposition of Michael Fowler, Sr., in the matter of
4  Stanley Wrice versus Jon Burge, et al.
5    Today's date is August 25th, 2017.  The time is
6  10:39 a.m.  The video operator is Kyle Peterson of
7  Paradigm Digital Videography.
8    Would counsel please identify themselves and
9  state whom they represent.
10    MS. BITOY:  Jennifer Bitoy on behalf of
11  the individual defendants.
12    MR. NOLAND:  Daniel Noland on behalf of
13  the City of Chicago.
14    MS. BONJEAN:  Jennifer Bonjean on behalf
15  of the plaintiff, Stanley Wrice.
16    MS. COHEN:  Ashley Cohen on behalf of the
17  plaintiff, Stanley Wrice.
18    THE VIDEOGRAPHER:  The court reporter
19  today is Caitlin Albrecht of Paradigm Reporting &
20  Captioning.  And would the reporter please swear in the
21  witness.
22    MICHAEL A. FOWLER, SR.,
23  duly sworn, was examined and testified as follows:
24    MS. BONJEAN:  Is it supposed to come up
25  here?  I'm sorry?

## Page 6

1    THE COURT REPORTER:  It's on here.
2    MS. BONJEAN:  Well, we need to be able to
3  see the answers.
4    MS. COHEN:  It's going to play.  It's
5  going to play.  It was --
6    MS. BONJEAN:  Oh.
7    MS. COHEN:  If you click on it, another
8  voice comes on, and so it's --
9    MS. BONJEAN:  Got it.
10    MS. COHEN:  Yeah.
11    THE WITNESS:  Yes.
12    EXAMINATION
13  BY MS. BITOY:
14    Q.  Good morning, sir.  My name is Jennifer Bitoy
15  and I'm one of the attorneys for the individual
16  defendants in this case.  Would you please introduce
17  yourself and state your name.
18    A.  Fowler.  Michael Fowler.
19    Q.  And, Mr. Fowler, you'll be using a tablet today
20  to answer my questions; is that correct?
21    A.  Yes.
22    Q.  And the reason for that is because you've got a
23  medical condition that requires you to speak with a
24  tablet; is that correct?
25    A.  Yes.

## Page 7

1    Q.  And, Mr. Fowler, you've had several strokes; is
2  that correct?
3    A.  Six storke.  I had six storke (as written).
4    Q.  You've had six strokes; is that correct?
5    A.  (Nodding.)
6    Q.  Okay.  And I know that you've also recently had
7  surgery.
8    A.  Yes.
9    Q.  Okay.  And, Mr. Fowler, given your surgery and
10  your medical condition, none of that is going to impair
11  your ability to provide truthful and accurate testimony
12  today; is that correct?
13    A.  Yes.
14    Q.  And, sir, what is your date of birth?
15    A.  81263 (as written).
16    Q.  Is that August 12th, 1963?
17    A.  (Nodding.)
18    MS. BONJEAN:  Excuse me.
19  BY MS. BITOY:
20    Q.  And so you just recently turned 54 years old;
21  is that correct?
22    A.  Yes.
23    Q.  Okay.  And so I want to take you back to
24  September of 1982.  And in September of 1982, you would
25  have been 19 years old; is that right?

## Page 8

1    A.  Yes.
2    Q.  And in September of 1982, did you know Stanley
3  Wrice?
4    A.  Y es (as written).
5    MS. BITOY:  I'm sorry, could you replay
6  that again, please?
7    THE VIDEOGRAPHER:  There's a space on that
8  "Y."
9    MS. BITOY:  Okay.  Is --
10    MS. BONJEAN:  That's a "yes," I think.
11    MS. BITOY:  Yes.  Okay.
12    THE VIDEOGRAPHER:  It's "Y," space, "E."
13    THE WITNESS:  (Replaying) Y es.
14    MS. BITOY:  Okay.
15  BY MS. BITOY:
16    Q.  And was Mr. Wrice older than you?
17    A.  Yes.
18    Q.  And how did you know Stanley Wrice?
19    A.  Hood.
20    Q.  You grew up in the same neighborhood?
21    A.  Yes.
22    Q.  Were you friends with Stanley Wrice?
23    A.  Yes.
24    Q.  And back in 1982, would you sometimes hang out
25  at Stanley Wrice's house?

### Page 9

1     A. Yes.

2     Q. And back in 1982, did Stanley Wrice live at

3 7618 South Chappel in Chicago, Illinois?

4     A. Yes.

5     Q. So I want to talk about the night of September

6 8th, 1982, and the early morning of September 9th,

7 1982. On those -- on those dates, do you recall being

8 present at the Wrice house when a woman named Karen

9 Byron was also present?

10             MS. BONJEAN: Objection to the form.

11     A. Yes.

12 BY MS. BITOY:

13     Q. And where in the Wrice house did you see Karen

14 Byron that night and early morning?

15     A. In the room.

16     Q. And when you say "room," did you see her

17 upstairs in the attic?

18             MS. BONJEAN: Objection to the form,

19 foundation.

20     A. Yes.

21 BY MS. BITOY:

22     Q. And to your knowledge, Mr. Fowler, was that

23 Stanley Wrice's bedroom?

24             MS. BONJEAN: Objection, form, foundation.

25     A. Yes.

### Page 10

1 BY MS. BITOY:

2     Q. And in 1982, did you have a girlfriend at the

3 time, Mr. Fowler?

4     A. Nu no (as written).

5             MS. BITOY: What was that? I'm sorry.

6 BY MS. BITOY:

7     Q. No, you did not.

8       Did you know a woman by the name of Kim?

9     A. Yes.

10     Q. But you weren't dating Kim at the time?

11     A. No.

12     Q. Okay. Do you know if Kim was also present at

13 the Wrice house on the night of September 8th, 1982?

14     A. Yesa (as written).

15     Q. Yes, okay.

16       At some point that evening on September 8th,

17 1982, early morning of September 9th, 1982, did you

18 also see Stanley Wrice?

19     A. Yes.

20     Q. Do you know what part or what room in the Wrice

21 house you saw Mr. Wrice that night and early morning?

22             MS. BONJEAN: Objection, form.

23     A. Inhis r oom (as written).

24 BY MS. BITOY:

25     Q. In his room? Okay.

### Page 11

1       Did you ever see Stanley Wrice in the kitchen

2 that night and early morning?

3             THE VIDEOGRAPHER: I think he was

4 answering your last --

5             MS. BITOY: Oh, I'm sorry. Okay.

6     A. Yes.

7 BY MS. BITOY:

8     Q. When you saw Mr. Wrice in the kitchen, what was

9 he doing?

10     A. He was warning iron (as written).

11             MS. BITOY: Can you read that back? I'm

12 sorry. I --

13     A. (Replaying) He was warning iron.

14 BY MS. BITOY:

15     Q. He was warming an iron?

16     A. (Nodding.)

17     Q. Okay. And what was he warming the iron on?

18     A. Stove.

19     Q. So you saw Mr. Wrice warming an iron on the

20 stove; is that correct?

21     A. Yes.

22     Q. And at that time, did Mr. Wrice say anything to

23 you?

24     A. He said he was going to bu rn women (as

25 written).

### Page 12

1     Q. He said he was going to "burn women"? Is

2 that --

3     A. (Nodding.)

4     Q. Okay. And when Mr. Wrice told you that he was

5 going to "burn woman" or "women" --

6             MS. BONJEAN: What is it? Is it "women"

7 or "woman"? What is the --

8 BY MS. BITOY:

9     Q. Is it -- is it "woman" or "women"?

10     A. W omman (as written).

11     Q. Woman? Is that --

12     A. (Nodding.)

13     Q. Okay. So when Mr. Wrice told you that he was

14 going to burn a woman, who did you take that to mean or

15 who did you think he was speaking about?

16     A. Karnn (as written).

17     Q. Karen? Is that --

18     A. (Nodding.)

19     Q. Okay. And was that Karen Byron?

20     A. (Nodding.)

21     Q. Can you type -- can you type in your answer,

22 please? I'm sorry.

23       So who did you take that -- you said Karen

24 Byron; is that correct?

25     A. Yes.

## Page 13

1  Q. And where was Karen Byron at the time that
2  Stanley Wrice made this comment to you?
3  A. **Im room (as written).**
4  Q. And which room was this? Where was the room
5  located in the house?
6  A. **Stanl y room (as written).**
7  Q. Is that supposed to say "Stanley's room"?
8  A. (Nodding.)
9  Q. Can you please type that, please.
10  A. Yes.
11  Q. And once again, Mr. Fowler, to your knowledge,
12  was Stanley room's -- Stanley Wrice's room upstairs in
13  the attic?
14  A. Yes.
15  Q. And after you had this conversation with
16  Stanley in the kitchen, did you leave the house shortly
17  after?
18  A. Yes.
19  Q. Mr. Fowler, what type of person was Stanley
20  Wrice?
21     MS. BONJEAN: Objection to the form.
22  A. **He was un balance (as written).**
23  BY MS. BITOY:
24  Q. He was unbalanced?
25  A. (Nodding.)

## Page 14

1  Q. What do you mean by that, Mr. Fowler?
2  A. **Drining (as written). (Indicating.)**
3  Q. Drinking? Is --
4  A. (Nodding.)
5  Q. Okay. Mr. Wrice was drinking that night?
6  A. (Nodding.)
7  Q. Okay. Do you have any opinion as to
8  Mr. Wrice's character?
9     MS. BONJEAN: Object to the form.
10  BY MS. BITOY:
11  Q. He was an unbalanced person?
12  A. **Unbalance person (as written).**
13     MS. BITOY: Thank you, Mr. Fowler. I have
14  no further questions.
15     MR. NOLAND: No questions.
16     MS. BONJEAN: Okay. We should probably
17  switch seats, I think.
18     THE VIDEOGRAPHER: Do you want to go off
19  the record?
20     MS. BONJEAN: We can go off the record for
21  a second.
22     THE VIDEOGRAPHER: We are going off the
23  record. The time now is 11:04 a.m.
24     (Discussion held off the record.)
25     THE VIDEOGRAPHER: We are back on the

## Page 15

1  record. The time now is 11:05 a.m.
2     EXAMINATION
3  BY MS. BONJEAN:
4  Q. Good afternoon again, Mr. Fowler. My name is
5  Jennifer Bonjean. I have a law firm that's called the
6  Bonjean Law Group. I'm based out of Brooklyn, New
7  York, with a satellite office in Chicago, Illinois.
8  This is Ashley Cohen, my associate, and we together
9  represent Stanley Wrice, the plaintiff in this
10  litigation. Okay?
11  A. (Nodding.)
12  Q. If at any point you do not understand one of my
13  questions, will you let me know that?
14  A. (Nodding.)
15  Q. And I'm trying to think of maybe a fast way you
16  could let me know that. You can indicate, maybe -- if
17  I sense that you don't understand, I'll ask you if you
18  need me to rephrase and I will rephrase a question.
19  Okay?
20  A. (Nodding.)
21     MS. BONJEAN: And I will observe for the
22  record that Mr. Fowler's shaking his head in the
23  affirmative "yes."
24  BY MS. BONJEAN:
25  Q. Also, Mr. Fowler, if you need a break during

## Page 16

1  the next several hours, you can let me know, okay, and
2  we'll take as many breaks as you need. All right?
3  A. (Nodding.)
4  Q. Okay.
5     MS. BONJEAN: Again, Mr. Fowler is shaking
6  his head yes as if he understands what I'm saying.
7  BY MS. BONJEAN:
8  Q. Mr. Fowler, were you born in Chicago?
9  A. (Typing.)
10  Q. Yes.
11     And where did you live in September of 1982?
12     THE VIDEOGRAPHER: Counsel, do you want me
13  to play the answers? Or do --
14     MS. BONJEAN: Oh, I'm sorry. I suppose I
15  have to get the hang of this, too. That -- they
16  probably want to hear the answers.
17     THE VIDEOGRAPHER: Did it play?
18  A. **Ye. Ye (as written).**
19  BY MS. BONJEAN:
20  Q. I'll ask that question again.
21     You okay?
22  A. (Nodding.)
23  Q. Just let me know, okay? I'm not here to
24  torture you.
25     In September of 1982, sir, where did you live

Page 17

1  in the city of Chicago?
2     A.  6950 cyle (as written).
3     Q.  Is that Cyle or Kyle?  Ah.
4     A.  Cylde (as written).
5     Q.  Clyde, right?
6     A.  (Nodding.)
7        MS. BONJEAN:  I'll indicate that
8  Mr. Fowler is shaking his head "yes."
9  BY MS. BONJEAN:
10    Q.  Had you lived on Clyde, on 69th -- 6900 block
11 of Clyde for your -- most of your childhood?
12    A.  (Shaking head.)
13    Q.  Where did you live before you lived on the 6900
14 block of Clyde?
15    A.  7200 constan (as written).
16    Q.  Constance?
17    A.  (Nodding.)
18    Q.  How long had you lived on the 6900 block of
19 Clyde prior to September of 1982?
20    A.  Two years.
21    Q.  How did you meet Stanley Wrice?
22    A.  From park.
23    Q.  So you met Stanley Wrice in the park in the
24 neighborhood?
25    A.  Y es (as written).

Page 18

1     Q.  When did you meet Stanley Wrice in the park in
2  the neighborhood?
3     A.  80 stember (as written).
4     Q.  So in approximately September of 1980 is when
5  you met Stanley Wrice in the park?
6     A.  Yes.
7     Q.  And would that have been around the time that
8  you moved to the 6900 block of Clyde?
9     A.  Yes.
10    Q.  Mr. Fowler, did you also know a man by the --
11 or a young man by the name of Rodney Benson?
12    A.  Yes.
13    Q.  How did you know Rodney Benson?
14    A.  From hood.
15    Q.  Is that -- are you saying that you know -- knew
16 Rodney Benson from the neighborhood of around the 6900
17 block of Clyde?
18    A.  No.
19    Q.  Can you tell me what neighborhood you're
20 referring to when you say that you knew Rodney Benson
21 from the "hood," or the neighborhood?
22    A.  75 jeffy (as written).
23    Q.  So you knew Rodney Benson from the area of 75th
24 and Jeffery?
25    A.  Yes.

Page 19

1     Q.  How long prior to September 1982 did you know
2  Rodney Benson?
3     A.  Four years.
4     Q.  So would it be fair to say, Mr. Fowler, that
5  you knew Rodney Benson longer than you knew Stanley
6  Wrice in September of 1982?
7     A.  Yes.
8     Q.  Do you know whether Rodney Benson was a member
9  of a street gang in September of 1982?
10    A.  Black Stone.
11    Q.  He was a member of the Black Stone Nation in
12 September of 1982?
13    A.  Yes.
14    Q.  Mr. Fowler, were you also a member of the Black
15 Stone Nation in September of 1982?
16    A.  Yes.
17    Q.  And, sir, to your understanding, was Stanley
18 Wrice a member of the Black Stone Nation in September
19 of 1982?
20    A.  Yes.
21    Q.  Now, you would agree that Stanley Wrice was
22 older than you and Mr. Benson, right?
23    A.  Yes.
24    Q.  Do you know an individual by the name of Lee
25 Holmes?

Page 20

1     A.  Yes.
2     Q.  How did you know Lee Holmes?  Would that be
3  also from the neighborhood?
4     A.  Yes.
5     Q.  And am I right to assume that the neighborhood
6  that you're referring to is around 75th and Jeffery?
7     A.  Yes (as written).
8     Q.  That's a "yes," right?
9     A.  (Nodding.)
10       MS. BONJEAN:  I'm going to indicate for
11 the record that Mr. Fowler just shook his head in the
12 affirmative "yes."
13 BY MS. BONJEAN:
14    Q.  Did you know Mr. Holmes for around the same
15 amount of time that you knew Mr. Benson, about four
16 years?
17    A.  Yes.
18    Q.  Did you know Mr. Wrice's brother, Charles
19 Wrice?
20    A.  No.
21    Q.  Do you ever have -- strike that.
22       Do you ever remember meeting Charles Wrice?
23    A.  Yes.
24    Q.  When did you meet Charles Wrice?
25    A.  I don rember (as written).

Page 21

```
1      Q.  Do you recall seeing Charles Wrice in the Wrice
2  residence on September 8th, 1982?
3      A.  No.
4      Q.  Mr. Fowler, do you know a person by the name of
5  Bobby Joe Williams?
6      A.  Yes.
7      Q.  Do you also know Bobby Joe Williams from the
8  neighborhood?
9      A.  No.
10     Q.  How did you know Bobby Joe Williams?
11     A.  At stand house (as written).
12     Q.  So you met him at Stanley's house?
13     A.  Yes.
14     Q.  Did you meet Bobby Joe Williams at Stanley
15 Wrice's house prior to or before September 8th, 1982?
16     A.  Befour (as written).
17     Q.  Before, right?
18     A.  (Nodding.)
19         MS. BONJEAN:  I'll indicate that
20 Mr. Fowler just shook his head yes.
21 BY MS. BONJEAN:
22     Q.  How many times were you in Stanley Wrice's home
23 prior to September 8th, 1982?  You can approximate if
24 you don't know the exact number.
25     A.  Twenty times.
```

Page 22

```
1      Q.  So would it be fair to say that between
2  September of 1980, when you first met Stanley Wrice,
3  until September 8th, 1982, you were in Mr. Wrice's home
4  approximately 20 times?
5      A.  Yes.
6      Q.  To the best of your ability, can you tell me
7  some of the things that you would do at Stanley Wrice's
8  home when you visited his house between September of
9  1980 and September 8th, 1982?
10     A.  Have gage meeti ng (as written).
11     Q.  Do you mean have like gang meetings?
12     A.  (Nodding.)
13     Q.  Is that a yes?
14     A.  (Nodding.)
15         MS. BONJEAN:  Okay.  I'm going to indicate
16 that he has shaken his head yes.
17 BY MS. BONJEAN:
18     Q.  Did you sometimes have parties at Stanley
19 Wrice's house?
20     A.  Yes.
21     Q.  And did Rodney Benson sometimes come to those
22 parties?
23     A.  Yes.
24     Q.  And was Lee Holmes sometimes at those parties?
25     A.  Ye (as written).
```

Page 23

```
1      Q.  Mr. Fowler, are you okay to proceed or would
2  you like to take a little break?
3          MS. BONJEAN:  Here's another napkin if you
4  need it.
5      A.  I ok (as written).
6  BY MS. BONJEAN:
7      Q.  Okay.  You just let me know if you do need a
8  break, sir.
9          Did you know a person by the name of Kenny
10 Lewis?
11     A.  Yes.
12     Q.  Was he also in the Black Stone gang or Black
13 Stone Nation street gang?
14     A.  Yes.
15     Q.  Sir, during --- strike that.
16         There has also been a reference to a person who
17 went by the nickname "Lemon."  Do you know who Lemon
18 is?
19     A.  Yes.
20     Q.  What is Lemon's birth name or given name?
21     A.  Steven joes (as written).
22     Q.  Steven Jones?
23     A.  (Nodding.)
24         MS. BONJEAN:  I'm going to indicate that
25 Mr. Fowler shook his head yes.
```

Page 24

```
1  BY MS. BONJEAN:
2      Q.  Was Steven Jones a member of the Black Stone
3  Nation street gang?
4      A.  Yes.
5      Q.  How long did you know Steven Jones prior to
6  September 8th, 1982, if you can estimate, sir?
7      A.  Four years.
8      Q.  Sir, you also earlier referenced a woman who
9  was in the home on September 8th, 1982, the home of the
10 Wrice residence, named Kim.  Was Kim her real name?
11     Q.  What was Kim's last name?
12     A.  I dont rember (as written).
13     Q.  Do you remember where Kim lived in September of
14 1982?
15     A.  Yes.
16     Q.  And where was that -- what location did Kim
17 live at in September of 1982?
18     A.  9707 avol (as written).
19     Q.  Avalon?
20     A.  (Nodding.)
21     Q.  9707 Avalon?
22     A.  (Nodding.)
23         MS. BONJEAN:  Okay.  I'm going to indicate
24 that Mr. Fowler has -- is shaking his head yes in
```

## Page 25

1  response to 9707 Avalon as where Kim lived back in
2  September of '82.
3  BY MS. BONJEAN:
4      Q.  In September of '82, did you know Kim's last
5  name and you've just forgotten, or you never knew it?
6      A.  Yes.
7      Q.  Okay.  So you did know her name?
8      A.  (Nodding.)
9      Q.  And did Kim have any family members, sisters
10 that you knew of or brothers?
11     A.  (Shaking head.)
12     Q.  No, you don't know, right?
13     A.  No.
14     Q.  How long did you know Kim before September 8th
15 of 1982?
16     A.  Six years.
17     Q.  You previously testified that she was not your
18 girlfriend; is that right?
19     A.  Yes.
20     Q.  Would you just consider her a friend?
21     A.  Yes.
22     Q.  Did you ever have sexual relationships with
23 Kim, or sexual relations?
24     A.  No.
25     Q.  Did Kim go by the nickname "Little Bit"?

