# EXHIBIT 5



# Transcript of the Deposition of
# Jennifer Scott

**Case:** Stanley Wrice v. Jon Burge, et al.
**Taken On:** October 4, 2016

Royal Reporting Services, Inc.
Phone: 312.361.8851
Fax: 312.361.8861
Email: info@royalreportingservices.com
Internet: www.royalreportingservices.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

STANLEY WRICE,                           )
                                         )
                    Plaintiff,           )
                                         )
          vs.                            )   No. 14 C 5934
                                         )
JON BURGE, et al.,                       )
                                         )
                    Defendants.          )


          The subpoenaed deposition of JENNIFER SCOTT,

called by the Defendants for examination, pursuant to

notice and pursuant to the Federal Rules of Civil

Procedure for the United States District Courts

pertaining to the taking of depositions, taken before

Tina M. Hickey, Certified Shorthand Reporter, at

53 West Jackson Boulevard, Suite 330, Chicago, Illinois,

on October 4th, 2016.

```
1    APPEARANCES:

2         BONJEAN LAW GROUP, PLLC
          MS. JENNIFER A. BONJEAN
3         1000 Dean Street
          Suite 422
4         Brooklyn, New York 11238
          Phone:  718.875.1850
5         E-mail:  jennifer@bonjeanlaw.com

6              On behalf of the Plaintiff;

7    OFFICE OF THE STATE APPELLATE DEFENDER
     MS. HEIDI L. LAMBROS
8    203 North LaSalle Street
     24th Floor
9    Chicago, Illinois 60601
     Phone: 312.814.5472
10   E-mail:  heidi.lambros@psad.state.il.us

11             On behalf of the Plaintiff;

12   HALE LAW, LLC
     MS. JULIE K. BISBEE
13   53 West Jackson Boulevard
     Suite 330
14   Chicago, Illinois 60604
     Phone:  312.341.9646
15   E-mail:  jbisbee@ahalelaw.com

16             On behalf of the Defendants Jon Burge,
               John Byrne and Peter Dignan;
17

     DYKEMA GOSSETT, PLLC
18   MR. DANIEL M. NOLAND
     10 South Wacker Drive
19   Suite 2300
     Chicago, Illinois 60606
20   Phone:  312.627.2100
     E-mail:  dnoland@dykema.com
21
               On behalf of the Defendants City of Chicago
22             and Leroy Martin;

23

24
```

Page 3

1    APPEARANCES (continued):

2        JAYNE A. INGLES, P.C.
         MS. JAYNE A. INGLES
3        2134 West Chicago Avenue
         Suite 100
4        Chicago, Illinois 60622
         Phone:  773.778.5870
5        E-mail:  jayneingles@hotmail.com

6            On behalf of the witness Jennifer Scott.

7

8                        *   *   *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    I N D E X

2 WITNESS                              PAGE

3 JENNIFER SCOTT

4        Examination by Ms. Bisbee............    5

5        Examination by Mr. Noland............   42

6        Examination by Ms. Bonjean...........   42

7        Further Examination by Ms. Bisbee.....   76

8        Further Examination by Ms. Bonjean....   87

9

10                 E X H I B I T S

11                (NO EXHIBITS MARKED.)

12

13

14

15

16

17

18

19

20

21

22

23

24

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 5

1                    (Witness sworn.)

2       MS. BISBEE:  Good afternoon, Ms. Scott.  Is it still

3   Jennifer Scott?

4       THE WITNESS:  Yes, it is.  It's Jennifer.

5       MS. BISBEE:  Okay.  Let the record reflect we are

6   here for the subpoenaed deposition of Jennifer Scott in

7   Wrice vs. City of Chicago, et al., currently pending in

8   the Northern District of Illinois, taken pursuant to all

9   applicable federal rules.

10  WHEREUPON:

11                    JENNIFER SCOTT,

12  called as a witness herein, having been first duly sworn,

13  was examined and testified as follows

14                    EXAMINATION

15  BY MS. BISBEE:

16      Q.    Ms. Scott, my name is Julie Bisbee.  I am one

17  of the attorneys for the police officer/defendants in the

18  case of Wrice vs. City of Chicago.  We have subpoenaed

19  you here for your deposition testimony here today.

20            Have you ever given a deposition before?

21      A.    No.

22      Q.    Okay.  I just want to let you know, there are

23  a couple of rules that we ask you to follow, and it's

24  mainly for the court reporter.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 6

1          If I ask you a question, we'd ask that your

2     answers be verbal.  So "yes," "no" instead of nodding.

3     Also, "uh-huh" and "huh-huh" don't come through on the

4     record.

5          **A.**   Understood.

6          **Q.**   Okay.  Perfect.

7          Also, if you ever don't understand my

8     question, please stop me and tell me.  I will rephrase

9     it.  If you do answer the question, I will expect that

10    you understood it.  Is that fair?

11         **A.**   Fair.

12         **Q.**   Okay.  If you need a break at any time, let me

13    know.

14         **A.**   Okay.

15         **Q.**   We will just ask that you don't take one while

16    there's a question pending.

17         **A.**   Okay.

18         **Q.**   Okay.  Ms. Scott, I just want to ask a few

19    background questions, generally.

20         Do you currently work?

21         **A.**   Yes, I do.

22         **Q.**   What is your occupation?

23         **A.**   I'm an administrator support staff at the

24    George Leighton Criminal Courts, in the official court

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 7

1    reporters' office on 26th and California.

2        Q.    Okay.  So you kind of have an idea what we are

3    doing here?

4        A.    Yes.

5        Q.    How long have you been in that position?

6        A.    Ten and a half years.

7        Q.    Ten and a half years.

8              What did you do before that?

9        A.    Before that, I nursed at Northwestern for

10   about seven or eight years.

11       Q.    Okay.  Do you have a nursing degree?

12       A.    I have an associate's.

13       Q.    Okay.  So which one is that?  What's the --

14       A.    It's like an LPN.

15       Q.    Okay.  Did you have any nursing jobs before

16   that?

17       A.    No.

18       Q.    Okay.  What did you do before you nursed at

19   Northwestern?

20       A.    I went to school.

21       Q.    Okay.

22       A.    I raised my children.

23       Q.    Okay.  So was the nursing job at Northwestern

24   your first career job?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 8

1     **A.**     No.   There were some other jobs that I had,

2   but it's going to take me awhile to go back to do the

3   jobs before now.

4     **Q.**     Okay.  Don't worry.

5           Were you --

6   MS. BISBEE:  I'm sorry.  I have to open the door.

7               (Discussion off the record.)

8   BY MS. BISBEE:

9     **Q.**     How many children do you have?

10    **A.**     Seven.

11    **Q.**     Seven.

12          How old are they?

13    **A.**     My oldest is 37.

14    **Q.**     And the youngest?

15    **A.**     The youngest is ten.

16    **Q.**     Is Stanley Wrice the father of any children?

17    **A.**     He's the father of my first three.

18    **Q.**     Okay.  What are their names?

19    **A.**     Pamela Jeanine Scott, and then there's Gail

20  Sharalee (phonetic) Scott, and then there's Savette

21  Scott -- Carlissa Scott.

22    **Q.**     So Pamela, Jeanine --

23    **A.**     I will go with their first names.  Pamela,

24  Gail, and Savette; Scott last name.  Well, Gail is

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 9

1  married now, so hers is Lewis.

2      **Q.**    Okay.  And the youngest, I'm sorry, of those

3  three was?

4      **A.**    Savette.

5      **Q.**    Can you spell Savette?

6      **A.**    S-A-V-, as in Victor, E-T-T-E.

7      **Q.**    So Pamela is 37?

8      **A.**    37.

9      **Q.**    All right.  What about Gail?

10     **A.**    Gail will be 35.

11     **Q.**    And Savette?

12     **A.**    That one would be 34.

13     **Q.**    Okay.  So Pamela was born in 1979?

14     **A.**    '79.  Gail is '81 and Savette is '82.

15     **Q.**    Okay.  How old were you when you had Pamela?

16     **A.**    I was going on 15.

17     **Q.**    Okay.

18     **A.**    About 15 years.

19     **Q.**    How old was Stanley Wrice?

20     **A.**    He was in his 20s, about 25, 26.

21     **Q.**    Okay.  So do you have an understanding of why

22  you've been subpoenaed today?

23     **A.**    No, I don't.

24     **Q.**    Do you know anything about Mr. Wrice's case

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 10

1  pending against the City of Chicago?

2      **A.**    I don't talk to him so I don't know.

3      **Q.**    Okay.  What about -- Have any of your children

4  told you anything about the case?

5      **A.**    No.

6      **Q.**    Have you had any conversations about your

7  deposition today with anyone but your lawyer, Ms. Ingles?

8      **A.**    No.

9      **Q.**    If you've had conversations with your lawyer,

10  has anyone else been present at any time --

11      **A.**    No.

12      **Q.**    -- while you had this conversation?

13      **A.**    No.

14      **Q.**    So when did you meet Stanley Wrice?

15      **A.**    It's not that I met Stanley Wrice.  I lived on

16  75th and Chappel, and Stanley Wrice lived on 76th and

17  Chappel.

18      **Q.**    Just so I understand, are you saying you just

19  kind of grew up on the same block?

20      **A.**    Yes.

21      **Q.**    So do you remember a time you didn't know him?

22      **A.**    I didn't know him until the incidents with me

23  being around him.

24      **Q.**    Okay.  So when --

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 11

1      **A.**     About his background, I didn't know anything

2  about that.  I just learned a little bit more about that

3  now.

4      **Q.**     Okay.  Do you recall meeting him for the first

5  time?

6      **A.**     When you say, "meeting him," what do you mean?

7      **Q.**     Like, "Hey, Jennifer.  This is my friend

8  Stanley."  Did someone introduce you --

9      **A.**     No.

10     **Q.**     Did you run into him and start talking?

11     **A.**     No.

12     **Q.**     Okay.  How did you come to interact with him

13  the first time?

14     **A.**     It was through his sisters.  He has a sister

15  named Tisha Wrice and Crystal Wrice.

16          Before I answer any more questions, can I just

17  let my attorney see the paper I wrote up a little bit?

18     **Q.**     Sure, if you want to take a break.

19     MS. BONJEAN:  Why don't we step out.

20              (A short break was had.)

21  BY MS. BISBEE:

22     **Q.**     Okay.  I think that you just testified you

23  were introduced to Stanley by his sisters, Tisha and

24  Crystal; is that right?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 12

1    **A.**    Yes.

2    **Q.**    Is Tisha Patricia or --

3    **A.**    Patricia, um-hmm.

4    **Q.**    What about Crystal?  Do you know how old she

5    is?

6    **A.**    I don't know.  She should be roughly around my

7    age.

8    **Q.**    Did she live with Patricia?

9    **A.**    Yes.  They stayed in that house.

10    **Q.**    Okay.  And when you say, "that house," was

11    that the Wrice house at 76th and Chappel?

12    **A.**    Yes.

13    **Q.**    Is it Chappel or --

14    **A.**    Chappel.

15    **Q.**    Chappel.  Okay.

16          When about -- Do you know when you met

17    Stanley, at what year?

18    **A.**    It had to have been 1978.

19    **Q.**    Okay.  When you say, "It had to have been

20    1978," is there a reason you remember 1978?

21    **A.**    Yes, because I had graduated from elementary

22    school to go to high school.

23    **Q.**    Okay.  Were you friends with Patricia and

24    Crystal?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 13

1    **A.**    Not at the time.  We became associates.

2    **Q.**    Okay.  Had you gone to grade school with them?

3    **A.**    No.

4    **Q.**    So did you meet them in 1978 as well?

5    **A.**    Yes.

6    **Q.**    Do you remember how you met them?

7    **A.**    I believe that he sent those girls down so

8    they could become friends with me, as friends.

9    **Q.**    "He," Stanley?

10   **A.**    Yes, Stanley.

11   **Q.**    Why do you believe that?

12   **A.**    There's a reason why I believe that that's

13   what had happened.

14   **Q.**    Okay.  What is that reason?

15   **A.**    I believe that he liked me at that point.

16   **Q.**    Okay.  So you think he asked his sisters to go

17   make friends with you --

18   **A.**    Yes.

19   **Q.**    -- for the purpose of meeting you?

20   **A.**    Yes.

21   **Q.**    Okay.  Is there any reason that makes you

22   think that's what happened?

23   **A.**    Yes.  That's the reason why I think that

24   happened.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 14

1    **Q.**    Did he ever tell you that later, that's what

2    he had done?

3    **A.**    I can't recall at this moment of how all of it

4    was said.

5    **Q.**    Okay.  So is this the summer before you had

6    gone into high school?

7    **A.**    Summer before I went to high school.

8    **Q.**    So were Patricia and Crystal going to be going

9    into high school too?

10    **A.**    Not the same school I was going to.  I don't

11    think so.

12    **Q.**    Okay.  So you guys -- You only lived a block

13    apart, though, right?

14    **A.**    Yes.

15    **Q.**    What high school did you go to?

16    **A.**    I went to CVS.

17    **Q.**    Chicago Vocational?

18    **A.**    Um-hmm, Chicago Vocational.

19    **Q.**    Okay.  Did they go to South Shore?

20    **A.**    I'm not sure where they went.

21    **Q.**    But is -- Chicago Vocational is selective

22    enrollment?  Is that how -- I'm just -- You weren't both

23    going to the same school?

24    **A.**    No.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 15

1    **Q.**    Okay.  Do you know why you weren't at the same

2    high school?

3    **A.**    At the same school?  Well, in elementary

4    school, I had honor classes, so my teacher referred me to

5    two high schools which was Whitney Young or CVS.

6    **Q.**    Okay.  So how long had you known Patricia and

7    Crystal before they introduced you to Stanley?

8    **A.**    That same year.

9    **Q.**    The same year, so the same summer?

10    **A.**    The same summer, yes.

11    **Q.**    So the summer of 1978?

12    **A.**    1978.

13    **Q.**    Do you remember the first time you met him?

14    **A.**    In the summer of 1978.

15    **Q.**    Okay.  But I mean, do you remember

16    specifically where you were when you met him?

17    **A.**    I was on my block, on 75th and Chappel; and

18    they were on their block, on 76th and Chappel.  And Tisha

19    and Chris asked me to come down --

20    **Q.**    Okay.

21    **A.**    -- to the house.

22    **Q.**    To the house?

23    **A.**    Yes.

24    **Q.**    Okay.  Did you go to the house?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 16

1      **A.**    Yes, I did.

2      **Q.**    Who was there?

3      **A.**    Tisha, Chris.  His mother was very sickly at

4    the time.  He was there.

5      **Q.**    Okay.  So at some point after this first

6    meeting, did the two of you start dating?

7      **A.**    No.

8      **Q.**    No?

9             Okay.  But within the next calendar year, you

10   did have a daughter with him, correct?

11     **A.**    A daughter with him, yes.

12     **Q.**    Okay.  Had you been involved with him

13   romantically when you conceived your daughter?

14     **A.**    It wasn't romantically, but I was involved.

15     **Q.**    Okay.  Can you explain that a little bit for

16   me, please?

17     **A.**    Well, as I say again, my age difference.

18   14 years old, innocence.  I wasn't the type of girl that

19   was out there having sex or wanted to have a boyfriend.

20     **Q.**    Okay.  Did you consent to have sex with

21   Stanley Wrice?

22     **A.**    No.

23     **Q.**    Okay.  Was there any violence around the sex

24   that you had when your daughter was conceived?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 17

1   **A.**   Yes.  Yes.

2   **Q.**   Did you end up with physical injuries?

3   **A.**   Yes.

4   **Q.**   Okay.  Did you ever contact the police?

5   **A.**   At the time of a 14-year-old, of a person of

6   my stature at the time, not wanting my mother to find out

7   anything, no, I didn't.

8   **Q.**   Okay.  So did your -- Your parents ultimately

9   found out that you were pregnant, though; is that

10  correct?

11  **A.**   When I almost had her.  About eight or nine

12  months they found out.

13  **Q.**   Okay.  So was that right before your sophomore

14  year of high school or during your sophomore year of high

15  school?

16  **A.**   Probably going into sophomore.  My freshman

17  year.

18  **Q.**   Okay.  How many -- I know this is hard.  I

19  apologize.  And stop at any time.

20          How many times had you -- Was this one

21  instance of violence with Mr. Wrice?

22  **A.**   No.

23  **Q.**   How many times had the two of you had

24  intercourse, understanding that you may not have

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 18

1   consented to it, but before your daughter was conceived?

2       **A.**     Let me explain myself, first of all.

3       **Q.**     Okay.

4       **A.**     Like I say again, I was 14.

5       **Q.**     Yes.

6       **A.**     I was pretty much, as I could put it, this

7   word, lured down there because of me not knowing what's

8   going on and who the person was.  We came in contact, and

9   things happened.  You know, we got in fist fights, all

10  this type of business.  And I didn't want my mother to

11  find out.  I had bruises on my faces -- my face, rather,

12  not faces, face.  And I had to go to school.  Some days,

13  I couldn't go to school.  Some days, I couldn't go home.

14          Then there were times my mother used to come

15  and try to look for me and say -- because other kids

16  would say, "She's down there, down the street."  She

17  would come down there and look for me, and they would

18  tell her I wasn't there.

19      **Q.**     Okay.  So after this first meeting when

20  Patricia and Crystal had you come meet Stanley --

21      **A.**     Okay.  Nothing happened on the first initial

22  meeting, no.  This gradually --

23      **Q.**     So --

24      **A.**     -- came about.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 19

1    **Q.**    So had you seen him a couple more times around

2    the neighborhood?

3    **A.**    I used to see him as I sat on my porch of

4    75th.  He used to go to the liquor store on 76th and

5    Jeffery.

6    **Q.**    Okay.

7    **A.**    75th and Jeffery.  I'm sorry.

8    **Q.**    So would he have had to go by your house to go

9    to the liquor store?

10   **A.**    Yes.  Yes.

11   **Q.**    Okay.  Do you remember the first time that --

12   When he was violent with you, was he always violent and

13   there was sex involved, or was it sometimes just violence

14   with no sex?

15   **A.**    Sometimes violence without sex, yes.

16   **Q.**    Okay.  Do you remember the first time he was

17   violent with you?

18   **A.**    Only thing I know, it happened in 1978 during

19   the time I conceived my child.

20   **Q.**    Okay.  Do you remember where you were?

21   **A.**    At his house.  At his mother's house, rather.

