**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANLEY WRICE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 14 CV 5934 |
| | ) | |
| -vs- | ) | The Hon. Elaine E. Bucklo. |
| | ) | |
| JON BURGE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION *IN LIMINE* NO. 16 TO BAR REFERENCES
<u>TO WITNESS BERTINA LAMPKIN AS "JUDGE" OR "JUSTICE"</u>**

Now comes Plaintiff, Stanley Wrice, by and through his counsel, and respectfully moves

this Court for an order barring references to witness Bertina Lampkin as "Judge" or "Justice." In

support thereof, Plaintiff states as follows:

Bertina Lampkin, a Cook County Assistant State's Attorney at the time of the events at

issue in this case, is now a sitting appellate court justice in the First District Appellate Court of

Illinois. Plaintiff respectfully seeks an order directing the parties not to refer to her on the witness

stand as "Judge Lampkin" or "Justice Lampkin." Judges occupy a highly unique position in a

courtroom, and witnesses should be treated as witnesses. Plaintiff proposes to referring to her as

"ma'am" or "Ms. Lampkin."

WHEREFORE, for the foregoing reasons, Plaintiff respectfully moves this Court

for an order barring references witness Bertina Lampkin as "Judge" or "Justice."

Respectfully submitted,

<u>/s/ Jennifer Bonjean</u>
One of Attorneys for Plaintiff

Jennifer Bonjean
THE BONJEAN LAW GROUP
1000 Dean Street, Suite 422
Brooklyn, NY 11238
(917) 566-3926

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I, Jennifer Bonjean, an attorney, hereby certify that on June 10, 2019, I filed the foregoing via the Court's CM/ECF system and thereby served a copy on all counsel of record.

<u>/s/ Jennifer Bonjean</u>