sxb

**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
MAR - 3 2020
JUDGE HARRY D. LEINENWEBER
U.S. DISTRICT COURT JUDGE

Stanley Wrice ,

Plaintiff(s),

v.

John Byrne et al ,

Defendant(s).

Case No. 14 C 5934
Judge Harry D. Leinenweber

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Stanley Wrice
and against defendant(s) John Byrne, et al
in the amount of $5,200,000.00 ,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☐ other:

---

This action was *(check one)*:

☒ tried by a jury with Judge Harry D. Leinenweber presiding, and the jury has rendered a verdict.
☐ tried by Judge Harry D. Leinenweber without a jury and the above decision was reached.
☐ decided by Judge Harry D. Leinenweber on a motion.

Date: 3/3/2020

Thomas G. Bruton, Clerk of Court

Melanie A. Foster, Deputy Clerk