IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| STANLEY WRICE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 14-cv-5934 |
| | ) | |
| CITY OF CHICAGO, *et al.*, | ) | Honorable Harry D. Leinenweber, |
| | ) | Judge Presiding |
| Defendants. | ) | |

**JOINT MOTION FOR FEES AND COSTS**

Plaintiff Stanley Wrice, by his attorneys, and Defendant City of Chicago, by its attorney, Celia Meza, Acting Corporation Counsel of the City of Chicago hereby submit this JOINT MOTION FOR FEES AND COSTS for Plaintiff.

1. On March 4, 2020, this Court entered judgment on the jury's verdict, awarding $4 million in compensatory damages. Dkt. 573. The jury also awarded Plaintiff punitive damages against Defendants Byrne and Dignan in the amount of $600,000 each. Dkt. 573. The district court entered an amended judgment that included the City on June 24, 2020. Dkt. 627.

2. The City of Chicago, Byrne, and Dignan appealed to the Seventh Circuit (No. 19-3045), and Plaintiff cross-appealed (No. 20-2374).

3. Plaintiff filed his PETITION FOR ATTORNEY'S FEES AND EXPENSES in this Court (Dkt. 661) on November 24, 2020. That motion remains pending.

4. The parties have recently resolved their dispute in full. As part of that resolution, Plaintiff has agreed to withdraw his pending fee petition, Dkt. 661, in exchange for an order of

this Court entering judgment for Plaintiff in the amount of $2,000,000 in attorney's fees and costs. Plaintiff agrees that this judgment resolves all fees and costs for the entirety of the matter and will not seek any further fees or costs related to this matter against any Defendant.

5. Plaintiff Stanley Wrice and Defendant City of Chicago ask the court to allow Plaintiff to withdraw his prior PETITION FOR ATTORNEY'S FEES AND EXPENSES (Dkt. 661) and enter the agreed-upon judgment.

Respectfully submitted,

By: s/ Jennifer Bonjean
Jennifer Bonjean
Bonjean Law Group
467 St. Johns Pl.
Brooklyn, New York 11238
(718) 875-1850
jennifer@bonjeanlaw.com
Attorney for Stanley Wrice


By: s/Terrence M. Burns
Terrence M. Burns
Special Assistant Corporation Counsel
Reiter Burns
311 South Wacker, Suite 5200
Chicago, Illinois 60606
(312) 982-0090
tburns@reiterburns.com
Attorney for City of Chicago