# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Stanley Wrice

                Plaintiff,

v.                                       Case No.: 1:14–cv–05934

                                                  Honorable Harry D. Leinenweber

Jon Burge, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 2, 2021:

       MINUTE entry before the Honorable Harry D. Leinenweber: The Court grants the joint motion for fees and costs [706]. The Court enters judgment for Plaintiff in the amount of $2,000,000 in attorney's fees and costs. As Plaintiff Wrice withdraws his petition for attorney's fees and expenses [661], the Court strikes the motion as moot. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.