## Page 26

1      A.  No forty (as written).
2      Q.  She went by the nickname "Shorty"?
3      A.  "Frosty."
4      Q.  Kim's nickname was Frosty?
5      A.  Yes.
6      Q.  And this is the same Kim that was at the Wrice
7  residence on September 8th, 1982, correct?
8      A.  Y es (as written).
9      Q.  I want to ask you now about Karen Byron.  Did
10 you know Karen Byron prior to September 8th, 1982?
11     A.  No.
12     Q.  Had you ever seen Karen Byron in the
13 neighborhood prior to September 8th, 1982?
14     A.  No.
15     Q.  Is it fair to say that the very first time you
16 saw Karen Byron was on September 8th, 1982?
17     A.  Yes.
18     Q.  Where exactly were you, Mr. Fowler, when you
19 first saw Karen Byron on September 8th, 1982?
20     A.  In standly room (as written).
21     Q.  And can you estimate for me approximately what
22 time it was when you first saw Ms. Byron in Stanley's
23 room on September 8th, 1982?
24     A.  00 (as written).
25     Q.  Would that be 12:00 like midnight, or 1 a.m.?

## Page 27

1  Oh.
2          MS. BONJEAN:  I'm going to indicate for
3  the record that Mr. Fowler shook his head and now is
4  -- has put a different answer into his -- the computer.
5      A.  4:00.
6  BY MS. BONJEAN:
7      Q.  So just to be clear, the first time that you
8  saw Karen Byron was at 4:00, approximately, in Stanley
9  Wrice's room.  And would that be a.m. or p.m.?
10     A.  Yesspm (as written).
11     Q.  So yes, 4:00 a.m. is the first time that you
12 saw --
13     A.  (Shaking head.)
14     Q.  Okay.  We'll strike that and start over.  Let
15 me just ask -- let me ask you one simple question and
16 then we'll go from there.
17          The first time you saw Karen Byron was in
18 Stanley Wrice's room.  You've said yes to that.  And
19 you said it was at 4:00.  Is that 4:00 p.m.?
20     A.  P.m.
21     Q.  And, sir, does that mean it was 4:00 p.m. as in
22 like the late afternoon hour?
23     A.  Yes.
24     Q.  So you would agree, then, it was still light
25 outside?

## Page 28

1      A.  Yes.
2      Q.  Tell me, if you would, everyone who was in
3  Stanley's room at approximately 4 p.m. on September
4  8th, 1982, aside from yourself, Ms. Byron, and Stanley
5  Wrice.
6      A.  Ken lee (as written).
7      Q.  Do you mean Kenny Lewis?
8      A.  (Nodding.)
9      Q.  Can you put "yes" in there for me if you mean
10 Kenny Lewis?
11     A.  Ye (as written).
12     Q.  Who else was present in Stanley's room at
13 4 p.m. other than Karen Byron, yourself, Mr. Wrice, and
14 Kenny Lewis?
15     A.  No else (as written).
16     Q.  Okay.  So no one else was present in Stanley
17 Wrice's room other than yourself, Stanley Wrice, Karen
18 Byron, and Kenny Lewis at approximately 4 p.m. on
19 September 8th, 1982; is that correct?
20     A.  Yes.
21     Q.  Now, how did Karen Byron come in -- well,
22 strike that.
23          Did you see Karen Byron come into the room or
24 was she already in the room when you came into the
25 room?

Page 29

1    A.  She was there before I got there.

2    Q.  Okay.  So when you got to Stan -- strike that.

3        Let me ask you this:  Were there other people

4    in Stanley Wrice's home, other than the people we have

5    mentioned, at around 4:00 on September 8th, 1982?

6    A.  No.

7    Q.  And why did you go to Stanley Wrice's house on

8    September 8th, 1982 at around this hour?

9    A.  No thing to do (as written).

10   Q.  Okay.  So is it fair to say that you arrived at

11   Stanley's house around 4:00 p.m. on September 8th,

12   1982?

13   A.  Yes.

14   Q.  What entrance of the home did you come into

15   when you arrived at Stanley Wrice's home at 4:00 on

16   September 8th, 1982?

17   A.  Back doo r (as written).

18   Q.  And is it fair to say that you came to Stanley

19   Wrice's home alone?

20   A.  With Kim.

21   Q.  Okay.  So let me just get the scene straight so

22   I understand it, and you correct me where I'm wrong.

23   Okay?

24       You and Kim went to Stanley Wrice's home at

25   approximately 4 p.m. on September 8th, 1982; is that

Page 30

1    correct?

2    A.  Y e (as written).

3    Q.  That's a yes, right?

4    A.  (Nodding.)

5        MS. BONJEAN:  I'll indicate Mr. Fowler's

6    shaking his head yes.

7    BY MS. BONJEAN:

8    Q.  And when you arrived at the home, you entered

9    the home through the back entrance with Kim; is that a

10   yes?

11   A.  Yes.

12   Q.  And after you entered the home of the Wrice

13   residence, where did you go inside the home?

14   A.  Upstiar (as written).

15   Q.  And where did Kim go when she entered the

16   residence with you?

17   A.  Liveinig room (as written).

18   Q.  So Kim went into the living room; is that a

19   yes?

20   A.  Yes.

21   Q.  And was the living room in the front part of

22   the home?

23   A.  Yes.

24   Q.  When Kim entered the living room of the Wrice

25   residence at around 4:00 on September 8th, 1982, did

Page 31

1    you see anyone else in the living room area of the

2    home?

3    A.  No.

4    Q.  Was there any reason why Kim went to the living

5    room and you went upstairs when you came into the Wrice

6    home?

7    A.  She dont kwon them (as written).

8    Q.  She didn't know the people in the house, right?

9    A.  (Nodding.)

10   Q.  Is that a correct -- can you indicate that,

11   please, sir, that -- I'll ask the question again.

12       Did Kim know Stanley Wrice?

13   A.  No.

14   Q.  Had she ever been, as far as you know, to the

15   Wrice residence previously?

16   A.  No.

17   Q.  Okay.  So you went upstairs and you entered

18   what you have called Stanley's room; is that right?

19   A.  Yes.

20   Q.  And just to get back to where we were, was

21   Stanley in his room when you went upstairs?

22   A.  Yes.

23   Q.  And is it true that Kenny Lewis was there also?

24   A.  Yes.

25   Q.  And Karen Byron was present in the room as

Page 32

1    well?

2    A.  Yes.

3    Q.  Anybody else present?

4    A.  Lee ken (as written).

5    Q.  You mean Kenny Lewis, right?

6    A.  (Nodding.)

7        MS. BONJEAN:  Okay.  I'm going to -- I'm

8    going to indicate that Mr. Fowler is shaking his head

9    yes.

10   BY MS. BONJEAN:

11   Q.  Was Rodney Benson present?

12   A.  No.

13   Q.  What about Lee Holmes?

14   A.  Yes.

15   Q.  So Lee Holmes was present also?

16   A.  Yes.

17   Q.  Was Lemon present?

18   A.  No.

19   Q.  Were there any other people present in

20   Stanley's room when you went up there on September 8th,

21   1982, at approximately 4:00 p.m., other than the people

22   you have mentioned, which are Stanley, Karen Byron,

23   Kenny Lewis, Lee Holmes, and yourself?

24   A.  No.

25   Q.  Okay.  When you arrived into Stanley's room at

## Page 33

1 around 4:00 on September 8th, 1982 and saw these people
2 in the room, what were they doing?
3    A. Talking.
4    Q. So everyone was talking in the room?
5    A. Yes.
6    Q. Do you recall, Mr. Fowler, what they were
7 talking about?
8    A. I dont rember (as written).
9    Q. Would you characterize it as friendly talking?
10    A. Yes.
11    Q. Was anyone drinking alcohol up in the room when
12 you arrived?
13    A. Yes.
14    Q. To the best of your ability, can you describe
15 the area where everyone was talking?
16    A. How do tou mean (as written)?
17    Q. Okay. I'll clarify. Were people sitting or
18 were they standing or a little bit of both?
19    A. Siting (as written).
20    Q. And can you remember on what type of furniture
21 they were sitting or if it was the floor or --
22    A. On bed and chair.
23    Q. And was everyone drinking alcohol, or just
24 certain people?
25    A. Yes.

## Page 34

1    Q. Okay. So everyone was drinking alcohol?
2    A. Yes.
3    Q. Did there come a time when you left Stanley's
4 room?
5    A. No.
6    Q. How long were you in Stanley's room on
7 September 8th, 1982, after you arrived around
8 4:00 p.m.?
9    A. Two hours.
10    Q. Okay. So you were in the room from
11 approximately 4:00 to 6:00 p.m. on September 9th
12 [sic], 1982?
13    A. Yes.
14    Q. Okay. I want to focua in on that two-hour
15 period. During that two hours, did anyone else arrive
16 or come to the room when you were there?
17    A. No.
18    Q. During this two-hour period between 4 p.m. and
19 6 p.m. on September 8th, 1982, did anybody who was in
20 the room when you arrived leave the room?
21    A. It was.
22    Q. During the period of time that you were in the
23 room from 4 p.m. to 6 p.m., did the people in the room
24 do anything other than drink and engage in friendly
25 conversation?

## Page 35

1    A. No.
2    Q. Can you recall whether or not Karen Byron was
3 intoxicated during this period of time in the bedroom
4 between 4:00 and 6:00?
5        MS. BITOY: Objection, foundation.
6    A. Yes.
7 BY MS. BONJEAN:
8    Q. So she was intoxicated?
9    A. Yes.
10    Q. Do you remember seeing any bruises on
11 Ms. Byron's body when you were in the bedroom with her
12 between 4:00 and 6:00 p.m.?
13    A. No.
14    Q. Did you notice whether she had a black eye?
15    A. N o (as written).
16    Q. Did anything unusual happen during this
17 two-hour period other than what you've already
18 described when you were in the bedroom from 4 to 6 p.m.
19 on September 8th, 1982?
20    A. She call us niggas (as written).
21    Q. So during this period of time between 4:00 and
22 6:00 p.m., when you were in Stanley's room and Karen
23 Byron was present, at some point after she had been
24 drinking she called you, and I'm assuming the other
25 people in the room, "niggers"; is that right?

## Page 36

1    A. Yes.
2    Q. Do you know why she called you and the other
3 black men in the room niggers?
4    A. They didnt have any more to drink (as written).
5    Q. They didn't have any more for her to drink; is
6 that correct?
7    A. Yes.
8    Q. When she said -- strike that.
9        When she called the men in the room niggers,
10 was she angry?
11        MS. BITOY: Objection, foundation.
12    A. Yes.
13 BY MS. BONJEAN:
14    Q. Did she say anything else other than -- well,
15 strike that.
16        Did she indicate in some way that she was angry
17 that you didn't have any more for her to drink?
18    A. No.
19    Q. Can you, to the best of your ability, tell me
20 what exactly she said?
21    A. It was "There's no more to drink."
22    Q. So she said, "There's no more to drink." And
23 after she'd said that, is that when she called the
24 people in the room niggers?
25    A. Yes.

Page 37

1    Q.  So after Karen Byron told the men in the room

2 "There's no more to drink" and then used the word

3 "niggers," what happened next?

4    A.  I chok her (as written).

5    Q.  You choked her?

6    A.  Yes.

7    Q.  And then what happened?  Either what you may

8 have done or what she did or what somebody else did, if

9 you could tell me next sequentially what happened.

10    A.  Thy had sex hwhi her (as written).

11    Q.  Okay.  So they had sex with her?

12    A.  Yes.

13    Q.  Can you tell me who in the room had sex with

14 Karen Byron after you choked her?

15    A.  Kenlee (as written).

16    Q.  Kenny Lewis had sex with Karen Byron after you

17 choked her?

18    A.  (Nodding.)

19    Q.  Did anybody else in the room have sex with

20 Karen Byron?

21    A.  Lee.

22    Q.  Would that be Lee Holmes?

23    A.  Yes.

24    Q.  Did anybody else have sex with her after Kenny

25 Lewis and Lee Holmes had sex with her?

Page 38

1    A.  I dont kwon (as written).

2    Q.  You don't know?

3    A.  No.

4    Q.  Mr. Fowler, did you have sex with Ms. Byron in

5 the room?

6    A.  No.

7    Q.  Now, after Lee Holmes and Kenny Lewis had sex

8 with her, what happened after that?

9    A.  Eveone start to leve (as written).

10    Q.  So everyone started to leave then?

11    A.  Yes.

12    Q.  Okay.  So let's start with you.  You left the

13 room at that point; is that correct?

14    A.  Yes.

15    Q.  And where did you go, sir, when you left the

16 room?

17    A.  I went home.

18    Q.  Did you go home with Kim, Mr. Fowler?

19    A.  Yes.

20    Q.  And again, just to get the timeline right, this

21 would have been after -- around 6 p.m.; is that

22 correct?

23    A.  Yes.

24    Q.  Did you see where --

25    A.  (Replaying) Yes.

Page 39

1    Q.  Thank you, sir.

2    Did you --

3    A.  (Replaying) Yes.  Yes.

4    THE VIDEOGRAPHER:  Sorry.

5    A.  (Replaying) Yes.  Yes.  Yes.  Yes.

6 BY MS. BONJEAN:

7    Q.  Did you see where Karen Byron went, Mr. Fowler,

8 when you left the room around 6 p.m.?

9    A.  She stay there.

10    Q.  Other than yourself, did anyone else leave the

11 room after Lee Holmes and Kenny Lewis had sex with

12 Ms. Byron?

13    A.  Yes.

14    Q.  Who else left other than yourself?

15    A.  Lee and Kenny.

16    Q.  So am I correct, sir, that you, Lee Holmes, and

17 Kenny Lewis left the upstairs at around 6:00 p.m.?

18    A.  Yes.

19    Q.  And it is -- is it also fair to say that all

20 three of you also left the home with Kim at around that

21 time?

22    A.  They went out door.

23    Q.  Okay.  So they went outside or outdoors; is

24 that correct?  And I mean them, Lee Holmes and Kenny

25 Lewis?

Page 40

1    A.  Yes.

2    Q.  And you and Kim left and went -- you went home;

3 is that right?

4    A.  Yes.

5    Q.  Did there come a time in the evening when you

6 returned to the home of the Wrice residence?

7    A.  No.

8    Q.  Do you know if Kim came back to the residence

9 of the Wrice home?

10    A.  No.

11    Q.  Mr. Fowler, during the two-hour period that you

12 were in the Wrice home, did you ever see Rodney Benson

13 at all?

14    A.  No.

15    Q.  And did you ever see a person who went by the

16 nickname Lemon, or Steven Jones, in the residence?

17    A.  No.

18    Q.  And is it fair to say that after you left the

19 residence, you have no idea what happened with Karen

20 Byron?

21    A.  I kwen sssssshe was burn (as written).

22    Q.  You knew she was burned; is that right?

23    A.  Yes.

24    Q.  But is -- just so I understand, you didn't

25 actually see her get burned; is that correct?

Page 41

1    A.  No.

2    Q.  Well, let me ask it this way so the record is

3  clear: Did you see with your own eyes Karen Byron get

4  burned?

5    A.  No.

6    MS. BONJEAN:  I think right now might be a

7  good time to take a little break.

8    Is that okay, Mr. Fowler?  Can I get you some

9  lunch?  Or how would you like -- we can go off the

10 record.

11    THE VIDEOGRAPHER:  We are going off the

12 record.  The time now is 12:31 p.m.

13    (Lunch break taken from 12:31 p.m. to 12:59 p.m.)

14    THE VIDEOGRAPHER:  We are back on the

15 record.  This marks the beginning of Tape No. 2 in the

16 deposition of Michael Fowler, Sr.  The time now is

17 12:59 p.m.

18 BY MS. BONJEAN:

19    Q.  Mr. Fowler, I want to ask you a couple

20 questions.  I want to go back a little bit, not too

21 much, but just for some clarification.

22    After you left the room upstairs at the Wrice

23 residence, how long did you stay in the house before

24 you left to go home?

25    A.  Fifteen minutes.

Page 42

1    Q.  Okay.  And what were you doing during that 15

2  minutes' period of time before you left to go home?

3    A.  Looking out back door.

4    Q.  Were you alone or with anyone when you were

5  looking out the back door during this period of time

6  after you left the room?

7    A.  With Kim.

8    Q.  And during this 15-minute period of time that

9  you were downstairs after you left the room, was anyone

10 else down there other than Kim?

11    A.  No.

12    Q.  Do you remember if you had a conversation with

13 Kim while you were down there with her in that span of

14 time?

15    A.  Yes.

16    Q.  Tell me what was said, either by you or her.

17    A.  Small talk.

18    Q.  Did you tell Kim what had happened up in the

19 bedroom?

20    A.  Somewhat.

21    Q.  To the best of your ability, can you just

22 summarize what you told her about what had happened up

23 in the bedroom?

24    A.  I state how she called us niggers.

25    Q.  Do you remember what Kim's reaction was to you

Page 43

1  telling her that Karen Byron had called you niggers?

2    A.  She said, "What?"

3    Q.  When you -- was she -- did she say -- like in a

4  questioning way she said, "What?"  Is that -- would

5  that be a fair representation of how she communicated

6  that?

7    A.  Yes.

8    Q.  And did you tell her again, "Yeah, she told --

9  she called us niggers"?

10    A.  V yes (as written).

11    Q.  And did she say anything after you confirmed

12 that Karen Byron had called you niggers?

13    A.  No.

14    Q.  Do you remember telling Kim anything else about

15 what happened upstairs before leaving the Wrice

16 residence?

17    A.  No.

18    Q.  Am I correct that when you came downstairs and

19 Lee Holmes came downstairs and Kenny Lewis came

20 downstairs, Stanley Wrice stayed upstairs?  Is that

21 correct?

22    A.  No.

23    Q.  Did Stanley come downstairs, too, with the rest

24 of you?

25    A.  Yes.

Page 44

1    Q.  And Karen Byron stayed upstairs?

2    A.  Yes.

3    Q.  Was Karen Byron conscious when she was

4  upstairs, when you came downstairs?

5    A.  Yes.

6    Q.  Mr. Fowler, you said when you were upstairs

7  during that two-hour period of time you saw -- strike

8  that.

9    That after she called you niggers, you choked

10 her.  Did you see anyone else physically touch

11 Ms. Byron either by punching or choking?

12    A.  No.

13    Q.  You also said that Kenny Lewis and Lee Holmes

14 started to have sex with Ms. Byron, correct?

15    A.  Yes.

16    Q.  Did Kenny Lewis force himself onto Karen Byron

17 or did she voluntarily consent to sex with Mr. Lewis?

18    MR. NOLAND:  Objection, foundation.

19 BY MS. BONJEAN:

20    Q.  He forced himself on her?  Or I guess -- I'm

21 sorry, it was a bad question.

22    A.  No.

23    Q.  Okay.  So Karen Byron consented to sex with

24 Kenny Lewis, correct?

Page 45

1           MR. NOLAND: Objection, form, foundation.

2    A. Yes.

3    BY MS. BONJEAN:

4    Q. Okay. And what about Lee Holmes? Did Karen

5  Byron consent to sex with Lee Holmes?

6           MR. NOLAND: Same objection.

7    A. Yes.

8    BY MS. BONJEAN:

9    Q. Now, after Lee Holmes and Kenny Lewis had

10  consensual sex with Karen Byron, they came downstairs

11  at around the same time you came downstairs; is that

12  right?

13           MR. NOLAND: Object to the form.

14    A. Yes.

15  BY MS. BONJEAN:

16    Q. Did you see anyone punch Karen Byron in the

17  face?

18    A. No.

19    Q. Did you see Karen Byron engage in oral sex with

20  anyone in the bedroom when you were there for that

21  two-hour period?

22    A. No.

23    Q. Okay. You testified that -- it sounds like to

24  me that all of you came downstairs except Karen Byron;

25  is that correct?

Page 46

1           MR. NOLAND: Object to the form.

2    A. Yes.

3  BY MS. BONJEAN:

4    Q. And this would have been, again, at

5  approximately 6:00 p.m. on September 8th, 1982,

6  correct?

7    A. Yes.

8    Q. When Mr. Wrice came downstairs, did you see

9  where he went?

10    A. He went to stove.

11    Q. And this was the stove in the kitchen?

12    A. Yes.

13    Q. What did you see Stanley do at the stove in the

14  kitchen?

15    A. Put iron on it.

16    Q. And did you hear Stanley say anything when he

17  put the iron on the stove?

18    A. He going to burn her.

19    Q. Did you see anyone else downstairs in the

20  ground level of the Wrice residence other than the

21  people that we've already spoken about here today?

22    A. No.

23    Q. I don't want to belabor the point.

24    Do you know who Patricia Wrice is?

25    A. Yes.

Page 47

1    Q. Was Patricia there?

2    A. Yes.

3    Q. Okay. Was Charles Wrice there?

4    A. Yes.

5    Q. When's the first time that you saw Patricia and

6  Charles Wrice? Was it before you went upstairs or

7  after you came downstairs?

8    A. After.

9    Q. And what were -- what was Patricia Wrice doing

10  when you saw her after you came downstairs at 6:00?

11    A. In liiveingroom (as written).

12    Q. And was Charles Wrice in the living room also

13  when you came downstairs?

14    A. Yeas (as written).

15    Q. And did you see Bobby Joe Williams after you

16  came downstairs?

17    A. Yes.

18    Q. Did you ever see Bobby Joe Williams upstairs

19  with Karen Byron?

20    A. No.

21    Q. Did you see Charles Wrice's girlfriend,

22  Mildred, at the house?

23    A. No.

24    Q. I'm going to represent that some people,

25  witnesses, have indicated that there was a man in the

Page 48

1  house that had a bicycle with him. Do you remember

2  that?