22   **Q.**    Was his mother still alive?

23   **A.**    She was sickly, but she was still alive.

24   **Q.**    Who else -- Was anyone else at the house at

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 20

1    the time?

2        **A.**     He had a brother named Charles Wrice.  He has

3    a brother named Charles Wrice.  Patricia Wrice,

4    Crystal Wrice.

5        **Q.**     Okay.  What about Rose or Magnolia?  Are

6    those --

7        **A.**     Those are his siblings too.

8        **Q.**     Do they live there as well?

9        **A.**     Yeah.

10       **Q.**     At the time in 1978?

11       **A.**     At the time, um-hmm.

12       **Q.**     Okay.  Did anyone know what -- Did anyone in

13   the house at the time --

14       **A.**     I don't know how much knowledge the siblings

15   knew.  I don't know.  I really don't.

16       **Q.**     Okay.  So is this -- This was the first time

17   he was violent with you?

18       **A.**      When you say, "first time," what do you mean?

19   The first day I was down there?

20       **Q.**     So you met sometime in the summer?

21       **A.**     Um-hmm.

22       **Q.**     And Pamela -- When is her birthday?

23       **A.**     November 22, 1979.

24       **Q.**     Okay.  So is it fair to say she would have

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 21

1  been conceived in February or March of 1979?

2      **A.**    I can't recall.

3      **Q.**    Okay.

4      **A.**    This ain't nothing I planned, so I don't know

5  when she was conceived.

6      **Q.**    I understand.  I understand.

7           How many times did he engage in this sexual

8  violence with you?

9      MS. BONJEAN:  Objection to the form.

10  BY THE WITNESS:

11      **A.**    All I know, it started in 1978, and it ended

12  in 1982.

13      **Q.**    Okay.  So during that time, that's when your

14  three children were conceived, right?

15      **A.**    Right.

16      **Q.**    Did your relationship with him ever change?

17  Were you ever engaged to be married to him?

18      **A.**    No.  No.

19      **Q.**    Okay.  Is there any reason you can think of

20  that Stanley Wrice would think that you were engaged to

21  be married?

22      MS. BONJEAN:  Object to the form.

23  BY THE WITNESS:

24      **A.**    I don't know what that man's mind thinks.  No.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 22

1    There was not any of that going on, let alone a

2    girlfriend-boyfriend relationship.  So it was never going

3    to be a marriage.

4         **Q.**    Okay.  So during this time, did you stay

5    living with your parents?

6         **A.**    I stayed living with my mother and my

7    grandmother.

8         **Q.**    How often did you see Stanley Wrice from 1978

9    to 1982?

10        **A.**    I can't recall how many days it was.  Because

11   I know after I had Pam, he went back to jail.  Then he

12   came back out.

13        **Q.**    Do you know why he went to jail after Pam was

14   born?

15        **A.**    I can't remember why he went to jail.  You'd

16   probably have to look that up.

17        **Q.**    So had you -- Did you know at the time that he

18   had been criminally convicted prior to meeting you?

19        **A.**    No.  I just found that out as I ...

20        **Q.**    How did you find that out?

21        **A.**    During the case because -- hearing his name

22   that he -- when he was coming home from jail and

23   everything like that.

24        **Q.**    Do you mean just in the last couple years?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 23

1      **A.**    Yes.

2      **Q.**    Okay.  So had you seen information about him

3   in the news?

4      **A.**    Yes.

5      **Q.**    Did you talk to anybody about what you were

6   reading?

7      **A.**    No.

8      **Q.**    Are your children involved with Stanley Wrice

9   at all?

10     **A.**    They have what you'd call a daughter

11  relationship there in such a way.

12     **Q.**    All three daughters?

13     **A.**    Um-hmm.

14     **Q.**    So they're on good terms now, would you say?

15     **A.**    They're okay.  They're cordial.

16     **Q.**    Okay.  Did you read any articles about Gail's

17  wedding and Stanley trying to get out of prison for that?

18     **A.**    I was there at Gail's wedding.  I didn't know

19  he was trying to get out for that.

20     **Q.**    So that wasn't one of the articles that you

21  read about him?

22     **A.**    No.

23     **Q.**    How would you -- I'm sorry.  I may have asked

24  you this.  I think I asked you how often you saw him --

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 24

1   saw Stanley between 1978 and 1982.  Did I?

2       **A.**    You did ask that question, and I think I said

3   it was just -- just randomly seeing him.  Because like I

4   said, I was going to school, and then I couldn't really

5   come outside because of my mother's rules at the house

6   and everything like that.  So it was just that type of

7   relationship that was going on.

8       **Q.**    Did your parents know that Stanley was your

9   daughter's father?

10      **A.**    Not for a long time, no.

11      **Q.**    Okay.  Do you know when they came to learn

12  that?

13      **A.**    Well, I think that might have happened before

14  I had Savette.

15      **Q.**    Okay.  And that was in '82, correct?

16      **A.**    Um-hmm.

17      **Q.**    Did you ever receive child support from

18  Stanley Wrice?

19      **A.**    No.

20      **Q.**    Okay.  Did he help at all with the children?

21      **A.**    No.

22      **Q.**    When you would see him from time to time, how

23  would those meetings come about?

24      **A.**    You said that again.  It's not -- The only

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 25

1    thing I could say for this record, it was not a

2    girlfriend-boyfriend relationship.

3        **Q.**    Okay.  Did the relationship, throughout that

4    time period, stay -- did it continue where Stanley Wrice

5    was violent with you?

6        **A.**    Yes.

7        **Q.**    Okay.  Did you ever see him be violent with

8    anyone else?

9        **A.**    No, I have not.

10       **Q.**    Was he ever violent with the children?

11       **A.**    Ma'am, no.  First of all, let me explain it

12   once again.  I had the first one in '79.  He went to jail

13   for almost a year and some odd -- a year or something.

14   He came back.  The situation started again with him and

15   I, going through whatever we was going through.

16       **Q.**    Okay.

17       **A.**    1982, he was picked up and went to jail.  I

18   haven't seen him since -- I mean, not since then, until

19   he just got out three years ago.

20       **Q.**    Okay.  Have you seen him in the last three

21   years?

22       **A.**    I've seen him.

23       **Q.**    Okay.  So you were 19 in 1982, correct, when

24   he went to jail?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 26

1      **A.**    Pretty much.

2      **Q.**    Okay.  How did Stanley Wrice communicate with

3    you?

4      **A.**    When?

5      **Q.**    Between 1978 and 1982.  Would he call you on

6    the phone?

7      **A.**    Sometimes it was a phone call, but mostly

8    through his sisters.

9      **Q.**    Okay.  And you mentioned your mom or your

10   parents had rules --

11     **A.**    Um-hmm.

12     **Q.**    -- about the house, correct?

13     **A.**    Yes.

14     **Q.**    Were those rules specific to Stanley Wrice or

15   just --

16     **A.**    No.

17     **Q.**    -- in general?

18     **A.**    In general.

19     **Q.**    Okay.  Was that the whole time you were living

20   there?

21     **A.**    Yes.

22     **Q.**    When did you move out from your parents?

23     **A.**    We moved from that location, from 75th to

24   93rd.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 27

1     **Q.**    Okay.  When?  I'm sorry.

2     **A.**    1979, I believe.

3     **Q.**    Okay.  Did your parents have rules about who

4 could call or who could come over?

5     **A.**    Yes.

6     **Q.**    So would it have been okay for you to receive

7 a phone call at 12:30, 1:00 o'clock in the morning?

8     **A.**    No.  No.  It's not okay for that, no.

9     **Q.**    Did you ever receive phone calls that late?

10    **A.**    No.

11    **Q.**    Stanley Wrice ever call you in the middle of

12 the night?

13    **A.**    He probably -- In the middle of the night, no.

14    **Q.**    Okay.  So when I say, "middle of the night,"

15 12:30, 1:00 in the morning.

16    **A.**    No.  I know what you're saying, but no.

17    **Q.**    Okay.  If he did call you, did he call from

18 his house?

19    **A.**    Well, whatever phone they might have had at

20 the time, he probably did.

21    **Q.**    Do you know if he ever called you from a pay

22 phone?

23    **A.**    No.

24    **Q.**    So when you moved to 93rd Street, did you stay

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 28

1    friends with his sisters?

2        **A.**    Pretty much, no.  We all went our ways,

3    different ways.  After 1982, we all just split up and

4    went different ways.

5        **Q.**    But in 1979, when you moved to 93rd Street.

6        **A.**    We would socialize, but that's about it.  It

7    wasn't no just -- no going out, hanging out and all that,

8    no.

9        **Q.**    You said he would communicate to you through

10   his sisters, correct?

11       **A.**    Yes.

12       **Q.**    What kind of things would he -- messages would

13   he pass along?

14       **A.**    When I was coming outside, stuff like that.

15   Just little kid stuff, little kiddie things, when I was

16   coming out.

17       **Q.**    And he was at least five years older, right?

18       **A.**    Oh, yeah.

19       **Q.**    Did you spend any time at the Wrice house

20   between 1978 and 1982?

21       **A.**    When I would go down there to be with the

22   girls, yes, I did.

23       **Q.**    Okay.  After his mother died, do you know who

24   was living in the house, let's say, in 1982?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 29

1      **A.**    The same people there that you mentioned

2  earlier besides his mother.

3      **Q.**    So Rose was living there?

4      **A.**    Yes.

5      **Q.**    Magnolia was living there?

6      **A.**    Yes.

7      **Q.**    Charles?

8      **A.**    Yes.

9      **Q.**    Patricia?

10     **A.**    Yes.  And I believe Tremina, the little -- she

11  was a little girl at the time.

12     **Q.**    How do you spell that?

13     **A.**    T-R-E-M-I-N- -- I guess it's T-R-E-M-I-N-A, or

14  something.

15     **Q.**    Okay.  Then what about Crystal?

16     **A.**    Yes.  She was there.

17     **Q.**    Is Crystal younger than Patricia?

18     **A.**    She's younger, yes.

19     **Q.**    So she's closer to your age, and Patricia is

20  older; is that right?

21     **A.**    Yes.

22     **Q.**    Do you know if in 1982 Bobby Joe Williams was

23  living with Patricia at the house?

24     **A.**    Patricia's boyfriend?  I know she had a

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 30

1    boyfriend of that name, but I don't know where -- whether

2    he was staying there or not.

3        **Q.**    So do you know a Bobby Joe Williams?

4        **A.**    I've heard of him but don't know him like

5    that, no.

6        **Q.**    Okay. So you've never spoken with Bobby Joe

7    Williams?

8        **A.**    I don't know Bobby Joe Williams.

9        **Q.**    Okay. How often would you say that you were

10   at the Wrice house in 1982?

11        **A.**    Very short period of time because I was

12   pregnant with my last child, and we were not getting

13   along at all during that time.

14        **Q.**    Okay. How good of friends would you consider

15   yourself with Patricia and Crystal at that time?

16      MS. BONJEAN:  Objection to form.

17   BY THE WITNESS:

18        **A.**    Just neighborly.

19        **Q.**    Okay. All right. So you're aware that

20   Stanley Wrice was arrested on September 9th, 1982,

21   correct?

22        **A.**    I heard about it.

23        **Q.**    Okay. When is the first time you found out he

24   was arrested?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 31

1      **A.**    I think it was on the news.  They had the

2    news.  And a cousin of mine told me about it.

3      **Q.**    Do you remember what you were told?

4      **A.**    That Stanley Wrice was arrested for some type

5    of gang rape in the house of 76th and Chappel.

6      **Q.**    Did you talk to anyone about Stanley's arrest

7    after you learned of it?

8      **A.**    No.

9      **Q.**    Did you ever talk to Patricia or Crystal about

10   Stanley's arrest?

11     **A.**    No.  No.

12     **Q.**    Did you ever talk to Stanley about his arrest?

13     **A.**    No.

14     **Q.**    Did you ever go visit him in the jail?

15     **A.**    Oh, no.  No.  No.  No.

16     **Q.**    So do you recall if you were contacted by his

17   lawyer, Sidney Jones, in 1982, 1983?

18     **A.**    I can't recall that.

19     **Q.**    Do you recall attending two days of Stanley

20   Wrice's criminal trial?

21     **A.**    I think I sat there to hear what was going

22   on --

23     **Q.**    Okay.

24     **A.**    -- back then.  I think I did.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 32

1    **Q.**    Okay.  Do you know if you were supposed to be

2    a witness at that trial?

3    **A.**    I think they were trying to allow -- wanted me

4    to be a witness, and my mother told them no.

5    **Q.**    Okay.

6    **A.**    Because what was I witnessing?  I don't know.

7    **Q.**    Okay.  Did you have any conversations with

8    Mr. Wrice's attorneys --

9    **A.**    No.

10   **Q.**    -- or attorney?

11   **A.**    No.

12   **Q.**    But your mother did?

13   **A.**    I believe at the time she did.  I'm not sure.

14   **Q.**    Did you have any conversations with anyone in

15   1982 about provding an alibi for Stanley Wrice?

16   **A.**    Oh, no.  No.  No.  No.

17   **Q.**    Did Stanley Wrice call you in the early

18   morning hours of September 9th, 1982?

19   **A.**    No.

20   **Q.**    Mr. Wrice's trial was in May of 1983.  Okay?

21   Will you take my word for that?

22   **A.**    If you say so.

23   **Q.**    Okay.  And he was arrested in September; is

24   that fair?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 33

1    **A.**    Okay.

2    **Q.**    Between that time, do you recall having any

3    conversations with anyone?

4    **A.**    I had no contact with him, his family, or

5    nobody during that -- since 1982 when I had Savette.    I

6    had her in June.

7    **Q.**    Okay.    Then you just cut them out?

8    **A.**    Cut them out.

9    **Q.**    Okay.    But you had her in June, and he was

10   arrested in September.    Were you still in contact with

11   him between June and September?

12   **A.**    No.

13   **Q.**    Okay.    You were just done?

14   **A.**    Done.    Yes.

15   **Q.**    Do you know Michael Fowler?

16   **A.**    No, I don't.

17   **Q.**    Okay.    What about Lee Holmes?

18   **A.**    Lee Holmes.    I don't recall Lee Holmes.

19   **Q.**    Okay.    What about Rodney Benson?

20   **A.**    No, I don't.

21   **Q.**    Okay.    Kenny Lewis?

22   **A.**    Kenny lived on the same block I did.

23   **Q.**    Okay.    Did you ever have any conversation with

24   Kenny Lewis about the crimes that Stanley Wrice was

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 34

1  arrested for?

2      **A.**    No.  No.

3      **Q.**    Did you know that Kenny Lewis testified at the

4  criminal trial?

5      **A.**    I sure did not, no.

6      **Q.**    Do you know, was Stanley Wrice in a gang?

7      **A.**    I don't know his background that good at all.

8  Like I said, I just learned that he was -- he had been to

9  the penitentiary before he came home.

10     **Q.**    Okay.  At any time, were you planning on

11 moving into the Wrice house?

12     **A.**    No.

13     **Q.**    Okay.  Do you --

14     **A.**    Let me say that again.  It never was a

15 girlfriend-boyfriend relationship.  So every time you ask

16 me about marriage, moving in, all of that, it's just

17 lies.

18     **Q.**    I understand.  I'm sorry.  I just --

19     **A.**    I mean, I just can't -- I can't do it.

20     **Q.**    So we talked about people that lived in the

21 Wrice house.  Do you know if a girl named Kim lived

22 there?

23     **A.**    No.

24     **Q.**    Do you know of any friends of Patricia's named

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 35

1    Kim?

2         **A.**    No.

3         **Q.**    Okay.  Do you remember any of the trial that

4    you watched?

5         **A.**    No.

6         **Q.**    Okay.  I apologize.  I just want to go through

7    some more people and ask you if you know who they are.

8    Okay?

9         **A.**    Um-hmm.

10        **Q.**    Somebody with a first name of Carney, does

11   that sound familiar?

12        **A.**    Carney?  No.

13        **Q.**    Do you know who Karen Byron is?

14        **A.**    Karen Byron?  No.

15        **Q.**    Okay.  What about Butch Cary?

16        **A.**    No.

17        **Q.**    Anyone named Lemon?

18        **A.**    No.

19        **Q.**    Cynthia Greenwood?

20        **A.**    That's a neighbor too that was on my block,

21   75th and Chappel.

22        **Q.**    Did you ever talk to her about --

23        **A.**    No.

24        **Q.**    -- Stanley?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 36

1       **A.**   No.

2       **Q.**   Patricia Kind?

3       **A.**   No.

4       **Q.**   Roy Herns?

5       **A.**   No.

6       **Q.**   Lucious Edwards?

7       **A.**   No.

8       **Q.**   Mark Rogers?

9       **A.**   No.

10      **Q.**   O.C. Rogers?

11      **A.**   No.

12      **Q.**   Van Rogers?

13      **A.**   No.

14      **Q.**   So you mentioned you have seen Stanley Wrice

15  since he's been out of prison, correct?

16      **A.**   Yes.

17      **Q.**   When was that?

18      **A.**   When he showed up at my auntie's funeral about

19  a little less than a month ago.

20      **Q.**   Just out of the blue?

21      **A.**   Well, he's with my grandson -- quote/unquote

22  our grandson.

23      **Q.**   Did you have any conversation with him?

24      **A.**   No.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 37

1     **Q.**    Was that the only time you've seen him since

2  he's been out of prison?

3     **A.**    He'll come by to see the girls, so he'll come

4  to the house.

5     **Q.**    Okay.  So do the girls still live with you?

6     **A.**    My girls live with me now.

7     **Q.**    Pamela and Savette --

8     **A.**    Savette and Gail.

9     **Q.**    Okay.  So does Gail's husband live there too?

10     **A.**    No, not Gail's husband, no.

11     **Q.**    Are they no longer married?

12     **A.**    They're still married.

13     **Q.**    Okay.  So how many times has he come by when

14  you have been home?

15     **A.**    I'll try -- They'll try not to let him come

16  when I'm there, so he's come by to see them when I'm at

17  work.  But some days I do happen to see him.

18     **Q.**    Do you have any conversation with him?

19     **A.**    Cordially, "Hi," "Bye," and that's it.

20     **Q.**    Okay.  Does he try to talk to you about this

21  deposition at all?

22     **A.**    No.

23     **Q.**    Do your daughters try to talk to you about

24  this deposition at all?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 38

1    **A.**   No.