3    A. No.

4    Q. Other than the individuals that you have

5  already testified to about being in the home after you

6  came downstairs, can you think of any other people that

7  were there that you have not mentioned up until this

8  point?

9    A. No.

10    Q. Now, I want to get back to after you saw

11  Stanley at the stove with the iron. And after he said

12  what you said he said, did you see him go anywhere?

13    A. Back up stair (as written).

14    Q. Now, after you saw Stanley go back upstairs,

15  what did you do?

16    A. I levet (as written).

17    Q. You left; is that right? With Kim, correct?

18    A. (Nodding.)

19           MS. BONJEAN: Mr. Fowler's shaking his

20  head yes.

21  BY MS. BONJEAN:

22    Q. And is it correct that you never returned back

23  to the home of the Wrice residence on -- I'm going to

24  strike that and start over.

25    Did you come back to the Wrice residence after

### Page 49

1 you left at approximately 6:00 p.m. on September 8th,
2 1982?
3     A.   No.
4     Q.   And when you left the Wrice residence, was it
5 still light outside?
6     A.   Yes.
7     Q.   And, Mr. Fowler, did you ever see Rodney Benson
8 in the Wrice residence at any time on September 8th,
9 1982?
10         MR. NOLAND:  Objection, asked and
11 answered.
12     A.   No.
13 BY MS. BONJEAN:
14     Q.   Now, did there come a time when you were
15 arrested by the Chicago Police Department or officers
16 in the Chicago Police Department in connection with
17 what happened in the Wrice home on September 8th, 1982?
18     A.   Yes.
19     Q.   Where were you when you were arrested in
20 connection with the events that occurred in the Wrice
21 residence on September 8th, 1982?
22     A.   I turn myself in (as written).
23     Q.   Did it come to your attention that members of
24 the Chicago Police Department were looking for you?
25     A.   Yes.

### Page 50

1     Q.   And how long after you left the Wrice residence
2 on September 8th, 1982 did you learn that there were
3 police looking for you?
4     A.   Next day.
5     Q.   And do you know how the police came to know or
6 come -- strike that.
7         Do you know -- do you know how it is that the
8 police became aware of your name or, you know, your
9 presence in the home?
10         MS. BITOY:  Objection, foundation.
11     A.   No.
12 BY MS. BONJEAN:
13     Q.   Did you turn yourself in to Area 2 Violent
14 Crimes?
15     A.   Yes.
16     Q.   Tell me what happened after you turned yourself
17 in to Violent -- Area 2 the day -- I guess that would
18 be -- would that be September 9th, 1982, or roughly
19 September 9th, 1982?
20     A.   Yes.
21     Q.   And tell me what happened when you first went
22 there.
23     A.   They hit me with phone book.
24     Q.   Okay.  So let's -- let me ask you some specific
25 questions.

### Page 51

1     Q.   Are you okay to continue right now or do you
2 need a break?
3     A.   Yes.
4     Q.   Okay.  So when you first turned yourself in,
5 were you taken to a particular area of the police
6 station, like a location in the police station?
7     A.   Back part.
8     Q.   And, Mr. Fowler, did they place you in
9 handcuffs when you arrived at the police station?
10     A.   Yes.
11     Q.   And I think you said you were placed in the
12 back part of the station.  Were you put in a room of
13 some type?
14     A.   Yes.
15     Q.   Did the room have a door to it?
16     A.   Yes.
17     Q.   You had been arrested previous to September
18 9th, 1982, correct?
19     A.   Yes.
20     Q.   So did they place you in what is known as an
21 interrogation room?
22     A.   Yes.
23     Q.   And were you still handcuffed or did you have
24 one hand cuffed to a ring?  Or describe how you were
25 restrained in that room, if at all.

### Page 52

1     A.   Cupp to a bhench (as written).
2     Q.   Cuffed to a bench?
3     A.   Yes.
4     Q.   Did there come a time when an officer or a
5 detective came into the interrogation room where you
6 were cuffed to the bench?
7     A.   Yes.
8     Q.   Was it one detective or more than one
9 detective?
10     A.   Three.
11     Q.   Do you remember the names of any of the
12 detectives who entered the interrogation room when you
13 were cuffed to the bench?
14     A.   No.
15     Q.   Were they all white police officers?
16     A.   Yryes (as written).
17     Q.   Is that a yes?
18     A.   (Nodding.)
19     Q.   Are you able to describe the police officers
20 that came into the room when you were cuffed to the
21 bench?
22     A.   Kind of.
23     Q.   Okay.  Well, let's see if you can do the best
24 you can for me, all right?  You said there were three
25 detectives.  Were they in plain clothes or in uniform?

Page 53

1    A.  Plain clohes (as written).

2    Q.  Okay.  And let's start with the -- let's start

3 with the detective who you have the most clear

4 recollection of.  Can you describe the way he looked?

5    A.  Big mutage 66 (as written).

6    Q.  Is that like big mustache?

7    A.  (Nodding.)

8    Q.  And would you estimate his age to be about 66;

9 is that correct?

10    A.  (Shaking head.)

11    Q.  Okay.  What did you mean by "66"?  Or 6 --

12 six-six?

13    A.  (Nodding.)

14    Q.  Oh, so tall with a big mustache; is that

15 correct?

16    A.  (Nodding.)

17    Q.  Okay.  Right?  If that's correct, you can say

18 yes.

19    A.  Yes.

20    Q.  Do you remember what the other -- what either

21 of the other two officers looked like?

22    A.  No.

23    Q.  Okay.  Now, after the three detectives came

24 into the interrogation room while you were cuffed, did

25 any of them say anything to you?

Page 54

1    A.  I call nirras (as written).

2    Q.  Did one or all of them call you a nigger?  Is

3 that what you're trying to say?

4    A.  Yes.

5    Q.  Were you scared?

6    A.  Yes.

7    Q.  Now, after -- well, I'm going to ask this

8 first:  Was it one officer in particular who called you

9 a nigger or did all three of them call you that

10 terrible word?

11    A.  All three.

12    Q.  Did any of the detectives accuse you of hurting

13 Karen Byron when they came into the interrogation room

14 and called you a nigger?

15    A.  Yes.

16    Q.  And did you respond or say anything when one or

17 more of those detectives accused you of hurting Karen

18 Byron in that interrogation room?

19    A.  No.

20    Q.  So you just remained silent?

21    A.  Yes.

22    Q.  Did you tell one or any of the officers that

23 you wanted a lawyer?

24    A.  No.

25    Q.  Do you remember what they specifically accused

Page 55

1 you of doing to Karen Byron when you were in the

2 interrogation room?

3    A.  Holdingher agiast her will (as written).

4    Q.  Holding her against her will?

5    A.  (Nodding.)

6    Q.  And when they accused you of holding her

7 against her will, did you remain silent or did you say

8 anything?

9    A.  I remain.

10    Q.  You remained silent, correct?

11    A.  (Nodding.)

12    MS. BONJEAN:  Okay.  I'm going to indicate

13 that Mr. Fowler shook his head yes.

14    That's fine, Mr. Fowler.

15 BY MS. BONJEAN:

16    Q.  After you remained silent after they accused

17 you of holding Karen Byron against her will, did they

18 do anything or say anything to you?

19    A.  They hit me with book.

20    Q.  Okay.  So they hit you with the telephone book?

21    A.  (Nodding.)

22    Q.  Now, I'm going to ask you a couple questions

23 about that, and just correct me if I'm wrong.  Okay?

24 Would it be fair to say that one of the officers was

25 holding the telephone book?

Page 56

1    A.  Yes.

2    Q.  And the officer who was holding the telephone

3 book, was he holding the telephone book on a part of

4 your body or against a part of your body?

5    A.  Yes.

6    Q.  And what part of your body was the detective

7 holding the telephone book against?

8    A.  My head.

9    Q.  Okay.  Now, would it be fair to say that

10 another officer was striking your head through the

11 telephone book?  Is that fair?  Or if I'm incorrect,

12 describe how you were being hit.

13    A.  Oone held me down theo swing book (as written).

14    Q.  Okay.  So thank you for clarifying.  So one

15 officer held you down, and another officer was hitting

16 your head with the telephone book; is that correct?

17    A.  Yes.

18    Q.  And can you describe the best you can how you

19 were being held down by one of the detectives?

20    A.  By shoulders.

21    Q.  Okay.  And were you being held against the wall

22 or on the bench or can you describe it a little bit for

23 me?

24    A.  On floor.

25    Q.  Okay.  So one of the officers was holding you

Page 57

1  down on the floor; is that right?

2     A.  Yes.

3     Q.  And were you on your back?

4     A.  Yes.

5     Q.  And can I assume that when you were being held

6  down on the floor by one of the officers you had been

7  uncuffed?

8     A.  No.

9     Q.  Okay.  So your hands were still cuffed.  Were

10  they cuffed together in front of you?  Together in back

11  of you?  Describe it for me.

12       MR. NOLAND:  Object to the form.

13     A.  In front.

14  BY MS. BONJEAN:

15     Q.  Okay.  And then one of the officers was

16  swinging the telephone book at your head, correct?

17     A.  Yes.

18     Q.  Was it a large telephone book?  Can you

19  estimate with your hands how wide it was?

20     A.  (Gesturing.)

21     Q.  Okay.  Would you say about like this

22  (indicating)?  Is that fair?

23       MS. BONJEAN:  This is what I gathered

24  (indicating).

25

Page 58

1  BY MS. BONJEAN:

2     Q.  Is that correct, Mr. Fowler, about here?

3     A.  (Nodding.)

4       MS. BONJEAN:  Okay.  Mr. Fowler's

5  indicating yes.

6  BY MS. BONJEAN:

7     Q.  Did the officer use both hands to swing it at

8  your head or one hand?

9     A.  Both.

10     Q.  Do you know approximately how many times the

11  detective hit you in the head with the telephone book?

12     A.  1times (as written).

13     Q.  One time?

14     A.  (Indicating.)

15     Q.  Oh, okay.  Ah.

16     A.  Eleven.

17     Q.  Okay.  So the officer that had the telephone

18  book hit you in the head roughly 11 times; is that

19  correct?

20     A.  Yes.

21     Q.  The officer that you described with the

22  mustache earlier, was he the one hitting you with the

23  telephone book or the one holding you down or the third

24  officer in the room?

25     A.  Three.

Page 59

1     Q.  Okay.  So he was the other detective that was

2  in the room.  Did he put his hands on you in any

3  particular way physically?

4     A.  Kick.

5     Q.  So while the one detective was holding you down

6  and the other detective was hitting you with the

7  telephone book, was the third detective kicking you?

8     A.  Yes.

9     Q.  On what part of your body was the detective

10  kicking you, or parts of your body?

11     A.  Sid of ribs (as written).

12     Q.  Can you approximate how many times that

13  detective kicked you in your body area?

14     A.  6to (as written).

15     Q.  Is that six times or 60 times?  Got it.

16     A.  M6to 8 times (as written).

17     Q.  Okay.  So he kicked you approximately 6 to 8

18  times; is that correct?

19     A.  (Nodding.)

20     Q.  The detective who had the mustache, was he the

21  one hitting you with the phone book?  Or, no, he --

22  strike that.  I'm sorry.  You already said he was the

23  one kicking you.

24     A.  Yes.

25     Q.  Okay.  Can you describe at all the detective

Page 60

1  who was hitting you with the phone book?

2     A.  I have soshort merember (as written).

3     Q.  You don't remember what he looked like?

4     A.  (Shaking head.)

5     Q.  And what about the officer who was holding you

6  down?  Same thing, you don't remember?

7     A.  Yes.

8     Q.  Do you have any recollection of their names?

9  Like if I said their names, would you remember?

10     A.  No.

11     Q.  Okay.  So how long did this -- oh, strike that.

12  I'm going to ask -- I'm going to ask a different

13  question first.

14       Other than what you've described with the one

15  detective who was kicking you and the other detective

16  who was hitting you in the head with the phone book and

17  the other detective who was holding you down, did any

18  of the three detectives physically hurt you in any

19  other way?

20     A.  Burn penis.

21     Q.  So one of the detectives also burned your

22  genitalia during this beating?

23     A.  Yes.

24     Q.  Okay.  Was it one of the three detectives we've

25  already talked about?

Page 61

1    A. Yes.

2    Q. And can you describe for me how it was that

3 this detective burned your genitalia, or your penis,

4 during the beating?

5    A. He put ligther agaist (as written).

6    Q. Okay. Now, let's back up a second. The

7 beating that you described with the phone book and the

8 kicking, how long did the whole beating take place?

9    A. Hour.

10   Q. And was it an hour like from start to finish or

11 did they come in and out of the room? How did that

12 work?

13   A. They came im and out (as written).

14   Q. Okay. So is it fair, Mr. Fowler, that at some

15 point when the detectives were in the interrogation

16 room, one of them actually undid your pants and pulled

17 your pants down?

18              MS. BITOY: Objection, form.

19              MS. BONJEAN: I don't know how else

20 you'd --

21   A. Yes.

22 BY MS. BONJEAN:

23   Q. And do you recall which detective it was who

24 pulled your pants down? Was it the big guy with the

25 mustache or one of the other two?

Page 62

1    A. One other two.

2    Q. And can I assume that one of them had to hold

3 you down while your pants were being pulled down?

4    A. Held me from beih (as written).

5    Q. So someone held you from behind?

6    A. (Nodding.)

7    Q. Were you standing, Mr. Fowler? Or on the

8 ground or in some other position?

9    A. Stand.

10   Q. Okay. And was the same officer who was holding

11 you from behind the same officer that was pulling down

12 your pants?

13   A. Yes.

14   Q. Now, after your pants were pulled down, were

15 your underdrawers also pulled down at the same time?

16   A. Yes.

17   Q. And when this was going on, were all three of

18 the detectives in the room?

19   A. Yes.

20   Q. And, Mr. Fowler, were you saying anything to

21 them as they were doing these terrible acts to you in

22 the room?

23              MS. BONJEAN: Is this yours? I'm going to

24 give it back because I don't want your lipstick and I

25 may pick it up.

Page 63

1              MS. BITOY: That's fine. Yes, that's

2 fine.

3    A. I did do notthing (as written).

4 BY MS. BONJEAN:

5    Q. Were you terrified, Mr. Fowler?

6    A. Yes.

7    Q. Were they calling you a nigger throughout this

8 process that they were pulling your pants down and

9 exposing your genitalia?

10   A. Yes.

11   Q. Now, at some point it sounds like one of the

12 detectives had a lighter or got access to a lighter; is

13 that correct?

14   A. Yes.

15   Q. And, Mr. Fowler, would this be like a lighter

16 that you would light a cigarette with?

17   A. Yes.

18   Q. And do you remember seeing from where the

19 detective got the lighter, like from a pocket or some

20 other place?

21   A. Out drawn (as written).

22   Q. Do you mean out of a drawer?

23   A. Yes.

24   Q. And did the -- strike that.

25              Was the detective who got the lighter out of

Page 64

1 the drawer the same detective or a different detective

2 than the one that had been holding you from behind and

3 pulling your pants down to expose your genitalia?

4    A. Same one.

5    Q. And when he pulled the lighter out of the

6 drawer, did he say anything to you? Like that he was

7 going to do anything with it? Or did he call you any

8 names? What did he say as he was taking the lighter

9 out of the drawer while your pants were down, if you

10 recall?

11   A. He diding sisay notthing (as written).

12   Q. Okay. He didn't say anything; is that correct?

13   A. Yes.

14   Q. Tell me what happened next after the detective

15 pulled the lighter out of the drawer while you were

16 there with your pants down and your genitalia exposed.

17   A. He pull underwear up and slam me toward wall.

18   Q. Mr. Fowler, did he burn you with the lighter on

19 your penis before he pulled your underwear up and

20 slammed you towards the wall?

21   A. Yes.

22   Q. And did he -- did the detective burn you with

23 the flame of the lighter on your penis?

24   A. Yes.

25   Q. Can I assume that that was extraordinarily

Page 65

1  painful?
2      A.  **Yesyes (as written).**
3      Q.  Yes, yes?
4      A.  **(Nodding.)**
5      Q.  How long did the detective keep the flame on
6  your penis?  If you can approximate.
7      A.  **He di d i t 15 mins (as written).**
8      Q.  He had the flame there for the whole 15 minutes
9  or the whole thing took 15 minutes?
10     A.  **The thing took 15 minutes.**
11     Q.  Okay.  I think you testified earlier that you
12  were in that interrogation room with the officers for
13  about, I guess, I think you said an hour, and they were
14  coming in and out; is that correct?
15     A.  **Yes.**
16     Q.  The incident where the detective burned your
17  penis, was that the same incident where they were
18  beating you with the phone book or was that a different
19  time when they came into the -- into the room?
20         MS. BITOY:  Objection to form.
21     A.  **Same day.**
22  BY MS. BONJEAN:
23     Q.  Okay.  So the same -- the same time period
24  overall?
25     A.  **Yes.**

Page 66

1      Q.  Okay.  Other -- so you described the beating
2  with the phone book and the detective who kicked you,
3  and then you also described how the detective burned
4  you.  Other than what you've described about those
5  incidences, was there any other occasion during this
6  time period where one of the detectives physically hurt
7  you in any way?
8      A.  **No.**
9      Q.  Can you approximate how many times the three
10  detectives called you a nigger throughout the
11  interrogation in total?
12     A.  **Four times.**
13     Q.  Four times, Mr. Fowler; is that correct?
14     A.  **Yes.**
15     Q.  During the course of your interrogation, did
16  you ever make any statements to any of the detectives
17  about what happened in the Wrice residence on September
18  8th, 1982?
19     A.  **Yes.**
20     Q.  What did you tell the detectives about what
21  happened in the Wrice residence?
22     A.  **I chok her (as written).**
23     Q.  So you admitted to the detectives that you
24  choked Karen Byron; is that correct?
25     A.  **Yes.**

Page 67

1      Q.  Did you tell the detectives about anything that
2  Lee Holmes did to Karen Byron?
3      A.  **No.**
4      Q.  Did you tell the detectives anything about what
5  Kenny Lewis did to Karen Byron?
6      A.  **No.**
7      Q.  Did you tell the detectives anything about what
8  you saw Stanley Wrice do that evening or toward Karen
9  Byron?
10     A.  **No.**
11     Q.  Did the detectives ask you whether Rodney
12  Benson was present in the Wrice resident (sic) that
13  evening?
14     A.  **No.**
15     Q.  So am I correct, then, that you didn't mention
16  anything about Rodney Benson to the detectives since,
17  according to you, he was not there, correct?
18     A.  **No.**
19     Q.  Meaning no, you didn't say anything about
20  Rodney Benson?
21     A.  **No.**
22     Q.  Did you see any of the other individuals who we
23  have discussed today, who were in the bedroom in the
24  Wrice residence, at Area 2 when you were there?
25     A.  **Lee.**

Page 68

1      Q.  You saw Lee Holmes at Area 2; is that correct?
2      A.  **Yes.**
3      Q.  Anybody else?
4      A.  **No.**
5      Q.  Mr. Fowler, eventually you were -- you were
6  processed out of Area 2 and went to the county,
7  correct?
8      A.  **Yes.**
9      Q.  And, in fact, you were charged with a number of
10  offenses, including, I think, rape, deviate sexual
11  assault, aggravated battery; is that right?
12     A.  **Yes.**
13     Q.  Do you know why Rodney Benson was charged with
14  those charges also --
15         MS. BITOY:  Objection.
16  BY MS. BONJEAN:
17     Q.  -- if he wasn't present?
18         MS. BITOY:  Objection, foundation.
19     A.  **I dont kwon (as written).**
20  BY MS. BONJEAN:
21     Q.  You don't know, right?
22     A.  **(Shaking head.)**
23     Q.  Okay.  Mr. Fowler, after you were charged, you
24  were eventually assigned an attorney; is that correct?
25     A.  **Yes.**

Page 69

1  Q. Were you assigned a public defender?

2  A. Yes.

3  Q. Okay. And do you remember your public

4  defender's name, as you sit here today?

5  A. No.

6  Q. And, Mr. Fowler, when you were charged with

7  this offense, you were on probation for another crime;

8  is that correct?

9  A. I dont rember (as written).

10  Q. I want to go back to one thing that I neglected

11  to ask you, Mr. Fowler. Do you recall speaking with an

12  assistant state's attorney while you were at Area 2

13  prior to going to the county?

14  A. Lee.

15  Q. I'm not sure I understand. Did you understand

16  my question? You know what assistant state's attorney

17  is, right?

18  A. Yes.

19  Q. Okay. And when you were at Area 2, did you

20  have a face-to-face conversation with someone who said

21  that he was an assistant state's attorney?

22  A. No.

23  Q. And do you have any recollection of making any

24  statements to an assistant state's attorney while you

25  were at Area 2?

Page 70

1  A. No.

2  Q. Now, after you were charged and brought to the

3  county, did you -- were you able to sit down with your

4  assigned public defender and talk about the case and

5  the charges against you?

6  A. Yes.

7  Q. And did your public defender tell you what he

8  thought would be the best way to proceed with your

9  case?

10  A. Yes.

11  Q. And what did he say?

12  MS. BONJEAN: Not yours to assert.

13  MS. BITOY: No, but he should know that he

14  does have that privilege.

15  MS. BONJEAN: Maybe you should have told

16  him that when you sent investigators out to talk to him

17  and all that.