2    **Q.**   Do your daughters know you're here today?

3    **A.**   They probably do know.

4    **Q.**   Why do you say that?

5    **A.**   I didn't discuss anything with them, and I

6 don't.

7    **Q.**   Okay.  Have Stanley's lawyers ever tried to

8 contact you?

9    **A.**   No.

10    **Q.**   A couple years ago, correct me if I'm wrong,

11 were you contacted by students from Northwestern?

12    **A.**   Yes.

13    **Q.**   Okay.  Do you remember the circumstances of

14 how they contacted you?

15    **A.**   They came by the house first.

16    **Q.**   Okay.

17    **A.**   Once I realized what they were coming by for,

18 I told them, "Please don't ever come by here again."

19 Then they called me, and I said the same thing again, and

20 then I haven't heard anything else.

21    **Q.**   Okay.  Did they ever send you a letter?

22    **A.**   I think they did send a letter.

23    **Q.**   Would you have a copy of that?

24    **A.**   I believe I tore it up because I didn't want

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 39

1  no parts of it.

2      **Q.**  Okay.  For the -- Because of what we talked

3  about here today?

4      **A.**  Um-hmm.

5      **Q.**  Okay.  Did they ever make you any promises in

6  exchange for talking to you?

7      MS. BONJEAN:  Objection to the form.

8  BY THE WITNESS:

9      **A.**  I did not listen because I did not want to be

10  bothered, so that's hearsay.  I did not pay attention to

11  the girls.

12      **Q.**  Okay.  Do you remember what they said to you,

13  anything specifically?

14      MS. BONJEAN:  Objection to form.

15  BY THE WITNESS:

16      **A.**  Pretty much just trying to get Stanley out.

17      **Q.**  Okay.  Did you say anything to them that you

18  can recall?

19      **A.**  I didn't say anything to them because I didn't

20  want to be bothered.

21      **Q.**  Have you had any conversations with Patricia

22  Wrice since 1982?

23      **A.**  No.

24      **Q.**  Have you seen her at all?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 40

1      **A.**    No, I have not seen Patricia.

2      **Q.**    Do your kids spend time with the Wrice family?

3      **A.**    Yes, they do.

4      **Q.**    Okay.  Have you had any conversations with any

5   of Stanley's siblings since they --

6      **A.**    I spoke briefly to Crystal.  That's about it.

7      **Q.**    When was that?

8      **A.**    This summer.  I would say about two months ago

9   because they were just calling to give me condolences for

10  my aunt that passed away and stuff like that.

11     **Q.**    Did you discuss Stanley at all?

12     **A.**    Oh, no.

13     **Q.**    Did you ever come to learn that Stanley Wrice

14  had testified in his criminal trial that you were engaged

15  to be married?

16     **A.**    This is my first time hearing this.

17     **Q.**    Okay.  Nobody told you that --

18     **A.**    Nobody told me that.

19     **Q.**    -- since 1983?

20     **A.**    No.  Nobody told me that.

21     MS. BISBEE:  Okay.  I think I'm going to take a

22  break if that's okay.

23     THE WITNESS:  Okay.

24     MS. BISBEE:  All right.  We'll break.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 41

1            (A short break was had.)

2    BY MS. BISBEE:

3        Q.    I just have a couple more questions.

4              I just wanted to confirm -- You said you

5    stopped communicating with Stanley Wrice after your

6    daughter was born in June of 1982, correct?

7        A.    Pretty much so, 1982.

8        Q.    Okay.  Do you recall having any phone

9    conversations with him after June 1982?

10       A.    No.

11       Q.    Okay.  Did you ever talk to him on the phone

12   in the late evening or early morning hours after June of

13   1982?

14       A.    No.

15       Q.    Did you ever have any phone conversations with

16   him that you can recall around the time of his arrest in

17   September of 1982?

18       A.    No, I did not.

19       MS. BISBEE:  Okay.  That's all I have.

20              So these ladies will have an opportunity to

21   ask you questions.

22       THE WITNESS:  Okay.

23       MS. BONJEAN:  Did you, Dan, want to --

24

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 42

1                        EXAMINATION

2    BY MR. NOLAND:

3        **Q.**    Just to be clear, if Stanley was claiming that

4    he was on the telephone with you at some time the night

5    that the rape occurred of the victim in that case for

6    which he was arrested, would that be true?

7        **A.**    No, it's not.

8        MS. BONJEAN:  Objection to the form.

9    BY MR. NOLAND:

10       **Q.**    You did not talk to him --

11       **A.**    I did not talk to Stanley Wrice.

12       MR. NOLAND:  Okay.  That's all I have.  Thanks.

13                       EXAMINATION

14   BY MS. BONJEAN:

15       **Q.**    Jennifer, what year were you born?

16       **A.**    1963.

17       **Q.**    And in 1979, you lived on the same block or

18   within a block of the Wrice residence, correct?

19       **A.**    No.  '79, 9350 South Merrill.

20       **Q.**    Okay.  What distance were you from the Wrice

21   residence or was your home from the Wrice residence?

22       **A.**    76th from 93rd, what would that be, the

23   radius?

24       **Q.**    Let me back up.  I'm talking about '78.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 43

1      **A.**    I lived on 75th.

2      **Q.**    Okay.

3      **A.**    And he lived on 76th.  So we were just a block

4   away, yes.

5      **Q.**    So in 1978, your residence was approximately a

6   block away from the Wrice residence?

7      **A.**    Yes.

8      **Q.**    And in '78, you lived with whom?

9      **A.**    1978, my mother and grandmother.

10      **Q.**    Okay.  Any siblings?

11      **A.**    No.

12      **Q.**    Did you have a good relationship with your

13   mother?

14      **A.**    Yes.

15      **Q.**    What about your grandmother?

16      **A.**    Yes.

17      **Q.**    Were they strict?

18      **A.**    Yes.

19      **Q.**    A lot of rules?

20      **A.**    A lot of rules.

21      **Q.**    And you were pretty young in 1978, right?

22      **A.**    Yes.

23      **Q.**    And I think you testified 1979 is when

24   Stanley's sisters introduced you to him, correct?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 44

1     **A.**   Correct.

2     **Q.**   You also conceived your first daughter in

3   1978?

4     **A.**   '79.

5     **Q.**   '79?

6            I think you testified that that was not a

7   consensual situation?

8     **A.**   No.

9     **Q.**   What do you mean by that?

10    **A.**   I mean just what I said.  I'm a young lady of

11   14, not knowing that this man was capable of doing the

12   things that he was doing or been doing.

13    **Q.**   Right.  You were what -- In 1979, when you

14   gave birth to your first daughter, you were 15?

15    **A.**   Close to 15.  Yeah, 15.  Probably 15 and a

16   half.

17    **Q.**   So you were 15 when you gave birth to your

18   first daughter, and Stanley was considerably older,

19   right?

20    **A.**   Oh, yes.

21    **Q.**   So when you say it wasn't by consent, you mean

22   you weren't old enough to consent?

23    **A.**   Right.

24    **Q.**   Okay.  And now, did you tell your mother that

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 45

1  you were expecting a baby with Stanley Wrice?

2      **A.**    No.  No.  No.  No.

3      **Q.**    Why not?

4      **A.**    It wasn't the right thing.  It wasn't the way

5  it should have been.  It was all kind of just a mess.

6      **Q.**    Were you upset that you were pregnant?

7      **A.**    I was upset, yes.  Hurt, fearful, distressed.

8  Whatever you can name, I was that person.

9      **Q.**    Right.  I assume you were concerned of your

10 mother's disappointment in you?

11     **A.**    Yes.  My grandmother as well.

12     **Q.**    Right.  It sounds like you were a good student

13 and had --

14     **A.**    Very good student.

15     **Q.**    Had a bright future?

16     **A.**    Yes.

17     **Q.**    Was it a disappointment to find yourself

18 pregnant?

19     **A.**    Yes.

20     **Q.**    Okay.  Now, I think you also testified that

21 Stanley went to prison in 1979?

22     **A.**    Pretty much in 1979.  Because he was gone for

23 close to a year, about a year, close to a year, nine

24 months.  I would say about nine months.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 46

1     **Q.**    Okay.  You testified adamantly it wasn't like

2  a boyfriend-girlfriend relationship?

3     **A.**    No.

4     **Q.**    Is that because there was an age difference

5  between the two of you?

6     **A.**    No.  Because I was never at that point into

7  boys.  I wasn't even thinking about that.

8     **Q.**    Okay.  But you conceived a child with him,

9  right?

10     **A.**    Yes, I did.

11     **Q.**    Okay.  Now, when did you -- When did your mom

12  find out?

13     **A.**    My baby was eight -- I was eight months

14  pregnant, and then she knew something was really, really

15  wrong.  Because my mother worked all the time, and I

16  would hide my pregnancy and everything.  By me being

17  small and everything, I didn't show much.  So she took me

18  to the doctor at my eighth month.

19     **Q.**    Had you been to the doctor before the eighth

20  month?

21     **A.**    No.

22     **Q.**    So would it be fair to say you were hiding

23  your pregnancy?

24     **A.**    Yes.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 47

1    **Q.**    Did Stanley know about the pregnancy?

2    **A.**    I don't recall at this time because I didn't

3    talk to him like that.  But I'm quite sure he should have

4    saw changes and stuff.

5    **Q.**    During the period of time that you were with

6    child, how much time did you spend face-to-face with

7    Stanley?

8    **A.**    It wasn't like that, again, I say.  Because I

9    had to go to school.  I was at home.  I mean, it was just

10    certain randoms where he would have his sisters come to

11    the door and knock on the door and ask me to come down

12    there.

13    **Q.**    And then you would go down there and --

14    **A.**    Some days I would and sometimes I would not.

15    **Q.**    Okay.  I'm only asking because you said you

16    thought he should notice changes, but he would have to

17    see you to see changes, right?

18    **A.**    Right, um-hmm.

19    **Q.**    Would it be fair to say he saw you enough to

20    notice changes?

21    **A.**    I really don't know because it wasn't a

22    setting in the house like that.  Because the house that

23    he lived in, it was like a wild house.  Anybody comes,

24    anybody goes.  So I don't know if it was that type of

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 48

1    mental stage for him.

2       **Q.**    Did you tell him you were pregnant?

3       **A.**    I don't remember telling him because I wasn't

4    happy, so I don't remember telling him that.  And being

5    pregnant at the time, I didn't even know what was going

6    on with me.  I really didn't.

7       **Q.**    Understood.

8            Was Stanley incarcerated when you gave birth?

9       **A.**    I believe he was.

10      **Q.**    Okay.

11      **A.**    Because he wasn't there at the hospital, no.

12      **Q.**    Did you tell him that you had given birth?

13      **A.**    I can't remember how that part went.  Because

14   I was trying to adjust myself back in my settings at the

15   home with my mother and grandmother.  It wasn't like he

16   was coming to see a baby.  That didn't happen.

17      **Q.**    Okay.  And did your mom eventually come to

18   learn who was the father of the child?

19      **A.**    She learned that the second time, at the end

20   of my pregnancy with my second girl.

21      **Q.**    Okay.  Did she ask who the father of the first

22   child was?

23      **A.**    We talked about it, but it was like I don't

24   want to talk, and I didn't.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 49

1    **Q.**    So she asked you, and you wouldn't give her

2    the information?

3    **A.**    Right.  Right.

4    **Q.**    All right.  And why didn't you want to tell

5    her who the father was?

6    **A.**    Because it wasn't the right situation to give

7    or the right thing that happened.  If I had to -- Say,

8    for instance, if I had a boyfriend and I was the

9    girlfriend and we had the right relationship, I would

10   have had no problem of telling my mother.  But dealing

11   with an old man and his ways, it was kind of difficult.

12   And the other people knowing all about him -- Because I

13   didn't know about what the other kids on the block knew

14   about him.  Because they were more friends with the

15   family than I was.  Because like I said again, I didn't

16   come outside like that.

17   **Q.**    Sure.

18        When you say you didn't know about his ways,

19   can you elaborate on that?

20   **A.**    What I'm saying now.  I'm speaking of what I

21   found out, that he was incarcerated in the penitentiary

22   for some crime and everything like that.  At the time, I

23   didn't know that he was that type of person.

24   **Q.**    Okay.  So you mean at time that you got

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 50

1  pregnant with your first child?

2      **A.**    Um-hmm.

3      **Q.**    What did you learn on the streets later on

4  about him?

5      **A.**    That he was supposedly in some gang, and he

6  was -- you know, he'd been in and out of jail, and he was

7  a troubled person and all type of bad things.

8      **Q.**    Anything specific you can remember?

9      **A.**    No.  That's the only thing they would say, the

10  kids on the block.  Well, I can specify Kenny Lewis would

11  say stuff like that because he knew more about it.

12      **Q.**    So Kenny Lewis would talk to you about

13  Stanley?

14      **A.**    Yes.

15      **Q.**    He told you he was bad news kind of thing?

16      **A.**    Yes.

17      **Q.**    And that he had been to prison?

18      **A.**    Yes.

19      **Q.**    Okay.  Then in 1979, you knew he went to

20  prison, right?

21      **A.**    In '79?

22      **Q.**    Yes.

23      **A.**    I didn't know exactly what he went to prison

24  for, but I knew he was gone because I was relieved.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 51

1     **Q.**    Right.  And, certainly, people around the

2  street were talking, right?

3     **A.**    Right.

4     **Q.**    So you knew that he had gone to prison?

5     **A.**    Um-hmm.

6     **Q.**    Is that right?

7     **A.**    Yes.

8     **Q.**    And did anyone tell you why he had gone to

9  prison in '79?

10     **A.**    I think it was an armed robbery.

11     **Q.**    Who did you hear that from?

12     **A.**    The people on the block.

13     **Q.**    And at some point, he got out of prison,

14  right?

15     **A.**    He got back out.  He did.

16     **Q.**    And after he got back out, you had another

17  child with him, right?

18     **A.**    This is not like the same day he got out.  We

19  got -- No.  Eventually, when he got out, whatever he did,

20  go home, whatever he did, I don't know.  Eventually, it

21  started all over again.  The --

22     **Q.**    Eventually -- I'm sorry.

23     **A.**    The abuse.  The abuse.

24     **Q.**    Well, you said the -- You said the abuse

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 52

1  started all over again?

2      **A.**    Yes.

3      **Q.**    Okay.  Did he come to your house and --

4      **A.**    He never came to the house because he knew he

5  was in the wrong.  He would send his sisters.

6      **Q.**    Okay.  So why did you go over to the Wrice

7  residence?

8      **A.**    I went out first -- initially went there, I

9  thought it was innocence of me and the girls being

10  friends because that's what it was supposed to be about.

11      **Q.**    You moved in 1979, correct?

12      **A.**    I moved in 1979.

13      **Q.**    Okay.  You moved to -- You moved a good

14  distance away, correct?

15      **A.**    Yeah.  75th to 93rd.

16      **Q.**    93rd, okay.  Was it walking distance?

17      **A.**    No.

18      **Q.**    Okay.  All right.  And so when Stanley got out

19  of prison in -- Do you know what year he got out of

20  prison?

21      **A.**    Are you talking about just now?

22      **Q.**    No.  Strike that.

23            He went into prison in '79, you thought,

24  right?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 53

1   **A.**    About '79.

2   **Q.**    Okay.  And he got out in '81?

3   **A.**    Pretty much -- Like I said, I think he did

4   nine months.  I believe it was mine months or something

5   like that.

6   **Q.**    So '80, '81?  Something like that?

7   **A.**    He went in around '79 -- I guess it was '79

8   and came back sometime in '80.

9   **Q.**    Okay.  And at that point in 1980, after

10  Stanley had gotten out of prison, you were living at

11  93rd Street, correct?

12  **A.**    75th Street.  I was still on 75th.

13  **Q.**    Okay.  When did you go to 75th?

14  **A.**    What?

15  **Q.**    I mean, when did you go to 93rd?

16  **A.**    I went to 93rd in 1979.

17  **Q.**    Okay.  Right.  So when Stanley got out of

18  prison in 1980, you were living on 93rd?

19  **A.**    Yes.

20  **Q.**    Is that right?

21  **A.**    Yes.

22  **Q.**    All right.  So who did you live with on

23  93rd Street?

24  **A.**    My mother and grandmother.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 54

1    **Q.**    Okay.  Now, you said Stanley never came to the

2  house on 93rd Street, correct?

3    **A.**    75th Street.  He never came to the house.

4    **Q.**    Did he come to your house on 93rd?

5    **A.**    He came to 93rd.  He was -- As I said, he

6  would sneak up over on 93rd, yes.

7    **Q.**    And did your mom know he was coming over?

8    **A.**    No.

9    **Q.**    You snuck him into the house type of

10  situation?

11    **A.**    No.  He never came in the house.  He was

12  outside.  He would drive over.

13    **Q.**    Okay.  Now, in 1980, whenever Stanley got out

14  of prison, you said things started back up again, right?

15    **A.**    Yes.

16    **Q.**    And you said the abuse started back up again,

17  right?

18    **A.**    Yes.

19    **Q.**    Okay.  Where did this abuse take place?

20    **A.**    Pretty much on the streets, scuffing and

21  tussling and stuff like that.

22    **Q.**    All right.  Where were you when you conceived

23  your next child?  Was that --

24    **A.**    Back at his residence.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 55

1     **Q.**    Okay.  So you did go over to the Wrice

2  residence?

3     **A.**    I went -- I was in the Wrice residence, yes.

4     **Q.**    Right.  And did you tell your mom you were

5  going over to the Wrice residence?

6     **A.**    No.

7     **Q.**    Why did you go over to the Wrice residence?

8     **A.**    Because -- Let me get this explained straight

9  again.  We're talking about Stanley Wrice, abusive

10  person.  This is what he does.  And he came to get me,

11  lured me back down there to do what we had to do.

12     **Q.**    Okay.  How did you lure you?  I'm just trying

13  to understand.

14     **A.**    He -- We would fight, drag, do anything of

15  that nature.

16     **Q.**    Okay.  Did you tell your mom?

17     **A.**    I didn't tell my mother because she's --

18  Pretty much, he would tell me to -- say, if my mother

19  finds out, she was going to get hurt.

20     **Q.**    Okay.

21     **A.**    Or anybody else that found out.

22     **Q.**    Okay.  What about -- Did you report it to the

23  police or anything?