18  MS. BITOY: I don't know what you're

19  talking about.

20  A. I dont rember (as written).

21  BY MS. BONJEAN:

22  Q. Do you remember eventually pleading guilty to

23  -- let me get it correct -- I think it was aggravated

24  battery, maybe. Yeah. Do you remember pleading guilty

25  to aggravated battery?

Page 71

1  A. Yes.

2  Q. Why did you plead guilty to aggravated battery?

3  MS. BITOY: Objection, calls for a legal

4  conclusion.

5  A. Because I chokher (as written).

6  BY MS. BONJEAN:

7  Q. Because you choked her?

8  A. Yes.

9  Q. Did your attorney ever ask you, Mr. Fowler --

10  or strike that.

11  Did your attorney ever tell you that the State

12  may want you to testify against Stanley Wrice?

13  A. No.

14  Q. Did your attorney -- strike that.

15  Did your attorney ever tell you that he was

16  going to file a motion to suppress any statements you

17  made while you were in custody?

18  A. No.

19  Q. Do you know why you were charged with rape and

20  deviate sexual assault?

21  MS. BITOY: Objection, foundation.

22  A. Because I was there.

23  BY MS. BONJEAN:

24  Q. Right. But you testified that, I think, that

25  Lee Holmes didn't force himself on Karen Byron; it was

Page 72

1  consensual sex, right?

2  MR. NOLAND: Objection.

3  A. Yes.

4  BY MS. BONJEAN:

5  Q. In fact, to the best of your understanding,

6  Karen Byron wasn't raped at all, correct?

7  MR. NOLAND: Objection.

8  MS. BITOY: Objection.

9  A. Yes.

10  MS. BONJEAN: Why don't we take a 5-minute

11  break so I can regroup and figure out how much I have

12  left and reconvene in about 5 minutes. That sound

13  good?

14  MR. NOLAND: Okay. Yeah, should we offer

15  -- yeah. Yeah.

16  MS. BONJEAN: Yeah. Mr. Fowler, are you

17  okay? We're going to take about a 5-minute break.

18  MR. NOLAND: Let's go off.

19  THE VIDEOGRAPHER: We are going off the

20  record. The time now is 2:38 p.m.

21  (Break taken from 2:38 p.m. to 2:52 p.m.)

22  THE VIDEOGRAPHER: We are back on the

23  record. This marks the beginning of Tape No. 3 in the

24  deposition of Michael Fowler, Sr. The time now is

25  2:52 p.m.

Page 73

```
 1  BY MS. BONJEAN:
 2      Q.  Mr. Fowler, I have a couple follow-up
 3  questions.
 4          After you were charged with a number of
 5  offenses related to this event at the Wrice residence
 6  and you had an opportunity to confer with your
 7  attorney, did you tell your attorney what you've told
 8  us here today about what happened?
 9          MR. NOLAND:  Object to the form.
10  BY MS. BONJEAN:
11      Q.  Do you remember ever having a conversation or
12  speaking with an assistant state's attorney at any
13  point from the time of your arrest to the time that you
14  went to the Department of Corrections?
15      A.  No.
16      Q.  And I just want to clarify something.  You
17  testified that the first time you saw Karen Byron was
18  when you went up to Stanley's room in the Wrice
19  residence at around 4:00.  Do you remember that?
20      A.  Yes.
21      Q.  Had you ever seen Ms. Byron by the Jeffery
22  liquor store or on the street that day at all?
23      A.  O (as written)
24      Q.  That's a no?
```

Page 74

```
 1      A.  Yes.
 2      Q.  Okay.  And did you know Stan's girlfriend,
 3  Jennifer Scott?
 4      A.  No.
 5      Q.  When is the last time you spoke to Stanley
 6  Wrice?
 7      A.  Thirty years ago.
 8      Q.  So are you saying that you haven't spoken to
 9  him since you were all arrested back in September of
10  1982?  Is that correct?
11      A.  Yes.
12      Q.  Were you out on bond while the case was
13  pending?
14      A.  No.
15      Q.  Okay.  And when is the last time you spoke to
16  Rodney Benson?
17      A.  Years ago.
18      Q.  Would that be like a couple of years ago or ten
19  years ago or can you estimate?
20      A.  Thirty.
21      Q.  Okay.  So you haven't spoken to Rodney Benson
22  since around that time period as well; is that correct?
23      A.  Yes.
24      Q.  Do you remember whether he was out on bond or
25  in custody after his arrest?
```

Page 75

```
 1      A.  I dont kwon (as written).
 2      Q.  You don't know, right?
 3      A.  (Shaking head.)
 4      Q.  Okay.  Do you remember whether Rodney Benson
 5  was present at the time that you pled guilty in open
 6  court?
 7      A.  No.
 8      Q.  You don't remember?
 9      A.  (Shaking head.)
10          MS. BONJEAN:  Okay.  I'm going to --
11  Mr. Fowler seems to be indicating by shaking his head
12  no that he does not recall whether Mr. Benson was
13  present when he pled guilty in open court.
14  BY MS. BONJEAN:
15      Q.  Mr. Fowler, recently, as in like last month,
16  someone came to visit you, isn't that correct, to talk
17  about this case?
18          THE VIDEOGRAPHER:  Counsel, can you move
19  his Arby's cup?
20          MS. BONJEAN:  Sure.
21      A.  Yes.
22  BY MS. BONJEAN:
23      Q.  Do you know who the person was that came to
24  visit you?
25      A.  (Indicating.)
```

Page 76

```
 1      Q.  Mr. Fowler, are you indicating Ms. Bitoy or
 2  Mr. Noland?  The man or the woman?  Mr. Noland.
 3      A.  Norall (as written)
 4      Q.  Okay.  And was Mr. Noland alone or with someone
 5  when he came to visit you?
 6      A.  (Indicating.)
 7      Q.  Okay.  So Mr. Noland and Ms. Bitoy came to
 8  visit you prior to today's date; is that correct?
 9      A.  Yes.
10      Q.  And were they with anyone or was it just the
11  two of them together?  Or anyone else?
12      A.  The where withbill (as written).
13      Q.  They were with someone named Bill?
14      A.  Yes.
15      Q.  Who's Bill, Mr. Fowler?
16      A.  Invastor gato r (as written).
17      Q.  Right.  An investigator; is that correct?
18      A.  Yes.
19      Q.  Now, when Mr. Noland and Ms. Bitoy and Bill
20  came to visit you, had you met any one of them
21  previously?
22      A.  No.
23      Q.  Now, how long did your meeting with Mr. Noland,
24  Ms. Bitoy, and Bill last?
25      A.  Forty minutes.
```

Page 77

1  Q. Okay. And did either Mr. Noland or Ms. Bitoy
2  or Bill come visit you after they visited you back in
3  July?
4  A. Yes.
5  Q. Okay. Who came to visit you another time? Is
6  that Bill?
7  A. Llyes (as written).
8  Q. Okay. So let me understand this. You had a
9  meeting or you met with Mr. Noland, Ms. Bitoy, and Bill
10  at some point in July at -- is that at your assisted
11  living facility?
12  A. Yes.
13  Q. And then Bill came back to the assisted living
14  facility to meet with you another time?
15  A. Yes.
16  Q. How many times has -- did Bill come to see you
17  after that initial time that he was there with
18  Mr. Noland and Ms. Bitoy?
19  A. Two timmes (as written).
20  Q. Okay. So is it fair to say that Bill has come
21  to visit you a total of three times?
22  A. Yes.
23  Q. All right. Now, on -- during -- strike that.
24       During one of the times that you visited with
25  Bill and perhaps Mr. Noland and Ms. Bitoy, you actually

Page 78

1  signed a document. Do you remember that?
2  A. Yes.
3  Q. Who was present when you signed that document?
4  A. Allthree of them (as written).
5  Q. All three of them.
6       And was that -- strike that.
7       When you signed that document, was that the
8  first time that they came to see you, all three of
9  them?
10  A. Yes.
11  Q. Had you ever spoken to either Mr. Noland,
12  Ms. Bitoy, or Bill on the phone -- I'm guessing it
13  would be difficult. But did you ever -- let me put it
14  this way. Strike that.
15       Did you ever have any communications in any
16  form with either Mr. Noland, Ms. Bitoy, or Bill prior
17  to them coming to visit you?
18  A. No.
19  Q. Now, did Mr. Noland introduce himself when he
20  came to visit you?
21  A. Yes.
22  Q. Okay. And what did he tell you about who he
23  was and why he was there? Maybe -- that's a compound
24  question. Let me make it better.
25       What did he say to you about who he was? How

Page 79

1  did he introduce himself?
2  A. He said he was lawyer.
3  Q. Okay. And did he tell you who he represented?
4  A. The polic (as written).
5  Q. The police?
6  A. (Nodding.)
7       MS. BONJEAN: Okay, indicating
8  Mr. Fowler's shaking his head yes.
9  BY MS. BONJEAN:
10  Q. Did Ms. Bitoy also identify herself as a
11  lawyer?
12  A. Yes.
13  Q. Okay. And did she tell you that she
14  represented the police also?
15  A. No.
16  Q. Who did she say she represented?
17  A. She said noone (as written).
18  Q. So she told you she didn't rep- -- she didn't
19  tell -- strike that.
20       She didn't tell you who she represented?
21  A. (Shaking head.)
22  Q. Is that a no? You're shaking your head no?
23  A. (Nodding.)
24  Q. Okay. Did she -- okay, strike that.
25       And then Bill obviously identified himself as

Page 80

1  an investigator; is that correct?
2  A. Yes.
3  Q. And this was the first time that you had the
4  opportunity to speak to all three of these individuals,
5  correct?
6  A. Yes.
7  Q. And is it fair to say that you told them what
8  you told us here today?
9       MR. NOLAND: Object to the form.
10  A. Yes.
11  BY MS. BONJEAN:
12  Q. Okay. And you signed a piece of paper that was
13  presented to you by one of these individuals; is that
14  right?
15  A. Yes.
16  Q. And did they present you with this piece of
17  paper to sign at that very first meeting, when you met
18  with them the first time?
19  A. Bill had to come me back (as written).
20  Q. Okay. So let me understand, Mr. Fowler. After
21  this conversation you had with Mr. Noland and Ms. Bitoy
22  and Bill, Bill left at some point; is that correct?
23  A. Withthem (as written).
24  Q. Okay. So Bill left with Mr. Noland and
25  Ms. Bitoy after you had a conversation in which you

Page 81

1  told them what you've told us here today?

2  A. Yes.

3  Q. Okay. And then when Bill came back, did he

4  come back alone or with Mr. Noland and Ms. Bitoy?

5  A. Ith papers (as written).

6  Q. So Mr. -- Bill came back with the papers, but

7  what I'm trying to understand is did he come back with

8  the papers that same day or on a different day.

9  A. Same day.

10  Q. And when he came back that same day with the

11  papers, were Mr. Noland and Ms. Bitoy with him or was

12  he alone?

13  A. A long (as written).

14  Q. Okay. And did you tell Mr. Noland and

15  Ms. Bitoy when they were there about how the detective

16  burned your genitals?

17  A. I cou ld get into it (as written).

18  Q. Are you saying you couldn't get into it or you

19  did get into it or --

20  A. I could.

21  Q. So that's yes, you told them, or you couldn't,

22  you couldn't tell them?

23      MR. NOLAND: Object to the form.

24  A. I could.

25

Page 82

1  BY MS. BONJEAN:

2  Q. The opposite, right? You couldn't?

3  A. (Nodding.)

4  Q. Why couldn't you tell them about it?

5  A. We where on some else (as written).

6  Q. You were talking about something else?

7  A. Yes.

8  Q. Okay. So neither Mr. Noland or Ms. Bitoy asked

9  you any specific details about what happened at Area 2

10  with the detectives, correct?

11  A. Yes.

12  Q. All right. Now, you said Bill came back two

13  additional times after this meeting, correct,

14  Mr. Fowler?

15  A. Yes.

16  Q. Okay. Let's talk about the first time he came

17  back. Did he tell you why he was coming back to visit

18  you?

19  A. To bri ng me p a p ers (as written).

20  Q. To bring you the papers?

21  A. Yes.

22  Q. And did you read the paper before you signed

23  it?

24  A. No.

25  Q. Now, you testified that Bill came back another

Page 83

1  time; is that right?

2  A. NOo (as written).

3  Q. Okay. So maybe I misunderstood, but --

4  A. (Indicating.)

5  Q. Came back one time?

6      THE VIDEOGRAPHER: Do you want me to play

7  that?

8      MS. BONJEAN: Sure.

9  A. One.

10  BY MS. BONJEAN:

11  Q. Okay. So I'm just going to -- I think I have

12  it right, and you'll correct me if I'm wrong. Bill and

13  Mr. Noland and Ms. Bitoy came together, and then after

14  you met with the three of them, they left, and Bill

15  came back with the paper for you to sign; is that

16  correct?

17  A. Yes.

18  Q. And you have not seen Bill since he brought

19  back the paper for you to sign; is that correct?

20      MR. NOLAND: Objection, mischaracterizes.

21  A. Yes.

22  BY MS. BONJEAN:

23  Q. All right. Mr. Fowler, you and I have never

24  met, have we?

25  A. No.

Page 84

1  Q. Mr. Fowler, when you met with Mr. Noland and

2  Ms. Bitoy and Bill, how did you communicate with them?

3  Did you use the device that you were using earlier?

4  A. Yes.

5  Q. And, sir, when did you cease or stop being able

6  to communicate verbally? How long ago was that?

7  A. Four years ago.

8  Q. Okay.

9      MS. BONJEAN: I think I'm finished. I

10  don't think I have anything further for Mr. Fowler.

11  Do you -- you okay, Mr. Fowler?

12      THE WITNESS: (Nodding.)

13      MS. BITOY: Do you need -- do you need a

14  break at all, Mr. Fowler? Or no?

15  I have a couple follow-up. I don't know if we

16  want to switch.

17      MS. BONJEAN: Sure. I think --

18      THE VIDEOGRAPHER: Do you want to go off

19  and switch?

20      THE WITNESS: Who are tey (as written)?

21      MS. BONJEAN: Who are they? Mr. Noland is

22  an attorney who represents the City of Chicago, and

23  Ms. Bitoy represents the officers from Area 2 who were

24  investigating this case and were involved in the

25  investigation. So she represents the officers and he

## Page 85

1  represents the city who employs the officers.  Okay?
2         All right, we ready?
3         MS. BITOY:  Yep.
4         MS. BONJEAN:  Did you have any other
5  questions, sir?
6         THE WITNESS:  (Gesturing.)
7         MS. BONJEAN:  Sir -- hold on one second.
8  I want to ask quick.
9  BY MS. BONJEAN:
10     Q.  Did you realize that they represented the city
11 and the officers?
12     A.  (Shaking head.)
13     Q.  Can you put that in there, sir?  Can you write?
14     A.  No.
15     Q.  You seemed a little upset.  Do you feel like
16 they properly introduced you -- themselves to you?
17     A.  (Shaking head.)
18     Q.  Can you please write that, sir?
19     A.  Nom (as written).
20     Q.  Is that a no?
21     A.  (Shaking head.)
22     Q.  Do you feel like they tricked you?
23         MR. NOLAND:  Objection.
24         MS. BITOY:  Objection.
25     A.  Yes.

## Page 86

1  BY MS. BONJEAN:
2     Q.  Okay.  And is it fair to say that you didn't
3  realize that they were the lawyers who were
4  representing the police officers?
5         MR. NOLAND:  Objection, mischaracterizes.
6  BY MS. BONJEAN:
7     Q.  Or strike that.
8         Let me ask you this:  Why do you feel that they
9  misled you or tricked you?
10    A.  Because yo u let me kwon (as written).
11    Q.  Because I let you know who they were and they
12 didn't identify who they were; is that correct?
13    A.  (Nodding.)
14        MR. NOLAND:  Objection, mischaracterizes.
15        MS. BITOY:  Same objection.
16    A.  Yes that why the folks said I was daed (as
17 written).
18 BY MS. BONJEAN:
19    Q.  Did they tell you that some people thought that
20 you were deceased?
21    A.  Yes.
22    Q.  I'm going to represent to you that I also was
23 told and believed that you were deceased.  That's what
24 I understood.
25        Do you know how it -- do you know why or how it

## Page 87

1  came to be that somebody thought that you had passed?
2     A.  No.
3     Q.  Okay.
4         MS. BONJEAN:  I have nothing further.
5  Thank you for your time.  At least, nothing right now.
6  I think they have some questions.  Do you want to go to
7  the bathroom?
8         THE VIDEOGRAPHER:  We are going off the
9  record.  The time now is 3:35 p.m.
10        (Break taken from 3:35 p.m. to 3:42 p.m.)
11        THE VIDEOGRAPHER:  We are back on the
12 record.  The time now is 3:42 p.m.
13        FURTHER EXAMINATION
14 BY MS. BITOY:
15    Q.  Mr. Noland -- or, Mr. Noland.  I'm sorry.
16        Mr. Fowler, do you remember meeting with
17 myself, Mr. Noland, and Bill back in July?
18    A.  Yes.
19    Q.  And prior to today, the time that we had met
20 with you back at the assisted living facility, that's
21 the only time that you had ever met myself and
22 Mr. Noland and Bill; is that correct?
23        MR. NOLAND:  Altogether?
24 BY MS. BITOY:
25    Q.  I'm sorry, just myself and Mr. Noland; is that

## Page 88

1  correct?
2         MS. BONJEAN:  I'm going to object to the
3  form.  That was a mess.
4         MS. BITOY:  Yes.  Let me -- let me re- --
5  you're absolutely right.  That was a terrible question.
6  Let me rephrase.
7  BY MS. BITOY:
8     Q.  Back when we -- myself, Mr. Noland, and Bill --
9  met with you at your assisted living facility, that was
10 the only time prior to today that you had ever met
11 myself and Mr. Noland; is that correct?
12    A.  Yes.
13    Q.  And at that meeting you had a little machine,
14 is that correct, that you used to communicate?
15    A.  Yes.
16    Q.  And do you have that machine with you here
17 today?
18        Mr. Fowler, with your permission, would it be
19 all right if we took that --
20    A.  Yes.
21    Q.  Would it -- with your permission, would it be
22 all right if we took that machine out right now?
23    A.  Yes.
24        MS. BITOY:  (To videographer) Is that in?
25 Are you able to see that?  Okay.

Page 89

BY MS. BITOY:

Q. And, Mr. Fowler, this machine is broken, isn't it?

MS. BONJEAN: Objection to form.

A. Yes.

BY MS. BITOY:

Q. So today you're able to type on this keyboard and it'll speak out audio. That machine, when you type into it, will any audio come out?

A. It use to.

Q. Right. So at some point it used to say audio, but now when you type into it, if someone wants to understand exactly what you're saying, they have to actually look at what you're typing on there; is that correct?

A. Yes.

Q. So that makes communicating with that machine in and of itself pretty difficult for you; is that correct?

A. Yes.

Q. Okay. And back, I think it was July 14th when you met with myself, Mr. Noland, and Bill, do you recall if we gave you business cards?

A. Yes.

Q. Do you recall when I gave you my business card,

Page 90

I wrote on the back of the card that I had represented the police officers in a case brought about by Stanley Wrice?

A. I did pay anymine (as written).

Q. You didn't pay any mind? Is that what you meant to say?

MS. BONJEAN: It's what he did say.

A. Yes.

BY MS. BITOY:

Q. So regardless of whether you were paying any mind to what I was saying, do you still --

MS. BONJEAN: Objection to the form. This mischaracterizes what he said. He didn't say he wasn't paying attention to what you were saying; he said he didn't pay any mind to your business card --

MS. BITOY: Okay.

MS. BONJEAN: -- that had apparently something written on the back.

BY MS. BITOY:

Q. Mr. Fowler, regardless of the fact that you didn't pay any mind to the business card that I had given you, do you still have the business cards that myself and Mr. Noland provided you?

A. I cant see (as written).

Q. You couldn't see what was on the business card?

Page 91

Is that -- is that what you're saying?

A. Yes.

Q. Okay. You couldn't see what was on the business card, but you do recall myself and Mr. Noland giving you business cards; is that correct?

A. Yes.

Q. And when myself, Mr. Noland, and Bill met with you back in July, we asked you certain things about what happened with Karen Byron back in 1982; is that correct?

MS. BONJEAN: I'm going to object, asked and answered.

A. Yes.

BY MS. BITOY:

Q. And we also went over the same topic areas that we discussed in July here today. Do you recall the questions that I asked you today, did we -- did you also tell us that information when we met with you back in July when we met at your assisted living facility?

MS. BONJEAN: Objection to the form.

THE VIDEOGRAPHER: Sorry, I already played it.

A. What was. What was question?

BY MS. BITOY:

Q. What was my question? Absolutely, I'll try my

Page 92

best to rephrase it.

When myself, Mr. Noland, and Bill met with you back in July and we asked you some questions about Karen Byron and Stanley Wrice, did you -- did you tell us -- did you tell us truthful information regarding what you had witnessed at the Wrice home on September 8th and 9th of 1982?

MS. BONJEAN: Objection to form.

A. Yes.

BY MS. BITOY:

Q. At any point in our meeting, did I, myself, or Bill ever threaten you in any way?

A. No.

Q. Did we make you any promises in return for speaking to us or meeting with us?

A. No.

Q. And I think you had earlier testified that you had only seen Bill twice, but Bill actually drove you to the deposition today; is that correct?