24     **A.**    I did not talk to the police because I was

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 56

1   very fearful. I was very embarrassed. I didn't want the

2   kids to know what I was going through. My girlfriends --

3   I call them my girlfriends -- on the block, I didn't want

4   them to know that. I'm 14. The rest of them, you know,

5   they're not pregnant. I am. And that's not what it was

6   supposed to be.

7        Q.   Right. At this point, I'm referring more to

8   the time period when he got out of prison and you had two

9   more babies with him, during that period of time.

10       A.   Um-hmm.

11       Q.   During that period of time, between, I guess,

12  '80, when he got out, and '82, when he was rearrested,

13  did you tell anybody about the abuse?

14       A.   I didn't tell anybody about anything because I

15  was very ashamed. No.

16       Q.   Okay. And you didn't report it to any law

17  enforcement, right?

18       A.   No, I did not.

19       Q.   And you didn't tell your mom, correct?

20       A.   I did not tell her the truth. No, I didn't.

21       Q.   And could you have just stayed in your house

22  when he came over?

23       A.   No.

24       Q.   Why not?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 57

1      **A.**    Because he was type of person that would try

2  to grab you or do any harm to you.  Because I had to go

3  to school and everything of that nature, or whatever.

4  And he would be there.

5      **Q.**    Okay.  But he never grabbed you off the

6  street?

7      **A.**    He has done stuff like that, yes.

8      **Q.**    Okay.  Well, when did he do that?

9      **A.**    In the year of 1980 -- Like I said again, from

10  '79 to '82, I been abused by Stanley Wrice.

11      **Q.**    I'm not quarreling that you were in an abusive

12  relationship with Stanley Wrice.  I'm trying to

13  understand the nature of what happened, and I'm trying to

14  understand how it happened.  Okay?  I'm not --

15      **A.**    Well, I explained it to you guys.  I said he

16  was the type of person where he -- It first started off

17  with his sisters.  We graduated from that situation.

18  Then he started stepping out -- Because I had his kid.

19  He started just randomly showing up -- randomly showing

20  up and taking control.

21      **Q.**    Where did he show up?

22      **A.**    At school or he would show up at my house.

23      **Q.**    And did you get in the car with him?

24      **A.**    I got in the car, yes.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 58

1    **Q.**    And during the period of time that he was

2    away, in 1979, you said you were glad he was gone, right?

3    **A.**    I was glad he was gone, right.  Also in 1982,

4    yes.

5    **Q.**    Okay.  And during that period of time, did you

6    make a plan so you wouldn't have to see him ever again if

7    he got out?

8    **A.**    I wasn't thinking on them lines.  Having a

9    small baby and trying to -- how I'm going to take care of

10   a baby and try to go to school and try to talk to friends

11   and stuff, no, I didn't have that on my mind.

12   **Q.**    When he got out of prison, did you express to

13   him that you wanted him to help take care of his child

14   financially?

15   **A.**    No.  No.

16   **Q.**    Did you ask him or tell him that he needed to

17   pay child support?

18   **A.**    No.  No.  No.

19   **Q.**    Did you file any court papers for child

20   support?

21   **A.**    No.  Only thing, I had to get on welfare.

22   Now, they might have put me on child support.  But I had

23   to take some welfare because I couldn't afford to take

24   care of a child at the age of 15, 16.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 59

1      **Q.**    And how was it that you reconnected with him

2    when he got out of prison in '79 or -- well, in '80, I

3    guess?

4      **A.**    Through the abuse.  Like I say again, he

5    either came by the house or saw me at school, either one

6    of those two.

7      **Q.**    So he came to see you?

8      **A.**    He came to see me.

9      **Q.**    Do you remember when he came to see you?

10     **A.**    Yeah.  He came, yeah.

11     **Q.**    Okay.  And when he came to see you after he

12   got out of prison, what happened?  What transpired?

13     **A.**    What do you mean, "What transpired"?

14     **Q.**    What did he say?  What did you say?

15     **A.**    I didn't say pretty much anything.  I mean,

16   he's there, you know.  Like I said again, he asked his

17   sisters to ask me to come down to the house.  Only reason

18   why I could say that today is because I know this is what

19   happened now.  But when it was happening then, I didn't

20   understand that.  I would just think I was going down

21   there for the sisters.

22     **Q.**    I'm really talking about after you had a baby

23   with him.

24     **A.**    I'm talking about that also.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 60

1      **Q.**      Okay. So even though you had a baby --

2      **A.**      We're still talking about a man that's older

3 than I am and the manipulation of this person.

4      **Q.**      I fully understand that there was a

5 significant age difference.

6      **A.**      Yes.

7      **Q.**      Okay. But I'm still trying to understand.

8 You said -- You've made a different type of allegation,

9 though. You said he came to the school?

10      **A.**      Came to school, yes.

11      **Q.**      And when he came to the school or came to your

12 house after he got out of prison, what did he say to you?

13      **A.**      He would ask me to come down to the house. If

14 I would, like, say "No," I would get beaten.

15      **Q.**      Okay. So if you -- So he'd say, "Will you

16 come down to the house?" And did you say "No"?

17      **A.**      Some days I would say "No" to keep from being

18 beat but still end up getting beat. Some days, I would

19 just go.

20      **Q.**      And when you said "No" to him about coming to

21 the house, you said he beat you on the street?

22      **A.**      He beat me on the streets, in the house,

23 anywhere we were.

24      **Q.**      Okay. And did anybody -- Do you know if there

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 61

1    were any witnesses to this?

2        **A.**    I know his sisters witnessed some of it.  But

3    family sticks together, so I don't know if they would say

4    that.

5        **Q.**    Okay.  Other than his sisters, do you know,

6    like, anybody at school that would have witnessed it?

7        **A.**    No.  I know I had a girlfriend that did call

8    my mother and let her know there was something bad going

9    on between me and this old man.  That's what she would

10    say.

11        **Q.**    What was your friend's name?

12        **A.**    Madeline Cox.

13        **Q.**    And she called your mom?

14        **A.**    She called my mother one day.

15        **Q.**    And was she a witness to it, or did you tell

16    her about it, what was going on with Stanley?

17        **A.**    She did see an older man, older gentleman, and

18    she knew things weren't right.  That's all she knew.

19        **Q.**    Okay.

20        **A.**    Like I said, pretty much, I hid a lot of

21    things because I didn't discuss this because I kept it

22    within myself.  Only person that really would know

23    something is just me and Stan.

24        **Q.**    Gail you had in '81, right?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 62

| | | |
|---|---|---|
| 1 | **A.** | '81 of May. |
| 2 | **Q.** | And you had Savette -- |
| 3 | **A.** | June of '82. |
| 4 | **Q.** | Okay.  So you were -- You didn't have much of |
| 5 | a break between the two -- |
| 6 | **A.** | I didn't have no break. |
| 7 | **Q.** | Okay. |
| 8 | **A.** | Probably when I got a break then, because he |
| 9 | had went to jail then. |
| 10 | **Q.** | So you just -- Well, you think that you -- the |
| 11 | relationship would have continued with you having babies |
| 12 | with Stanley? |
| 13 | **A.** | Um-hmm. |
| 14 | **Q.** | You said Stanley's house was a wild house, |
| 15 | right? |
| 16 | **A.** | Yes, pretty much can go on there.  It wasn't |
| 17 | no -- |
| 18 | **Q.** | No supervision? |
| 19 | **A.** | No supervision, no. |
| 20 | **Q.** | Lots of siblings living in the house, correct? |
| 21 | **A.** | Yes. |
| 22 | **Q.** | Lots of neighbors coming in and out of the |
| 23 | house? |
| 24 | **A.** | Yes. |

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 63

1    Q.    Lots of wild parties in and out of the house?

2    A.    Yes.

3    Q.    Very crowded house?

4    A.    Yes.

5    Q.    Alcohol abuse in the house?

6    A.    Pretty much.

7    Q.    Drugs in the house?

8    A.    I can't recall drugs, but I know there was a

9    lot of drinking.

10    Q.    Now, you testified that you have a -- that you

11    know that Stanley didn't attempt to call you or call you

12    on September 9th, 1982; is that right?

13    A.    That's correct.

14    Q.    Okay.  When did you first find out that there

15    was some type of claim that Stanley had tried to call you

16    on that date, September 9th, 1982?

17    A.    I found out that someone said in the records,

18    the police records, that he testified, saying he was

19    trying to call his girlfriend --

20    Q.    Okay.

21    A.    -- which is a lie.

22    Q.    Okay.  Well, when did you find out?

23    A.    I found that out -- I found that out since he

24    came home, three years ago.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 64

1    **Q.**    Okay.  So you found out within the last couple

2    years when Stanley's been out that he had, at some point

3    during his trial, testified or told the police officer

4    that on the night of the incident, he had attempted to

5    call his girlfriend, correct?

6    **A.**    That's correct.

7    **Q.**    Okay.  And did you believe yourself to be the

8    girlfriend?

9    **A.**    I believe that I guess I was.

10   **Q.**    What makes you think that?

11   **A.**    Because that's what he'd been saying, and he

12   pretty much says that today.

13   **Q.**    Okay.  How do you know that?

14   **A.**    Because he tells the girls that.

15   **Q.**    Okay.  And so when you heard that information,

16   did that come as a surprise to you?

17   **A.**    Yes, it did.  It did.  It really broke my

18   heart.  Because it's like, why would you sit here --

19   Because I asked him -- The conversation I had asked Stan,

20   "Would you sit here and tell these three girls exactly

21   what's going on."  He won't do that.

22   **Q.**    You're talking about your daughters?

23   **A.**    My daughters.

24   **Q.**    What did you want him to tell --

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 65

1      **A.**    I want him to tell them the whole -- the

2  scenario of what happened between him and I and how the

3  girls got here and everything and how he went to jail and

4  how he got back out, because he had a hundred years and

5  he came back out on 31 years. "Can you sit there and

6  explain it to them?" And he won't do it.

7      **Q.**    When did you have that conversation?

8      **A.**    I had that conversation when he first got home

9  because they asked me to come over and see him since he

10  was home. And I didn't want to do that, and I didn't do

11  it.

12      **Q.**    How did you have the conversation with --

13      **A.**    My daughter called me and put him on the

14  phone.

15      **Q.**    Okay. So you had a conversation on the phone

16  with him?

17      **A.**    Yes.

18      **Q.**    And you're angry with him, obviously?

19      **A.**    I'm very angry.

20      **Q.**    And you're angry that you feel he took

21  advantage of you when you were young; is that right?

22      **A.**    (Nodding.)

23      **Q.**    Is that a "Yes"?

24      **A.**    Yes.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 66

1   **Q.**   And that he was abusive toward you?

2   **A.**   Yes.

3   **Q.**   And he didn't help you support the children

4   over all those years, right?

5   **A.**   No.

6   **Q.**   And do you think that's fair?

7   **A.**   It's not fair.

8   **Q.**   Do you think it's fair that he may be entitled

9   to certain monies as a result of what happened to him in

10  prison?

11  **A.**   I don't think he should be entitled.

12  **Q.**   Do you think he should have to pay the child

13  support that he hasn't paid all these years?

14  **A.**   To tell you the truth, I just want this over

15  with.  I don't even care if he doesn't pay.

16  **Q.**   Okay.  But you think he should, right?

17  **A.**   I don't care.

18  **Q.**   Okay.  I want to go back to something that we

19  just got diverted from.  You said that the first time

20  that you learned that Stanley had, at some point, claimed

21  or testified, told somebody, a police officer, that he

22  had called you on the night of September 9th of 1982 was

23  since Stanley's been out of prison.  So that would have

24  been in the last couple years, right?

1     **A.**     2013, he got out, December.

2     **Q.**     Okay.  So you know he got out in December of

3     2013.  And after December of 2013, you learned, for the

4     first time --

5     **A.**     Yes.

6     **Q.**     -- that he had previously claimed that he was

7     on the phone with you on September 9th, 1982?

8     **A.**     Yes.  Yes.  Through our daughter Gail.

9     **Q.**     Okay.  And how do you remember whether or not

10    you received a phone call on September 9th, 1982?

11    **A.**     I'm going to say this again.  1982, I had

12    Savette in June.  I had no contact with this man because

13    I did not want that.  This was our last fight.  I took my

14    three babies; I went to my house; and that was the end of

15    the story.  Next thing I heard, that this man done

16    something to this white lady and gang-raped her and

17    burned her.  This is what I heard in the neighborhood.

18    **Q.**     So the reason you believe that you had no

19    conversation with him or you don't have any reason to

20    believe -- Well, strike that.

21          The reason you believe that he did not call

22    you on September 9th, 1982, is because you had no contact

23    with him?

24    **A.**     No contact with the man, none.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 68

1     **Q.**     Okay.  Since June of 1982, you had no contact

2     between June and until he went to prison --

3     **A.**     Until he went to prison.

4     **Q.**     -- in September of 1982; is that right?

5     **A.**     Yes.

6     **Q.**     So why did you go to his trial?

7     **A.**     I was -- The cops -- Whoever came to my

8     mother's house asked me to come there to testify.  My

9     mother told me I could not testify.  But I went to make

10    sure this was the right thing they were going to do, is

11    lock his butt away.  That's why I went.

12    **Q.**     Okay.  So did you talk to police officers?

13    **A.**     I didn't talk to no police officers.

14    **Q.**     Oh, okay.  I thought you just said that.

15    **A.**     I said they came to my mother's house.

16    **Q.**     Police officers came to your mother's house?

17    **A.**     My mother said some people came to the house.

18    **Q.**     Do you know whether they were police officers?

19    **A.**     She didn't -- She didn't recall who they were,

20    but she was telling me they told her that Stanley Wrice

21    was going to court on a certain day, and if I wanted to

22    testify, to show up.

23    **Q.**     Okay.  Did you get subpoenaed to testify?

24    **A.**     I must not have because I didn't testify.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 69

1     **Q.**   But you don't --

2     **A.**   I did go to, like, make sure they were taking

3     his behind where he needs to go.

4     **Q.**   So you voluntarily went, right?

5     **A.**   Yes.

6     **Q.**   And the reason you voluntarily went is because

7     you wanted to make sure that he went to jail?

8     **A.**   Um-hmm.

9     **Q.**   Is that right?

10    **A.**   That's correct.

11    **Q.**   Okay.  You weren't in the house the night that

12    this woman was assaulted, right?

13    **A.**   I just said I wasn't there.

14    **Q.**   Okay.

15    **A.**   I was not there.  I heard everything that

16    happened to this woman, which is bad.

17    **Q.**   Right.  Now --

18    **A.**   Did he say I was there too, Stanley Wrice?

19    **Q.**   No.  I'm not aware of him ever saying you were

20    there.

21          So just to be clear, between June of '82 and

22    September of '82, you had zero contact?

23    **A.**   No contact.

24    **Q.**   And he made no efforts to contact you?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 70

1      **A.**    That, I don't know.  I did not get no contact.

2      **Q.**    But you don't know whether he tried?

3      **A.**    I don't know.  No, I don't.

4      **Q.**    Well, you had his children, right?

5      **A.**    I had my children.  That's what I'm

6 considering, mine.

7      **Q.**    Understood.  But they were also -- He's the

8 father of those children?

9      **A.**    He's the father of the children, yes.

10      **Q.**    And do you know whether he made any attempts

11 to contact you between June of '82 and September of '82?

12      **A.**    Not to my knowledge, no.  Because I was not

13 accepting any calls or any involvement with Stan.

14 Because I had got to that point in my life, being older

15 than what I was at 14 when I first went through this

16 stuff with him.  I was fed up.

17      **Q.**    And did he come over to your house during that

18 period of time?

19      **A.**    Oh, no.

20      **Q.**    And he didn't attempt to --

21      **A.**    No.

22      **Q.**    -- abuse you during that period of time?

23      **A.**    No.  Because I had -- Like I said, I was fed

24 up.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 71

1     **Q.**    He didn't come over and pick you up from the

2  street during this period of time?

3     **A.**    No.  From June 1982 to the time he got his

4  tail locked up, no.

5     **Q.**    Okay.  And he didn't come to your school or

6  anything?

7     **A.**    No.  No.

8     **Q.**    Okay.

9     **A.**    No.

10     **Q.**    So what happened in -- Before June of '82, you

11  said he was coming around and trying -- and assaulting

12  you on the street, right?

13     **A.**    Yes.

14     **Q.**    And then something happened in June of '82,

15  and that all ended?

16     **A.**    Yes, it did.

17     **Q.**    How did it end?

18     **A.**    Well, pretty much, I got fed up.  More people

19  started coming out, telling me about this person, his

20  characteristics, and all that type of business.  And we

21  had came together to just really hurt Stan.  That's what

22  was -- that was what was going to happen if he had

23  continued to do what he was doing.

24     **Q.**    Okay.  So who did -- You said you got together

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 72

1  with other people?

2  **A.**  Yes.

3  **Q.**  Who?

4  **A.**  With Kenny Lewis.  Because he knew much about

5  the whole situation but I didn't.

6  **Q.**  So you and Kenny Lewis got together to talk?

7  **A.**  We didn't get together, but he just informed

8  me of a lot of things that he passed on to my family

9  members.  Family members came back and told me some

10  things.

11  **Q.**  Okay.  But what I want to know is, how were

12  you able to prevent Stanley from coming and beating you

13  on the street as of June of 1982?

14  **A.**  Somehow I got the strength enough to say,

15  "Let's go.  You want to do this fight?  Whatever we got

16  to do, I'm ready."  And I was.

17  **Q.**  Ready for what?

18  **A.**  Whatever was going to happen.

19  **Q.**  And did you, at any -- Did you threaten to

20  call the police?

21  **A.**  I didn't call the police.  I wasn't having any

22  involvement with the police, no.  When you are attacked,

23  assaulted, abused, you get fed up.  You take matters in

24  your own hands.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 73

1    **Q.**    What matters did you take?

2    **A.**    I didn't take anything.  I left it alone, and

3    I didn't want to be bothered no more.  I didn't see Stan

4    no more.

5    **Q.**    And he didn't bother you anymore?

6    **A.**    Not to my knowledge, no.

7    **Q.**    Okay.  Did Kenny Lewis help get Stanley out of

8    your life?

9    **A.**    I don't know what Kenny did behind my back.  I

10   don't know.

11   **Q.**    Were you friends with Kenny?

12   **A.**    We were neighbors.

13   **Q.**    Did you feel he was a good advocate or friend

14   of yours?

15   **A.**    At the time, we all young, so I guess he

16   probably was a friend to the family.

17   **Q.**    Okay.