A. Yes.

Q. Okay. And that was because --

(Conversation in background.)

BY MS. BITOY:

Q. -- of your health condition that you needed assistance to get to the deposition today, is -- is

## Page 93

1 that correct?

2     **A. Yayes (as written).**

3     Q. And, Mr. Fowler, you described some very

4 serious injuries that you had sustained at Area 2 back

5 in 1982; is that correct?

6     **A. Yes.**

7     Q. And did those injuries leave any visible marks

8 on your body?

9     **A. Thirty years go by.**

10     Q. Certainly. So I'm not talking about today. I

11 meant right after, you know, you say you were beaten at

12 Area 2. At that time, were there visible marks on your

13 body following the incident at Area 2?

14     **A. Yes.**

15     Q. Would anyone be able to notice these injuries

16 if you were -- if you had your clothes on? Were they

17 in places that were visible to other people?

18     MS. BONJEAN: I'm going to object to the

19 form, the compound nature of the question.

20     **A. No.**

21 BY MS. BITOY:

22     Q. And were you treated by any doctors,

23 Mr. Fowler, in relation to these injuries that you say

24 you sustained?

25     **A. No.**

## Page 94

1     Q. And following these injuries that you claim

2 that you sustained at Area 2, you said that you met

3 with your attorney; is that correct?

4     **A. Yes.**

5     Q. And you said that your lawyer never told you

6 that he was going to file any motion to suppress any

7 statements that you had given to police; is that

8 correct?

9     **A. Yes.**

10     Q. Now, back in 2011, Mr. Fowler, do you recall

11 meeting with some Northwestern University students in

12 regards to the Stanley Wrice investigation that they

13 were conducting?

14     **A. Yes.**

15     Q. And did these Northwestern students ask you

16 questions related to Stanley Wrice and Karen Byron?

17     **A. Yes.**

18     Q. Mr. Fowler, did you tell the students that you

19 saw Stanley Wrice heating an iron on the stove?

20     Are you all right? I'm sorry.

21     **A. Yes.**

22     Q. So -- I'm sorry. To reiterate, you did tell

23 the Northwestern students when you met with them that

24 you saw Stanley Wrice heating up an iron on the stove

25 on September 8th through the 9th of 1982; is that

## Page 95

1 correct?

2     MS. BONJEAN: I'm going to object to the

3 form and the foundation of that question.

4     **A. Yes.**

5 BY MS. BITOY:

6     Q. And did you also tell these Northwestern

7 University students, Mr. Fowler, that Stanley Wrice

8 told you that he was going to burn the woman?

9     MS. BONJEAN: Objection to form,

10 foundation.

11     **A. Yes.**

12     MS. BITOY: Thank you, Mr. Fowler. I have

13 no further questions.

14     Oh, yeah, I'm sorry.

15     MR. NOLAND: Mr. Fowler, as I introduced

16 myself again at the beginning of the deposition, I'm

17 Dan Noland and I'm a lawyer for the City of Chicago. I

18 just have a few very brief follow-up questions.

19     EXAMINATION

20 BY MR. NOLAND:

21     Q. When Ms. Bonjean was questioning you a moment

22 ago, you recall that when I had met with you and

23 Ms. Bitoy and Bill, that I had told you that I

24 represented the police; is that correct?

25     **A. Yes.**

## Page 96

1     Q. And just going to go over a couple of the

2 questions that Ms. Bitoy asked about herself, but I

3 also -- you recall I also gave you a business card at

4 our meeting and wrote "City of Chicago" on that

5 business card. Do you remember that?

6     **A. I couldnt see (as written).**

7     Q. You don't -- you don't recall seeing what I

8 wrote on the card?

9     MS. BONJEAN: He couldn't -- he couldn't

10 see.

11 BY MR. NOLAND:

12     Q. You couldn't see what I wrote on the card? Am

13 I correct?

14     **A. (Nodding).**

15     MR. NOLAND: He's nodding yes.

16     MS. BONJEAN: Yeah.

17 BY MR. NOLAND:

18     Q. Do you recall that I did, though -- in addition

19 to saying I represented the police, I said that I was a

20 lawyer for the City. Do you recall that?

21     **A. Yes.**

22     Q. And same question as Ms. Bitoy asked you, did I

23 -- did I threaten you in any way when we met?

24     **A. No.**

25     Q. Did I make you any promises of any kind when we

### Page 97

1 met?

2     **A.** No.

3     **Q.** Mr. Fowler, and I think Ms. Bonjean covered

4 this, but just wanted to clarify, did you plead guilty

5 to aggravated battery for your involvement in this case

6 with respect to Karen Byron?

7     **A.** Yes.

8     **Q.** Did you testify for the State back then against

9 Stanley Wrice?

10     **A.** No.

11     **Q.** Were you ever a cooperating witness for the

12 State against Stanley Wrice?

13     MS. BONJEAN: Objection to form.

14     **A.** No.

15 BY MR. NOLAND:

16     **Q.** And you've testified here today that after you

17 came downstairs from being upstairs in the attic where

18 Karen Byron was, that Lee Holmes and Kenny came

19 downstairs, correct?

20     **A.** Yes.

21     **Q.** And you said that Stanley Wrice came

22 downstairs, too?

23     **A.** Yes.

24     **Q.** And you saw Stanley heat the iron on the stove?

25     **A.** Yes.

### Page 98

1     **Q.** And Stanley said that he was going to burn her?

2     **A.** Yes.

3     **Q.** And then you saw Stanley going back upstairs

4 with the iron?

5     **A.** Yes.

6     **Q.** And then you left?

7     **A.** Yes.

8     **Q.** And as of that time, when you left and when

9 Stanley was going back upstairs with the iron, had

10 Karen Byron been burned yet?

11     MS. BONJEAN: Objection to the form,

12 foundation.

13     **A.** I duont kwo m (as written).

14 BY MR. NOLAND:

15     **Q.** You don't know?

16     **A.** (Shaking head.)

17     **Q.** But you had not -- isn't it true that you had

18 not seen Karen Byron get burned yet?

19     MS. BONJEAN: Objection to the form.

20     **A.** No.

21 BY MR. NOLAND:

22     **Q.** So when you were upstairs with Karen and the

23 others, did you see Karen getting burned?

24     **A.** No.

25     **Q.** Did you see any burn injuries on Karen at that

### Page 99

1 time?

2     **A.** No.

3     MR. NOLAND: I have no further questions.

4 Thank you, sir.

5     MS. BONJEAN: Mr. Fowler, I have just a

6 few more, couple more, if you don't mind, and then

7 you'll be out of here. Okay?

8     I'm going to switch. I'm sorry. I could

9 probably see here, but my eyes are not so great.

10     MS. BITOY: I think -- would you like to

11 switch and do you want to sit here?

12     MS. BONJEAN: If you don't mind.

13     MS. BITOY: No, I don't mind.

14     MS. BONJEAN: I'll take -- I might be

15 about 5 minutes.

16     You're shaking your head. Why are you shaking

17 your head? You tired?

18     THE WITNESS: IHappy to let up here (as

19 written).

20     MS. BONJEAN: To -- do you --

21     THE WITNESS: (Indicating.)

22     MR. NOLAND: I'm happy to be let up here.

23     MS. BONJEAN: Okay. He's happy to live up

24 in here. Okay. Well, we appreciate you taking --

25     THE WITNESS: Happp y to live up (as

### Page 100

1 written).

2     MS. BONJEAN: We appreciate you taking the

3 time, so --

4     FURTHER EXAMINATION

5 BY MS. BONJEAN:

6     **Q.** You referenced an interview with some

7 Northwestern students. Do you know when you were

8 interviewed by Northwestern students?

9     **A.** I forgot.

10     **Q.** Okay. And were you interviewed by Northwestern

11 students more than one time?

12     **A.** Yes.

13     **Q.** Do you remember the names of any of the

14 students who interviewed you?

15     **A.** No.

16     **Q.** Okay. When you met with Mr. Noland and

17 Ms. Bitoy, did you tell them that when you were in the

18 room with Karen Byron, you choked her?

19     **A.** No.

20     **Q.** Did you tell them that Kenny Lewis had had sex,

21 consensual sex, with Karen Byron?

22     **A.** No.

23     THE VIDEOGRAPHER: It's really slow.

24     **A.** Es dead (as written).

25

Page 101

BY MS. BONJEAN:

Q. Yeah, Kenny Lewis is dead. I'm aware of that. And Lee Holmes is dead, too, right?

A. (Nodding.)

Q. Did you tell Mr. Noland or Ms. Bitoy that Lee Olmes [sic] -- Lee Holmes had had consensual sex with Karen Byron in the bedroom?

A. No.

Q. Did you tell either Ms. Bitoy or Mr. Noland that Karen Byron had called you and the other black men niggers?

A. No.

Q. And is that because they were asking you questions mostly about Stanley?

THE VIDEOGRAPHER: It's moving -- it's moving really slow. I don't know if it's the website or if it's --

MS. BONJEAN: Okay.

A. Yes.

BY MS. BONJEAN:

Q. And, Mr. Fowler, if they had asked you other questions like I did today, would you have answered them the same way?

MS. BONJEAN: You've got to be kidding me.

A. Yes.

Page 102

BY MS. BONJEAN:

Q. Mr. Fowler, did you tell Ms. Bitoy and Mr. Noland that Stanley is a bad person?

A. Yes.

Q. Mr. Fowler, do you think that Mr. Benson is a bad person?

A. I did no t see him do any th (as written).

Q. Okay. You didn't see him there at all, correct?

A. But my question is a little different. Putting aside what happened on September 8th, 1982 in the Wrice residence, did you think or do you think that Mr. Benson was a bad person or a good person?

A. No.

Q. Okay. So just so I understand, you thought Rodney was a good guy, right?

A. (Nodding.)

Q. Can you just --

MS. BONJEAN: I'm glad it didn't do it the whole time, this delay.

A. Yes.

MR. NOLAND: I was wondering what you were waiting for.

THE VIDEOGRAPHER: Let me try something

Page 103

quick.

MS. BONJEAN: Okay. I really only have one more.

THE VIDEOGRAPHER: Just reload the page.

BY MS. BONJEAN:

Q. Mr. Fowler, did you believe or did you come to believe that Stanley had told or implicated you to the police?

A. I dont no (as written).

Q. Was there any discussion amongst members of the Black Stone street gang about whether or not Stanley should take the weight for this case?

A. Nno (as written).

MS. BONJEAN: I don't think I have anything more.

MR. NOLAND: Do you have anything?

MS. BITOY: No, no, no. You can go.

MR. NOLAND: I just have one more question, Mr. Fowler.

FURTHER EXAMINATION

BY MR. NOLAND:

Q. Did you see Rodney Benson heat an iron on a stove and say he was going to burn a woman with it?

A. Idid not see r beson (as written).

Page 104

FURTHER EXAMINATION

BY MS. BONJEAN:

Q. And, Mr. Fowler, you don't know who burned Karen Byron, though, do you?

A. Yes, I do.

Q. So you were there when she was burned; is that correct?

MS. BITOY: Objection, that misstates his prior testimony.

A. He was the only one there (as written).

BY MS. BONJEAN:

Q. But, sir, I thought you testified that after you saw Stanley in the kitchen, you left.

A. All 4 us left (as written).

Q. Right. But you testified earlier today that there were other people in the house, right, besides Stanley? That's correct, yes?

A. (Nodding.) But his family want d o th (as written).

Q. His family won't do that; is that right?

A. (Nodding.)

Q. Okay. And you mean -- you're talking about Charles?

A. (Nodding.)

MS. BONJEAN: Shaking his head yes.

Page 105

1  BY MS. BONJEAN:

2      Q.  And you're also talking about Bobby Joe?

3      A.  (Nodding.)

4      Q.  And how do you know that?  Did you see Karen

5  Byron get burned?

6      A.  Charther (as written).

7      Q.  Each other?

8      A.  Charther (as written).

9      Q.  Charles?

10     A.  Charther (as written).

11     Q.  I'm not sure I understand, but --

12             MS. COHEN:  "Chatter."

13 BY MS. BONJEAN:

14     Q.  "Chatter"?  I'm not sure I understand.  That's

15 fine.  I'm going to ask you a different question, okay,

16 because I don't know that we're going to get anywhere.

17 I understand that you have an opinion and a

18 belief that Mr. Wrice burned Karen Byron.  You've

19 testified to that.  My question -- let me ask my

20 question first, okay?  Did you see Karen Byron get

21 burned?

22             MS. BITOY:  Objection, asked and answered.

23     A.  No.

24 BY MS. BONJEAN:

25     Q.  Mr. Fowler, did you know that a couple months

Page 106

1  ago, Mr. Benson testified that you had sex with

2  Ms. Byron?

3             MR. NOLAND:  Objection, form, foundation.

4             MS. BONJEAN:  Hand me my -- hand me the

5  deposition testimony over there.

6      A.  I didi kwon that (as written).

7  BY MS. BONJEAN:

8      Q.  You didn't know that he testified to that?  Did

9  you know --

10     A.  No.

11     Q.  Did you know -- did you know that he admitted

12 to having sex with Ms. Byron himself?

13             MR. NOLAND:  Objection, form.

14     A.  I didnt see hinn (as written).

15 BY MS. BONJEAN:

16     Q.  He also testified that he had sex with Kim that

17 night.  Were you aware of that?

18             MR. NOLAND:  Objection, form.

19             THE VIDEOGRAPHER:  Counsel, you're wearing

20 a mic.  You don't need to --

21             MS. BONJEAN:  Oh, I'm sorry, am I?  My

22 apologies.  I didn't -- I thought I took it off.  You

23 didn't tell me before.

24     A.  Kim is not that kind girl.

25

Page 107

1  BY MS. BONJEAN:

2      Q.  Do you know how to find Kim right now?

3      A.  No.

4             MS. BONJEAN:  Okay.  I have nothing

5  further.

6             MS. BITOY:  No further questions.

7             MR. NOLAND:  No further questions.

8             THE VIDEOGRAPHER:  This marks the end of

9  the deposition of Michael Fowler, Sr.  The time now is

10 4:35 p.m. and we are off the record.

11             (Discussion held off the record.)

12             (Read and sign waived off the record.)

13             (The deposition was concluded at 4:35 p.m.

14 on Friday, August 25, 2017.)

15             *************

16

17

18

19

20

21

22

23

24

25

Page 108

1             REPORTER'S CERTIFICATE

2  STATE OF MINNESOTA    )
                        )  ss.
3  COUNTY OF HENNEPIN    )

4      I hereby certify that I reported the deposition
5  of MICHAEL A. FOWLER, SR., on August 25, 2017 in
   Minneapolis, Minnesota, and that the witness was by me
6  first duly sworn to tell the whole truth;

7      That the testimony was transcribed by me and is
8  a true record of the testimony of the witness;

9      That the cost of the original has been charged
10 to the party who noticed the deposition, and that all
   parties who ordered copies have been charged at the
11 same rate for such copies;

12     That I am not a relative or employee or
13 attorney or counsel of any of the parties, or a
   relative or employee of such attorney or counsel;

14     That I am not financially interested in the
15 action and have no contract with the parties,
   attorneys, or persons with an interest in the action
16 that affects or has a substantial tendency to affect my
   impartiality;

17     That the right to read and sign the deposition
18 by the witness was waived.

19     WITNESS MY HAND AND SEAL THIS 6th day of
20 September, 2017.

21             _Caitlin J. Albrecht_

22

23

24             Caitlin J. Albrecht
               Notary Public, Hennepin County, Minnesota
25             Commission: 31056713, Expires 1/31/2018

**WORD INDEX**

**< 0 >**
**00**  26:24

**< 1 >**
**10**  3:18  4:11
**10:28**  1:16  2:3
**10:39**  5:6
**100**  4:7
**1000**  2:18
**103**  4:8
**104**  4:7, 15
**105**  4:15
**106**  4:18
**11**  58:18
**11:04**  14:23
**11:05**  15:1
**11238**  2:20
**12:00**  26:25
**12:31**  41:12, 13
**12:59**  41:13, 17
**12th**  7:16
**13**  4:11
**14**  1:5  4:11
**1400**  2:4
**14th**  89:21
**15**  4:7  42:1  65:7, 8, 9, 10
**15-minute**  42:8
**19**  7:25
**1963**  7:16
**1980**  18:4  22:2, 9
**1982**  7:24, 24  8:2, 24
  9:2, 6, 7  10:2, 13, 17, 17
  16:11, 25  17:19  19:1, 6,
  9, 12, 15, 19  21:2, 15, 23
  22:3, 9  24:6, 9, 15, 18
  25:15  26:7, 10, 13, 16,
  19, 23  28:4, 19  29:5, 8,
  12, 16, 25  30:25  32:21
  33:1  34:7, 12, 19  35:19
  46:5  49:2, 9, 17, 21
  50:2, 18, 19  51:18
  66:18  74:10  91:9  92:7
  93:5  94:25  102:12
**1times**  58:12

**< 2 >**
**2:38**  72:20, 21
**2:52**  72:21, 25
**20**  22:4
**2011**  94:10
**2017**  1:15  2:2  5:5
  107:14  108:5, 20
**2018**  108:25
**2300**  3:19

**25**  1:15  2:2  107:14
  108:5
**25th**  5:5

**< 3 >**
**3:35**  87:9, 10
**3:42**  87:10, 12
**31**  108:25
**31056713**  108:25
**312-627-2100**  3:21
**312-870-6952**  3:11
**330**  3:9
**345**  2:19
**35**  4:14
**36**  4:14

**< 4 >**
**4:00**  27:5, 8, 11, 19, 19,
  21  29:5, 11, 15  30:25
  32:21  33:1  34:8, 11
  35:4, 12, 21  73:20
**4:35**  107:10, 13
**44**  4:17
**45**  4:17
**46**  4:17
**49**  4:17

**< 5 >**
**50**  4:14
**527**  2:4
**53**  3:8
**54**  7:20
**57**  4:17
**5934**  1:5
**5-minute**  72:10, 17

**< 6 >**
**6:00**  34:11  35:4, 12, 22
  39:17  46:5  47:10  49:1
**60**  59:15
**60604**  3:10
**60606**  3:20
**61**  4:14
**65**  4:14
**66**  53:5, 8, 11
**68**  4:14
**6900**  17:10, 13, 18  18:8,
  16
**6950**  17:2
**69th**  17:10
**6th**  108:18
**6to**  59:14

**< 7 >**
**71**  4:14
**718-875-1850**  2:21
**72**  4:14, 17

**7200**  17:15
**73**  4:17
**75**  18:22
**75th**  18:23  20:6
**7618**  9:3

**< 8 >**
**80**  4:17  18:3
**81**  4:18
**81263**  7:15
**82**  25:2, 4
**83**  4:18
**85**  4:15, 18
**86**  4:15, 18
**87**  4:6
**88**  4:11
**89**  4:11
**8th**  9:6  10:13, 16  21:2,
  15, 23  22:3, 9  24:6, 9
  25:14  26:7, 10, 13, 16,
  19, 23  28:4, 19  29:5, 8,
  11, 16, 25  30:25  32:20
  33:1  34:7, 19  35:19
  46:5  49:1, 8, 17, 21
  50:2  66:18  92:7  94:25
  102:12

**< 9 >**
**90**  4:11
**91**  4:11
**92**  4:12
**93**  4:12
**95**  4:8, 12
**97**  4:12
**9707**  24:19, 22  25:1
**98**  4:12
**9th**  9:6  10:17  34:11
  50:18, 19  51:18  92:7
  94:25

**< A >**
**a.m**  1:16  2:3  5:6
  14:23  15:1  27:9, 11
**a.m.**  26:25
**ability**  7:11  22:6  33:14
  36:19  42:21
**able**  6:2  52:19  70:3
  84:5  88:25  89:7  93:15
**absolutely**  88:5  91:25
**access**  63:12
**accurate**  7:11
**accuse**  54:12
**accused**  54:17, 25  55:6,
  16
**action**  108:15, 15
**acts**  62:21
**addition**  96:18