18   **A.**    Yeah.

19   **Q.**    Now, you testified that at some point some

20   students from Northwestern came or called you?

21   **A.**    They came to the house first.  Initial visit

22   was a house -- they came to the house.

23   **Q.**    And you told them you didn't want to talk to

24   them?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 74

1    **A.**    I told them I did not want to talk -- discuss

2  Stanley Wrice.

3    **Q.**    And they told you that they were investigating

4  his case, right?

5    **A.**    Yes.

6    **Q.**    You said, "I want no part of that"?

7    **A.**    No parts of it.

8    **Q.**    Okay.  I think you said you had another

9  conversation with somebody?

10    **A.**    I think they sent me a letter, and I didn't

11  respond to the letter.  Then I got a phone call.  I asked

12  them, "Please do not call my phone again about

13  Stanley Wrice.  I will have the police involved."  And I

14  never heard nothing else from them.

15    **Q.**    Okay.  And you don't remember anything else

16  about those conversations?

17    **A.**    No.  That's it.

18    **Q.**    Now, also, the special prosecutors contacted

19  you -- the men from the Special Prosecutor's Office

20  contacted you as well, right?

21    **A.**    When was this?

22    **Q.**    When the hearing was going on in the criminal

23  court.

24    **A.**    Before Stanley got out?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 75

1    **Q.**    Yes.

2    **A.**    I don't remember talking to anyone.

3    **Q.**    Okay.  Do you remember them -- Did anybody

4    subpoena you for the evidentiary hearing or the hearing

5    that was going on?

6    **A.**    The only subpoena I got was this here that I'm

7    here today.

8    **Q.**    You don't have any recollection of any

9    prosecutors calling you?

10    **A.**    No one called me.  Now, I remember my daughter

11    may say that someone came out to the house, and that's

12    about a year ago.  I asked her to take the information.

13    She claims she took the information but lost it.  So I

14    never got in contact with whoever that was.

15    **Q.**    Was it a man?

16    **A.**    She said it was a man.

17    **Q.**    Okay.  And you and I have talked at

18    26th Street before?

19    **A.**    Yes.

20    **Q.**    In the hallway there?

21    **A.**    Yes.

22    **Q.**    You've never really told me about the full

23    extent of your relationship with Stanley, have you?

24    **A.**    I just only told you he's not the one -- he's

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 76

1    not right.

2         **Q.**    Okay.  You've told me that you have very

3    strong negative feelings about him, right?

4         **A.**    Yes.

5         **Q.**    And I think you've talked to Heidi and I there

6    before; is that right?

7         **A.**    Yes, I have.

8         **Q.**    You've also talked to me in the hallway there

9    with my associate, Ashley?

10        **A.**    Yes.  Yes.

11        **Q.**    Do you remember her?

12        **A.**    Yes, I do.

13        **Q.**    Blonde girl?

14        **A.**    Yes.

15        **Q.**    One second, Jennifer.

16    MS. BONJEAN:  Okay.  I have nothing further.

17    MS. BISBEE:  Ms. Scott, I just have a couple more

18    questions for you.

19                    FURTHER EXAMINATION

20    BY MS. BISBEE:

21        **Q.**    Do you know when you graduated high school?

22        **A.**    Who?

23        **Q.**    When you graduated high school.

24        **A.**    High school is '82, 1982.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 77

1      **Q.**      So after you were out of school, Mr. Wrice

2    couldn't come find you at school anymore, correct?

3      **A.**      He found me because he knew where I was.

4      **Q.**      But he wouldn't be able to find you leaving

5    high school?

6      **A.**      Yes.  He knew my whereabouts.

7      **Q.**      Okay.  Ms. Bonjean asked you when you

8    conceived your first daughter, Pamela, about whether you

9    had consented to having sex with Mr. Wrice.  Do you

10   remember that?

11     **A.**      Do I remember what?

12     **Q.**      The question where she asked you that.

13     **A.**      I remember the question.

14     **Q.**      I just want to be clear.  When you didn't

15   consent to having sex with him, was this because he was

16   using force against you?

17     **A.**      This is because I did not want a boy -- an

18   old-man boyfriend or nothing of that nature.

19     **Q.**      Okay.

20     **A.**      What part -- Let's get this straight.  What

21   part of that are we not understanding here?  Because I

22   want this to be clear on the record.

23     **Q.**      Okay.  Well, I want to be clear too.

24              Did you ever say, "Yes, Stanley Wrice.  Let's

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 78

1 have sex"?

2     **A.**    Oh, no.

3     **Q.**    Okay.  Did you ever -- Did he use violence in

4 order to get you to have sex with him?

5     **A.**    Yes.

6     **Q.**    Okay.  Did he always use violence to get you

7 to have sex with him?

8     **A.**    It pretty much was always.  Because it wasn't

9 like we had sex every day, every week.  It wasn't like

10 that.

11     **Q.**    Okay.  Was he -- I mean, did he just come

12 around and threaten you to get you to have sex, or is

13 that when you would see him?

14     MS. BONJEAN:  Objection to form.

15 BY THE WITNESS:

16     **A.**    I think it was -- Like I said again, it was

17 with his sisters that I went socializing with them.  He

18 would not bother us at some times.  But I think when he

19 got to drinking or whatever that makes people do, that's

20 when he would get real abusive.

21     **Q.**    Okay.  But when you talk about not consenting

22 to have sex with him, it wasn't just because you weren't

23 old enough to say --

24     **A.**    Because I did not want to have a boyfriend.  I

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 79

1    did not want him as a boyfriend.

2        **Q.**    So you're --

3        **A.**    He wasn't my type.

4        **Q.**    Do you understand what I'm -- what it means --

5    what the age of consent means?

6        **A.**    I know what you're saying.

7        **Q.**    Okay.  So that doesn't -- That's not what we

8    are talking about here?

9        **A.**    It's not what we are talking about here.  We

10   are talking about physical and abuse.  That's what we are

11   talking about.

12       **Q.**    Okay.  So fair to say he was a manipulative

13   older man --

14       **A.**    Yes.  Yes.

15       **Q.**    -- and he --

16       **A.**    Yes.

17       **Q.**    -- got you to be involved in whatever this was

18   with him, and that's how you conceived three children

19   with him over the course of years, correct?

20       **A.**    Yes.  Yes.

21       **Q.**    Okay.  Now, Ms. Bonjean asked you a series of

22   questions about you being angry with Stanley Wrice.  Do

23   you recall that?

24       **A.**    Yes.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 80

1       **Q.**    Does that anger affect your testimony at

2  all --

3       **A.**    No.

4       **Q.**    -- here today?

5       MS. BONJEAN:  Object to the form.

6  BY THE WITNESS:

7       **A.**    No.  No.  It's been years.  I'm over all

8  the ...

9       **Q.**    So you're not here telling us today that

10 Stanley Wrice didn't call you on September 9th, 1982,

11 because you want to get back at him, right?

12      **A.**    No, ma'am.  No, Judy [sic].  That's not what

13 I'm here for.  I'm here to tell the truth.  I worked in

14 the criminal courts, and this is what it is.

15      **Q.**    Okay.  Now, I had asked you previously if you

16 had had any conversations with Stanley's attorneys.  Do

17 you remember that?

18      **A.**    Yes, I do.

19      **Q.**    I thought you had said no.  Do you know that

20 Ms. Bonjean and Ms. Lambros are Stanley's attorneys?

21      **A.**    Yes, I do know that.

22      **Q.**    She just asked you about some conversations

23 you had at 26th Street, correct?

24      **A.**    Yes.

Page 81

1    **Q.**    Could you tell me about those conversations,

2    please?  How many times did you talk to Ms. Bonjean or

3    her associate, Ashley?

4    **A.**    We don't talk -- I mean, you know, as coming

5    in, just talking.  We just -- We don't say anything --

6    too much about no case.  We don't talk about that.

7    **Q.**    Can you be more specific?  Like, when did you

8    talk to them, either Ms. Bonjean or Ms. Lambros, the

9    first time?

10    **A.**    The first time we spoke, we just spoke that

11    she knew that I was the mother of the kids -- the child

12    that was on TV and everything about Stanley Wrice's case.

13    **Q.**    Okay.  Who was that?

14    **A.**    Gail.

15    **Q.**    Who --

16    **A.**    Ms. Bonjean, Jennifer.

17    **Q.**    Did she approach you?

18    **A.**    What you mean by "approach" me?

19    **Q.**    She came up to you and said -- introduced

20    herself and said, "I know your Gail's mother."

21    **A.**    No.  We just -- We just started talking about

22    the case.

23    **Q.**    Okay.  I'm confused.

24    **A.**    Well, let me just tell you so then we don't

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 82

1   have to get confused here.

2       **Q.**   Okay.  Tell me.

3       **A.**   Okay.  Me and Bonjean, we don't discuss the

4   case about Stanley Wrice.  We just say that, you know, I

5   have to come to court or something like that, or

6   whatever.  That might be the nature of what the talk

7   might be.

8       **Q.**   So when you had -- Was it only one time you

9   talked to Ms. Bonjean?

10      **A.**   It's been a couple of times I talked to her.

11      **Q.**   Okay.  Do you recall when this was?  Was it

12  during the evidentiary hearings a couple years ago?

13      **A.**   Oh, yeah, um-hmm.

14      **Q.**   Okay.  So it was before Stanley got out of

15  prison; is that correct?

16      **A.**   When Stanley was out of prison.

17      **Q.**   When he was already out of prison?

18      **A.**   Yes.  Yes.  Yes.  Because it was all over the

19  news and everything like that.  So, you know, like I

20  said, I work in the criminal courts.

21      **Q.**   Okay.

22      **A.**   And I do see attorneys.

23      **Q.**   Okay.  So it was after December of 2013, was

24  the first time you spoke with Ms. Bonjean?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 83

1    **A.**    Um-hmm.

2    **Q.**    What about Ms. Lambros?

3    **A.**    We don't speak like that.  I mean, we don't

4    talk.  We don't discuss the case.

5    **Q.**    Okay.  So your testimony here today is you

6    have not had any conversations about Stanley Wrice?

7    **A.**    I don't talk to anybody about Stanley Wrice,

8    no.

9    **Q.**    So have you ever had a conversation with

10    Heidi Lambros about Stanley Wrice?

11    **A.**    No.

12    **Q.**    Okay.  Now, at least one conversation you've

13    had with Ms. Bonjean, she indicated to you she knew you

14    were Gail's mother, correct?

15    **A.**    She knew that, yes.

16    **Q.**    Okay.  Now, do you recall when that

17    conversation was?

18    MS. BONJEAN:  Objection to the form.  She answered

19    that, but ...

20    BY THE WITNESS:

21    **A.**    I did answer that.

22    **Q.**    Aside from after December 13th, do you

23    remember specifically --

24    **A.**    No, I don't.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 84

1    **Q.**    Do you remember anything else about the

2  conversation?

3    **A.**    No.  That's it.  There was nothing to be

4  discussed.

5    **Q.**    Do you remember any conversations you had with

6  Ms. Bonjean?

7    **A.**    No.  And for the record, the only thing that

8  angers me is when someone is lying on me.  The first lie

9  is that we were boyfriend and girlfriend, that's a lie;

10  that I consented to sex, that's a lie; that I was there,

11  that's a lie.  That's the anger that you hear from me

12  today.

13    **Q.**    Okay.  Fair enough.  You know, just to make

14  sure, none of this anger is affecting your testimony,

15  correct?

16    **A.**    No.  I'm not angry.  I'm really not.  It's

17  just what I feel right now.

18    **Q.**    So you testified you had a conversation with

19  Stanley on the phone after he got out of prison, right?

20    **A.**    Yes.  Yes, I did.

21    **Q.**    Which daughter put you on the phone with --

22    **A.**    Gail, because he lives with her.

23    **Q.**    And my understanding -- Just let me know if

24  I've got this right.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 85

1          You asked Stanley to tell the truth about how

2     your relationship was, correct?

3          **A.**     Yes.  Yes.

4          **Q.**     Do you remember what he said to you?

5          **A.**     He said he's not saying anything.

6          **Q.**     Okay.  How well did you know Kenny Lewis?

7          **A.**     Kenny was a neighbor, and he was friends with

8     my cousin, and I'm good friends with his sister.

9          **Q.**     Okay.  Today still?

10         **A.**     I don't talk to anybody since that happened to

11    me, so I don't talk to them.

12         **Q.**     So this was at the time you were good friends

13    with his sister?

14         **A.**     Yes.

15         **Q.**     Did you ever discuss Kenny Lewis's testimony?

16         **A.**     I didn't know he had testified.

17         **Q.**     Okay.  Is the first time you learned that

18    today?

19         **A.**     I learned that when Stanley Wrice appeared on

20    TV and stuff like that.

21         **Q.**     You mean in the last couple of years?

22         **A.**     Yes.  Yes.

23         **Q.**     Okay.  Do you know of any reason Kenny Lewis

24    would have lied about Stanley Wrice when he testified?

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott – Taken 10/4/2016

Page 86

1        MS. BONJEAN:  Objection.

2    BY THE WITNESS:

3        **A.**    You said that what?

4        **Q.**    Do you know of any reason Kenny Lewis would

5    have lied about Stanley Wrice when he testified at his

6    trial?

7        **A.**    I don't know what Kenny said, so I don't know

8    if he lied or not.

9        **Q.**    Did Kenny Lewis ever tell you that he lied

10   about --

11       **A.**    No, he did not.

12       **Q.**    -- Stanley Wrice?

13       MS. BONJEAN:  Objection.  She answered that.

14   BY THE WITNESS:

15       **A.**    We don't talk.  I don't talk to the people.

16            I took my three kids, my hurtful self, and I

17   went my way.

18       **Q.**    Okay.

19       **A.**    I don't even visit the old neighborhood.  I

20   don't do none of that.

21       **Q.**    Were you scared of Stanley Wrice?

22       **A.**    Yes.

23       MS. BISBEE:  Okay.  I don't have anything else.

24       MR. NOLAND:  I have no questions.

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 87

1        MS. BONJEAN:  I just have two questions.

2                    FURTHER EXAMINATION

3  BY MS. BONJEAN:

4        Q.   Jennifer, I didn't come to your house, right?

5        A.   No.

6        Q.   Okay.  We talked because I was picking up

7  transcripts, right?

8        A.   Yes.

9        Q.   And we got to talking?

10       A.   Yes.

11       Q.   Is that fair to say?

12       A.   Yes.

13       Q.   And every single time we've spoken is because

14  I'm in the court reporter's office for other business?

15       A.   Yes.  Yes.

16       Q.   Is that right?

17       A.   That's correct.

18       Q.   Okay.  And I have never said, you know, you

19  have to talk to me about anything?

20       A.   No.

21       Q.   Okay.

22       A.   No.

23       MS. BONJEAN:  Okay.  I have nothing further.

24       MS. BISBEE:  Okay.  So, Jayne, did you want to talk

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 88

1  about reserving?

2      MS. INGLES:  Do you want to review the transcript to

3  make sure of what you said?

4      THE WITNESS:  Yes, um-hmm.

5      MS. INGLES:  She would like to see it.

6      MS. BISBEE:  Okay.  I'll send it to you, then.

7                  (Witness excused.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Page 89

1           IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
2                   EASTERN DIVISION

3
STANLEY WRICE,                      )
4                                   )
                      Plaintiff,    )
5                                   )
              vs.                   )   No. 14 C 5934
6                                   )
JON BURGE, et al.,                  )
7                                   )
                      Defendants.   )
8

9
        I, JENNIFER SCOTT, state that I have read the
10
foregoing transcript of the testimony given by me at my
11
deposition on October 4th, 2016, and that said transcript
12
constitutes a true and correct record of the testimony
13
given by me at said deposition except as I have so
14
indicated on the errata sheets provided herein.
15

16      _____
                        JENNIFER SCOTT
17
No corrections (Please initial)_____
18
Number of errata sheets submitted_____(pgs.)
19
SUBSCRIBED AND SWORN to
before me this _____ day
20
of _____, 2016.
21
_____
                NOTARY PUBLIC
22

23

24

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 90

```
 1 │  UNITED STATES OF AMERICA        )
   │  NORTHERN DISTRICT OF ILLINOIS   )
 2 │  EASTERN DIVISION                )    SS.
   │  STATE OF ILLINOIS               )
 3 │  COUNTY OF COOK                  )
   │
 4 │
   │
 5 │          I, Tina M. Hickey, Certified Shorthand
   │
 6 │  Reporter, do hereby certify that JENNIFER SCOTT was first
   │
 7 │  duly sworn by me to testify the whole truth and that the
   │
 8 │  above deposition was reported stenographically by me and
   │
 9 │  reduced to typewriting under my personal direction.
   │
10 │          I further certify that the said deposition was
   │
11 │  taken at the time and place specified and that the taking
   │
12 │  of said deposition commenced on October 4th, 2016, at
   │
13 │  1:30 o'clock p.m.
   │
14 │          The signature of the witness, JENNIFER SCOTT,
   │
15 │  was reserved by agreement of counsel.
   │
16 │          I further certify that I am not a relative or
   │
17 │  employee or attorney or counsel of any of the parties,
   │
18 │  nor a relative or employee of such attorney or counsel or
   │
19 │  financially interested directly or indirectly in this
   │
20 │  action.
   │
21 │
   │
22 │
   │
23 │
   │
24 │
```

Page 91

1      Witness my official signature as a Certified

2    Shorthand Reporter in the State of Illinois, on

3    October 27th, 2016.

4

5

6

7

8

9

10                    _____
                       TINA M. HICKEY, CSR
11                     161 North Clark Street
                       Suite 2550
12                     Chicago, Illinois 60601
                       Phone:  312.361.8851
13
     CSR No. 084-003858
14