**additional**  82:13
**admitted**  66:23  106:11
**affect**  108:16
**affirmative**  15:23  20:12
**afternoon**  15:4  27:22
**agaist**  61:5
**age**  53:8
**aggravated**  68:11
  70:23, 25  71:2  97:5
**agiast**  55:3
**ago**  74:7, 17, 18, 19
  84:6, 7  95:22  106:1
**agree**  19:21  27:24
**Ah**  17:3  58:15
**al**  1:8  5:4
**ALBRECHT**  1:25  2:5
  5:19  108:24
**alcohol**  33:11, 23  34:1
**Allthree**  78:4
**Altogether**  87:23
**amount**  20:15
**angry**  36:10, 16
**ANSWER**  4:20  6:20
  12:21  27:4
**answered**  49:11  91:12
  101:22  105:22
**answering**  11:4
**answers**  6:3  16:13, 16
**Anybody**  32:3  34:19
  37:19, 24  68:3
**anymine**  90:4
**apologies**  106:22
**apparently**  90:17
**APPEARANCES**  2:10,
  25  3:1
**applicable**  3:24
**appreciate**  99:24  100:2
**approximate**  21:23
  59:12  65:6  66:9
**approximately**  18:4
  22:4  26:21  27:8  28:3,
  18  29:25  32:21  34:11
  46:5  49:1  58:10  59:17
**Arby's**  75:19
**area**  18:23  31:1  33:15
  50:13, 17  51:5  59:13
  67:24  68:1, 6  69:12, 19,
  25  82:9  84:23  93:4, 12,
  13  94:2
**areas**  91:15
**arrest**  73:14  74:25
**arrested**  49:15, 19
  51:17  74:9
**arrive**  34:15
**arrived**  29:10, 15  30:8
  32:25  33:12  34:7, 20
  51:9
**Ashley**  2:15  5:16  15:8

ashley@bonjeanlaw.com
2:16
aside 28:4 102:12
asked 49:10 82:8 91:8,
11, 17 92:3 96:2, 22
101:21 105:22
asking 101:13
assault 68:11 71:20
assert 70:12
assigned 68:24 69:1
70:4
assistance 92:25
assistant 69:12, 16, 21,
24 73:13
assisted 77:10, 13
87:20 88:9 91:19
associate 15:8
assume 20:5 57:5
62:2 64:25
assuming 35:24
attention 49:23 90:14
attic 9:17 13:13 97:17
attorney 68:24 69:12,
16, 21, 24 71:9, 11, 14,
15 73:7, 7, 13 84:22
94:3 108:13, 13
attorneys 6:15 108:15
audio 89:8, 9, 11
August 1:15 2:2 5:5
7:16 107:14 108:5
Avalon 24:20, 22 25:1
Avenue 2:4
avol 24:19
aware 50:8 101:2
106:17

< B >
back 7:23 8:24 9:2
11:11 14:25 25:1
29:17 30:9 31:20 40:8
41:14, 20 42:3, 5 48:10,
13, 14, 22, 25 51:7, 12
57:3, 10 61:6 62:24
69:10 72:22 74:9 77:2,
13 80:19 81:3, 4, 6, 7,
10 82:12, 17, 17, 25
83:5, 15, 19 87:11, 17,
20 88:8 89:21 90:1, 18
91:8, 9, 18 92:3 93:4
94:10 97:8 98:3, 9
background 92:22
bad 44:22 102:3, 6, 14
balance 13:22
based 15:6
bathroom 87:7
battery 68:11 70:24, 25

71:2 97:5
beaten 93:11
beating 60:22 61:4, 7,
8 65:18 66:1
bed 33:22
bedroom 9:23 35:3, 11,
18 42:19, 23 45:20
67:23 101:7
Befour 21:16
beginning 41:15 72:23
95:16
begins 5:2
Behalf 2:12 3:3, 13
5:10, 12, 14, 16
beih 62:4
belabor 46:23
belief 105:18
believe 103:6, 7
believed 86:23
bench 52:2, 6, 13, 21
56:22
Benson 18:11, 13, 16,
20, 23 19:2, 5, 8, 22
20:15 22:21 32:11
40:12 49:7 67:12, 16,
20 68:13 74:16, 21
75:4, 12 102:5, 14
103:22 106:1
beson 103:24
best 22:6 33:14 36:19
42:21 52:23 56:18
70:8 72:5 92:1
better 78:24
bhench 52:1
bicycle 48:1
Big 53:5, 6, 14 61:24
77:2, 6, 9, 13, 16, 20, 25
78:12, 16 79:25 80:19,
22, 22, 24 81:3, 6 82:12,
25 83:12, 14, 18 84:2
87:17, 22 88:8 89:22
91:7 92:2, 12, 18, 18
95:23
birth 7:14 23:20
Bit 25:25 33:18 41:20
56:22
Bitoy 3:5 4:6, 14 5:10,
10 6:13, 14 7:19 8:5, 9,
11, 14, 15 9:12, 21 10:1,
5, 6, 24 11:5, 7, 11, 14
12:8 13:23 14:10, 13
35:5 36:11 50:10
61:18 63:1 65:20
68:15, 18 70:13, 18
71:3, 21 72:8 76:1, 7,
19, 24 77:1, 9, 18 79:10 80:21,

25 81:4, 11, 15 82:8
83:13 84:2, 13, 23 85:3,
24 86:15 87:14, 24
88:4, 7, 24 89:1, 6 90:9,
16, 19 91:14, 24 92:10,
23 93:21 95:5, 12, 23
96:2, 22 99:10, 13
100:17 101:5, 9 102:2
103:17 104:8 105:22
107:6
Black 19:10, 11, 14, 18
23:12, 12 24:2 35:14
36:3 101:10 103:11
block 17:10, 14, 18
18:8, 17
Bobby 21:5, 7, 10, 14
47:15, 18 105:2
body 35:11 56:4, 4, 6
59:9, 10, 13 93:8, 13
bond 74:12, 24
Bonjean 2:13, 17 4:7,
11 5:14, 14, 24 6:2, 6, 9
7:18 8:10 9:10, 18, 24
10:22 12:6 13:21 14:9,
16, 20 15:3, 5, 6, 21, 24
16:5, 7, 14, 19 17:7, 9
20:10, 13 21:19, 21
22:15, 17 23:3, 6, 24
24:1, 24 25:3 27:2, 6
30:5, 7 32:7, 10 35:7
36:13 39:6 41:6, 18
44:20 45:3, 8, 15 46:3
48:19, 21 49:13 50:12
55:12, 15 57:14, 23
58:1, 4, 6 61:19, 22
62:23 63:4 65:22
68:16, 20 70:12, 15, 21
71:6, 23 72:4, 10, 16
73:1, 11 75:10, 14, 20,
22 79:7, 9 80:11 82:1
83:8, 10, 22 84:9, 17, 21
85:4, 7, 9 86:1, 6, 18
87:4 88:2 89:4 90:7,
12, 17 91:11, 20 92:8
93:18 95:2, 9, 21 96:9,
16 97:3, 13 98:11, 19
99:5, 12, 14, 20, 23
100:2, 5 101:1, 18, 20,
24 102:1, 20 103:2, 5,
14 104:2, 11, 25 105:1,
13, 24 106:4, 7, 15, 21
107:1, 4
book 50:23 55:19, 20,
25 56:3, 3, 7, 11, 13, 16
57:16, 18 58:11, 18, 23
59:7, 21 60:1, 16 61:7
65:18 66:2

born 16:8
Boulevard 3:8
break 15:25 23:2, 8
41:7, 13 51:2 72:11, 17,
21 84:14 87:10
breaks 16:2
bri 82:19
brief 95:18
bring 82:20
broken 89:2
Brooklyn 2:20 15:6
brother 20:18
brothers 25:10
brought 70:2 83:18
90:2
bruises 35:10
bu 11:24
Bucklo 1:7
BURGE 1:8 3:3 5:4
burn 12:1, 5, 14 40:21
46:18 60:20 64:18, 22
95:8 98:1, 25 103:23
burned 40:22, 25 41:4
60:21 61:3 65:16 66:3
81:16 98:10, 18, 23
104:3, 6 105:5, 18, 21
business 89:23, 25
90:15, 21, 22, 25 91:4, 5
96:3, 5
Byrne 3:3
Byron 9:9, 14 12:19, 24
13:1 26:9, 10, 12, 16, 19,
22 27:8, 17 28:4, 13, 18,
21, 23 31:25 32:22
35:2, 23 37:1, 14, 16, 20
38:4 39:7, 12 40:20
41:3 43:1, 12 44:1, 3,
11, 14, 16, 24 45:5, 10,
16, 19, 24 47:19 54:13,
18 55:1, 17 66:24 67:2,
5, 9 71:25 72:6 73:18,
22 91:9 92:4 94:16
97:6, 18 98:10, 18
100:18, 21 101:7, 10
104:4 105:5, 18, 20
106:2, 12
Byron's 35:11

< C >
CAITLIN 1:25 2:5 5:19
108:24
call 35:20 54:1, 2, 9
64:7
called 15:5 31:18
35:24 36:2, 9, 23 42:24
43:1, 9, 12 44:9 54:8,
14 66:10 101:10

**calling** 63:7
**calls** 71:3
**cant** 90:24
**CAPTIONING** 2:4 5:20
**card** 89:25 90:1, 15, 21, 25 91:4 96:3, 5, 8, 12
**cards** 89:23 90:22 91:5
**case** 6:16 70:4, 9 74:12 75:17 84:24 90:2 97:5 103:12
**cease** 84:5
**certain** 33:24 91:8
**Certainly** 93:10
**CERTIFICATE** 108:1
**certify** 108:3
**chair** 33:22
**Chappel** 9:3
**character** 14:8
**characterize** 33:9
**charged** 68:9, 13, 23 69:6 70:2 71:19 73:4 108:8, 10
**charges** 68:14 70:5
**Charles** 20:18, 22, 24 21:1 47:3, 6, 12, 21 104:23 105:9
**Charther** 105:6, 8, 10
**Chatter** 105:12, 14
**Chicago** 3:10, 13, 20 5:13 9:3 15:7 16:8 17:1 49:15, 16, 24 84:22 95:17 96:4
**childhood** 17:11
**chok** 37:4 66:22
**choked** 37:5, 14, 17 44:9 66:24 71:7 100:18
**chokher** 71:5
**choking** 44:11
**cigarette** 63:16
**City** 3:13 5:13 17:1 84:22 85:1, 10 95:17 96:4, 20
**Civil** 3:25
**claim** 94:1
**clarification** 41:21
**clarify** 33:17 73:17 97:4
**clarifying** 56:14
**clear** 27:7 41:3 53:3
**click** 6:7
**clohes** 53:1
**clothes** 52:25 93:16
**Clyde** 17:5, 10, 11, 14, 19 18:8, 17
**Cohen** 2:15 5:16, 16 6:4, 7, 10 15:8 105:12

**come** 5:24 22:21 28:21, 23 29:14 34:3, 16 40:5 43:23 48:25 49:14, 23 50:6 52:4 61:11 77:2, 16, 20 81:4, 7 89:9 103:6
**comes** 6:8
**coming** 65:14 78:17 82:17
**Commencing** 1:16 2:2
**comment** 13:2
**Commission** 108:25
**communicate** 84:2, 6 88:14
**communicated** 43:5
**communicating** 89:17
**communications** 78:15
**compound** 78:23 93:19
**computer** 27:4
**concluded** 107:13
**conclusion** 71:4
**condition** 6:23 7:10 92:24
**conducting** 94:13
**confer** 73:6
**confirmed** 43:11
**connection** 49:16, 20
**conscious** 44:3
**consensual** 45:10 72:1 100:21 101:6
**consent** 44:17 45:5
**consented** 44:24
**consider** 25:20
**constan** 17:15
**Constance** 17:16
**continue** 51:1
**continued** 2:25 3:1
**contract** 108:15
**conversation** 13:15 34:25 42:12 69:20 73:12 80:21, 25 92:22
**cooperating** 97:11
**copies** 108:10, 11
**correct** 6:20, 24 7:2, 4, 12, 21 11:20 12:24 26:7 28:19 29:22 30:1 31:10 36:6 38:13, 22 39:16, 24 40:25 43:18, 21 44:14, 25 45:25 46:6 48:17, 22 51:18 53:9, 15, 17 55:10, 23 56:16 57:16 58:2, 19 59:18 63:13 64:12 65:14 66:13, 24 67:15, 17 68:1, 7, 24 69:8 70:23 72:6 74:10, 22 75:16 76:8, 17 80:1, 5, 22 82:10, 13 83:12, 16,

19 86:12 87:22 88:1, 11, 14 89:15, 19 91:5, 10 92:19 93:1, 5 94:3, 8 95:1, 24 96:13 97:19 102:9 104:7, 17
**Corrections** 73:15
**cost** 108:8
**cou** 81:17
**couldnt** 96:6
**counsel** 5:8 16:12 75:18 106:19 108:13, 13
**county** 68:6 69:13 70:3 108:3, 24
**couple** 41:19 55:22 73:2 74:18 84:15 96:1 99:6 105:25
**course** 66:15
**COURT** 1:1 5:18 6:1 75:6, 13
**covered** 97:3
**crime** 69:7
**Crimes** 50:14
**cuffed** 51:24 52:2, 6, 13, 20 53:24 57:9, 10
**cup** 75:19
**Cupp** 52:1
**custody** 71:17 74:25
**Cylde** 17:4
**cyle** 17:2, 3

**< D >**
**daed** 86:16
**Dan** 95:17
**Daniel** 3:15 5:12
**date** 5:5 7:14 76:8
**dates** 9:7
**dating** 10:10
**day** 50:4, 17 65:21 73:23 81:8, 8, 9, 10 108:18
**dead** 100:24 101:2, 3
**Dean** 2:18
**deceased** 86:20, 23
**Defendants** 1:9 3:3 5:11 6:16
**defender** 69:1 70:4, 7
**defender's** 69:4
**delay** 102:21
**Department** 49:15, 16, 24 73:15
**DEPOSITION** 1:13 2:1 5:3 41:16 72:24 92:19, 25 95:16 106:5 107:9, 13 108:3, 10, 16
**describe** 33:14 51:24 52:19 53:4 56:12, 18, 22 57:11 59:25 61:2

**described** 35:18 58:21 60:14 61:7 66:1, 3, 4 93:3
**details** 82:9
**detective** 52:5, 8, 9 53:3 56:6 58:11 59:1, 5, 6, 7, 9, 13, 20, 25 60:15, 15, 17 61:3, 23 63:19, 25 64:1, 1, 14, 22 65:5, 16 66:2, 3 81:15
**detectives** 52:12, 25 53:23 54:12, 17 56:19 60:18, 21, 24 61:15 62:18 63:12 66:6, 10, 16, 20, 23 67:1, 4, 7, 11, 16 82:10
**deviate** 68:10 71:20
**device** 84:3
**di** 65:7
**didi** 106:6
**diding** 64:11
**didnt** 36:4 106:14
**different** 27:4 60:12 64:1 65:18 81:8 102:11 105:15
**difficult** 78:13 89:18
**Digital** 5:7
**Dignan** 3:4
**discussed** 67:23 91:16
**Discussion** 14:24 103:10 107:11
**DISTRICT** 1:1, 2
**DIVISION** 1:3
**dnoland@dykema.com** 3:16
**doctors** 93:22
**document** 78:1, 3, 7
**doing** 11:9 33:2 42:1 47:9 55:1 62:21
**don** 20:25
**dont** 24:13 31:7 33:8 38:1 68:19 69:9 70:20 75:1 103:9
**doo** 29:17
**door** 39:22 42:3, 5 51:15
**downstairs** 42:9 43:18, 19, 20, 23 44:4 45:10, 11, 24 46:8, 19 47:7, 10, 13, 16 48:6 97:17, 19, 22
**drawer** 63:22 64:1, 6, 9, 15
**drawn** 63:21
**Drining** 14:2
**drink** 34:24 36:4, 5, 17, 21, 22 37:2

**Drinking** 14:3, 5 33:11, 23 34:1 35:24
**Drive** 3:18
**drove** 92:18
**duly** 5:23 108:6
**duont** 98:13
**DYKEMA** 3:17

**< E >**
**earlier** 24:8 58:22 65:11 84:3 92:17 104:15
**early** 9:6, 14 10:17, 21 11:2
**EASTERN** 1:3
**Either** 37:7 42:16 44:11 53:20 77:1 78:11, 16 101:9
**Elaine** 1:7
**Eleven** 58:16
**employee** 108:11, 13
**employs** 85:1
**engage** 34:24 45:19
**entered** 30:8, 12, 15, 24 31:17 52:12
**entrance** 29:14 30:9
**ers** 82:19
**es** 8:4, 13 17:25 26:8 100:24
**Esq** 2:13, 15 3:5, 15
**Estate** 3:13
**estimate** 24:6 26:21 53:8 57:19 74:19
**et** 1:8 5:4
**evening** 10:16 40:5 67:8, 13
**event** 73:5
**events** 49:20
**eventually** 68:5, 24 70:22
**Eveone** 38:9
**exact** 21:24
**exactly** 26:18 36:20 89:13
**EXAMINATION** 4:6, 7, 8 6:12 15:2 87:13 95:19 100:4 103:20 104:1
**examined** 5:23
**Excuse** 7:18
**EXHIBITS** 4:24
**Expires** 108:25
**expose** 64:3
**exposed** 64:16
**exposing** 63:9
**extraordinarily** 64:25
**eye** 35:14
**eyes** 41:3 99:9

**< F >**
**face** 45:17
**face-to-face** 69:20
**facility** 77:11, 14 87:20 88:9 91:19
**fact** 68:9 72:5 90:20
**fair** 19:4 22:1 26:15 29:10, 18 39:19 40:18 43:5 55:24 56:9, 11 57:22 61:14 77:20 80:7 86:2
**family** 25:9 104:18, 20
**far** 31:14
**fast** 15:15
**feel** 85:15, 22 86:8
**Fifteen** 41:25
**figure** 72:11
**file** 71:16 94:6
**filed** 3:23
**financially** 108:13
**find** 107:2
**fine** 55:14 63:1, 2 105:15
**finish** 61:10
**finished** 84:9
**Finnegan** 1:9
**firm** 15:5
**first** 22:2 26:15, 19, 22 27:7, 11, 17 47:5 50:21 51:4 54:8 60:13 73:18 78:8 80:3, 17, 18 82:16 105:20 108:6
**flame** 64:23 65:5, 8
**floor** 33:21 56:24 57:1, 6
**focus** 34:14
**folks** 86:16
**following** 93:13 94:1
**follows** 5:23
**follow-up** 73:2 84:15 95:18
**force** 44:16 71:25
**forced** 44:21
**forgot** 100:9
**forgotten** 25:5
**form** 9:10, 18, 24 10:22 13:21 14:9 45:1, 13 46:1 57:12 61:18 65:20 73:9 78:16 80:9 81:23 88:3 89:4 90:12 91:20 92:8 93:19 95:3, 9 97:13 98:11, 19 106:3, 13, 18
**forty** 26:1 76:25
**foundation** 9:19, 24 35:5 36:11 44:18 45:1

50:10 68:18 71:21 95:3, 10 98:12 106:3
**Four** 19:3 20:15 24:7 66:12, 13 84:7
**FOWLER** 1:14 2:2 4:4 5:3, 22 6:18, 18, 19 7:1, 9 9:22 10:3 13:11, 19 14:1, 13 15:4, 25 16:5, 8 17:8 18:10 19:4, 14 20:11 21:4, 20 23:15, 25 24:25 26:18 27:3 32:8 33:6 38:4, 18 39:7 40:11 41:8, 16, 19 44:6 49:7 51:8 55:13, 14 58:2 61:14 62:7, 20 63:5, 15 64:18 66:13 68:5, 23 69:6, 11 71:9 72:16, 24 73:2 75:11, 15 76:1, 15 80:20 82:14 83:23 84:1, 10, 11, 14 87:16 88:18 89:2 90:20 93:3, 23 94:10, 18 95:7, 12, 15 97:3 99:5 101:21 102:2, 5 103:6, 19 104:3 105:25 107:9 108:5
**Fowler's** 15:22 30:5 48:19 58:4 79:8
**Friday** 10:17
**friend** 25:20
**friendly** 33:9 34:24
**friends** 8:22
**front** 30:21 57:10, 13
**Frosty** 26:3, 4
**furniture** 33:20
**further** 14:14 84:10 87:4, 13 95:13 99:3 100:4 103:20 104:1 107:5, 6, 7

**< G >**
**gage** 22:10
**gang** 19:9 22:11 23:12, 13 24:3 103:11
**gathered** 57:23
**gato** 76:16
**genitalia** 60:22 61:3 63:9 64:3, 16
**genitals** 81:16
**Gesturing** 57:20 85:6
**getting** 98:23
**girl** 106:24
**girlfriend** 10:2 25:18 47:21 74:2
**give** 62:24
**given** 7:9 23:20 90:22

94:7
**giving** 91:5
**glad** 102:20
**go** 14:18, 20 25:25 27:16 29:7 30:13, 15 38:15, 18 41:9, 20, 24 42:2 48:12, 14 69:10 72:18 84:18 87:6 93:9 96:1 103:17
**going** 6:4, 5 7:10 11:24 12:1, 5, 14 14:22 20:10 22:15 23:24 24:24 27:2 32:7, 8 41:11 46:18 47:24 48:23 54:7 55:12, 22 60:12, 12 62:17, 23 64:7 69:13 71:16 72:17, 19 75:10 83:11 86:22 87:8 88:2 91:11 93:18 94:6 95:2, 8 96:1 98:1, 3, 9 99:8 103:23 105:15, 16
**Good** 5:1 6:14 15:4 41:7 72:13 102:14, 17
**GOSSETT** 3:17
**great** 99:9
**grew** 8:20
**ground** 46:20 62:8
**GROUP** 2:17 15:6
**guess** 44:21 50:17 65:13
**guessing** 78:12
**guilty** 70:22, 24 71:2 75:5, 13 97:4
**guy** 61:24 102:17

**< H >**
**HALE** 3:7, 24
**hand** 51:24 58:8 106:4, 4 108:18
**handcuffed** 51:23
**handcuffs** 51:9
**hands** 57:9, 19 58:7 59:2
**hang** 8:24 16:15
**happen** 35:16
**happened** 37:3, 7, 9 38:8 40:19 42:18, 22 43:15 49:17 50:16, 21 64:14 66:17, 21 73:8 82:9 91:9 102:12
**Happp** 99:25
**happy** 99:22, 23
**head** 15:22 16:6 17:8, 12 20:11 21:20 22:16 23:25 24:25 25:11 27:3, 13 30:6 32:8 48:20 53:10 55:13