15

16

17

18

19

20

21

22

23

24

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 92

| A | | | | |
|---|---|---|---|---|
| **able** 72:12 77:4 | 65:20 79:22 | 79:21 80:15,22 | 72:9 73:9 | 21:9,22 30:16 |
| **abuse** 51:23,23 | 84:16 | 85:1 | 80:11 | 39:7,14 41:23 |
| 51:24 54:16,19 | **answer** 6:9 | **asking** 47:15 | **background** | 42:8,14 76:16 |
| 56:13 59:4 | 11:16 83:21 | **assaulted** 69:12 | 6:19 11:1 34:7 | 77:7 78:14 |
| 63:5 70:22 | **answered** 83:18 | 72:23 | **bad** 50:7,15 61:8 | 79:21 80:5,20 |
| 79:10 | 86:13 | **assaulting** 71:11 | 69:16 | 81:2,8,16 82:3 |
| **abused** 57:10 | **answers** 6:2 | **associate** 76:9 | **beat** 60:18,18,21 | 82:9,24 83:13 |
| 72:23 | **anybody** 23:5 | 81:3 | 60:22 | 83:18 84:6 |
| **abusive** 55:9 | 47:23,24 55:21 | **associate's** 7:12 | **beaten** 60:14 | 86:1,13 87:1,3 |
| 57:11 66:1 | 56:13,14 60:24 | **associates** 13:1 | **beating** 72:12 | 87:23 |
| 78:20 | 61:6 75:3 83:7 | **assume** 45:9 | **behalf** 2:6,11,16 | **born** 9:13 22:14 |
| **accepting** 70:13 | 85:10 | **attacked** 72:22 | 2:21 3:6 | 41:6 42:15 |
| **action** 90:20 | **anymore** 73:5 | **attempt** 63:11 | **believe** 13:7,11 | **bother** 73:5 |
| **adamantly** 46:1 | 77:2 | 70:20 | 13:12,15 27:2 | 78:18 |
| **adjust** 48:14 | **apart** 14:13 | **attempted** 64:4 | 29:10 32:13 | **bothered** 39:10 |
| **administrator** | **apologize** 17:19 | **attempts** 70:10 | 38:24 48:9 | 39:20 73:3 |
| 6:23 | 35:6 | **attending** 31:19 | 53:4 64:7,9 | **Boulevard** 1:16 |
| **advantage** 65:21 | **APPEARAN...** | **attention** 39:10 | 67:18,20,21 | 2:13 |
| **advocate** 73:13 | 2:1 3:1 | **attorney** 11:17 | **Benson** 33:19 | **boy** 77:17 |
| **affect** 80:1 | **appeared** 85:19 | 32:10 90:17,18 | **birth** 44:14,17 | **boyfriend** 16:19 |
| **afford** 58:23 | **APPELLATE** | **attorneys** 5:17 | 48:8,12 | 29:24 30:1 |
| **afternoon** 5:2 | 2:7 | 32:8 80:16,20 | **birthday** 20:22 | 49:8 77:18 |
| **age** 12:7 16:17 | **applicable** 5:9 | 82:22 | **Bisbee** 2:12 4:4 | 78:24 79:1 |
| 29:19 46:4 | **approach** 81:17 | **aunt** 40:10 | 4:7 5:2,5,15,16 | 84:9 |
| 58:24 60:5 | 81:18 | **auntie's** 36:18 | 8:6,8 11:21 | **boyfriend-girl...** |
| 79:5 | **approximately** | **Avenue** 3:3 | 40:21,24 41:2 | 46:2 |
| **ago** 25:19 36:19 | 43:5 | **aware** 30:19 | 41:19 76:17,20 | **boys** 46:7 |
| 38:10 40:8 | **armed** 51:10 | 69:19 | 86:23 87:24 | **break** 6:12 |
| 63:24 75:12 | **arrest** 31:6,10 | **awhile** 8:2 | 88:6 | 11:18,20 40:22 |
| 82:12 | 31:12 41:16 | | **bit** 11:2,17 | 40:24 41:1 |
| **agreement** 90:15 | **arrested** 30:20 | **B** | 16:15 | 62:5,6,8 |
| **ain't** 21:4 | 30:24 31:4 | **B** 4:10 | **block** 10:19 | **briefly** 40:6 |
| **al** 1:6 5:7 89:6 | 32:23 33:10 | **babies** 56:9 | 14:12 15:17,18 | **bright** 45:15 |
| **Alcohol** 63:5 | 34:1 42:6 | 62:11 67:14 | 33:22 35:20 | **broke** 64:17 |
| **alibi** 32:15 | **articles** 23:16,20 | **baby** 45:1 46:13 | 42:17,18 43:3 | **Brooklyn** 2:4 |
| **alive** 19:22,23 | **ashamed** 56:15 | 48:16 58:9,10 | 43:6 49:13 | **brother** 20:2,3 |
| **allegation** 60:8 | **Ashley** 76:9 81:3 | 59:22 60:1 | 50:10 51:12 | **bruises** 18:11 |
| **allow** 32:3 | **Aside** 83:22 | **back** 8:2 22:11 | 56:3 | **Burge** 1:6 2:16 |
| **AMERICA** 90:1 | **asked** 13:16 | 22:12 25:14 | **Blonde** 76:13 | 89:6 |
| **anger** 80:1 84:11 | 15:19 23:23,24 | 31:24 42:24 | **blue** 36:20 | **burned** 67:17 |
| 84:14 | 49:1 59:16 | 48:14 51:15,16 | **Bobby** 29:22 | **business** 18:10 |
| **angers** 84:8 | 64:19,19 65:9 | 53:8 54:14,16 | 30:3,6,8 | 71:20 87:14 |
| **angry** 65:18,19 | 68:8 74:11 | 54:24 55:11 | **Bonjean** 2:2,2 | **Butch** 35:15 |
| | 75:12 77:7,12 | 65:4,5 66:18 | 4:6,8 11:19 | **butt** 68:11 |

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 93

**Bye** 37:19
**Byrne** 2:16
**Byron** 35:13,14

## C

**C** 1:5 89:5
**calendar** 16:9
**California** 7:1
**call** 23:10 26:5,7
27:4,7,11,17
27:17 32:17
56:3 61:7
63:11,11,15,19
64:5 67:10,21
72:20,21 74:11
74:12 80:10
**called** 1:11 5:12
27:21 38:19
61:13,14 65:13
66:22 73:20
75:10
**calling** 40:9 75:9
**calls** 27:9 70:13
**capable** 44:11
**car** 57:23,24
**care** 58:9,13,24
66:15,17
**career** 7:24
**Carlissa** 8:21
**Carney** 35:10,12
**Cary** 35:15
**case** 5:18 9:24
10:4 22:21
42:5 74:4 81:6
81:12,22 82:4
83:4
**certain** 47:10
66:9 68:21
**certainly** 51:1
**Certified** 1:15
90:5 91:1
**certify** 90:6,10
90:16
**change** 21:16

**changes** 47:4,16
47:17,20
**Chappel** 10:16
10:17 12:11,13
12:14,15 15:17
15:18 31:5
35:21
**characteristics**
71:20
**Charles** 20:2,3
29:7
**Chicago** 1:16
2:9,14,19,21
3:3,4 5:7,18
10:1 14:17,18
14:21 91:12
**child** 19:19
24:17 30:12
46:8 47:6
48:18,22 50:1
51:17 54:23
58:13,17,19,22
58:24 66:12
81:11
**children** 7:22
8:9,16 10:3
21:14 23:8
24:20 25:10
66:3 70:4,5,8,9
79:18
**Chris** 15:19 16:3
**circumstances**
38:13
**City** 2:21 5:7,18
10:1
**Civil** 1:12
**claim** 63:15
**claimed** 66:20
67:6
**claiming** 42:3
**claims** 75:13
**Clark** 91:11
**classes** 15:4
**clear** 42:3 69:21

77:14,22,23
**close** 44:15
45:23,23
**closer** 29:19
**come** 6:3 11:12
15:19 18:14,17
18:20 24:5,23
27:4 37:3,3,13
37:15,16 38:18
40:13 47:10,11
48:17 49:16
52:3 54:4
59:17 60:13,16
64:16 65:9
68:8 70:17
71:1,5 77:2
78:11 82:5
87:4
**comes** 47:23
**coming** 22:22
28:14,16 38:17
48:16 54:7
60:20 62:22
71:11,19 72:12
81:4
**commenced**
90:12
**communicate**
26:2 28:9
**communicating**
41:5
**conceived** 16:13
16:24 18:1
19:19 21:1,5
21:14 44:2
46:8 54:22
77:8 79:18
**concerned** 45:9
**condolences**
40:9
**confirm** 41:4
**confused** 81:23
82:1
**consensual** 44:7

**consent** 16:20
44:21,22 77:15
79:5
**consented** 18:1
77:9 84:10
**consenting**
78:21
**consider** 30:14
**considerably**
44:18
**considering** 70:6
**constitutes**
89:12
**contact** 17:4
18:8 33:4,10
38:8 67:12,22
67:24 68:1
69:22,23,24
70:1,11 75:14
**contacted** 31:16
38:11,14 74:18
74:20
**continue** 25:4
**continued** 3:1
62:11 71:23
**control** 57:20
**conversation**
10:12 33:23
36:23 37:18
64:19 65:7,8
65:12,15 67:19
74:9 83:9,12
83:17 84:2,18
**conversations**
10:6,9 32:7,14
33:3 39:21
40:4 41:9,15
74:16 80:16,22
81:1 83:6 84:5
**convicted** 22:18
**COOK** 90:3
**cops** 68:7
**copy** 38:23
**cordial** 23:15

**Cordially** 37:19
**correct** 16:10
17:10 24:15
25:23 26:12
28:10 30:21
36:15 38:10
41:6 42:18
43:24 44:1
52:11,14 53:11
54:2 56:19
62:20 63:13
64:5,6 69:10
77:2 79:19
80:23 82:15
83:14 84:15
85:2 87:17
89:12
**corrections**
89:17
**counsel** 90:15,17
90:18
**COUNTY** 90:3
**couple** 5:23 19:1
22:24 38:10
41:3 64:1
66:24 76:17
82:10,12 85:21
**course** 79:19
**court** 1:1 5:24
6:24 58:19
68:21 74:23
82:5 87:14
89:1
**courts** 1:13 6:24
80:14 82:20
**cousin** 31:2 85:8
**Cox** 61:12
**crime** 49:22
**crimes** 33:24
**criminal** 6:24
31:20 34:4
40:14 74:22
80:14 82:20
**criminally** 22:18

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 94

crowded 63:3
Crystal 11:15,24
 12:4,24 14:8
 15:7 18:20
 20:4 29:15,17
 30:15 31:9
 40:6
CSR 91:10,13
currently 5:7
 6:20
cut 33:7,8
CVS 14:16 15:5
Cynthia 35:19

**D**

D 4:1
Dan 41:23
DANIEL 2:18
date 63:16
dating 16:6
daughter 16:10
 16:11,13,24
 18:1 23:10
 41:6 44:2,14
 44:18 65:13
 67:8 75:10
 77:8 84:21
daughter's 24:9
daughters 23:12
 37:23 38:2
 64:22,23
day 20:19 51:18
 61:14 68:21
 78:9 89:19
days 18:12,13
 22:10 31:19
 37:17 47:14
 60:17,18
dealing 49:10
Dean 2:3
December 67:1
 67:2,3 82:23
 83:22
Defendants 1:7

1:11 2:16,21
 89:7
DEFENDER 2:7
degree 7:11
deposition 1:10
 5:6,19,20 10:7
 37:21,24 89:11
 89:13 90:8,10
 90:12
depositions 1:14
died 28:23
difference 16:17
 46:4 60:5
different 28:3,4
 60:8
difficult 49:11
Dignan 2:16
direction 90:9
directly 90:19
disappointment
 45:10,17
discuss 38:5
 40:11 61:21
 74:1 82:3 83:4
 85:15
discussed 84:4
Discussion 8:7
distance 42:20
 52:14,16
distressed 45:7
District 1:1,1,13
 5:8 89:1,1 90:1
diverted 66:19
DIVISION 1:2
 89:2 90:2
dnoland@dyk...
 2:20
doctor 46:18,19
doing 7:3 44:11
 44:12,12 71:23
door 6:8 47:11
 47:11
drag 55:14
drinking 63:9

78:19
drive 2:18 54:12
drugs 63:7,8
duly 5:12 90:7
DYKEMA 2:17

**E**

E 4:1,10
E-mail 2:5,10,15
 2:20 3:5
E-T-T-E 9:6
earlier 29:2
early 32:17
 41:12
EASTERN 1:2
 89:2 90:2
Edwards 36:6
efforts 69:24
eight 7:10 17:11
 46:13,13
eighth 46:18,19
either 59:5,5
 81:8
elaborate 49:19
elementary
 12:21 15:3
embarrassed
 56:1
employee 90:17
 90:18
ended 21:11
 71:15
enforcement
 56:17
engage 21:7
engaged 21:17
 21:20 40:14
enrollment
 14:22
entitled 66:8,11
errata 89:14,18
et 1:6 5:7 89:6
evening 41:12
eventually 48:17

51:19,20,22
evidentiary 75:4
 82:12
exactly 50:23
 64:20
examination
 1:11 4:4,5,6,7
 4:8 5:14 42:1
 42:13 76:19
 87:2
examined 5:13
exchange 39:6
excused 88:7
EXHIBITS 4:11
expect 6:9
expecting 45:1
explain 16:15
 18:2 25:11
 65:6
explained 55:8
 57:15
express 58:12
extent 75:23

**F**

face 18:11,12
face-to-face 47:6
faces 18:11,12
fair 6:10,11
 20:24 32:24
 46:22 47:19
 66:6,7,8 79:12
 84:13 87:11
familiar 35:11
family 33:4 40:2
 49:15 61:3
 72:8,9 73:16
father 8:16,17
 24:9 48:18,21
 49:5 70:8,9
fearful 45:7 56:1
February 21:1
fed 70:16,23
 71:18 72:23

federal 1:12 5:9
feel 65:20 73:13
 84:17
feelings 76:3
fight 55:14
 67:13 72:15
fights 18:9
file 58:19
financially 58:14
 90:19
find 17:6 18:11
 22:20 45:17
 46:12 63:14,22
 77:2,4
finds 55:19
first 5:12 7:24
 8:17,23 11:4
 11:13 15:13
 16:5 18:2,15
 18:21 19:11,16
 20:16,18,19
 25:11,12 30:23
 35:10 38:15
 40:16 44:2,14
 44:18 48:21
 50:1 52:8
 57:16 63:14
 65:8 66:19
 67:4 70:15
 73:21 77:8
 81:9,10 82:24
 84:8 85:17
 90:6
fist 18:9
five 28:17
Floor 2:8
follow 5:23
follows 5:13
force 77:16
foregoing 89:10
form 21:9,22
 30:16 39:7,14
 42:8 78:14
 80:5 83:18

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 95

found 17:9,12
  22:19 30:23
  49:21 55:21
  63:17,23,23
  64:1 77:3
Fowler 33:15
freshman 17:16
friend 11:7
  73:13,16
friend's 61:11
friends 12:23
  13:8,8,17 28:1
  30:14 34:24
  49:14 52:10
  58:10 73:11
  85:7,8,12
full 75:22
fully 60:4
funeral 36:18
further 4:7,8
  76:16,19 87:2
  87:23 90:10,16
future 45:15

**G**

Gail 8:19,24,24
  9:9,10,14 37:8
  61:24 67:8
  81:14 84:22
Gail's 23:16,18
  37:9,10 81:20
  83:14
gang 31:5 34:6
  50:5
gang-raped
  67:16
general 26:17,18
generally 6:19
gentleman 61:17
George 6:24
getting 30:12
  60:18
girl 16:18 29:11
  34:21 48:20

76:13
girlfriend 49:9
  61:7 63:19
  64:5,8 84:9
girlfriend-boy...
  22:2 25:2
  34:15
girlfriends 56:2
  56:3
girls 13:7 28:22
  37:3,5,6 39:11
  52:9 64:14,20
  65:3
give 40:9 49:1,6
given 5:20 48:12
  89:10,13
glad 58:2,3
go 8:2,23 12:22
  13:16 14:15,19
  15:24 18:12,13
  18:13 19:4,8,8
  28:21 31:14
  35:6 47:9,13
  51:20 52:6
  53:13,15 55:1
  55:7 57:2
  58:10 60:19
  62:16 66:18
  68:6 69:2,3
  72:15
goes 47:24
going 8:2 9:16
  14:8,8,10,23
  17:16 18:8
  22:1,2 24:4,7
  25:15,15 28:7
  31:21 40:21
  48:5 55:5,19
  56:2 58:9
  59:20 61:8,16
  64:21 67:11
  68:10,21 71:22
  72:18 74:22
  75:5

good 5:2 23:14
  30:14 34:7
  43:12 45:12,14
  52:13 73:13
  85:8,12
GOSSETT 2:17
gotten 53:10
grab 57:2
grabbed 57:5
grade 13:2
gradually 18:22
graduated 12:21
  57:17 76:21,23
grandmother
  22:7 43:9,15
  45:11 48:15
  53:24
grandson 36:21
  36:22
Greenwood
  35:19
grew 10:19
GROUP 2:2
guess 29:13 53:7
  56:11 59:3
  64:9 73:15
guys 14:12
  57:15

**H**

H 4:10
HALE 2:12
half 7:6,7 44:16
hallway 75:20
  76:8
hands 72:24
hanging 28:7
happen 37:17
  48:16 71:22
  72:18
happened 13:13
  13:22,24 18:9
  18:21 19:18
  24:13 49:7

57:13,14 59:12
  59:19 65:2
  66:9 69:16
  71:10,14 85:10
happening
  59:19
happy 48:4
hard 47:18
harm 57:2
he'll 37:3,3
hear 31:21 51:11
  84:11
heard 30:4,22
  38:20 64:15
  67:15,17 69:15
  74:14
hearing 22:21
  40:16 74:22
  75:4,4
hearings 82:12
hearsay 39:10
heart 64:18
Heidi 2:7 76:5
  83:10
heidi.lambros...
  2:10
help 24:20 58:13
  66:3 73:7
Herns 36:4
Hey 11:7
Hi 37:19
Hickey 1:15
  90:5 91:10
hid 61:20
hide 46:16
hiding 46:22
high 12:22 14:6
  14:7,9,15 15:2
  15:5 17:14,14
  76:21,23,24
  77:5
Holmes 33:17,18
  33:18
home 18:13

22:22 34:9
  37:14 42:21
  47:9 48:15
  51:20 63:24
  65:8,10
honor 15:4
hospital 48:11
hours 32:18
  41:12
house 12:9,10,11
  15:21,22,24
  19:8,21,21,24
  20:13 24:5
  26:12 27:18
  28:19,24 29:23
  30:10 31:5
  34:11,21 37:4
  38:15 47:22,22
  47:23 52:3,4
  54:2,3,4,9,11
  56:21 57:22
  59:5,17 60:12
  60:13,16,21,22
  62:14,14,20,23
  63:1,3,5,7
  67:14 68:8,15
  68:16,17 69:11
  70:17 73:21,22
  73:22 75:11
  87:4
huh-huh 6:3
hundred 65:4
hurt 45:7 55:19
  71:21
hurtful 86:16
husband 37:9,10