56:8, 10, 16  57:16  58:8,
11, 18  60:4, 16  68:22
75:3, 9, 11  79:8, 21, 22
85:12, 17, 21  98:16
99:16, 17  104:25
**health** 92:24
**hear** 16:16  46:16
**heat** 97:24  103:22
**heating** 94:19, 24
**held** 14:24  56:13, 15,
19, 21  57:5  62:4, 5
107:11
**HENNEPIN** 108:3, 24
**hinn** 106:14
**hit** 50:23  55:19, 20
56:12  58:11, 18
**hitting** 56:15  58:22
59:6, 21  60:1, 16
**hold** 62:2  85:7
**Holding** 55:4, 6, 17, 25
56:2, 3, 7, 25  58:23
59:5  60:5, 17  62:10
64:2
**Holdinger** 55:3
**Holmes** 19:25  20:2, 14
22:24  32:13, 15, 23
37:22, 25  38:7  39:11,
16, 24  43:19  44:13
45:4, 5, 9  67:2  68:1
71:25  97:18  101:3, 6
**home** 21:22  22:3, 8
24:9, 9  29:4, 14, 15, 19,
24  30:8, 9, 12, 13, 22
31:2, 6  38:17, 18  39:20
40:2, 6, 9, 12  41:24
42:2  48:5, 23  49:17
50:9  92:6
**Honorable** 1:7
**Hood** 8:19  18:14
**hood,** 18:21
**hour** 27:22  29:8  61:9,
10  65:13
**hours** 16:1  34:9, 15
**house** 8:25  9:8, 13
10:13, 21  13:5, 16
21:11, 12, 15  22:8, 19
29:7, 11  31:8  41:23
47:22  48:1  104:16
**hurt** 60:18  66:6
**hurting** 54:12, 17
**hwhl** 37:10

**< I >**
**idea** 40:19
**identified** 79:25
**identify** 5:8  79:10
86:12

**Idid** 103:24
**Ihappy** 99:18
**ILLINOIS** 1:2  3:10, 20
9:3  15:7
**lm** 13:3  61:13
**impair** 7:10
**impartiality** 108:16
**implicated** 103:7
**incidences** 66:5
**incident** 65:16, 17
93:13
**including** 68:10
**incorrect** 56:11
**INDEX** 4:1
**indicate** 15:16  17:7
20:10  21:19  22:15
23:24  24:24  27:2  30:5
31:10  32:8  36:16
55:12
**indicated** 47:25
**Indicating** 14:2  57:22,
24  58:5, 14  75:11, 25
76:1, 6  79:7  83:4
99:21
**individual** 5:11  6:15
19:24
**individuals** 48:4  67:22
80:4, 13
**INFORMATION** 4:22
91:18  92:5
**Inhis** 10:23
**initial** 77:17
**injuries** 93:4, 7, 15, 23
94:1  98:25
**inside** 30:13
**INSTRUCTIONS** 4:20
**interest** 108:15
**interested** 108:13
**interrogation** 51:21
52:5, 12  53:24  54:13,
18  55:2  61:15  65:12
66:11, 15
**interview** 100:6
**interviewed** 100:8, 10,
14
**intoxicated** 35:3, 8
**introduce** 6:16  78:19
79:1
**introduced** 85:16  95:15
**Invastor** 76:16
**investigating** 84:24
**investigation** 84:25
94:12
**investigator** 76:17  80:1
**investigators** 70:16
**Involved** 84:24
**involvement** 97:5

**iron** 11:10, 13, 15, 17,
19  46:15, 17  48:11
94:19, 24  97:24  98:4, 9
103:22
**Ith** 81:5
**it'll** 89:8

**< J >**
**Jackson** 3:8
**jbltoy@ahalelaw.com**
3:6
**Jeffery** 18:24  20:6
73:22
**jeffy** 18:22
**Jennifer** 2:13  3:5  5:10,
14  6:14  15:5  74:3
**jennifer@bonjeanlaw.co
m** 2:14
**Joe** 21:5, 7, 10, 14
47:15, 18  105:2
**joes** 23:21
**John** 3:3
**JON** 1:8  3:3  5:4
**Jones** 23:22  24:2, 5
40:16
**Judge** 1:8
**July** 77:3, 10  87:17
89:21  91:8, 16, 19  92:3

**< K >**
**Karen** 9:8, 13  12:17, 19,
23  13:1  26:9, 10, 12, 16,
19  27:8, 17  28:13, 17,
21, 23  31:25  32:22
35:2, 22  37:1, 14, 16, 20
39:7  40:19  41:3  43:1,
12  44:1, 3, 16, 24  45:4,
10, 16, 19, 24  47:19
54:13, 17  55:1, 17
66:24  67:2, 5, 8  71:25
72:6  73:18  91:9  92:4
94:16  97:6, 18  98:10,
18, 22, 23, 25  100:18, 21
101:7, 10  104:4  105:4,
18, 20
**Karnn** 12:16
**keep** 65:5
**Ken** 28:6  32:4
**Kenlee** 37:15
**Kenny** 23:9  28:7, 10,
14, 18  31:23  32:5, 23
37:16, 24  38:7  39:11,
15, 17, 24  43:19  44:13,
16, 25  45:9  67:5  97:18
100:20  101:2
**keyboard** 89:7
**Kick** 59:4
**kicked** 59:13, 17  66:2

**kicking** 59:7, 10, 23
60:15  61:8
**kidding** 101:24
**Kim** 10:8, 10, 12  24:10,
10, 14, 17  25:1, 9, 14, 23,
25  26:6  29:20, 24  30:9,
15, 18, 24  31:4, 12
38:18  39:20  40:2, 8
42:7, 10, 13, 18  43:14
48:17  106:16, 24  107:2
**Kim's** 24:12  25:4  26:4
42:25
**Kind** 52:22  96:25
106:24
**kitchen** 11:1, 8  13:16
46:11, 14  104:13
**knew** 18:15, 20, 23
19:5, 5  20:15  25:5, 10
40:22
**know** 7:6  8:2, 18  10:8,
12, 20  15:13, 16  16:1,
23  18:10, 13, 15  19:1, 8,
24  20:2, 14, 18  21:4, 7,
10, 24  23:7, 9, 17  24:5
25:4, 7, 12, 14  26:10
31:8, 12, 14  36:2  38:2
40:8  46:24  50:5, 5, 7, 7,
8  58:10  61:19  68:13,
21  69:16  70:13, 18
71:19  74:2  75:2, 23
84:15  86:11, 25, 25
93:11  98:15  100:7
101:16  104:3  105:4, 16,
25  106:8, 9, 11, 11
107:2
**knowledge** 9:22  13:11
**known** 51:20
**kwen** 40:21
**kwo** 98:13
**kwon** 31:7  38:1  68:19
75:1  86:10  106:6
**Kyle** 5:6  17:3

**< L >**
**large** 57:18
**late** 27:22
**LAW** 2:17  3:7, 24  15:5,
6
**lawyer** 54:23  79:2, 11
94:5  95:17  96:20
**lawyers** 86:3
**ld** 81:17
**learn** 50:2
**leave** 13:16  34:20
38:10  39:10  93:7
**leaving** 43:15
**Lee** 19:24  20:2  22:24
28:6  32:4, 13, 15, 23

*37:21, 22, 25* **38:7**
*39:11, 15, 16, 24* **43:19**
*44:13* **45:4, 5, 9** *67:2,*
*25* **68:1 69:14** *71:25*
*97:18* **101:3, 5, 6**
**left** *34:3* **38:***12, 15*
*39:8, 14, 17, 20* **40:2, 18**
**41:***22, 24* **42:2, 6, 9**
**48:17** *49:1, 4* **50:1**
*72:12* **80:22, 24** *83:14*
*98:6, 8* **104:***13, 14*
**legal** *71:3*
**Lemon** *23:17, 17* **32:17**
**40:16**
**Lemon's** *23:20*
**Leroy** *3:13*
**leve** *38:9*
**level** *46:20*
**levet** *48:16*
**Lewis** *23:10* **28:7, 10,**
*14, 18* **31:23** *32:5, 23*
**37:16, 25** *38:7* **39:11,**
*17, 25* **43:19** *44:13, 16,*
*17, 25* **45:9** *67:5*
*100:20* **101:2**
**light** *27:24* **49:5** *63:16*
**lighter** *63:12, 12, 15, 19,*
*25* **64:5, 8, 15, 18, 23**
**ligther** *61:5*
**liiveingroom** *47:11*
**lipstick** *62:24*
**liquor** *73:23*
**litigation** *15:10*
**little** *23:2* **25:25** *33:18*
**41:7, 20** *56:22* **85:15**
*88:13* **102:11**
**live** *9:2* **16:11, 25**
*17:13* **24:18** *99:23, 25*
**lived** *17:10, 13, 14*
*24:14* **25:1**
**Liveinig** *30:17*
**living** *30:18, 21, 24*
*31:1, 4* **47:12** *77:11, 13*
**87:20** *88:9* **91:19**
**LLC** *3:7, 24*
**Llyes** *77:7*
**located** *13:5*
**location** *24:17* **51:6**
**long** *17:18* **19:1** *24:5*
**25:14** *34:6* **41:23** *50:1*
**60:11** *61:8* **65:5** *76:23*
**81:13** *84:6*
**longer** *19:5*
**look** *89:14*
**looked** *53:4, 21* **60:3**
**Looking** *42:3, 5* **49:24**
*50:3*

**lunch** *41:9, 13*

**< M >**
**M6to** *59:16*
**machine** *88:13, 16, 22*
*89:2, 8, 17*
**Magistrate** *1:8*
**making** *69:23*
**man** *18:10, 11* **47:25**
*76:2*
**MARKED** *4:24*
**marks** *41:15* **72:23**
**93:7, 12** *107:8*
**Marquette** *2:4*
**Martin** *3:14*
**matter** *5:3*
**mean** *12:14* **14:1**
*22:11* **27:21** *28:7, 9*
**32:5** *33:16* **39:24**
*53:11* **63:22** *104:22*
**Meaning** *67:19*
**meant** *90:6* **93:11**
**medical** *6:23* **7:10**
**meet** *17:21* **18:1** *20:24*
*21:14* **77:14**
**meeti** *22:10*
**meeting** *20:22* **76:23**
*77:9* **80:17** *82:13*
**87:16** *88:13* **92:11, 15**
**94:11** *96:4*
**meetings** *22:11*
**member** *19:8, 11, 14, 18*
*24:2*
**members** *25:9* **49:23**
*103:10*
**men** *36:3, 9* **37:1**
*101:10*
**mention** *67:15*
**mentioned** *29:5* **32:22**
*48:7*
**merember** *60:2*
**mess** *88:3*
**met** *17:23* **18:5** *21:12*
*22:2* **76:20** *77:9* **80:17**
*83:14, 24* **84:1** *87:19,*
*21* **88:9, 10** *89:22* **91:7,**
*18, 19* **92:2** *94:2, 23*
**95:22** *96:23* **97:1**
*100:16*
**mic** *106:20*
**MICHAEL** *1:14* **2:1** *4:4*
*5:3, 22* **6:18** *41:16*
*72:24* **107:9** *108:5*
**midnight** *26:25*
**Mildred** *47:22*
**mind** *90:5, 11, 15, 21*
*99:6, 12, 13*
**Minneapolis** *2:5* **108:5**

**Minnesota** *2:5, 6* **108:1,**
*5, 24*
**mins** *65:7*
**minutes** *41:25* **42:2**
*65:8, 9, 10* **72:12** *76:25*
*99:15*
**mischaracterizes** *83:20*
*86:5, 14* **90:13**
**misled** *86:9*
**misstates** *104:8*
**misunderstood** *83:3*
**moment** *95:21*
**month** *75:15*
**months** *105:25*
**morning** *5:1* **6:14** *9:6,*
*14* **10:17, 21** *11:2*
**motion** *71:16* **94:6**
**move** *75:18*
**moved** *18:8*
**moving** *101:15, 16*
**mustache** *53:6, 14*
*58:22* **59:20** *61:25*
**mutage** *53:5*
**mysef** *49:22*

**< N >**
**N0o** *83:2*
**name** *6:14, 17* **10:8**
*15:4* **18:11** *19:24* **21:4**
*23:9, 20, 20* **24:10, 12**
*25:5, 7* **50:8** *69:4*
**named** *9:8* **24:10**
*76:13*
**names** *52:11* **60:8, 9**
*64:8* **100:13**
**napkin** *23:3*
**Nation** *19:11, 15, 18*
*23:13* **24:3**
**nature** *93:19*
**need** *6:2* **15:18, 25**
*16:2* **23:4, 7** *51:2*
*84:13, 13* **106:20**
**needed** *92:24*
**neglected** *69:10*
**neighborhood** *8:20*
*17:24* **18:2, 16, 19, 21**
*20:3, 5* **21:8** *26:13*
**neither** *82:8*
**never** *25:5* **48:22**
*83:23* **94:5**
**New** *2:20* **15:6**
**ng** *22:10* **82:19**
**nickname** *23:17* **25:25**
*26:2, 4* **40:16**
**niggas** *35:20*
**nigger** *54:2, 9, 14* **63:7**
*66:10*

**niggers** *35:25* **36:3, 9,**
*24* **42:24** *43:1, 9, 12*
*44:9* **101:11**
**niggers,** *37:3*
**night** *9:5, 14* **10:13, 21**
*11:2* **14:5** *106:17*
**nirras** *54:1*
**Nno** *103:13*
**Nodding** *7:5, 17* **11:16**
*12:3, 12, 18, 20* **13:8,** *25*
*14:4, 6* **15:11, 14, 20**
*16:3, 22* **17:6, 17** *20:9*
*21:18* **22:12, 14** *23:23*
*24:21, 23* **25:8** *28:8*
*30:4* **31:9** *32:6* **37:18**
*48:18* **52:18** *53:7, 13,*
*16* **55:5, 11, 21** *58:3*
*59:19* **62:6** *65:4* **79:6,**
*23* **82:3** *84:12* **86:13**
*96:14, 15* **101:4** *102:18*
*104:18, 21, 24* **105:3**
**Noland** *3:15* **4:8, 17**
*5:12, 12* **14:15** *44:18*
*45:1, 6, 13* **46:1** *49:10*
*57:12* **72:2, 7, 14, 18**
*73:9* **76:2, 2, 4, 7, 19, 23**
*77:1, 9, 18, 25* **78:11, 16,**
*19* **80:9, 21, 24** *81:4, 11,*
*14, 23* **82:8** *83:13, 20*
*84:1, 21* **85:23** *86:5, 14*
*87:15, 15, 17, 22, 23, 25*
*88:8, 11* **89:22** *90:23*
*91:4, 7* **92:2** *95:15, 17,*
*20* **96:11, 15, 17** *97:15*
*98:14, 21* **99:3, 22**
*100:16* **101:5, 9** *102:3,*
*23* **103:16, 18, 21** *106:3,*
*13, 18* **107:7**
**Nom** *85:19*
**Norall** *76:3*
**NORTHERN** *1:2*
**Northwestern** *94:11, 15,*
*23* **95:6** *100:7, 8, 10*
**Notary** *2:6* **108:24**
**NOTE** *3:23*
**notice** *35:14* **93:15**
**noticed** *108:10*
**notthing** *63:3* **64:11**
**Nu** *10:4*
**number** *21:24* **68:9**
*73:4*

**< O >**
**Object** *14:9* **45:13**
*46:1* **57:12** *73:9* **80:9**
*81:23* **88:2** *91:11*
*93:18* **95:2**

**Objection** 9:10, 18, 24
10:22 13:21 35:5
36:11 44:18 45:1, 6
49:10 50:10 61:18
65:20 68:15, 18 71:3,
21 72:2, 7, 8 83:20
85:23, 24 86:5, 14, 15
89:4 90:12 91:20 92:8
95:9 97:13 98:11, 19
104:8 105:22 106:3, 13,
18
**OBJECTIONS** 4:10
**observe** 15:21
**obviously** 79:25
**occasion** 66:5
**occurred** 49:20
**offense** 69:7
**offenses** 68:10 73:5
**offer** 72:14
**office** 15:7
**officer** 52:4 54:8 56:2,
10, 15, 15 58:7, 17, 21,
24 60:5 62:10, 11
**officers** 49:15 52:15,
19 53:21 54:22 55:24
56:25 57:6, 15 65:12
84:23, 25 85:1, 11 86:4
90:2
**offices** 2:3
**Oh** 6:6 11:5 16:14
27:1 53:14 58:15
60:11 95:14 106:21
**ok** 23:5
**Okay** 7:6, 9, 23 8:9, 11,
14 10:12, 15, 25 11:5,
17 12:4, 13, 19 14:5, 7,
16 15:10, 19 16:1, 4, 21,
23 22:15 23:1, 7 24:24
25:7 27:14 28:16 29:2,
10, 21, 23 31:17 32:7,
25 33:17 34:1, 10, 14
37:11 38:12 39:23
41:8 42:1 44:24 45:4,
23 47:3 50:24 51:1, 4
52:23 53:2, 11, 17, 23
55:12, 20, 23 56:9, 14,
21, 25 57:9, 15, 21 58:4,
15, 17 59:1, 17, 25
60:11, 24 61:6, 14
62:10 64:12 65:11, 23
66:1 68:23 69:3, 19
72:14, 17 74:2, 15, 21
75:4, 10 76:4, 7 77:1, 5,
8, 20 78:22 79:3, 7, 13,
24, 24 80:12, 20, 24
81:3, 14 82:8, 16 83:3,
11 84:8, 11 85:1 86:2
87:3 88:25 89:21

90:16 91:3 92:21 99:7,
23, 24 100:10, 16
101:18 102:8, 16 103:2
104:22 105:15, 20
107:4
**old** 7:20, 25
**older** 8:16 19:22
**Olmes** 101:6
**omman** 12:10
**once** 13:11
**only** 104:10
**oom** 10:23
**Oone** 56:13
**open** 75:5, 13
**operator** 5:6
**opinion** 14:7 105:17
**opportunity** 73:6 80:4
**opposite** 82:2
**oral** 45:19
**ordered** 108:10
**original** 3:23 108:8
**outdoors** 39:23
**outside** 27:25 39:23
49:5
**overall** 65:24

**< P >**
**P.m** 27:20, 21 28:3, 13,
18 29:11, 25 32:21
34:11, 11, 18, 19, 23, 23
35:18, 22 38:21 41:12,
13, 13, 17 46:5 49:1
72:20, 21, 21, 25 87:9,
10, 10, 12 107:10, 13
**p.m.** 27:9, 19 34:8
35:12 39:8, 17
**page** 2:25 4:4 103:4
**painful** 65:1
**pants** 61:16, 17, 24
62:3, 12, 14 63:8 64:3,
9, 16
**paper** 80:12, 17 82:22
83:15, 19
**papers** 81:5, 6, 8, 11
82:20
**PARADIGM** 2:3 5:7, 19
**park** 17:22, 23 18:1, 5
**part** 10:20 30:21 51:7,
12 56:3, 4, 6 59:9
**particular** 51:5 54:8
59:3
**parties** 22:18, 22, 24
108:10, 13, 15
**parts** 59:10
**party** 108:10
**passed** 87:1
**Patricia** 46:24 47:1, 5, 9

**pay** 90:4, 5, 15, 21
**paying** 90:10, 14
**pending** 74:13
**penis** 60:20 61:3
64:19, 23 65:6, 17
**people** 29:3, 4 31:8
32:19, 21 33:1, 17, 24
34:23 35:25 36:24
46:21 47:24 48:6
86:19 93:17 104:16
**period** 34:15, 18, 22
35:3, 17, 21 40:11 42:2,
5, 8 44:7 45:21 65:23
66:6 74:22
**permission** 88:18, 21
**person** 13:19 14:11, 12
21:4 23:9, 16 40:15
75:23 102:3, 6, 14, 14
**persons** 108:15
**Peter** 3:4
**Peterson** 5:6
**phone** 50:23 59:21
60:1, 16 61:7 65:18
66:2 78:12
**physically** 44:10 59:3
60:18 66:6
**pick** 62:25
**piece** 80:12, 16
**place** 51:8, 20 61:8
63:20
**placed** 51:11
**places** 93:17
**plain** 52:25 53:1
**Plaintiff** 1:6 2:12 5:15,
17 15:9
**play** 6:4, 5 16:13, 17
83:6
**played** 91:21
**plead** 71:2 97:4
**pleading** 70:22, 24
**please** 5:8, 20 6:16
8:6 12:22 13:9, 9
31:11 85:18
**pled** 75:5, 13
**PLLC** 2:17 3:17
**pocket** 63:19
**point** 10:16 15:12
35:23 38:13 46:23
48:8 61:15 63:11
73:14 77:10 80:22
89:11 92:11
**pollc** 79:4
**Police** 49:15, 16, 24
50:3, 5, 8 51:5, 6, 9
52:15, 19 79:5, 14 86:4
90:2 94:7 95:24 96:19
103:8