**I**

idea 7:2
Illinois 1:1,16
  2:9,14,19 3:4
  5:8 89:1 90:1,2
  91:2,12
incarcerated

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 96

48:8 49:21
**incident** 64:4
**incidents** 10:22
**indicated** 83:13
   89:14
**indirectly** 90:19
**information**
   23:2 49:2
   64:15 75:12,13
**informed** 72:7
**Ingles** 3:2,2 10:7
   88:2,5
**initial** 18:21
   73:21 89:17
**initially** 52:8
**injuries** 17:2
**innocence** 16:18
   52:9
**instance** 17:21
   49:8
**interact** 11:12
**intercourse**
   17:24
**interested** 90:19
**introduce** 11:8
**introduced**
   11:23 15:7
   43:24 81:19
**investigating**
   74:3
**involved** 16:12
   16:14 19:13
   23:8 74:13
   79:17
**involvement**
   70:13 72:22

**J**

**Jackson** 1:16
   2:13
**jail** 22:11,13,15
   22:22 25:12,17
   25:24 31:14
   50:6 62:9 65:3

69:7
**Jayne** 3:2,2
   87:24
jayneingles@...
   3:5
jbisbee@ahal...
   2:15
**Jeanine** 8:19,22
**Jeffery** 19:5,7
**Jennifer** 1:10
   2:2 3:6 4:3 5:3
   5:4,6,11 11:7
   42:15 76:15
   81:16 87:4
   89:9,16 90:6
   90:14
jennifer@bon...
   2:5
**job** 7:23,24
**jobs** 7:15 8:1,3
**Joe** 29:22 30:3,6
   30:8
**John** 2:16
**Jon** 1:6 2:16
   89:6
**Jones** 31:17
**Judy** 80:12
**Julie** 12:5 16
**June** 33:6,9,11
   41:6,9,12 63:3
   67:12 68:1,2
   69:21 70:11
   71:3,10,14
   72:13

**K**

**K** 2:12
**Karen** 35:13,14
**keep** 60:17
**Kenny** 33:21,22
   33:24 34:3
   50:10,12 72:4
   72:6 73:7,9,11
   85:6,7,15,23

86:4,7,9
**kept** 61:21
**kid** 28:15 57:18
**kiddie** 28:15
**kids** 18:15 40:2
   49:13 50:10
   56:2 81:11
   86:16
**Kim** 34:21 35:1
**kind** 7:2 10:19
   28:12 36:2
   45:5 49:11
   50:15
**knew** 20:15
   46:14 49:13
   50:11,19,24
   51:4 52:4
   61:18,18 72:4
   77:3,6 81:11
   83:13,15
**knock** 47:11
**know** 5:22 6:13
   9:24 10:2,21
   10:22 11:1
   12:4,6,16 15:1
   17:18 18:9
   19:18 20:12,14
   20:15 21:4,11
   21:24 22:11,13
   22:17 23:18
   24:8,11 27:16
   27:21 28:23
   29:22,24 30:1
   30:3,4,8 32:1,6
   33:15 34:3,6,7
   34:21,24 35:7
   35:13 38:2,3
   47:1,21,24
   48:5 49:13,18
   49:23 50:6,23
   51:20 52:19
   54:7 56:2,4,4
   59:16,18 60:24
   61:2,3,5,7,8,22

63:8,11 64:13
   67:2 68:18
   70:1,2,3,10
   72:11 73:9,10
   76:21 79:6
   80:19,21 81:4
   81:20 82:4,19
   84:13,23 85:6
   85:16,23 86:4
   86:7,7 87:18
**knowing** 18:7
   44:11 49:12
**knowledge**
   20:14 70:12
   73:6
**known** 15:6

**L**

**L** 2:7
**ladies** 41:20
**lady** 44:10 67:16
**Lambros** 2:7
   80:20 81:8
   83:2,10
**LaSalle** 2:8
**late** 27:9 41:12
**law** 2:2,12 56:16
**lawyer** 10:7,9
   31:17
**lawyers** 38:7
**learn** 24:11
   40:13 48:18
   50:3
**learned** 11:2
   31:7 34:8
   48:19 66:20
   67:3 85:17,19
**leaving** 77:4
**Lee** 33:17,18,18
**left** 73:2
**Leighton** 6:24
**Lemon** 35:17
**Leroy** 2:22
**let's** 28:24 72:15

77:20,24
**letter** 38:21,22
   74:10,11
**Lewis** 9:1 33:21
   33:24 34:3
   50:10,12 72:4
   72:6 73:7 85:6
   85:23 86:4,9
**Lewis's** 85:15
**lie** 63:21 84:8,9
   84:10,11
**lied** 85:24 86:5,8
   86:9
**lies** 34:17
**life** 70:14 73:8
**liked** 13:15
**lines** 58:8
**liquor** 19:4,9
**listen** 39:9
**little** 12:17
   16:15 28:15,15
   29:10,11 36:19
**live** 12:8 20:8
   37:5,6,9 53:22
**lived** 10:15,16
   14:12 33:22
   34:20,21 42:17
   43:1,3,8 47:23
**lives** 84:22
**living** 22:5,6
   26:19 28:24
   29:3,5,23
   53:10,18 62:20
**LLC** 2:12
**location** 26:23
**lock** 68:11
**locked** 71:4
**long** 7:5 15:6
   24:10
**longer** 37:11
**look** 18:15,17
   22:16
**lost** 75:13
**lot** 43:19,20

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 97

61:20 63:9
72:8
**Lots** 62:20,22
63:1
**LPN** 7:14
**Lucious** 36:6
**lure** 55:12
**lured** 18:7 55:11
**lying** 84:8

**M**

**M** 1:15 2:18
90:5 91:10
**ma'am** 25:11
80:12
**Madeline** 61:12
**Magnolia** 20:5
29:5
**man** 44:11 49:11
60:2 61:9,17
67:12,15,24
75:15,16 79:13
**man's** 21:24
**manipulation**
60:3
**manipulative**
79:12
**March** 21:1
**Mark** 36:8
**MARKED** 4:11
**marriage** 22:3
34:16
**married** 9:1
21:17,21 37:11
37:12 40:15
**Martin** 2:22
**matters** 72:23
73:1
**mean** 11:6 15:15
20:18 22:24
25:18 34:19
44:9,10,21
47:9 49:24
53:15 59:13,15

**means** 79:4,5
**meet** 10:14 13:4
18:20
**meeting** 11:4,6
13:19 16:6
18:19,22 22:18
**meetings** 24:23
**members** 72:9,9
**men** 74:19
**mental** 48:1
**mentioned** 26:9
29:1 36:14
**Merrill** 42:19
**mess** 45:5
**messages** 28:12
**met** 10:15 12:16
13:6 15:13,16
20:20
**Michael** 33:15
**middle** 27:11,13
27:14
**mind** 21:24
58:11
**mine** 31:2 53:4
70:6
**mom** 26:9 46:11
48:17 54:7
55:4,16 56:19
61:13
**moment** 14:3
**monies** 66:9
**month** 36:19
46:18,20
**months** 17:12
40:8 45:24,24
46:13 53:4,4
**morning** 27:7,15
32:18 41:12
**mother** 16:3
17:6 18:10,14
19:22 22:6
28:23 29:2

**78:11** 81:4,18
83:3 85:21
32:4,12 43:9
43:13 44:24
46:15 48:15
49:10 53:24
55:17,18 61:8
61:14 68:9,17
81:11,20 83:14
**mother's** 19:21
24:5 45:10
68:8,15,16
**move** 26:22
**moved** 26:23
27:24 28:5
52:11,12,13,13
**moving** 34:11,16

**N**

**N** 4:1
**name** 5:16 8:24
22:21 30:1
35:10 45:8
61:11
**named** 11:15
20:2,3 34:21
34:24 35:17
**names** 8:18,23
**nature** 55:15
57:3,13 77:18
82:6
**need** 6:12
**needed** 58:16
**needs** 69:3
**negative** 76:3
**neighbor** 35:20
85:7
**neighborhood**
19:2 67:17
86:19
**neighborly**
30:18
**neighbors** 62:22
73:12
**never** 22:2 30:6
34:14 46:6

**52:4** 54:1,3,11
57:5 74:14
75:14,22 87:18
**New** 2:4
**news** 23:3 31:1,2
50:15 82:19
**night** 27:12,13
27:14 42:4
64:4 66:22
69:11
**nine** 17:11 45:23
45:24 53:4
**nodding** 6:2
65:22
**Noland** 2:18 4:5
42:2,9,12
86:24
**North** 2:8 91:11
**Northern** 1:1
5:8 89:1 90:1
**Northwestern**
7:9,19,23
38:11 73:20
**NOTARY** 89:21
**notice** 1:12
47:16,20
**November** 20:23
**Number** 89:18
**nursed** 7:9,18
**nursing** 7:11,15
7:23

**O**

**o'clock** 27:7
90:13
**O.C** 36:10
**Object** 21:22
80:5
**Objection** 21:9
30:16 39:7,14
42:8 78:14
83:18 86:1,13
**obviously** 65:18
**occupation** 6:22

**occurred** 42:5
**October** 1:17
89:11 90:12
91:3
**odd** 25:13
**office** 2:7 7:1
74:19 87:14
**officer** 64:3
66:21
**officer/defend...**
5:17
**officers** 68:12,13
68:16,18
**official** 6:24 91:1
**Oh** 28:18 31:15
32:16 40:12
44:20 68:14
70:19 78:2
82:13
**okay** 5:5,22 6:6
6:12,14,17,18
7:2,11,13,15
7:18,21,23 8:4
8:18 9:2,13,15
9:17,21 10:3
10:24 11:4,12
11:22 12:10,15
12:19,23 13:2
13:14,16,21
14:5,12,19
15:1,6,15,20
15:24 16:5,9
16:12,15,20,23
17:4,8,13,18
18:3,19,21
19:6,11,16,20
20:5,12,16,24
21:3,13,19
22:4 23:2,15
23:16 24:11,15
24:20 25:3,7
25:16,20,23
26:2,9,19 27:1
27:3,6,8,14,17

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 98

28:23 29:15
30:6,9,14,19
30:23 31:23
32:1,5,7,20,23
33:1,7,9,13,17
33:19,21,23
34:10,13 35:3
35:6,8,15 37:5
37:9,13,20
38:7,13,16,21
39:2,5,12,17
40:4,17,21,22
40:23 41:8,11
41:19,22 42:12
42:20 43:2,10
44:24 45:20
46:1,8,11
47:15 48:10,17
48:21 49:24
50:19 52:3,6
52:13,16,18
53:2,9,13,17
54:1,13,19
55:1,12,16,20
55:22 56:16
57:5,8,14 58:5
59:11 60:1,7
60:15,24 61:5
61:19 62:4,7
63:14,20,22
64:1,7,13,15
65:15 66:16,18
67:2,9 68:1,12
68:14,23 69:11
69:14 71:5,8
71:24 72:11
73:7,17 74:8
74:15 75:3,17
76:2,16 77:7
77:19,23 78:3
78:6,11,21
79:7,12,21
80:15 81:13,23
82:2,3,11,14

82:21,23 83:5
83:12,16 84:13
85:6,9,17,23
86:18,23 87:6
87:18,21,23,24
88:6
old 8:12 9:15,19
12:4 16:18
44:22 49:11
61:9 78:23
86:19
old-man 77:18
older 28:17
29:20 44:18
60:2 61:17,17
70:14 79:13
oldest 8:13
once 25:12
38:17
open 8:6
opportunity
41:20
order 78:4
outside 24:5
28:14 49:16
54:12

**P**

P.C 3:2
p.m 90:13
PAGE 4:2
paid 66:13
Pam 22:11,13
Pamela 8:19,22
8:23 9:7,13,15
20:22 37:7
77:8
paper 11:17
papers 58:19
parents 17:8
22:5 24:8
26:10,22 27:3
part 48:13 74:6
77:20,21

parties 63:1
90:17
parts 39:1 74:7
pass 28:13
passed 40:10
72:8
Patricia 12:2,3,8
12:23 14:8
15:6 18:20
20:3 29:9,17
29:19,23 30:15
31:9 36:2
39:21 40:1
Patricia's 29:24
34:24
pay 27:21 39:10
58:17 66:12,15
pending 5:7
6:16 10:1
penitentiary
34:9 49:21
people 29:1
34:20 35:7
49:12 51:1,12
68:17 71:18
72:1 78:19
86:15
Perfect 6:6
period 25:4
30:11 47:5
56:8,9,11 58:1
58:5 70:18,22
71:2
person 17:5 18:8
45:8 49:23
50:7 55:10
57:1,16 60:3
61:22 71:19
personal 90:9
pertaining 1:14
Peter 2:16
pgs 89:18
phone 2:4,9,14
2:20 3:4 26:6,7

27:7,9,19,22
41:8,11,15
65:14,15 67:7
67:10 74:11,12
84:19,21 91:12
phonetic 8:20
physical 17:2
79:10
pick 71:1
picked 25:17
picking 87:6
place 54:19
90:11
Plaintiff 1:4 2:6
2:11 89:4
plan 58:7
planned 21:4
planning 34:10
please 6:8 16:16
38:18 74:12
81:2 89:17
PLLC 2:2,17
point 13:15 16:5
46:6 51:13
53:9 56:7 64:2
66:20 70:14
73:19
police 5:17 17:4
55:23,24 63:18
64:3 66:21
68:12,13,16,18
72:20,21,22
74:13
porch 19:3
position 7:5
pregnancy
46:16,23 47:1
48:20
pregnant 17:9
30:12 45:6,18
46:14 48:2,5
50:1 56:5
present 10:10
pretty 18:6 26:1

28:2 39:16
41:7 43:21
45:22 53:3
54:20 55:18
59:15 61:20
62:16 63:6
64:12 71:18
78:8
prevent 72:12
previously 67:6
80:15
prior 22:18
prison 23:17
36:15 37:2
45:21 50:17,20
50:23 51:4,9
51:13 52:19,20
52:23 53:10,18
54:14 56:8
58:12 59:2,12
60:12 66:10,23
68:2,3 82:15
82:16,17 84:19
probably 17:16
22:16 27:13,20
38:3 44:15
62:8 73:16
problem 49:10
Procedure 1:13
promises 39:5
Prosecutor's
74:19
prosecutors
74:18 75:9
provding 32:15
provided 89:14
PUBLIC 89:21
purpose 13:19
pursuant 1:11
1:12 5:8
put 18:6 58:22
65:13 84:21

**Q**

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 99

**quarreling**
57:11
**question** 6:1,8,9
6:16 24:2
77:12,13
**questions** 6:19
11:16 41:3,21
76:18 79:22
86:24 87:1
**quite** 47:3
**quote/unquote**
36:21

**R**

**radius** 42:23
**raised** 7:22
**randomly** 24:3
57:19,19
**randoms** 47:10
**rape** 31:5 42:5
**read** 23:16,21
89:9
**reading** 23:6
**ready** 72:16,17
**real** 78:20
**realized** 38:17
**really** 20:15 24:4
46:14,14 47:21
48:6 59:22
61:22 64:17
71:21 75:22
84:16
**rearrested** 56:12
**reason** 12:20
13:12,14,21,23
21:19 59:17
67:18,19,21
69:6 85:23
86:4
**recall** 11:4 14:3
21:2 22:10
31:16,18,19
33:2,18 39:18
41:8,16 47:2

63:8 68:19
79:23 82:11
83:16
**receive** 24:17
27:6,9
**received** 67:10
**recollection** 75:8
**reconnected**
59:1
**record** 5:5 6:4
8:7 25:1 77:22
84:7 89:12
**records** 63:17,18
**reduced** 90:9
**referred** 15:4
**referring** 56:7
**reflect** 5:5
**relationship**
21:16 22:2
23:11 24:7
25:2,3 34:15
43:12 46:2
49:9 57:12
62:11 75:23
85:2
**relative** 90:16,18
**relieved** 50:24
**remember** 10:21
12:20 13:6
15:13,15 19:11
19:16,20 22:15
31:3 35:3
38:13 39:12
48:3,4,13 50:8
59:9 67:9
74:15 75:2,3
75:10 76:11
77:10,11,13
80:17 83:23
84:1,5 85:4
**rephrase** 6:8
**report** 55:22
56:16
**reported** 90:8

**reporter** 1:15
5:24 90:6 91:2
**reporter's** 87:14
**reporters'** 7:1
**reserved** 90:15
**reserving** 88:1
**residence** 42:18
42:21,21 43:5
43:6 52:7
54:24 55:2,3,5
55:7
**respond** 74:11
**rest** 56:4
**result** 66:9
**review** 88:2
**right** 9:9 11:24
14:13 17:13
21:14,15 28:17
29:20 30:19
40:24 43:21
44:13,19,23
45:4,9,12 46:9
47:17,18 49:3
49:3,4,6,7,9
50:20 51:1,2,3
51:6,14,17
52:18,24 53:17
53:20,22 54:14
54:17,22 55:4
56:7,17 58:2,3
61:18,24 62:15
63:12 65:21
66:4,16,24
68:4,10 69:4,9
69:12,17 70:4
71:12 74:4,20
76:1,3,6 80:11
84:17,19,24
87:4,7,16
**robbery** 51:10
**Rodney** 33:19
**Rogers** 36:8,10
36:12
**romantically**

16:13,14
**Rose** 20:5 29:3
**roughly** 12:6
**Roy** 36:4
**rules** 1:12 5:9,23
24:5 26:10,14
27:3 43:19,20
**run** 11:10

**S**

**S** 4:10
**S-A-V-** 9:6
**sat** 19:3 31:21
**Savette** 8:20,24
9:4,5,11,14
24:14 33:5
37:7,8 62:2
67:12
**saw** 23:24 24:1
47:4,19 59:5
**saying** 10:18
27:16 49:20
63:18 64:11
69:19 79:6
85:5
**says** 64:12
**scared** 86:21
**scenario** 65:2
**school** 7:20
12:22,22 13:2
14:6,7,9,10,15
14:23 15:2,3,4
17:14,15 18:12
18:13 24:4
47:9 57:3,22
58:10 59:5
60:9,10,11
61:6 71:5
76:21,23,24
77:1,2,5
**schools** 15:5
**Scott** 1:10 3:6
4:3 5:2,3,6,11
5:16 6:18 8:19