**position** 62:8
**presence** 50:9
**present** 9:8, 9 10:12
28:12, 16 31:25 32:3,
11, 15, 17, 19 35:23
67:12 68:17 75:5, 13
78:3 80:16
**presented** 80:13
**pretty** 89:18
**previous** 51:17
**previously** 25:17 31:15
76:21
**prior** 17:19 19:1 21:15,
23 24:5 26:10, 13
69:13 76:8 78:16
87:19 88:10 104:9
**privilege** 70:14
**probably** 14:16 16:16
99:9
**probation** 69:7
**Procedure** 3:25
**proceed** 23:1 70:8
**process** 63:8
**processed** 68:6
**PRODUCTION** 4:22
**promises** 92:14 96:25
**properly** 85:16
**provide** 7:11
**provided** 90:23
**Public** 2:6 69:1, 3
70:4, 7 108:24
**pull** 64:17
**pulled** 61:16, 24 62:3,
14, 15 64:5, 15, 19
**pulling** 62:11 63:8
64:3
**punch** 45:16
**punching** 44:11
**pursuant** 3:24
**put** 27:4 28:9 46:15,
17 51:12 59:2 61:5
78:13 85:13
**Putting** 102:11

**< Q >**
**question** 15:18 16:20
27:15 31:11 44:22
60:13 69:16 78:24
88:5 91:23, 25 93:19
95:3 96:22 102:11
103:19 105:15, 19, 20
**questioning** 43:4 95:21
**questions** 6:20 14:14,
15 15:13 41:20 50:25
55:22 73:3 85:5 87:6
91:17 92:3 94:16
95:13, 18 96:2 99:3

101:14, 22  107:6, 7
**quick** 85:8  103:1

**< R >**
**rape** 68:10  71:19
**raped** 72:6
**rate** 108:11
**reaction** 42:25
**read** 11:11  82:22
107:12  108:16
**ready** 85:2
**real** 24:10
**realize** 85:10  86:3
**really** 100:23  101:16
103:2
**reason** 6:22  31:4
**recall** 9:7  21:1  33:6
35:2  61:23  64:10
69:11  75:12  89:23, 25
91:4, 16  94:10  95:22
96:3, 7, 18, 20
**recollection** 53:4  60:8
69:23
**reconvene** 72:12
**record** 5:2  14:19, 20,
23, 24  15:1, 22  20:11
27:3  41:2, 10, 12, 15
72:20, 23  87:9, 12
107:10, 11, 12  108:8
**reference** 23:16
**referenced** 24:8  100:6
**REFERRED** 4:24
**referring** 18:20  20:6
**regarding** 92:5
**regardless** 90:10, 20
**regards** 94:12
**regroup** 72:11
**reiterate** 94:22
**related** 73:5  94:16
**relation** 93:23
**relations** 25:23
**relationships** 25:22
**relative** 108:11, 13
**reload** 103:4
**remain** 55:7, 9
**remained** 54:20  55:10,
16
**rember** 20:25  24:13
33:8  69:9  70:20
**remember** 20:22  24:14
33:20  35:10  42:12, 25
43:14  48:1  52:11
53:20  54:25  60:3, 6, 9
63:18  69:3  70:22, 24
73:12, 20  74:24  75:4, 8
78:1  87:16  96:5
100:13
**rep** 79:18

**rephrase** 15:18, 18
88:6  92:1
**replay** 8:5
**Replaying** 8:13  11:13
38:25  39:3, 5
**REPORTED** 1:25  108:3
**reporter** 5:18, 20  6:1
**REPORTER'S** 108:1
**REPORTING** 2:3  5:19
**represent** 5:9  15:9
47:24  86:22
**representation** 43:5
**represented** 79:3, 14,
16, 20  85:10  90:1
95:24  96:19
**representing** 86:4
**represents** 84:22, 23, 25
85:1
**REQUESTS** 4:22
**requires** 6:23
**residence** 21:2  24:10
26:7  30:13, 16, 25
31:15  40:6, 8, 16, 19
41:23  43:16  46:20
48:23, 25  49:4, 8, 21
50:1  66:17, 21  67:24
73:5, 20  102:13
**resident** 67:12
**respect** 97:6
**respond** 54:16
**response** 25:1
**rest** 43:23
**restrained** 51:25
**return** 92:14
**returned** 40:6  48:22
**ribs** 59:11
**right** 7:25  16:2  17:5
19:22  20:5, 8  21:17
25:12, 18  30:3  31:8, 18
32:5  35:25  38:20  40:3,
22  41:6  45:12  48:17
51:1  52:24  53:17  57:1
68:11, 21  69:17  71:24
72:1  75:2  76:17  77:23
80:14  82:2, 12  83:1, 12,
23  85:2  87:5  88:5, 19,
22, 22  89:11  93:11
94:20  101:3  102:17
104:15, 16, 20  107:2
108:16
**ring** 51:24
**rn** 11:24
**Rodney** 18:11, 13, 16,
20, 23  19:2, 5, 8  22:21
32:11  40:12  49:7
67:11, 16, 20  68:13
74:16, 21  75:4  102:17
103:22

**room** 9:15  10:20, 25
13:3, 4, 4, 6, 7, 12  26:20,
23  27:9, 18  28:3, 12, 17,
23, 24, 25  30:17, 18, 21,
24  31:1, 5, 18, 21, 25
32:20, 25  33:2, 4, 11
34:4, 6, 10, 16, 20, 20, 23,
23  35:22, 25  36:3, 9, 24
37:1, 13, 19  38:5, 13, 16
39:8, 11  41:22  42:6, 9
47:12  51:12, 15, 21, 25
52:5, 12, 20  53:24
54:13, 18  55:2  58:24
59:2  61:11, 16  62:18,
22  65:12, 19  73:19
100:18
**room,** 9:16
**room's** 13:12
**roughly** 50:18  58:18
**Rules** 3:24

**< S >**
**satellite** 15:7
**saw** 10:21  11:8, 19
26:16, 19, 22  27:8, 12,
17  33:1  44:7  47:5, 10
48:10, 14  67:8  68:1
73:18  94:19, 24  97:24
98:3  104:13
**saying** 16:6  18:15
62:20  74:8  81:18
89:13  90:11, 14  91:1
96:19
**scared** 54:5
**scene** 29:21
**Scott** 74:3
**SEAL** 108:18
**seats** 14:17
**second** 14:21  61:6
85:7
**see** 6:3  9:13, 16  10:18
11:1  28:23  31:1  38:24
39:7  40:12, 15, 25  41:3
44:10  45:16, 19  46:8,
13, 19  47:15, 18, 21
48:12  49:7  52:23
67:22  77:16  78:8
88:25  90:24, 25  91:3
96:6, 10, 12  98:23, 25
99:9  102:7, 8  103:22,
24  105:4, 20  106:14
**seeing** 21:1  35:10
63:18  96:7
**seen** 26:12  73:22
83:18  92:18  98:18
**sense** 15:17
**sent** 70:16

**September** 7:24, 24
8:2  9:5, 6  10:13, 16, 17
16:11, 25  17:19  18:4
19:1, 6, 9, 12, 15, 18
21:2, 15, 23  22:2, 3, 8, 9
24:6, 9, 14, 18  25:2, 4,
14  26:7, 10, 13, 16, 19,
23  28:3, 19  29:5, 8, 11,
16, 25  30:25  32:20
33:1  34:7, 11, 19  35:19
46:5  49:1, 8, 17, 21
50:2, 18, 19  51:17
66:17  74:9  92:6  94:25
102:12  108:20
**sequentially** 37:9
**serious** 93:4
**sex** 37:10, 11, 13, 16, 19,
24, 25  38:4, 7  39:11
44:14, 17, 24  45:5, 10,
19  72:1  100:20, 21
101:6  106:1, 12, 16
**sexual** 25:22, 23  68:10
71:20
**shaken** 22:16
**shaking** 15:22  16:5
17:8, 12  24:25  25:11
27:13  30:6  32:8  48:19
53:10  60:4  68:22  75:3,
9, 11  79:8, 21, 22  85:12,
17, 21  98:16  99:16, 16
104:25
**she'd** 36:23
**Sheila** 1:8
**shook** 20:11  21:20
23:25  27:3  55:13
**shortly** 13:16
**Shorty** 26:2
**shoulders** 56:20
**sic** 34:12  67:12  101:6
**Sid** 59:11
**sign** 80:17  83:15, 19
107:12  108:16
**signed** 78:1, 3, 7  80:12
82:22
**silent** 54:20  55:7, 10, 16
**simple** 27:15
**slr** 6:14  7:14  16:25
19:17  23:8, 15  24:6, 8
27:21  31:11  38:15
39:1, 16  84:5  85:5, 7,
13, 18  99:4  104:12
**sisay** 64:11
**sisters** 25:9
**sit** 69:4  70:3  99:11
**Siting** 43:19
**sitting** 33:17, 21
**Six** 7:3, 3, 4  25:16

59:15
six-six 53:12
slam 64:17
slammed 64:20
slow 100:23 101:16
Small 42:17
somebody 37:8 87:1
Somewhat 82:20
sorry 5:25 8:5 10:5
11:5, 12 12:22 16:14
39:4 44:22 59:22
87:15, 25 91:21 94:20,
22 95:14 99:8 106:21
soshort 60:2
sound 72:12
sounds 45:23 63:11
South 2:4 3:18 9:3
space 8:7, 12
span 42:13
speak 6:23 80:4 89:8
speaking 12:15 69:11
73:13 92:15
specific 50:24 82:9
specifically 54:25
spoke 74:5, 15
spoken 46:21 74:8, 21
78:11
SR 1:14 2:2 4:4 5:3,
22 41:16 72:24 107:9
108:5
ss 108:3
sssssssshe 40:21
stais 48:13
Stan 29:2
stand 21:11 62:9
standing 33:18 62:7
standly 26:20
Stanl 13:6
STANLEY 1:5 5:4, 15,
17 8:2, 18, 22, 25 9:2,
23 10:18 11:1 13:2, 12,
12, 16, 19 15:9 17:21,
23 18:1, 5 19:5, 17, 21
21:14, 22 22:2, 7, 18
27:8, 18 28:4, 16, 17
29:4, 7, 15, 18, 24 31:12,
21 32:22 43:20, 23
46:13, 16 48:11, 14
67:8 71:12 74:5 90:2
92:4 94:12, 16, 19, 24
95:7 97:9, 12, 21, 24
98:1, 3, 9 101:14 102:3
103:7, 11 104:13, 17
Stanley's 13:7 21:12
26:22 28:3, 12 29:11
31:18 32:20, 25 34:3, 6
35:22 73:19
Stan's 74:2

start 27:14 38:9, 12
48:24 53:2, 2 61:10
started 38:10 44:14
State 2:6 5:9 6:17
42:24 71:11 97:8, 12
108:1
statements 66:16
69:24 71:16 94:7
STATES 1:1
state's 69:12, 16, 21, 24
73:13
station 51:6, 6, 9, 12
stay 39:9 41:23
stayed 43:20 44:1
stember 18:3
Steven 23:21, 22 24:2,
5 40:16
Stone 19:10, 11, 15, 18
23:12, 13 24:2 103:11
stop 84:5
store 73:23
storke 7:3, 3
Stove 11:18, 20 46:10,
11, 13, 17 48:11 94:19,
24 97:24 103:23
straight 29:21
Street 2:18 19:9 23:13
24:3 73:23 103:11
strike 20:21 23:15
27:14 28:22 29:2 36:8,
15 44:7 48:24 50:6
59:22 60:11 63:24
71:10, 14 77:23 78:6,
14 79:19, 24 86:7
striking 56:10
strokes 7:1, 4
students 94:11, 15, 18,
23 95:7 100:7, 8, 11, 14
substantial 108:16
Suite 2:4, 19 3:9, 19
summarize 42:22
suppose 16:14
supposed 5:24 13:7
suppress 71:16 94:6
sure 69:15 75:20 83:8
84:17 105:11, 14
surgery 7:7, 9
sustained 93:4, 24 94:2
swear 5:20
swing 56:13 58:7
swinging 57:16
switch 14:17 84:16, 19
99:8, 11
sworn 5:23 108:6

< T >
tablet 6:19, 24

take 7:23 12:14, 23
16:2 23:2 41:7 61:8
72:10, 17 99:14 103:12
Taken 1:15 2:2 41:13
51:5 72:21 87:10
talk 9:5 42:17 70:4, 16
75:16 82:16
talked 60:25
Talking 33:3, 4, 7, 9, 15
70:19 82:6 93:10
104:22 105:2
tall 53:14
Tape 5:2 41:15 72:23
telephone 55:20, 25
56:2, 3, 7, 11, 16 57:16,
18 58:11, 17, 23 59:7
tell 18:19 22:6 28:2
36:19 37:9, 13 42:16,
18 43:8 50:16, 21
54:22 64:14 66:20
67:1, 4, 7 70:7 71:11,
15 73:7 78:22 79:3, 13,
19, 20 81:14, 22 82:4,
17 86:19 91:18 92:4, 5
94:18, 22 95:6 100:17,
20 101:5, 9 102:2
106:23 108:6
telling 43:1, 14
ten 74:18
tendency 108:16
terrible 54:10 62:21
88:5
terrified 63:5
Tes 20:7
testified 5:23 25:17
45:23 48:5 65:11
71:24 73:18 82:25
92:17 97:16 104:12, 15
105:19 106:1, 8, 16
testify 71:12 97:8
testimony 7:11 104:9
106:5 108:6, 8
tey 84:20
th 102:7 104:18
Thank 14:13 39:1
56:14 87:5 95:12 99:4
theo 56:13
thing 29:9 60:6 65:9,
10 69:10
things 22:7 91:8
think 8:10 11:3 12:15
14:17 15:15 41:6 48:6
51:11 65:11, 13 68:10
70:23 71:24 83:11
84:9, 10, 17 87:6 89:21
92:17 97:3 99:10
102:5, 13, 13 103:14

third 58:23 59:7
Thirty 74:7, 20 93:9
thought 70:8 86:19
87:1 102:16 104:12
106:22
threaten 92:12 96:23
three 39:20 52:10, 24
53:23 54:9, 11 58:25
60:18, 24 62:17 66:9
77:21 78:5, 8 80:4
83:14
Thy 37:10
time 5:5 10:3, 10
11:22 13:1 14:23 15:1
18:7 20:15 26:15, 22
27:7, 11, 17 34:3, 22
35:3, 21 39:21 40:5
41:7, 12, 16 42:2, 5, 8,
14 44:7 45:11 47:5
49:8, 14 52:4 58:13
62:15 65:19, 23 66:6
72:20, 24 73:14, 14, 18
74:5, 15, 22 75:5 77:5,
14, 17 78:8 80:3, 18
82:16 83:1, 5 87:5, 9,
12, 19, 21 88:10 93:12
98:8 99:1 100:3, 11
102:21 107:9
timeline 38:20
times 21:22, 25 22:4
58:10, 18 59:12, 15, 15,
16, 18 66:9, 12, 13
77:16, 21, 24 82:13
timmes 77:19
tired 99:17
today 5:19 6:19 7:12
46:21 67:23 69:4 73:8
80:8 81:1 87:19 88:10,
17 89:7 91:16, 17
92:19, 25 93:10 97:16
101:22 104:15
Today's 5:5 76:8
told 12:4, 13 37:1
42:22 43:8 70:15 73:7
79:18 80:7, 8 81:1, 1,
21 86:23 94:5 95:8, 23
103:7
topic 91:15
torture 16:24
total 66:11 77:21
tou 33:16
touch 44:10
transcribed 108:6
transcript 3:23
treated 93:22
tricked 85:22 86:9
true 31:23 98:17 108:8

truth 108:6
truthful 7:11 92:5
try 91:25 102:25
trying 15:15 54:3 81:7
turn 49:22 50:13
turned 7:20 50:16 51:4
Twenty 21:25
twice 92:18
Two 17:20 34:9, 15
53:21 61:25 62:1
76:11 77:19 82:12
two-hour 34:14, 18
35:17 40:11 44:7
45:21
type 12:21, 21 13:9, 19
33:20 51:13 89:7, 8, 12
Typing 16:9 89:14

< U >
un 13:22
unbalanced 13:24
14:11
Unbalnce 14:12
uncuffed 57:7
underdrawers 62:15
understand 15:12, 17
29:22 40:24 69:15, 15
77:8 80:20 81:7 89:13
102:16 105:11, 14, 17
understanding 19:17
72:5
understands 16:6
understood 86:24
underwear 64:17, 19
undid 61:16
uniform 52:25
UNITED 1:1
University 94:11 95:7
unusual 35:16
upset 85:15
upstairs 9:17 13:12
31:5, 17, 21 39:17
41:22 43:15, 20 44:1, 4,
6 47:6, 18 48:14 97:17
98:3, 9, 22
Upstiar 30:14
use 58:7 84:3 89:10

< V >
verbally 84:6
versus 5:4
video 5:6
VIDEOGRAPHER 5:1,
18 8:7, 12 11:3 14:18,
22, 25 16:12, 17 39:4
41:11, 14 72:19, 22
75:18 83:6 84:18 87:8,
11 88:24 91:21 100:23

101:15 102:25 103:4
106:19 107:8
Videography 5:7
VIDEOTAPED 1:13 2:1
Violent 50:13, 17
visible 93:7, 12, 17
visit 75:16, 24 76:5, 8,
20 77:2, 5, 21 78:17, 20
82:17
visited 22:8 77:2, 24
voice 6:8
voluntarily 44:17
vs 1:7

< W >
Wacker 3:18
waiting 102:24
walved 107:12 108:18
wall 56:21 64:17, 20
want 7:23 9:5 14:18
16:12, 16 26:9 34:14
41:19, 20 46:23 48:10
62:24 69:10 71:12
73:17 83:6 84:16, 18
85:8 87:6 99:11
104:18
wanted 54:23 97:4
wants 89:12
warming 11:15, 17, 19
warning 11:10, 13
way 15:15 36:16 41:2
43:4 53:4 59:3 60:19
66:7 70:8 78:14 92:12
96:23 101:23
wearing 106:19
website 101:16
weight 103:12
Well 6:2 28:21 32:1
36:14 41:2 52:23 54:7
74:22 99:24
went 23:17 26:2 29:24
30:18 31:4, 5, 17, 21
32:20 38:17 39:7, 22,
23 40:2, 2, 15 46:9, 10
47:6 50:21 68:6 73:15,
19 91:15
We're 72:17 105:16
West 3:8
we've 46:21 60:24
When's 47:5
white 52:15
wide 57:19
Williams 21:5, 7, 10, 14
47:15, 18
withbill 76:12
Withthem 80:23
WITNESS 4:4 5:21
6:11 8:13 84:12, 20

85:6 97:11 99:18, 21,
25 108:5, 8, 18, 18
witnessed 92:6
witnesses 47:25
woman 9:8 10:8 12:5,
7, 9, 11, 14 24:8 76:2
95:8 103:23
women 11:24 12:1, 5, 6,
9
wondering 102:23
word 37:2 54:10
work 61:12
WRICE 1:5 5:4, 15, 17
8:3, 16, 18, 22 9:2, 8, 13
10:13, 18, 20, 21 11:1, 8,
19, 22 12:4, 13 13:2, 20
14:5 15:9 17:21, 23
18:1, 5 19:6, 18, 21
20:19, 22, 24 21:1, 1
22:2 24:10 26:6 28:5,
13, 17 30:12, 24 31:5,
12, 15 40:6, 9, 12 41:22
43:15, 20 46:8, 20, 24
47:3, 6, 9, 12 48:23, 25
49:4, 8, 17, 20 50:1
66:17, 21 67:8, 12, 24
71:12 73:5, 19 74:6
90:3 92:4, 6 94:12, 16,
19, 24 95:7 97:9, 12, 21
102:12 105:18
Wrice's 8:25 9:23
13:12 14:8 20:18
21:15, 22 22:3, 7, 19
27:9, 18 28:17 29:4, 7,
15, 19, 24 47:21
write 85:13, 18
written 7:3, 15 8:4
10:4, 14, 23 11:10, 25
12:10, 16 13:3, 6, 22
14:2, 12 16:18 17:2, 4,
15, 25 18:3, 22 20:7, 25
21:11, 16 22:10, 25
23:5, 21 24:13, 19 26:1,
8, 20, 24 27:10 28:6, 11,
15 29:9, 17 30:2, 14, 17
31:7 32:4 33:8, 16, 19
35:15, 20 36:4 37:4, 10,
15 38:1, 9 40:21 43:10
47:11, 14 48:13, 16
49:22 52:1, 16 53:1, 5
54:1 55:3 56:13 58:12
59:11, 14, 16 60:2 61:5,
13 62:4 63:3, 21 64:11
65:2, 7 66:22 68:19
69:9 70:20 71:5 73:24
75:1 76:3, 12, 16 77:7,
19 78:4 79:4, 17 80:19,
23 81:5, 13, 17 82:5, 19

83:2 84:20 85:19
86:10, 17 90:4, 18, 24
93:2 96:6 98:13 99:19
100:1, 24 102:7 103:9,
13, 24 104:10, 14, 19
105:6, 8, 10 106:6, 14
wrong 29:22 55:23
83:12
wrote 90:1 96:4, 8, 12

< Y >
Y, 8:12
Ye 16:18, 18 22:25
28:11
Yeah 6:10 43:8 70:24
72:14, 15, 15, 16 95:14
96:16 101:2
years 7:20, 25 17:20
19:3 20:16 24:7 25:16
74:7, 17, 18, 19 84:7
93:9
Yeas 47:14
Yep 85:3
yes, 8:10 20:8
Yesa 10:14
Yesapm 27:10
Yesyes 65:2
yo 86:10
York 2:20 15:7
young 18:11
Yryes 52:16
Ysyes 93:2