8:20,21,21,24
76:17 89:9,16
90:6,14
**scuffing** 54:20
**second** 48:19,20
76:15
**see** 11:17 19:3
22:8 24:22
25:7 37:3,16
37:17 47:17,17
48:16 58:6
59:7,8,9,11
61:17 65:9
73:3 78:13
82:22 88:5
**seeing** 24:3
**seen** 19:1 23:2
25:18,20,22
36:14 37:1
39:24 40:1
**selective** 14:21
**self** 86:16
**send** 38:21,22
52:5 88:6
**sent** 13:7 74:10
**September**
30:20 32:18,23
33:10,11 41:17
63:12,16 66:22
67:7,10,22
68:4 69:22
70:11 80:10
**series** 79:21
**setting** 47:22
**settings** 48:14
**seven** 7:10 8:10
8:11
**sex** 16:19,20,23
19:13,14,15
77:9,15 78:1,4
78:7,9,12,22
84:10
**sexual** 21:7
**Sharalee** 8:20

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 100

| | | | | |
|---|---|---|---|---|
| sheets 89:14,18 | 19:7 23:23 | 39:16 40:11,13 | stepping 57:18 | supervision |
| Shore 14:19 | 27:1 34:18 | 41:5 42:3,11 | sticks 61:3 | 62:18,19 |
| short 11:20 | 51:22 | 44:18 45:1,21 | stop 6:8 17:19 | support 6:23 |
| 30:11 41:1 | sound 35:11 | 47:1,7 48:8 | stopped 41:5 | 24:17 58:17,20 |
| Shorthand 1:15 | sounds 45:12 | 50:13 52:18 | store 19:4,9 | 58:22 66:3,13 |
| 90:5 91:2 | South 2:18 | 53:10,17 54:1 | story 67:15 | supposed 32:1 |
| show 46:17 | 14:19 42:19 | 54:13 55:9 | straight 55:8 | 52:10 56:6 |
| 57:21,22 68:22 | speak 83:3 | 57:10,12 61:16 | 77:20 | supposedly 50:5 |
| showed 36:18 | speaking 49:20 | 62:12 63:11,15 | street 2:3,8 | sure 11:18 14:20 |
| showing 57:19 | special 74:18,19 | 66:20 68:20 | 18:16 27:24 | 32:13 34:5 |
| 57:19 | specific 26:14 | 69:18 72:12 | 28:5 51:2 | 47:3 49:17 |
| siblings 20:7,14 | 50:8 81:7 | 73:7 74:2,13 | 53:11,12,23 | 68:10 69:2,7 |
| 40:5 43:10 | specifically | 74:24 75:23 | 54:2,3 57:6 | 84:14 88:3 |
| 62:20 | 15:16 39:13 | 77:24 79:22 | 60:21 71:2,12 | surprise 64:16 |
| sic 80:12 | 83:23 | 80:10 81:12 | 72:13 75:18 | sworn 5:1,12 |
| sickly 16:3 19:23 | specified 90:11 | 82:4,14,16 | 80:23 91:11 | 89:19 90:7 |
| Sidney 31:17 | specify 50:10 | 83:6,7,10 | streets 50:3 | |
| signature 90:14 | spell 9:5 29:12 | 84:19 85:1,19 | 54:20 60:22 | **T** |
| 91:1 | spend 28:19 | 85:24 86:5,12 | strength 72:14 | T 4:10 |
| significant 60:5 | 40:2 47:6 | 86:21 89:3 | strict 43:17 | T-R-E-M-I-N- |
| single 87:13 | split 28:3 | Stanley's 31:6 | strike 52:22 | 29:13 |
| sister 11:14 85:8 | spoke 40:6 81:10 | 31:10 38:7 | 67:20 | T-R-E-M-I-N-A |
| 85:13 | 81:10 82:24 | 40:5 43:24 | strong 76:3 | 29:13 |
| sisters 11:14,23 | spoken 30:6 | 62:14 64:2 | student 45:12,14 | tail 71:4 |
| 13:16 26:8 | 87:13 | 66:23 80:16,20 | students 38:11 | take 6:15 8:2 |
| 28:1,10 43:24 | SS 90:2 | start 11:10 16:6 | 73:20 | 11:18 32:21 |
| 47:10 52:5 | staff 6:23 | started 21:11 | stuff 28:14,15 | 40:21 54:19 |
| 57:17 59:17,21 | stage 48:1 | 25:14 51:21 | 40:10 47:4 | 58:9,13,23,23 |
| 61:2,5 78:17 | Stan 61:23 | 52:1 54:14,16 | 50:11 54:21 | 72:23 73:1,2 |
| sit 64:18,20 65:5 | 64:19 70:13 | 57:16,18,19 | 57:7 58:11 | 75:12 |
| situation 25:14 | 71:21 73:3 | 71:19 81:21 | 70:16 85:20 | taken 1:14 5:8 |
| 44:7 49:6 | Stanley 1:3 8:16 | state 2:7 89:9 | submitted 89:18 | 90:11 |
| 54:10 57:17 | 9:19 10:14,15 | 90:2 91:2 | subpoena 75:4,6 | talk 10:2 23:5 |
| 72:5 | 10:16 11:8,23 | States 1:1,13 | subpoenaed | 31:6,9,12 |
| small 46:17 58:9 | 12:17 13:9,10 | 89:1 90:1 | 1:10 5:6,18 | 35:22 37:20,23 |
| sneak 54:6 | 15:7 16:21 | stature 17:6 | 9:22 68:23 | 41:11 42:10,11 |
| snuck 54:9 | 18:20 21:20 | stay 22:4 25:4 | SUBSCRIBED | 47:3 48:24 |
| socialize 28:6 | 22:8 23:8,17 | 27:24 | 89:19 | 50:12 55:24 |
| socializing 78:17 | 24:1,8,18 25:4 | stayed 12:9 22:6 | Suite 1:16 2:3 | 58:10 68:12,13 |
| somebody 35:10 | 26:2,14 27:11 | 56:21 | 2:13,19 3:3 | 72:6 73:23 |
| 66:21 74:9 | 30:20 31:4,12 | staying 30:2 | 91:11 | 74:1 78:21 |
| sophomore | 31:19 32:15,17 | stenographica... | summer 14:5,7 | 81:2,4,6,8 82:6 |
| 17:13,14,16 | 33:24 34:6 | 90:8 | 15:9,10,11,14 | 83:4,7 85:10 |
| sorry 8:6 9:2 | 35:24 36:14 | step 11:19 | 20:20 40:8 | 85:11 86:15,15 |

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 101

87:19,24
**talked** 34:20
39:2 48:23
75:17 76:5,8
82:9,10 87:6
**talking** 11:10
39:6 42:24
51:2 52:21
55:9 59:22,24
60:2 64:22
75:2 79:8,9,10
79:11 81:5,21
87:9
**teacher** 15:4
**telephone** 42:4
**tell** 6:8 14:1
18:18 44:24
48:2,12 49:4
51:8 55:4,16
55:17,18 56:13
56:14,19,20
58:16 61:15
64:20,24 65:1
66:14 80:13
81:1,24 82:2
85:1 86:9
**telling** 48:3,4
49:10 68:20
71:19 80:9
**tells** 64:14
**ten** 7:6,7 8:15
**terms** 23:14
**testified** 5:13
11:22 34:3
40:14 43:23
44:6 45:20
46:1 63:10,18
64:3 66:21
73:19 84:18
85:16,24 86:5
**testify** 68:8,9,22
68:23,24 90:7
**testimony** 5:19
80:1 83:5

84:14 85:15
89:10,12
**Thanks** 42:12
**thing** 19:18 25:1
38:19 45:4
49:7 50:9,15
58:21 67:15
68:10 84:7
**things** 18:9
28:12,15 44:12
50:7 54:14
61:18,21 72:8
72:10
**think** 11:22
13:16,22,23
14:11 21:19,20
23:24 24:2,13
31:1,21,24
32:3 38:22
40:21 43:23
44:6 45:20
51:10 53:3
59:20 62:10
64:10 66:6,8
66:11,12,16
74:8,10 76:5
78:16,18
**thinking** 46:7
58:8
**thinks** 21:24
**thought** 47:16
52:9,23 68:14
80:19
**threaten** 72:19
78:12
**three** 8:17 9:3
21:14 23:12
25:19,20 63:24
64:20 67:14
79:18 86:16
**time** 6:12 10:10
10:21 11:5,13
13:1 15:13
16:4 17:5,6,19

19:11,16,19
20:1,10,11,13
20:16,18 21:13
22:4,17 24:10
24:22,22 25:4
26:19 27:20
28:19 29:11
30:11,13,15,23
32:13 33:2
34:10,15 37:1
40:2,16 41:16
42:4 46:15
47:2,5,6 48:5
48:19 49:22,24
56:8,9,11 58:1
58:5 66:19
67:4 70:18,22
71:2,3 73:15
81:9,10 82:8
82:24 85:12,17
87:13 90:11
**times** 17:20,23
18:14 19:1
21:7 37:13
78:18 81:2
82:10
**Tina** 1:15 90:5
91:10
**Tisha** 11:15,23
12:2 15:18
16:3
**today** 5:19 9:22
10:7 38:2 39:3
59:18 64:12
75:7 80:4,9
83:5 84:12
85:9,18
**told** 10:4 31:2,3
32:4 38:18
40:17,18,20
50:15 64:3
66:21 68:9,20
72:9 73:23
74:1,3 75:22

75:24 76:2
**tore** 38:24
**transcript** 88:2
89:10,11
**transcripts** 87:7
**transpired** 59:12
59:13
**Tremina** 29:10
**trial** 31:20 32:2
32:20 34:4
35:3 40:14
64:3 68:6 86:6
**tried** 38:7 63:15
70:2
**troubled** 50:7
**true** 42:6 89:12
**truth** 56:20
66:14 80:13
85:1 90:7
**try** 18:15 37:15
37:15,20,23
57:1 58:10,10
**trying** 23:17,19
32:3 39:16
48:14 55:12
57:12,13 58:9
60:7 63:19
71:11
**tussling** 54:21
**TV** 81:12 85:20
**two** 15:5 16:6
17:23 31:19
40:8 46:5 56:8
59:6 62:5 87:1
**type** 16:18 18:10
24:6 31:4
47:24 49:23
50:7 54:9 57:1
57:16 60:8
63:15 71:20
79:3
**typewriting** 90:9

**U**

uh-huh 6:3
**ultimately** 17:8
**um-hmm** 12:3
14:18 20:11,21
23:13 24:16
26:11 35:9
39:4 47:18
50:2 51:5
56:10 62:13
69:8 82:13
83:1 88:4
**understand** 6:7
10:18 21:6,6
34:18 55:13
57:13,14 59:20
60:4,7 79:4
**understanding**
9:21 17:24
77:21 84:23
**understood** 6:5
6:10 48:7 70:7
**United** 1:1,13
89:1 90:1
**upset** 45:6,7
**use** 78:3,6

**V**

**Van** 36:12
**verbal** 6:2
**victim** 42:5
**Victor** 9:6
**violence** 16:23
17:21 19:13,15
21:8 78:3,6
**violent** 19:12,12
19:17 20:17
25:5,7,10
**visit** 31:14 73:21
86:19
**Vocational**
14:17,18,21
**voluntarily** 69:4
69:6
**vs** 1:5 5:7,18

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 102

89:5

**W**

**Wacker** 2:18
**walking** 52:16
**want** 5:22 6:18
  11:18 18:10
  35:6 38:24
  39:9,20 41:23
  48:24 49:4
  56:1,3 64:24
  65:1,10 66:14
  66:18 67:13
  72:11,15 73:3
  73:23 74:1,6
  77:14,17,22,23
  78:24 79:1
  80:11 87:24
  88:2
**wanted** 16:19
  32:3 41:4
  58:13 68:21
  69:7
**wanting** 17:6
**wasn't** 16:14,18
  18:18 23:20
  28:7 44:21
  45:4,4 46:1,7
  47:8,21 48:3
  48:11,15 49:6
  58:8 62:16
  69:13 72:21
  78:8,9,22 79:3
**watched** 35:4
**way** 23:11 45:4
  86:17
**ways** 28:2,3,4
  49:11,18
**We'll** 40:24
**We're** 55:9 60:2
**we've** 87:13
**wedding** 23:17
  23:18
**week** 78:9

**welfare** 58:21,23
**went** 7:20 14:7
  14:16,20 22:11
  22:13,15 25:12
  25:17,24 28:2
  28:4 45:21
  48:13 50:19,23
  52:8,8,23 53:7
  53:16 55:3
  62:9 65:3
  67:14 68:2,3,9
  68:11 69:4,6,7
  70:15 78:17
  86:17
**weren't** 14:22
  15:1 44:22
  61:18 69:11
  78:22
**West** 1:16 2:13
  3:3
**whereabouts**
  77:6
**white** 67:16
**Whitney** 15:5
**wild** 47:23 62:14
  63:1
**Williams** 29:22
  30:3,7,8
**witness** 3:6 4:2
  5:1,4,12 21:10
  21:23 30:17
  32:2,4 39:8,15
  40:23 41:22
  61:15 78:15
  80:6 83:20
  86:2,14 88:4,7
  90:14 91:1
**witnessed** 61:2,6
**witnesses** 61:1
**witnessing** 32:6
**woman** 69:12,16
**word** 18:7 32:21
**work** 6:20 37:17
  82:20

**worked** 46:15
  80:13
**worry** 8:4
**wouldn't** 49:1
  58:6 77:4
**Wrice** 1:3 5:7,18
  8:16 9:19
  10:14,15,16
  11:15,15 12:11
  16:21 17:21
  20:2,3,3,4
  21:20 22:8
  23:8 24:18
  25:4 26:2,14
  27:11 28:19
  30:10,20 31:4
  32:15,17 33:24
  34:6,11,21
  36:14 39:22
  40:2,13 41:5
  42:11,18,20,21
  43:6 45:1 52:6
  55:1,3,5,7,9
  57:10,12 68:20
  69:18 74:2,13
  77:1,9,24
  79:22 80:10
  82:4 83:6,7,10
  85:19,24 86:5
  86:12,21 89:3
**Wrice's** 9:24
  31:20 32:8,20
  81:12
**wrong** 38:10
  46:15 52:5
**wrote** 11:17

**X**

**X** 4:1,10

**Y**

**yeah** 20:9 28:18
  44:15 52:15
  59:10,10 73:18

82:13
**year** 12:17 15:8
  15:9 16:9
  17:14,14,17
  25:13,13 42:15
  45:23,23,23
  52:19 57:9
  75:12
**years** 7:6,7,10
  9:18 16:18
  22:24 25:19,21
  28:17 38:10
  63:24 64:2
  65:4,5 66:4,13
  66:24 79:19
  80:7 82:12
  85:21
**York** 2:4
**young** 15:5
  43:21 44:10
  65:21 73:15
**younger** 29:17
  29:18
**youngest** 8:14
  8:15 9:2

**Z**

**zero** 69:22

**0**

**084-003858**
  91:13

**1**

**1:00** 27:7,15
**1:30** 90:13
**10** 2:18
**100** 3:3
**1000** 2:3
**11238** 2:4
**12:30** 27:7,15
**13th** 83:22
**14** 1:5 16:18
  18:4 44:11
  56:4 70:15

89:5
**14-year-old** 17:5
**15** 9:16,18 44:14
  44:15,15,15,17
  58:24
**16** 58:24
**161** 91:11
**19** 25:23
**1963** 42:16
**1978** 12:18,20
  12:20 13:4
  15:11,12,14
  19:18 20:10
  21:11 22:8
  24:1 26:5
  28:20 43:5,9
  43:21 44:3
**1979** 9:13 20:23
  21:1 27:2 28:5
  42:17 43:23
  44:13 45:21,22
  50:19 52:11,12
  53:16 58:2
**1980** 53:9,18
  54:13 57:9
**1982** 21:12 22:9
  24:1 25:17,23
  26:5 28:3,20
  28:24 29:22
  30:10,20 31:17
  32:15,18 33:5
  39:22 41:6,7,9
  41:13,17 58:3
  63:12,16 66:22
  67:7,10,11,22
  68:1,4 71:3
  72:13 76:24
  80:10
**1983** 31:17
  32:20 40:19

**2**

**2013** 67:1,3,3
  82:23

Stanley Wrice v. Jon Burge, et al.
Deposition of Jennifer Scott - Taken 10/4/2016

Page 103

**2016** 1:17 89:11
 89:20 90:12
 91:3
**203** 2:8
**20s** 9:20
**2134** 3:3
**22** 20:23
**2300** 2:19
**24th** 2:8
**25** 9:20
**2550** 91:11
**26** 9:20
**26th** 7:1 75:18
 80:23
**27th** 91:3

**3**
**31** 65:5
**312.341.9646**
 2:14
**312.361.8851**
 91:12
**312.627.2100**
 2:20
**312.814.5472**
 2:9
**330** 1:16 2:13
**34** 9:12
**35** 9:10
**37** 8:13 9:7,8

**4**
**42** 4:5,6
**422** 2:3
**4th** 1:17 89:11
 90:12

**5**
**5** 4:4
**53** 1:16 2:13
**5934** 1:5 89:5

**6**
**60601** 2:9 91:12
**60604** 2:14

**60606** 2:19
**60622** 3:4

**7**
**718.875.1850**
 2:4
**75th** 10:16 15:17
 19:4,7 26:23
 35:21 43:1
 52:15 53:12,12
 53:13 54:3
**76** 4:7
**76th** 10:16 12:11
 15:18 19:4
 31:5 42:22
 43:3
**773.778.5870**
 3:4
**78** 42:24 43:8
**79** 9:14 25:12
 42:19 44:4,5
 50:21 51:9
 52:23 53:1,7,7
 57:10 59:2

**8**
**80** 53:6,8 56:12
 59:2
**81** 9:14 53:2,6
 61:24 62:1
**82** 9:14 24:15
 56:12 57:10
 62:3 69:21,22
 70:11,11 71:10
 71:14 76:24
**87** 4:8

**9**
**9350** 42:19
**93rd** 26:24
 27:24 28:5
 42:22 52:15,16
 53:11,15,16,18
 53:23 54:2,4,5
 54:6

**9th** 30:20 32:18
 63:12,16 66:22
 67:7,10,22
 80:10